**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Western Division**

American Free Enterprise Chamber of Commerce

                                        Plaintiff,

v.                                                      Case No.: 3:24−cv−50504

                                                      Honorable Iain D. Johnston

Engine Manufacturers Association, D/B/A Truck & Engine Manufacturers Association, et al.

                                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 17, 2024:

       MINUTE entry before the Honorable Margaret J. Schneider: Attorney James R. Conde's Motion for Leave to Appear Pro Hac Vice on behalf of Plaintiff [4], is granted. Attorney Conde is directed to file his appearance on behalf of Plaintiff by 12/23/24.Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.