U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: American Free Enterprise Chamber of Commerce v. Engine Manufacturers

Case Number: 3:24-cv-50504

An appearance is hereby filed by the undersigned as attorney for:

American Free Enterprise Chamber of Commerce

Attorney name (type or print): James R. Conde

Firm: Boyden Gray PLLC

Street address: 800 Connecticut Ave. NW Suite 900

City/State/Zip: Washington D.C.

Bar ID Number: D.C. 1031694
(See item 3 in instructions)

Telephone Number: 202 955 0620

Email Address: jconde@boydengray.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you a member of the court's general bar? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☐ No

Are you appearing *pro hac vice*? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 17, 2024

Attorney signature: S/ James R. Conde
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023