IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE,<br><br>*Plaintiff*,<br><br>v.<br><br>ENGINE MANUFACTURERS ASSOCIATION, D/B/A TRUCK & ENGINE MANUFACTURERS ASSOCIATION,<br><br>CUMMINS INC.,<br><br>DAIMLER TRUCK NORTH AMERICA LLC,<br><br>FORD MOTOR CO.,<br><br>FCA US LLC,<br><br>GENERAL MOTORS LLC,<br><br>HINO MOTORS LIMITED, INC.,<br><br>ISUZU TECHNICAL CENTER OF AMERICA, INC.,<br><br>NAVISTAR, INC.,<br><br>PACCAR INC.,<br><br>VOLVO GROUP NORTH AMERICA, INC. D/B/A VOLVO TRUCKS NORTH AMERICA,<br><br>and STEVEN S. CLIFF, in his official capacity as the executive officer of the California Air Resources Board,<br><br>*Defendants*. | **Case Number**: 3:24-cv-50504<br>**Judge**: Hon. Iain D. Johnston<br>**Magistrate Judge**: Hon. Michael F. Iasparro |

**NOTICE OF WRITTEN CONSENT TO FILE A THIRD AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff American Free Enterprise Chamber of Commerce ("AmFree") has received the written consent of all defendants in this case: Truck & Engine Manufacturers Association d/b/a Engine Manufacturers Association; Cummins Inc.; Daimler Truck North America LLC; FCA US LLC; Ford Motor Co.; General Motors LLC; Hino Motors Limited, Inc.; Isuzu Technical Center of America, Inc.; Navistar, Inc.; PACCAR Inc.; Volvo Group North America, LLC, (collectively "Private Party Defendants"); and Steven S. Cliff to file this Third Amended Complaint.

AmFree has reached a confidential resolution with the Private Party Defendants and, consistent with Seventh Circuit precedent, files its Third Amended Complaint to remove the Private Party Defendants. *See Taylor v. Brown*, 787 F.3d 851, 857 (7th Cir. 2015) (noting the court should offer plaintiff the opportunity to dismiss claims by amending the pleadings under Rule 15(a)). AmFree otherwise makes no material changes to the operative Complaint.

Defendant Steven S. Cliff, in his official capacity as the Executive Officer of the California Air Resources Board ("CARB") and the Private Party Defendants all have consented to this amendment in writing. Proposed intervenor, the United States of America, takes no position.

For the avoidance of doubt, the parties agree this amendment will not moot the Motion to Dismiss previously filed by CARB (ECF No. 125) and no further modifications to the schedule for briefing that motion are required at this time. CARB need not respond further to the Third Amended Complaint at this time.

Dated: September 16, 2025 	Respectfully submitted,

By: */s/ James R. Conde*
Michael Buschbacher
James R. Conde
Laura B. Ruppalt
Nicholas Cordova
BOYDEN GRAY PLLC
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
(202) 955-0620
mbuschbacher@boydengray.com
jconde@boydengray.com
lruppalt@boydengray.com
ncordova@boydengray.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2025, I served a copy of the foregoing document via CM/ECF to all parties.

Dated: September 16, 2025

/s/ James R. Conde
James R. Conde
BOYDEN GRAY PLLC
800 Connecticut Ave. NW,
Suite 900
Washington, DC 20006
(202) 955-0620
jconde@boydengray.com

*Counsel for Plaintiff*