# United States District Court
# Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4) (Rockford)
# CIVIL DOCKET FOR CASE #: 3:24–cv–50504

American Free Enterprise Chamber of Commerce v. Engine
Manufacturers Association et al
Assigned to: Honorable Iain D. Johnston
Referred to: Honorable Michael F. Iasparro
Cause: 42:1983 Civil Rights Act

Date Filed: 12/16/2024
Date Terminated: 11/07/2025
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

| | | |
|---|---|---|
| **American Free Enterprise Chamber of Commerce** | represented by | **Michael Buschbacher** |

**American Free Enterprise Chamber of
Commerce**                                    represented by    **Michael Buschbacher**
Boyden Gray PLLC
800 Connecticut Ave NW
Suite 900
Washington, DC 20006
2029550620
Fax: Pro Hac Vice
Email: mbuschbacher@boydengray.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Conde**
Boyden Gray PLLC
800 Connecticut Ave. NW
Washington, DC 20006
220 955 0620
Fax: Pro Hac Vice
Email: jconde@boydengray.com
*ATTORNEY TO BE NOTICED*

**Laura Ruppalt**
Boyden Gray PLLC
800 Connecticut Ave., NW
Suite 900
Washington, DC 20006
(202) 955–0620
Fax: Pro Hac Vice
Email: lruppalt@boydengray.com
*ATTORNEY TO BE NOTICED*

**Nicholas Anthony Cordova**
Boyden Gray PLLC
800 Connecticut Ave NW
Suite 900
Washington, DC 20006
3305313268
Fax: Pro Hac Vice
Email: ncordova@boydengray.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Engine Manufacturers Association** | represented by | **David J. Bradford** |
| *TERMINATED: 09/16/2025* | | Jenner & Block LLP |
| *doing business as* | | 353 N. Clark Street |
| Truck & Engine Manufacturers Association | | Chicago, IL 60654 |
| *TERMINATED: 09/16/2025* | | (312)222–9350 |

Fax: Voluntary Withdrawal
Email: dbradford@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Marie Olivieri**
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
(312) 840–7413
Fax: Not a member
Email: eolivieri@jenner.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Cummins Inc.** | represented by | **Alan Schoenfeld** |
| *TERMINATED: 09/16/2025* | | Wilmer Cutler Pickering Hale and Dorr LLP |

7 World Trade Center
250 Greenwich Street
New York, NY 10007
212–230–7294
Email: Alan.Schoenfeld@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Daimler Truck North America LLC** | represented by | **Rachel Susan Brass** |
| *TERMINATED: 09/16/2025* | | Gibson, Dunn & Crutcher LLP |

One Embarcadero Center
Suite 2600
San Francisco, CA 94111–3715
415–393–8293
Fax: 415–393–8306
Email: rbrass@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacie B. Fletcher**
Gibson, Dunn & Crutcher LLP
?1700 M Street, N.W.
Washington, DC 20036
(202) 887–3627
Fax: Pro Hac Vice
Email: SFletcher@gibsondunn.com

*ATTORNEY TO BE NOTICED*

**Jan H. Ohlander**
Reno & Zahm LLP
2902 McFarland Road
Suite 400
Rockford, IL 61107
(815) 987–4050
Fax: Active
Email: jho@renozahm.com
*ATTORNEY TO BE NOTICED*

**Jeffrey H. Powell**
Reno & Zahm LLP
2902 McFarland Road
Suite 400
Rockford, IL 61107
815–987–4050
Fax: Active
Email: jhp@renozahm.com
*ATTORNEY TO BE NOTICED*

**S. Christopher Whittaker**
Gibson, Dunn & Crutcher LLP
?3161 Michelson Drive Suite 1200
Irvine, CA 92612–4412
(949) 451–3800
Fax: Pro Hac Vice
Email: CWhittaker@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Veronica Jane Till Goodson**
Gibson Dunn
1700 M St NW
Washington, DC 20036
(202) 887–3719
Fax: Pro Hac Vice
Email: vgoodson@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Ford Motor Co.**<br>*TERMINATED: 09/16/2025* | represented by | **Robert J. Katerberg**<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Ave, NW<br>Washington, DC 20001–3743<br>202–942–6289<br>Email: robert.katerberg@arnoldporter.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Daniel E. Raymond**
Arnold & Porter LLP
70 W. Madison Street

Chicago, IL 60602
312 583 2379
Fax: Not a member
Email: daniel.raymond@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Jonathan S. Martel**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave NW
Washington, DC 20001
(202) 942–5470
Fax: Pro Hac Vice
Email: jonathan.martel@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Sam Ferenc**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001
(202) 942–5729
Fax: Pro Hac Vice
Email: sam.ferenc@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **General Motors LLC**<br>*Substitute defendant for General Motors Co.*<br>*TERMINATED: 09/16/2025* | represented by | **Patrick Mark Otlewski**<br>King & Spalding LLP<br>110 N Wacker<br>Suite 3800<br>Chicago, IL 60606<br>312–995–6333<br>Fax: US Govt Attorney<br>Email: potlewski@kslaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Granta Y Nakayama**
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006
(202) 661–7807
Fax: Pro Hac Vice
Email: gnakayama@kslaw.com
*ATTORNEY TO BE NOTICED*

**Ilana S Saltzbart**
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006
202–626–3745
Email: isaltzbart@kslaw.com

**Taylor Thomas Lankford**
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006
(202) 661−7807
Fax: Pro Hac Vice
Email: tlankford@kslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hino Motors Limited, Inc.**                    represented by    **Andrew James Soukup**
*TERMINATED: 09/16/2025*                                         Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
202−662−5066
Fax: 202−778−5066
Email: asoukup@cov.com
*ATTORNEY TO BE NOTICED*

**Jonah Panikar**
Covington & Burling Llp
850 10th St Nw
Washington, DC 20001
(202) 662−5831
Fax: Not a member
Email: jpanikar@cov.com
*ATTORNEY TO BE NOTICED*

**Stephen Petkis**
Covington & Burling Llp
850 10th St. Nw
850 Tenth Street, NW
Washington, DC 20001
202−662−5801
Email: spetkis@cov.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Isuzu Technical Center of America, Inc.**        represented by    **Patrick Mark Otlewski**
*TERMINATED: 09/16/2025*                                         (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Granta Y Nakayama**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ilana S Saltzbart**
(See above for address)

**Taylor Thomas Lankford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Navistar, Inc.**<br>*TERMINATED: 09/16/2025* | represented by | **Robin M. Hulshizer**<br>Latham & Watkins LLP<br>330 N. Wabash Avenue<br>Suite 2800<br>Chicago, IL 60611<br>(312) 876–7700<br>Fax: Active<br>Email: robin.hulshizer@lw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Arthur F Foerster**
Latham & Watkins LLP
330 N. Wabash Avenue
Suite 2800
Chicago, IL 60611
(312) 876–7700
Fax: Not a member
Email: arthur.foerster@lw.com
*ATTORNEY TO BE NOTICED*

