# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| American Free Enterprise Chamber of Commerce | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-cv-03255-SCR |
| Steven S. Cliff, in his official capacity | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Steven S. Cliff, in his official capacity as the Executive Officer of the California Air Resources Board.

Date:  11/14/2025

*Attorney's signature* (Cecilia D. Segal)

Cecilia D. Segal, State Bar No. 310935
*Printed name and bar number*

Deputy Attorney General
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
*Address*

cecilia.segal@doj.ca.gov
*E-mail address*

(415) 510-3545
*Telephone number*

(415) 703-5480
*FAX number*