Michael Buschbacher*
James R. Conde*
Laura B. Ruppalt*
Nicholas A. Cordova*
Boyden Gray PLLC
800 Connecticut Avenue NW, Suite 900
Washington, D.C. 20006
(202) 955-0620
mbuschbacher@boydengray.com
jconde@boydengray.com
lruppalt@boydengray.com
ncordova@boydengray.com

* *pro hac vice*

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE,<br><br>  Plaintiff,<br><br>  v.<br><br>STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board,<br><br>  Defendant. | No. 2:25-cv-03255-SCR_____<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF RELATED CASE** |

    Plaintiff agrees with Defendant Steven S. Cliff's ("Cliff's") conclusion in his Notice of Related Case, ECF No. 152, that this case is related to a case pending in this District: *Daimler Truck North America v. California Air Resources Board*, No. 2:25-cv-02255-DC-AC (E.D. Cal. filed Aug. 11, 2025) ("*Daimler*"), and that coordination of the cases before a single judge "is likely to effect a savings of judicial effort and other economies." L.R. 123(b).

    As Cliff's Notice describes in more detail, Plaintiff filed this case in the U.S. District Court for the Northern District of Illinois contending that a written agreement between Cliff, the Executive Director of the California Air Resources Board, and several heavy-duty truck manufacturers is an attempt to enforce emission standards prohibited by Section 209 of the Clean Air Act. Some of the manufacturers that signed the written agreement subsequently sued Cliff in this District in *Daimler*, making this and other arguments. *See Daimler*, ECF No. 1. *Daimler* was assigned to Judge Coggins, *see id.*, ECF No. 11, who granted in part the manufacturers' Motion for a Preliminary Injunction, *id.*, ECF No. 94, before this case was transferred to the Eastern District of California, *see* ECF No. 147.

    Because both cases require a court to determine whether Section 209 of the Clean Air Act preempts the written agreement and both cases involve Defendant Cliff, the cases are "related" and "their assignment to the same Judge … is likely to effect a substantial savings of judicial effort." L.R. 123(a)(1)-(3). Because Judge Coggins is already familiar with the facts and issues presented in both cases, Plaintiff agrees that this Court should assign this case to Judge Coggins and requests that the Court do so.

Dated: November 14, 2025    Respectfully submitted,

*/s/ James R. Conde*

Michael Buschbacher
James R. Conde
Laura B. Ruppalt
Nicholas A. Cordova
Boyden Gray PLLC

Counsel for Plaintiff