```
ROB BONTA, State Bar No. 202668
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
BENJAMIN P. LEMPERT, State Bar No. 344239
M. ELAINE MECKENSTOCK, State Bar No. 268861
DAVID M. MEEKER, State Bar No. 273814
CECILIA D. SEGAL, State Bar No. 310935
JONATHAN A. WIENER, State Bar No. 265006
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3549
 Fax:  (415) 703-1107
 E-mail:  Jonathan.Wiener@doj.ca.gov
```
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **American Free Enterprise Chamber of Commerce,**<br><br>Plaintiff,<br><br>v.<br><br>**Steven S. Cliff, in his official capacity as the executive officer of the California Air Resources Board,**<br><br>Defendant. | 2:25-cv-03255-TLN-SCR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER**<br><br>Judge:         Hon. Troy L. Nunley<br>Action Filed:  December 16, 2024 |

Pursuant to Civil Local Rule 144, and this Court's Standing and Scheduling Orders, Plaintiff American Free Enterprise Chamber of Commerce and Defendant Steven S. Cliff, in his official capacity as the Executive Officer of the California Air Resources Board, acting by and through their respective counsel, stipulate and respectfully submit as follows:

WHEREAS, Plaintiff filed this suit on December 16, 2024 in the U.S. District Court for the Northern District of Illinois. ECF No. 1;

1     WHEREAS, Plaintiff subsequently amended their complaint. ECF No. 14, ECF No. 104-6; ECF No. 142-1;

    WHEREAS, Defendant moved to dismiss the complaint for lack of personal jurisdiction and lack of proper venue or, in the alternative, to transfer the case to this District. ECF No. 126;

    WHEREAS, on November 7, 2025, the District Court for the Northern District of Illinois denied Defendant's motion to dismiss but granted Defendant's motion to transfer, and ordered that the case be transferred to the Eastern District of California. ECF No. 145;

    WHEREAS, on November 14, Defendant filed notices of related case in this matter and in *Daimler Truck North America v. California Air Resources Board*, No. 2:25-cv-02255-DC-AC (E.D. Cal. filed Aug. 11, 2025), noting that coordination of the two cases before the same judge is appropriate. *See* ECF No. 152;

    WHEREAS, Defendant's deadline to answer or otherwise respond to Plaintiff's complaint is November 21. *See* Fed. R. Civ. P. 12(a)(4)(A);

    WHEREAS, Defendant's counsel have a number of preexisting deadlines and appearances in other matters that conflict with Defendant's deadline to answer in this case, which was triggered by the District Court for the Northern District of Illinois' ruling on November 7, 2025;

    WHEREAS, counsel for the parties have met and conferred and agreed that Defendant will file an answer to the complaint, and that a short two-week extension of Defendant's deadline to answer the complaint is warranted;

    WHEREAS, the parties have previously obtained extensions before the District Court for the Northern District of Illinois in connection with Plaintiff's filing of an amended and second amended complaint and Defendant Cliff's corresponding deadlines to answer or otherwise respond to the complaints, ECF Nos. 97, 102;

    NOW, THEREFORE, it is hereby stipulated, subject to this Court's approval, that:

    1.    Defendant shall file an answer to Plaintiff's complaint no later than December 5, 2025;

**IT IS SO ORDERED.**

Dated: November ____, 2025

_____
**Hon. Troy L. Nunley
Chief Judge, United States District Court**

Dated: November 19, 2025                Respectfully submitted,

                                             ROB BONTA
                                             Attorney General of California
                                             MYUNG J. PARK
                                             Supervising Deputy Attorney General

                                             */s/ Jonathan A. Wiener*
                                             JONATHAN A. WIENER
                                             BENJAMIN P. LEMPERT
                                             M. ELAINE MECKENSTOCK
                                             DAVID M. MEEKER
                                             CECILIA D. SEGAL
                                             Deputy Attorneys General
                                             *Attorneys for Defendant*

Dated: November 19, 2025                Respectfully submitted,

                                             */s/ James R. Conde (as authorized Nov. 19)*
                                             MICHAEL BUSCHBACHER
                                             JAMES R. CONDE
                                             LAURA B. RUPPALT
                                             NICHOLAS A. CORDOVA
                                             Boyden Gray PLLC
                                             *Attorneys for Plaintiff*

OK2024305825

Joint Stipulation and [Proposed] Order to Extend Time for Defendant to Answer (2:25-cv-03255-TLN-SCR)