Michael Buschbacher*
James R. Conde*
Laura B. Ruppalt*
Nicholas A. Cordova*
Boyden Gray PLLC
800 Connecticut Avenue NW, Suite 900
Washington, D.C. 20006
(202) 955-0620
mbuschbacher@boydengray.com
jconde@boydengray.com
lruppalt@boydengray.com
ncordova@boydengray.com

* *pro hac vice*

Counsel for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

AMERICAN FREE ENTERPRISE
CHAMBER OF COMMERCE,

        Plaintiff,

    v.

STEVEN S. CLIFF, in his official capacity as
the Executive Officer of the California Air
Resources Board,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 2:25-cv-03255-DC-AC_____

**NOTICE OF AND PLAINTIFF'S
MOTION FOR JUDGMENT ON THE
PLEADINGS OR, IN THE
ALTERNATIVE, SUMMARY JUDGMENT**

**Date: May 15, 2026**
**Time: 1:30 PM**
**Place: Courtroom 10, 13th Floor**
**Judge: Hon. Dena Coggins**

**NOTICE**

PLEASE TAKE NOTICE THAT Plaintiff, American Free Enterprise Chamber of Commerce, will bring a Motion for Judgment on the Pleadings or, in the Alternative, Summary Judgment for hearing before the Honorable Dena Coggins, United States District Court Judge, in Courtroom 10, 13th Floor of the United States Courthouse located at 501 I Street, Sacramento, California, on May 15, 2026, at 1:30 PM, or soon thereafter.

Pursuant to Local Rule 230, opposition, if any, to the granting of the motion shall be in writing and shall be filed and served not less than fourteen (14) days preceding the noticed (or continued) hearing date. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. No party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party. Pursuant to Section I.C of Judge Coggins's Standing Order in Civil Cases, Plaintiff certifies that meet and confer efforts have been exhausted. All parties have met and conferred to discuss the substance of this motion. The parties will further confer about the schedule for Defendant to file an opposition brief.

**MOTION**

Pursuant to Federal Rules of Civil Procedure 12(c) and 56 Plaintiff American Free Enterprise Chamber of Commerce, by and through undersigned counsel, moves the Court for Judgment on the Pleadings, or, in the Alternative, Summary Judgment. In support of its Motion, American Free Enterprise Chamber of Commerce files herewith a Memorandum of Points and Authorities.

WHEREFORE, American Free Enterprise Chamber of Commerce prays that the Court grant its Motion for Judgment on the Pleadings or, in the Alternative, Summary Judgment.

Dated:  April 1, 2026

Respectfully submitted,

/s/ *James R. Conde*
Michael Buschbacher*
James R. Conde*
Laura B. Ruppalt*
Nicholas A. Cordova*
Boyden Gray PLLC
Boyden Gray PLLC
800 Connecticut Ave. NW,
 Suite 900
Washington, DC 20006
(202) 955-0620
mbuschbacher@boydengray.com
jconde@boydegray.com
lruppalt@boydengray.com
ncordova@boydengray.com

* *pro hac vice*

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that counsel of record were served a copy of this document via the Court's CM/ECF system this 1st day of April, 2026.

/s/*James R. Conde*
James R. Conde