Michael Buschbacher*
James R. Conde*
Laura B. Ruppalt*
Nicholas A. Cordova*
Boyden Gray PLLC
800 Connecticut Avenue NW, Suite 900
Washington, D.C. 20006
(202) 955-0620
mbuschbacher@boydengray.com
jconde@boydengray.com
lruppalt@boydengray.com
ncordova@boydengray.com

* *pro hac vice*

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

No. 2:25-cv-03255-DC-AC_____

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT**

Having considered Plaintiff American Free Enterprise Chamber of Commerce's Motion for Judgment on the Pleadings, Defendant Steven S. Cliff's Opposition, and the law, the pleadings on file, and the arguments of counsel, it is hereby ORDERED;

Judgment on the Pleadings is GRANTED in favor of Plaintiff. In accordance with this Order, it is DECLARED that the Clean Truck Partnership Agreement is an unlawful attempt to enforce state standards that 42 U.S.C. § 7543(a) preempts, including Cal. Code Regs., tit. 13, §§ 1956.8(a)(2)(C), 1963.1, 1963.2, and 2016(c), and is therefore UNLAWFUL, NULL, AND VOID.

Defendant Steven S. Cliff is hereby PERMANENTLY ENJOINED from enforcing the Clean Truck Partnership Agreement.

IT IS SO ORDERED.

Dated:

_____
The Honorable Dena Coggins
United States District Judge