**Kevin Michael Jakopchek**
Latham & Watkins LLP
330 North Wabash
#2800
Chicago, IL 60611
(312) 876–7700
Fax: Active
Email: kevin.jakopchek@lw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **PACCAR Inc.**<br>*TERMINATED: 09/16/2025* | represented by | **Joseph Allen Ostoyich , I**<br>Clifford Chance US LLP<br>2001 K Street NW<br>Washington, DC 20006<br>202–912–5533<br>Email: Joseph.Ostoyich@CliffordChance.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Allocca Dodi , 3:24–**
Clifford Chance US LLP
2001 K Street
Washington, DC 20006
(202) 912–5180

Email: dodi.allocca@cliffordchance.com
*ATTORNEY TO BE NOTICED*

**Christopher John Drinkwine**
Heyl Royster
120 W State St, 2nd Floor
Rockford, IL 61101
(815) 963–4560
Fax: Active
Email: cdrinkwine@heylroyster.com
*ATTORNEY TO BE NOTICED*

**Danielle Morello**
Clifford Chance US LLP
2001 K Street NW
Washington, DC 20006
(202) 912–5088
Fax: Pro Hac Vice
Email: danielle.morello@cliffordchance.com
*ATTORNEY TO BE NOTICED*

**Kristina Bitzer**
Heyl Royster Voelker & Allen P.c.
120 W. State St.
Second Floor
Rockford, IL 61101
(815) 963–4454
Fax: Not a member
Email: kbitzer@heylroyster.com
*ATTORNEY TO BE NOTICED*

**Stephen Nickelsburg**
Clifford Chance US LLP
2001 K Street NW
Washington, DC 20006
(202) 290–6835
Fax: Pro Hac Vice
Email: steve.nickelsburg@cliffordchance.com
*ATTORNEY TO BE NOTICED*

**William Connor Lavery**
Clifford Chance US LLP
2001 K Street NW
Washington, DC 20006
202–912–5018
Email: william.lavery@cliffordchance.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**FCA US LLC**
*Substitue defendant for Stellantis N.V.*
*TERMINATED: 09/16/2025*

represented by **Patrick Mark Otlewski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Granta Y Nakayama**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ilana S Saltzbart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Taylor Thomas Lankford**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Volvo Group North America, Inc.**              represented by    **Julia C. Webb**
*TERMINATED: 09/16/2025*                                           Troutman Pepper Locke LLP
*doing business as*                                                111 S. Wacker Drive
Volvo Trucks North America                                         Chicago, IL 60606
*TERMINATED: 09/16/2025*                                           312–443–0404
                                                                   Email: julie.webb@troutman.com
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Steven S. Cliff**                              represented by    **Jonathan Andrew Wiener**
                                                                   California Department of Justice
                                                                   455 Golden Gate Ave.
                                                                   Suite 11000
                                                                   San Francisco, CA 94102
                                                                   (415) 510–3549
                                                                   Fax: Pro Hac Vice
                                                                   Email: jonathan.wiener@doj.ca.gov
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Benjamin Perloff Lempert**
                                                                   Office of The Attorney General
                                                                   300 S. Spring Street
                                                                   Los Angeles, CA 90013
                                                                   213–269–6731
                                                                   Fax: Not a member
                                                                   Email: benjamin.lempert@doj.ca.gov
                                                                   *ATTORNEY TO BE NOTICED*

<u>**Intervenor Plaintiff**</u>

**UNITED STATES**                                represented by    **David Domagala Mitchell**
                                                                   U.S. Department of Justice,Environmental &
                                                                   Natural Resources
                                                                   P.O. Box 7611
                                                                   Washington, IL 20044–7611
                                                                   (202) 468–6539
                                                                   Fax: Not a member
                                                                   Email: david.mitchell@usdoj.gov

*ATTORNEY TO BE NOTICED*

**John K. Adams**
U.S. Department of Justice
Environment and Natural Resources Division
950 Pennsylvania Avenue NW
Ste 2603
Washington DC, DC 20530
202−353−5905
Email: john.adams3@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/16/2024 | ⁃ 1 | COMPLAINT filed by American Free Enterprise Chamber of Commerce; Filing fee $ 405, receipt number AILNDC−22848220. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Cordova, Nicholas) (Entered: 12/16/2024) |
| 12/16/2024 | ⁃ 2 | CIVIL Cover Sheet (Attachments: # 1 Appendix Names of Defendants, # 2 Appendix Names of Plaintiff's Counsel)(Cordova, Nicholas) (Entered: 12/16/2024) |
| 12/16/2024 | ⁃ 3 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC−22848467. *of Nicholas Cordova*<br><br>(Cordova, Nicholas) (Entered: 12/16/2024) |
| 12/16/2024 | ⁃ 4 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC−22848532. *of James Conde*<br><br>(Cordova, Nicholas) (Entered: 12/16/2024) |
| 12/16/2024 | ⁃ 5 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC−22848547. *of Michael Buschbacher*<br><br>(Cordova, Nicholas) (Entered: 12/16/2024) |
| 12/16/2024 | ⁃ | CASE ASSIGNED to the Honorable Iain D. Johnston and Honorable Margaret J. Schneider. Designated as Magistrate Judge the Honorable Margaret J. Schneider. Case assignment: Random assignment.. (pg, ) (Entered: 12/16/2024) |
| 12/16/2024 | ⁃ | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post−trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (pg, ) (Entered: 12/16/2024) |
| 12/16/2024 | ⁃ | SUMMONS Issued as to Defendants Steven S. Cliff, Cummins Inc., Daimler Truck North America LLC, Engine Manufacturers Association, D/B/A Truck & Engine Manufacturers Association, Ford Motor Co., General Motors Co., Hino Motors Limited, Inc., Isuzu Technical Center of America, Inc., Navistar, Inc., PACCAR Inc., Stellantis N.V., Volvo Group North |

| 12/17/2024 | Ï 6 | MINUTE entry before the Honorable Margaret J. Schneider: Attorney Nicholas Cordova's Motion for Leave to Appear Pro Hac Vice on behalf of Plaintiff 3 , is granted. Attorney Cordova is directed to file his appearance on behalf of Plaintiff by 12/23/24.Mailed notice. (jxk) (Entered: 12/17/2024) |
|---|---|---|
| 12/17/2024 | Ï 7 | MINUTE entry before the Honorable Margaret J. Schneider: Attorney James R. Conde's Motion for Leave to Appear Pro Hac Vice on behalf of Plaintiff 4 , is granted. Attorney Conde is directed to file his appearance on behalf of Plaintiff by 12/23/24.Mailed notice. (jxk) (Entered: 12/17/2024) |
| 12/17/2024 | Ï 8 | MINUTE entry before the Honorable Margaret J. Schneider: Attorney Michael B. Buschbacher's Motion for Leave to Appear Pro Hac Vice on behalf of Plaintiff 5 , is granted. Attorney Buschbacher is directed to file his appearance on behalf of Plaintiff by 12/23/24. Mailed notice. (jxk) (Entered: 12/17/2024) |
| 12/17/2024 | Ï 9 | ATTORNEY Appearance for Plaintiff American Free Enterprise Chamber of Commerce by James Conde (Conde, James) (Entered: 12/17/2024) |
| 12/17/2024 | Ï 10 | ATTORNEY Appearance for Plaintiff American Free Enterprise Chamber of Commerce by Michael Buschbacher (Buschbacher, Michael) (Entered: 12/17/2024) |
| 12/17/2024 | Ï 11 | ATTORNEY Appearance for Plaintiff American Free Enterprise Chamber of Commerce by Nicholas Anthony Cordova (Cordova, Nicholas) (Entered: 12/17/2024) |
| 12/27/2024 | Ï 12 | ANNUAL REMINDER: Pursuant to Local Rule 3.2 (Notification of Affiliates), any nongovernmental party, other than an individual or sole proprietorship, must file a statement identifying all its affiliates known to the party after diligent review or, if the party has identified no affiliates, then a statement reflecting that fact must be filed. An affiliate is defined as follows: any entity or individual owning, directly or indirectly (through ownership of one or more other entities), 5% or more of a party. The statement is to be electronically filed as a PDF in conjunction with entering the affiliates in CM/ECF as prompted. As a reminder to counsel, parties must supplement their statements of affiliates within thirty (30) days of any change in the information previously reported. This minute order is being issued to all counsel of record to remind counsel of their obligation to provide updated information as to additional affiliates if such updating is necessary. If counsel has any questions regarding this process, this LINK will provide additional information. Signed by the Honorable Virginia M. Kendall on 12/27/2024; Mailed notice. (tg, ) (Entered: 01/01/2025) |
| 01/06/2025 | Ï 13 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by All Plaintiffs (Cordova, Nicholas) (Entered: 01/06/2025) |
| 01/06/2025 | Ï 14 | AMENDED complaint by American Free Enterprise Chamber of Commerce against All Defendants (Attachments: # 1 Exhibit Ex. A, # 2 Exhibit Ex. B, # 3 Exhibit Ex. C, # 4 Exhibit Ex. D, # 5 Exhibit Redline Comparison w/ Original Complaint)(Cordova, Nicholas) (Entered: 01/06/2025) |
| 01/17/2025 | Ï 15 | WAIVER OF SERVICE returned executed by American Free Enterprise Chamber of Commerce. Navistar, Inc. waiver sent on 12/17/2024, answer due 2/17/2025. (Cordova, Nicholas) (Entered: 01/17/2025) |
| 01/17/2025 | Ï 16 | WAIVER OF SERVICE returned executed by American Free Enterprise Chamber of Commerce. Cummins Inc. waiver sent on 12/17/2024, answer due 2/17/2025. (Cordova, Nicholas) (Entered: 01/17/2025) |
| 01/17/2025 | Ï 17 | WAIVER OF SERVICE returned executed by American Free Enterprise Chamber of Commerce. Daimler Truck North America LLC waiver sent on 12/17/2024, answer due 2/17/2025. (Cordova, |

| | | |
|---|---|---|
| 01/17/2025 | Ï 18 | WAIVER OF SERVICE returned executed by American Free Enterprise Chamber of Commerce. Volvo Group North America, Inc. waiver sent on 12/17/2024, answer due 2/17/2025. (Cordova, Nicholas) (Entered: 01/17/2025) |
| 01/17/2025 | Ï 19 | SUMMONS Returned Executed by American Free Enterprise Chamber of Commerce as to Hino Motors Limited, Inc. on 12/20/2024, answer due 1/10/2025. (Cordova, Nicholas) (Entered: 01/17/2025) |
| 01/17/2025 | Ï 20 | SUMMONS Returned Executed by American Free Enterprise Chamber of Commerce as to Isuzu Technical Center of America, Inc. on 12/20/2024, answer due 1/10/2025. (Cordova, Nicholas) (Entered: 01/17/2025) |
| 01/17/2025 | Ï 21 | SUMMONS Returned Executed by American Free Enterprise Chamber of Commerce as to Stellantis N.V. on 12/20/2024, answer due 1/10/2025. (Cordova, Nicholas) (Entered: 01/17/2025) |
| 01/17/2025 | Ï 22 | WAIVER OF SERVICE returned executed by American Free Enterprise Chamber of Commerce. Engine Manufacturers Association waiver sent on 12/17/2024, answer due 2/17/2025. (Cordova, Nicholas) (Entered: 01/17/2025) |
| 01/17/2025 | Ï 23 | WAIVER OF SERVICE returned executed by American Free Enterprise Chamber of Commerce. Ford Motor Co. waiver sent on 12/17/2024, answer due 2/17/2025. (Cordova, Nicholas) (Entered: 01/17/2025) |
| 01/20/2025 | Ï 24 | WAIVER OF SERVICE returned executed by American Free Enterprise Chamber of Commerce. PACCAR Inc. waiver sent on 12/17/2024, answer due 2/17/2025. (Cordova, Nicholas) (Entered: 01/20/2025) |
| 01/29/2025 | Ï 25 | WAIVER OF SERVICE returned executed by American Free Enterprise Chamber of Commerce. General Motors Co. waiver sent on 12/17/2024, answer due 2/17/2025. (Cordova, Nicholas) (Entered: 01/29/2025) |
| 01/31/2025 | Ï 26 | WAIVER OF SERVICE returned executed by American Free Enterprise Chamber of Commerce. Steven S. Cliff waiver sent on 1/30/2025, answer due 3/31/2025. (Cordova, Nicholas) (Entered: 01/31/2025) |
| 02/10/2025 | Ï 27 | ATTORNEY Appearance for Defendant Daimler Truck North America LLC by Jeffrey H. Powell (Powell, Jeffrey) (Entered: 02/10/2025) |
| 02/10/2025 | Ï 28 | ATTORNEY Appearance for Defendant Daimler Truck North America LLC by Jeffrey H. Powell *for Attorney Jan Ohlander* (Powell, Jeffrey) (Entered: 02/10/2025) |
| 02/10/2025 | Ï 29 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Daimler Truck North America LLC (Powell, Jeffrey) (Entered: 02/10/2025) |
| 02/10/2025 | Ï 30 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC−23065340. Presented before District Judge (Fletcher, Stacie) (Entered: 02/10/2025) |
| 02/10/2025 | Ï 31 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC−23066314. *(Daimler Truck North America LLC)* Presented before District Judge |

| 02/10/2025 | Ï 32 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC−23067675. Presented before District Judge (Attachments: # 1 Supplement Attachment A (Court Admissions, ctd.))(Whittaker, Stephen) (Entered: 02/10/2025) |
| --- | --- | --- |
| 02/10/2025 | Ï 33 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC−23067859. Presented before District Judge (Goodson, Veronica) (Entered: 02/10/2025) |
| 02/11/2025 | Ï 34 | MINUTE entry before the Honorable Margaret J. Schneider: Attorney Stacie B. Fletcher's Motion for Leave to Appear Pro Hac Vice on behalf of Defendant Daimler Truck North America LLC 30 , is granted. Attorney Fletcher is directed to file her appearance on behalf of Defendant Daimler Truck North America LLC by 02/18/25. Mailed notice. (jxk) (Entered: 02/11/2025) |
| 02/11/2025 | Ï 35 | MINUTE entry before the Honorable Margaret J. Schneider:Attorney Rachel S. Brass's Motion for Leave to Appear Pro Hac Vice on behalf of Defendant Daimler Truck North America LLC 31 , is granted. Attorney Brass is directed to file her appearance on behalf of Defendant Daimler Truck North America LLC by 02/18/25.Mailed notice. (jxk) (Entered: 02/11/2025) |
| 02/11/2025 | Ï 36 | MINUTE entry before the Honorable Margaret J. Schneider: Attorney S. Christopher Whittaker's Motion for Leave to Appear Pro Hac Vice on behalf of Defendant Daimler Truck North America LLC 32 , is granted. Attorney Whittaker is directed to file his appearance on behalf of Defendant Daimler Truck North America LLC by 02/18/25.Mailed notice. (jxk) (Entered: 02/11/2025) |
| 02/11/2025 | Ï 37 | MINUTE entry before the Honorable Margaret J. Schneider: Attorney Veronica J. T. Goodson's Motion for Leave to Appear Pro Hac Vice on behalf of Defendant Daimler Truck North America LLC 33 , is granted. Attorney Goodson is directed to file her appearance on behalf of Defendant Daimler Truck North America LLC by 02/18/25. Mailed notice. (jxk) (Entered: 02/11/2025) |
| 02/12/2025 | Ï 38 | ATTORNEY Appearance for Defendant Volvo Group North America, Inc. by Julia C. Webb (Webb, Julia) (Entered: 02/12/2025) |
| 02/12/2025 | Ï 39 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Volvo Group North America, Inc. (Webb, Julia) (Entered: 02/12/2025) |
| 02/12/2025 | Ï 40 | ATTORNEY Appearance for Defendant Navistar, Inc. by Robin M. Hulshizer (Hulshizer, Robin) (Entered: 02/12/2025) |
| 02/12/2025 | Ï 41 | ATTORNEY Appearance for Defendant Navistar, Inc. by Kevin Michael Jakopchek (Jakopchek, Kevin) (Entered: 02/12/2025) |
| 02/12/2025 | Ï 42 | ATTORNEY Appearance for Defendant Navistar, Inc. by Arthur F Foerster (Foerster, Arthur) (Entered: 02/12/2025) |
| 02/12/2025 | Ï 43 | ATTORNEY Appearance for Defendant Engine Manufacturers Association by David J. Bradford (Bradford, David) (Entered: 02/12/2025) |
| 02/12/2025 | Ï 44 | ATTORNEY Appearance for Defendant Engine Manufacturers Association by Elena Marie Olivieri (Olivieri, Elena) (Entered: 02/12/2025) |

| 02/12/2025 | Ï 45 | ATTORNEY Appearance for Defendant Daimler Truck North America LLC by Stacie B. Fletcher (Fletcher, Stacie) (Entered: 02/12/2025) |
|---|---|---|
| 02/12/2025 | Ï 46 | ATTORNEY Appearance for Defendant Daimler Truck North America LLC by Veronica Jane Till Goodson (Goodson, Veronica) (Entered: 02/12/2025) |
| 02/12/2025 | Ï 47 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC–23079685.<br><br>Presented before District Judge<br><br>(Schoenfeld, Alan) (Entered: 02/12/2025) |
| 02/12/2025 | Ï 48 | ATTORNEY Appearance for Defendant Daimler Truck North America LLC by S. Christopher Whittaker (Whittaker, S.) (Entered: 02/12/2025) |
| 02/12/2025 | Ï 49 | ATTORNEY Appearance for Defendant Daimler Truck North America LLC by Rachel Susan Brass (Brass, Rachel) (Entered: 02/12/2025) |
| 02/13/2025 | Ï 50 | MOTION by Defendant Daimler Truck North America LLC for extension of time *on behalf of all Parties*<br><br>Presented before Magistrate Judge<br><br>(Fletcher, Stacie) (Entered: 02/13/2025) |
| 02/13/2025 | Ï 51 | ATTORNEY Appearance for Defendant Hino Motors Limited, Inc. by Andrew James Soukup (Soukup, Andrew) (Entered: 02/13/2025) |
| 02/13/2025 | Ï 52 | Certificate of Interested Parties and Corporate Disclosure STATEMENT by Hino Motors Limited, Inc. (Soukup, Andrew) (Entered: 02/13/2025) |
| 02/13/2025 | Ï 53 | ATTORNEY Appearance for Defendant Ford Motor Co. by Daniel E. Raymond (Raymond, Daniel) (Entered: 02/13/2025) |
| 02/13/2025 | Ï 54 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Ford Motor Co. (Raymond, Daniel) (Entered: 02/13/2025) |
| 02/13/2025 | Ï 55 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC–23084822.<br><br>Presented before District Judge<br><br>(Katerberg, Robert) (Entered: 02/13/2025) |
| 02/13/2025 | Ï 56 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC–23084875.<br><br>Presented before District Judge<br><br>(Ferenc, Sam) (Entered: 02/13/2025) |
| 02/14/2025 | Ï 57 | MINUTE entry before the Honorable Margaret J. Schneider:Attorney Alan E. Schoenfeld's Motion for Leave to Appear Pro Hac Vice on behalf of Defendant Cummins, Inc. 47 , is granted. Attorney Schoenfeld is directed to file his appearance on behalf of Defendant Cummins, Inc. by 02/21/25. Mailed notice. (jxk) (Entered: 02/14/2025) |
| 02/14/2025 | Ï 58 | |

| | | |
|---|---|---|
| | | MINUTE entry before the Honorable Margaret J. Schneider: Attorney Robert J. Katerberg's Motion for Leave to Appear Pro Hac Vice on behalf of Defendant Ford Motor Company 55 , is granted. Attorney Katerberg is directed to file his appearance on behalf of Defendant Ford Motor Company by 02/21/25.Mailed notice. (jxk) (Entered: 02/14/2025) |
| 02/14/2025 | ⫶ 59 | MINUTE entry before the Honorable Margaret J. Schneider: Attorney Samuel I. Ferenc's Motion for Leave to Appear Pro Hac Vice on behalf of Defendant Ford Motor Company 56 , is granted. Attorney Ferenc is directed to file his appearance on behalf of Defendant Ford Motor Company by 02/21/25.Mailed notice. (jxk) (Entered: 02/14/2025) |
| 02/14/2025 | ⫶ 60 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC−23087356. Presented before District Judge (Martel, Jonathan) (Entered: 02/14/2025) |
| 02/14/2025 | ⫶ 61 | MINUTE entry before the Honorable Margaret J. Schneider: Agreed Joint Motion Regarding Stipulated Motion Schedule 50 is granted in part. All Defendants are directed to answer or otherwise respond to Plaintiff's complaint by 03/28/25. Further dates will be set following Defendants' responses.Mailed notice. (jxk) (Entered: 02/14/2025) |
| 02/14/2025 | ⫶ 62 | MINUTE entry before the Honorable Margaret J. Schneider: Attorney Jonathan S. Martel's Motion for Leave to Appear Pro Hac Vice on behalf of Defendant Ford Motor Company 60 , is granted. Attorney Martel is directed to file his appearance on behalf of Defendant Ford Motor Company by 02/21/25. Mailed notice. (vk) (Entered: 02/14/2025) |
| 02/18/2025 | ⫶ 63 | ATTORNEY Appearance for Defendant Ford Motor Co. by Robert J. Katerberg (Katerberg, Robert) (Entered: 02/18/2025) |
| 02/18/2025 | ⫶ 64 | ATTORNEY Appearance for Defendant Ford Motor Co. by Jonathan S. Martel (Martel, Jonathan) (Entered: 02/18/2025) |
| 02/18/2025 | ⫶ 65 | ATTORNEY Appearance for Defendant Ford Motor Co. by Sam Ferenc (Ferenc, Sam) (Entered: 02/18/2025) |
| 02/18/2025 | ⫶ 66 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC−23097598. Presented before District Judge (Wiener, Jonathan) (Entered: 02/18/2025) |
| 02/18/2025 | ⫶ 67 | MINUTE entry before the Honorable Margaret J. Schneider: Attorney Jonathan A. Wiener's Motion for Leave to Appear Pro Hac Vice on behalf of Defendant Steven S. Cliff 66 , is granted. Attorney Wiener is directed to file his appearance on behalf of Defendant Steven S. Cliff by 02/25/25. Mailed notice. (jxk) (Entered: 02/18/2025) |
| 02/18/2025 | ⫶ 68 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Navistar, Inc. *and Corporate Disclosure Statement* (Hulshizer, Robin) (Entered: 02/18/2025) |
| 02/19/2025 | ⫶ 69 | ATTORNEY Appearance for Defendant Steven S. Cliff by Jonathan Andrew Wiener (Wiener, Jonathan) (Entered: 02/19/2025) |
| 02/21/2025 | ⫶ 70 | ATTORNEY Appearance for Defendant Cummins Inc. by Alan Schoenfeld (Schoenfeld, Alan) (Entered: 02/21/2025) |
| 02/21/2025 | ⫶ 71 | |

| | | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Cummins Inc. and *Corporate Disclosure Statement* (Schoenfeld, Alan) (Entered: 02/21/2025) |
|---|---|---|
| 02/27/2025 | ᴵ̈ 72 | STIPULATION *TO SUBSTITUTE DEFENDANT* (Cordova, Nicholas) (Entered: 02/27/2025) |
| 02/27/2025 | ᴵ̈ 73 | STIPULATION *TO SUBSTITUTE DEFENDANT* (Cordova, Nicholas) (Entered: 02/27/2025) |
| 02/28/2025 | ᴵ̈ 74 | ORDER: In light of the stipulation 72 , defendant FCA US LLC is substituted for defendant Stellantis N.V. See attached ORDER for additional details. Signed by the Honorable Iain D. Johnston on 2/28/2025: (yxp, ) (Entered: 02/28/2025) |
| 02/28/2025 | ᴵ̈ 75 | ORDER: In light of the stipulation 73 , defendant General Motors LLC is substituted for defendant General Motors Co. See attached ORDER for additional details. Signed by the Honorable Iain D. Johnston on 2/28/2025: (yxp, ) (Entered: 02/28/2025) |
| 02/28/2025 | ᴵ̈ 76 | ATTORNEY Appearance for Defendants FCA US LLC, General Motors LLC, Isuzu Technical Center of America, Inc. by Patrick Mark Otlewski (Otlewski, Patrick) (Entered: 02/28/2025) |
| 03/04/2025 | ᴵ̈ 77 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC–23162477.<br><br>Presented before Magistrate Judge<br><br>(Nickelsburg, Stephen) (Entered: 03/04/2025) |
| 03/05/2025 | ᴵ̈ 78 | MINUTE entry before the Honorable Margaret J. Schneider: Attorney Stephen Nickelsburg's Motion for Leave to Appear Pro Hac Vice on behalf of Defendant PACCAR, Inc. 77 is granted. Attorney Nickelsburg is directed to file his appearance on behalf of Defendant PACCAR, Inc. by 03/12/25.Mailed notice. (jxk) (Entered: 03/05/2025) |
| 03/06/2025 | ᴵ̈ 79 | ATTORNEY Appearance for Defendant Daimler Truck North America LLC by Jan H. Ohlander (Ohlander, Jan) (Entered: 03/06/2025) |
| 03/07/2025 | ᴵ̈ 80 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC–23177913.<br><br>Presented before District Judge<br><br>(Ostoyich, Joseph) (Entered: 03/07/2025) |
| 03/07/2025 | ᴵ̈ 81 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC–23178105.<br><br>Presented before District Judge<br><br>(Lavery, William) (Entered: 03/07/2025) |
| 03/07/2025 | ᴵ̈ 82 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC–23178243.<br><br>Presented before District Judge<br><br>(Morello, Danielle) (Entered: 03/07/2025) |
| 03/07/2025 | ᴵ̈ 83 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC–23178290. |

| | | Presented before District Judge |
|---|---|---|
| | | (Dodi, Allocca) (Entered: 03/07/2025) |
| 03/07/2025 | Ï 84 | ATTORNEY Appearance for Defendant PACCAR Inc. by Christopher John Drinkwine (Drinkwine, Christopher) (Entered: 03/07/2025) |
| 03/07/2025 | Ï 85 | ATTORNEY Appearance for Defendant PACCAR Inc. by Kristina Bitzer (Bitzer, Kristina) (Entered: 03/07/2025) |
| 03/07/2025 | Ï 86 | MINUTE entry before the Honorable Margaret J. Schneider: Motions for leave to appear pro hac vice 80 , 81 82 , 83 are granted. Counsel is directed to file their appearances for Defendant PACCAR, Inc. by 03/14/25.Mailed notice. (jxk) (Entered: 03/07/2025) |
| 03/07/2025 | Ï 87 | Western Division ADR Notification (jp, ) (Entered: 03/07/2025) |
| 03/10/2025 | Ï 88 | ATTORNEY Appearance for Defendant PACCAR Inc. by Joseph Allen Ostoyich, I (Ostoyich, Joseph) (Entered: 03/10/2025) |
| 03/10/2025 | Ï 89 | ATTORNEY Appearance for Defendant PACCAR Inc. by William Connor Lavery (Lavery, William) (Entered: 03/10/2025) |
| 03/10/2025 | Ï 90 | ATTORNEY Appearance for Defendant PACCAR Inc. by Stephen Nickelsburg (Nickelsburg, Stephen) (Entered: 03/10/2025) |
| 03/10/2025 | Ï 91 | ATTORNEY Appearance for Defendant PACCAR Inc. by Danielle Morello (Morello, Danielle) (Entered: 03/10/2025) |
| 03/10/2025 | Ï 92 | ATTORNEY Appearance for Defendant PACCAR Inc. by Allocca Dodi, 324 (Dodi, Allocca) (Entered: 03/10/2025) |
| 03/13/2025 | Ï 93 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by FCA US LLC (Otlewski, Patrick) (Entered: 03/13/2025) |
| 03/13/2025 | Ï 94 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by General Motors LLC (Otlewski, Patrick) (Entered: 03/13/2025) |
| 03/13/2025 | Ï 95 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Isuzu Technical Center of America, Inc. (Otlewski, Patrick) (Entered: 03/13/2025) |
| 03/21/2025 | Ï 96 | MOTION by Defendant Daimler Truck North America LLC for extension of time *on behalf of all Private Party Defendants and joined by Plaintiff* <br><br> Presented before Magistrate Judge <br><br> (Fletcher, Stacie) (Entered: 03/21/2025) |
| 03/24/2025 | Ï 97 | MINUTE entry before the Honorable Margaret J. Schneider:Unopposed Motion to Further Extend Time to Respond to the Amended Complaint 96 is granted. Defendants have until 06/26/25 to answer or otherwise respond to Plaintiff's amended complaint.Mailed notice. (jxk) (Entered: 03/24/2025) |
| 05/30/2025 | Ï 98 | EXECUTIVE COMMITTEE ORDER: Michael F. Iasparro has entered on duty as a Magistrate Judge for the Northern District of Illinois, with a duty station in Rockford, Illinois, effective May 30, 2025; and Internal Operating Procedure 17 provides for the creation of an initial calendar for a newly appointed magistrate judge; therefore It is hereby ordered that the attached list of civil consent cases, civil referrals, and criminal cases are hereby reassigned to form the initial calendar of the Honorable Michael F. Iasparro; and It is further ordered pursuant to Local Rule 73.1(e), the |

attached list of civil cases where the parties previously consented to proceed before the magistrate judge, pursuant to Local Rule 72.1, the parties may object within 21 days of reassignment. If a timely objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending; and It is further ordered that any civil case that has been reassigned pursuant to this Order will not be randomly reassigned to create the initial calendar of a new magistrate judge for twelve months from the date of this Order; and It is further ordered that, unless otherwise ordered by Magistrate Judge Iasparro, all hearing dates, deadlines, and schedules set by the magistrate judges in the attached list of cases are to remain in effect. Litigants are encouraged to review Magistrate Judge Iasparro's webpage for further information. Signed by Executive Committee on 5/30/2025. (jp, ) (Entered: 06/01/2025)

| 06/05/2025 | Ï 99 | Objection to Reassignment to Magistrate Judge by American Free Enterprise Chamber of Commerce (Cordova, Nicholas) (Entered: 06/05/2025) |
|---|---|---|
| 06/06/2025 | Ï 100 | MINUTE entry before the Honorable Michael F. Iasparro: The Court has received Plaintiff's objection to the reassignment of the case 99 . Internal Operating Procedure 17 operates by assigning referrals in civil cases to a newly−appointed magistrate judge at random. Pursuant to Local Rule 73.1(e), parties may timely object to a reassignment in civil cases where the parties previously consented to proceed before the magistrate judge. As Plaintiff points out, Plaintiff has not consented to proceed before a magistrate judge in this case 99 . Accordingly, this case remains assigned to District Judge Iain D. Johnston with a general referral to the magistrate judge for all pretrial matters pursuant to Internal Operating Procedure 11(d)(1). Therefore, Plaintiff's objection to the reassignment is overruled and this case will proceed as reassigned. Mailed notice. (vk) (Entered: 06/06/2025) |
| 06/23/2025 | Ï 101 | MOTION by Defendant Daimler Truck North America LLC for extension of time *to respond to Second Amended Complaint on behalf of all Private Party Defendants and Joint Notice of Consent to a Second Amended Complaint*<br><br>Presented before Magistrate Judge<br><br>(Fletcher, Stacie) (Entered: 06/23/2025) |
| 06/24/2025 | Ï 102 | MINUTE entry before the Honorable Michael F. Iasparro: Pursuant to the parties' joint consent 101 , Plaintiff shall file a second amended complaint by 6/30/2025. In light of the anticipated second amended complaint, Defendants are relieved from any requirements to answer or otherwise respond to the amended complaint. Defendants' motion to extend the time to respond 101 is unopposed and granted. Defendants shall answer or otherwise respond to the second amended complaint on or before 8/14/2025. Mailed notice. (vk) (Entered: 06/24/2025) |
| 06/30/2025 | Ï 103 | *Second* AMENDED complaint by American Free Enterprise Chamber of Commerce against All Defendants (Attachments: # 1 Exhibit Ex. A, # 2 Exhibit Ex. B, # 3 Exhibit Ex. C, # 4 Exhibit Ex. D, # 5 Exhibit Ex. E, # 6 Appendix Redline Comparison of First and Second Amended Complaints)(Conde, James) (Entered: 06/30/2025) |
| 07/02/2025 | Ï 104 | *Corrected Second* AMENDED complaint by American Free Enterprise Chamber of Commerce against All Defendants (Attachments: # 1 Exhibit Ex. A, # 2 Exhibit Ex. B, # 3 Exhibit Ex. C, # 4 Exhibit Ex. D, # 5 Exhibit Ex. E, # 6 Redline Comparison of First and Corrected Second Amended Complaints)(Cordova, Nicholas) (Entered: 07/02/2025) |
| 07/03/2025 | Ï 105 | MINUTE entry before the Honorable Michael F. Iasparro: Plaintiff filed a corrected second amended complaint 104 to correct the name of one Defendant, namely that FCA US LLC is substituted in the place of Stellantis N.V., which is consistent with the parties' stipulation. Dkt. 74. Accordingly, Plaintiff's corrected second amendment complaint 104 shall stand as the operative complaint in this case. Mailed notice. (vk) (Entered: 07/03/2025) |

| 07/09/2025 | 106 | MOTION for Leave to Appear Pro Hac Vice on behalf of Steven S. Cliff by Benjamin Perloff Lempert; Filing fee $ 150, receipt number AILNDC–23728374. |
| | | Presented before District Judge |
| | | (Lempert, Benjamin) (Entered: 07/09/2025) |
| 07/10/2025 | 107 | MINUTE entry before the Honorable Michael F. Iasparro: Attorney Benjamin Perloff Lempert's motion for leave to appear pro hac vice 106 is granted. Attorney Lempert shall file an appearance on behalf of Defendant Cliff by 7/17/2025. Mailed notice (jp, ) (Entered: 07/10/2025) |
| 07/10/2025 | 108 | ATTORNEY Appearance for Defendant Steven S. Cliff by Benjamin Perloff Lempert (Lempert, Benjamin) (Entered: 07/10/2025) |
| 08/07/2025 | 109 | MOTION for Leave to Appear Pro Hac Vice on behalf of FCA US LLC, General Motors LLC, Isuzu Technical Center of America, Inc. by Granta Y Nakayama; Filing fee $ 150, receipt number AILNDC–23852154. |
| | | Presented before District Judge |
| | | (Nakayama, Granta) (Entered: 08/07/2025) |
| 08/07/2025 | 110 | MOTION for Leave to Appear Pro Hac Vice on behalf of FCA US LLC, General Motors LLC, Isuzu Technical Center of America, Inc. by Ilana S Saltzbart; Filing fee $ 150, receipt number AILNDC–23852179. |
| | | Presented before District Judge |
| | | (Saltzbart, Ilana) (Entered: 08/07/2025) |
| 08/07/2025 | 111 | MOTION for Leave to Appear Pro Hac Vice on behalf of FCA US LLC, General Motors LLC, Isuzu Technical Center of America, Inc. by Taylor Thomas Lankford; Filing fee $ 150, receipt number AILNDC–23852192. |
| | | Presented before District Judge |
| | | (Lankford, Taylor) (Entered: 08/07/2025) |
| 08/08/2025 | 112 | MINUTE entry before the Honorable Michael F. Iasparro: Attorneys Granta Nakayama, Ilana Saltzbart, Taylor Lankford's motions for leave to appear pro hac vice 109 110 111 are granted. Attorneys Nakayama, Saltzbart, and Lankford shall file their appearances on behalf of Defendants FCA US LLC, General Motors LLC, and Isuzu Technical Center of America, Inc. by 8/15/2025. Mailed notice. (vk) (Entered: 08/08/2025) |
| 08/11/2025 | 113 | ATTORNEY Appearance for Defendants FCA US LLC, General Motors LLC, Isuzu Technical Center of America, Inc. by Granta Y Nakayama (Nakayama, Granta) (Entered: 08/11/2025) |
| 08/11/2025 | 114 | ATTORNEY Appearance for Defendants FCA US LLC, General Motors LLC, Isuzu Technical Center of America, Inc. by Ilana S Saltzbart (Saltzbart, Ilana) (Entered: 08/11/2025) |
| 08/11/2025 | 115 | ATTORNEY Appearance for Defendants FCA US LLC, General Motors LLC, Isuzu Technical Center of America, Inc. by Taylor Thomas Lankford (Lankford, Taylor) (Entered: 08/11/2025) |
| 08/11/2025 | 116 | ATTORNEY Appearance for Defendant Hino Motors Limited, Inc. by Jonah Panikar (Panikar, Jonah) (Entered: 08/11/2025) |
| 08/11/2025 | 117 | |

| | | MOTION by Plaintiff American Free Enterprise Chamber of Commerce to Stay Response Deadlines for Private–Party Defendants |
|---|---|---|
| | | Presented before Magistrate Judge |
| | | (Conde, James) (Entered: 08/11/2025) |
| 08/12/2025 | Ï 118 | ATTORNEY Appearance for Defendant Hino Motors Limited, Inc. by Stephen Petkis (Petkis, Stephen) (Entered: 08/12/2025) |
| 08/12/2025 | Ï 119 | MINUTE entry before the Honorable Michael F. Iasparro: Plaintiff's motion to stay response deadlines 117 is granted as modified. The deadline for all Defendants, except Defendant Cliff, to answer or otherwise respond to Plaintiff's second amended complaint 103 is extended to 10/13/2025. Defendant Cliff's deadline to answer or otherwise respond remains set for 8/14/2025. Mailed notice. (vk) (Entered: 08/12/2025) |
| 08/13/2025 | Ï 120 | ATTORNEY Appearance for Intervenor Plaintiff UNITED STATES by John K. Adams (Adams, John) (Entered: 08/13/2025) |
| 08/13/2025 | Ï 121 | MOTION by Intervenor Plaintiff UNITED STATES to intervene |
| | | Presented before District Judge |
| | | (Attachments: # 1 Exhibit Complaint in Intervention, # 2 Exhibit Motion to Set a Briefing Schedule)(Adams, John) (Entered: 08/13/2025) |
| 08/13/2025 | Ï 122 | MEMORANDUM *IN SUPPORT OF UNITED STATES MOTION TO INTERVENE AS PLAINTIFF AGAINT DEFENDANT STEVEN S. CLIFF* (Attachments: # 1 Appendix Appendix to Memorandum)(Adams, John) (Entered: 08/13/2025) |
| 08/13/2025 | Ï 123 | ATTORNEY Appearance for Intervenor Plaintiff UNITED STATES by David Domagala Mitchell (Mitchell, David) (Entered: 08/13/2025) |
| 08/14/2025 | Ï 124 | MINUTE entry before the Honorable Michael F. Iasparro: Any response to the United States' motion to intervene 121 shall be filed by 8/28/2025 and the United States' reply shall be filed by 9/4/2025. Mailed notice. (vk) (Entered: 08/14/2025) |
| 08/14/2025 | Ï 125 | MOTION by Defendant Steven S. Cliff to dismiss for lack of jurisdiction |
| | | Presented before District Judge |
| | | (Wiener, Jonathan) (Entered: 08/14/2025) |
| 08/14/2025 | Ï 126 | MEMORANDUM IN SUPPORT OF Defendant Steven S. Cliff's Motion to dismiss for lack of jurisdiction 125 (Attachments: # 1 Declaration, # 2 Exhibit)(Wiener, Jonathan) Modified on 8/20/2025 (vk) (Entered: 08/14/2025) |
| 08/15/2025 | Ï 127 | MINUTE entry before the Honorable Michael F. Iasparro: On Defendant Cliff's motion to dismiss, Plaintiff's response shall be filed by 8/29/2025 and Defendant Cliff's reply shall be filed by 9/5/2025. Mailed notice. (vk) (Entered: 08/15/2025) |
| 08/21/2025 | Ï 128 | MOTION by Defendant Steven S. Cliff for extension of time to file response/reply as to motion to dismiss/lack of jurisdiction 125 , set motion and R&R deadlines/hearings 127 *DEFENDANT STEVEN S. CLIFFS CONSENT MOTION TO EXTEND OPPOSITION AND REPLY DEADLINES FOR HIS MOTION TO DISMISS* |
| | | Presented before District Judge |

| 08/22/2025 | Ï 129 | MINUTE entry before the Honorable Michael F. Iasparro: Defendant's motion for extension of time 128 is unopposed and granted. The briefing schedule on Defendant Cliff's motion to dismiss 125 is extended as follows: Plaintiff's response is now due 9/11/2025 and Defendant's reply is now due 9/26/2025. Mailed notice. (vk) (Entered: 08/22/2025) |
|---|---|---|
| 08/29/2025 | Ï 130 | MOTION by Defendant Steven S. Cliff for extension of time *DEFENDANT STEVEN S. CLIFFS UNOPPOSED MOTION TO EXTEND TIME TO FILE OPPOSITION TO UNITED STATES MOTION TO INTERVENE AS PLAINTIFF* <br><br> Presented before Magistrate Judge <br><br> (Attachments: # 1 Declaration DECLARATION FROM JONATHAN A. WIENER IN SUPPORT OF DEFENDANT STEVEN S. CLIFFS MOTION TO EXTEND TIME TO FILE OPPOSITION TO UNITED STATES MOTION TO INTERVENE, # 2 Declaration DECLARATION FROM BENJAMIN P. LEMPERT IN SUPPORT OF DEFENDANT STEVEN S. CLIFFS MOTION TO EXTEND TIME TO FILE OPPOSITION TO UNITED STATES MOTION TO INTERVENE, # 3 DEFENDANT STEVEN S. CLIFFS OPPOSITION TO UNITED STATES MOTION TO INTERVENE AS PLAINTIFF, # 4 Appendix APPENDIX OF ATTACHED MATERIALS PER STANDING ORDER, # 5 DEFENDANT STEVEN S. CLIFFS REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO UNITED STATES MOTION TO INTERVENE)(Wiener, Jonathan) (Entered: 08/29/2025) |
| 09/02/2025 | Ï 131 | MINUTE entry before the Honorable Michael F. Iasparro: Defendant Steven Cliff's motion to extend the time to file opposition to motion to intervene instanter 130 is unopposed and granted. By 9/3/2025, Defendant Cliff shall file the proposed response in opposition to the motion to intervene as a separately docketed entry. Mailed notice. (vk) (Entered: 09/02/2025) |
| 09/02/2025 | Ï 132 | RESPONSE by Steven S. Cliff to MOTION by Intervenor Plaintiff UNITED STATES to intervene <br><br> Presented before District Judge <br><br> 121 *DEFENDANT STEVEN S. CLIFFS OPPOSITION TO UNITED STATES MOTION TO INTERVENE AS PLAINTIFF* (Attachments: # 1 APPENDIX OF ATTACHED MATERIALS PER STANDING ORDER, # 2 DEFENDANT STEVEN S. CLIFFS REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO UNITED STATES MOTION TO INTERVENE)(Wiener, Jonathan) (Entered: 09/02/2025) |
| 09/04/2025 | Ï 133 | REPLY by Intervenor Plaintiff UNITED STATES to motion to intervene 121 (Attachments: # 1 Appendix)(Adams, John) (Entered: 09/04/2025) |
| 09/04/2025 | Ï 134 | RESPONSE by Intervenor Plaintiff UNITED STATES to response to motion, 132 *Defendant's Request for Judicial Notice* (Adams, John) (Entered: 09/04/2025) |
| 09/05/2025 | Ï 135 | MOTION by Plaintiff American Free Enterprise Chamber of Commerce for leave to file excess pages <br><br> Presented before Magistrate Judge <br><br> , MOTION by Plaintiff American Free Enterprise Chamber of Commerce for extension of time to file response/reply <br><br> Presented before Magistrate Judge <br><br> (Cordova, Nicholas) (Entered: 09/05/2025) |

| 09/08/2025 | 136 | MINUTE entry before the Honorable Michael F. Iasparro: Plaintiff and Defendant Cliff's motion for page enlargement and for extension of time 135 is unopposed and granted. On Defendant Cliff's motion to dismiss 125 , Plaintiff is granted leave to file a brief in opposition of no more than 20 pages on or before 9/11/2025; and Defendant Cliff is granted leave to file a reply brief not to exceed 13 pages on or before 10/1/2025. Mailed notice. (vk) (Entered: 09/08/2025) |
|---|---|---|
| 09/11/2025 | 137 | MOTION for Leave to Appear Pro Hac Vice on behalf of American Free Enterprise Chamber of Commerce by Laura Ruppalt; Filing fee $ 150, receipt number AILNDC–24046574.<br><br>Presented before District Judge<br><br>(Ruppalt, Laura) (Entered: 09/11/2025) |
| 09/11/2025 | 138 | RESPONSE by American Free Enterprise Chamber of Commercein Opposition to MOTION by Defendant Steven S. Cliff to dismiss for lack of jurisdiction<br><br>Presented before District Judge<br><br>125 (Attachments: # 1 Appendix of Unpublished Cases, # 2 Exhibit Mandel Declaration, # 3 Exhibit Partnership Agreement)(Conde, James) (Entered: 09/11/2025) |
| 09/11/2025 | 139 | OBJECTIONS by American Free Enterprise Chamber of Commerce to MOTION by Defendant Steven S. Cliff to dismiss for lack of jurisdiction<br><br>Presented before District Judge<br><br>126 *Objections to Request for Judicial Notice* (Conde, James) (Entered: 09/11/2025) |
| 09/12/2025 | 140 | MINUTE entry before the Honorable Michael F. Iasparro: Attorney Laura Ruppalt's motion for leave to appear pro hac vice 137 is granted. Attorney Ruppalt shall file an appearance on behalf of Plaintiff by 9/19/2025. Mailed notice. (vk) (Entered: 09/12/2025) |
| 09/12/2025 | 141 | ATTORNEY Appearance for Plaintiff American Free Enterprise Chamber of Commerce by Laura Ruppalt (Ruppalt, Laura) (Entered: 09/12/2025) |
| 09/16/2025 | 142 | *Third* AMENDED complaint by American Free Enterprise Chamber of Commerce against Steven S. Cliff and terminating Engine Manufacturers Association, FCA US LLC (Substitue defendant for Stellantis N.V.), Ford Motor Co., General Motors LLC (Substitute defendant for General Motors Co.), Hino Motors Limited, Inc., Isuzu Technical Center of America, Inc., Navistar, Inc., PACCAR Inc., Volvo Group North America, Inc., Cummins Inc. and Daimler Truck North America LLC (Attachments: # 1 Notice of Consent to File Third Amended Complaint, # 2 Exhibit Ex. A, # 3 Exhibit Ex. B, # 4 Exhibit Ex. C, # 5 Exhibit Ex. D, # 6 Exhibit Ex. E)(Conde, James) (Entered: 09/16/2025) |
| 09/17/2025 | 143 | MINUTE entry before the Honorable Michael F. Iasparro: Pursuant to the parties' agreement, Defendant Steven Cliff's motion to dismiss 125 remains pending as to the Third Amended Complaint. Dkt. 142–1. Defendant's reply remains due on or before 10/1/2025. Dkt. 136. Mailed notice. (vk) (Entered: 09/17/2025) |
| 10/01/2025 | 144 | REPLY by Defendant Steven S. Cliff to response in opposition to motion, 138 *Defendant Steven S. Cliff's Reply to Plaintiff's Opposition to Motion to Dismiss* (Attachments: # 1 Appendix Appendix of Materials Attached Per Standing Order, # 2 Defendant Steven S. Cliff's Second Request for Judicial Notice in support of Motion to Dismiss)(Wiener, Jonathan) (Entered: 10/01/2025) |
| 11/07/2025 | 145 | MEMORANDUM Opinion and Order: Cliff's motion to dismiss 125 for lack of personal jurisdiction and improper venue is denied. His motion to transfer the action to the Eastern District of California 121 is granted. See attached order for details. The Clerk is directed to transfer this |

| | | case to the Eastern District of California forthwith. Signed by the Honorable Iain D. Johnston on 11/7/2025: (yxp, ) (Entered: 11/07/2025) |
|---|---|---|
| 11/07/2025 | | ***Civil Case Terminated. (yxp, ) (Entered: 11/07/2025) |
| 11/10/2025 | 146 | TRANSFERRED to the Eastern District of California the electronic record. (jp, ) (Entered: 11/10/2025) |