ROB BONTA, State Bar No. 202668
Attorney General of California
M. ELAINE MECKENSTOCK, State Bar No. 268861
Acting Supervising Deputy Attorney General
DAVID M. MEEKER, State Bar No. 273814
CECILIA D. SEGAL, State Bar No. 310935
JONATHAN A. WIENER, State Bar No. 265006
BENJAMIN P. LEMPERT, State Bar No. 344239
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102
  Telephone:  (415) 510-3375
  Fax:  (415) 703-5480
  E-mail:  benjamin.lempert@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE,**<br><br>Plaintiff,<br><br>v.<br><br>**STEVEN S. CLIFF,** in his official capacity as the Executive Officer of the California Air Resources Board**,**<br><br>Defendant. | 2:25-cv-03255-DC-AC<br><br>**JOINT STIPULATION EXTENDING DEFENDANT CLIFF'S DEADLINE TO OPPOSE PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT, AND TO CROSS-MOVE AND [PROPOSED] ORDER**<br><br>Judge:        Hon. Dena Coggins<br>Trial Date:    None Set<br>Action Filed:  December 16, 2024 |

Joint Stip. & Prop. Order Extending Def. Cliff's Deadline Re Pls.' Mot. for J. on Pleadings (2:25-cv-03255-DC-AC)

Pursuant to Civil Local Rule 144 and this Court's Standing and Scheduling Orders, Plaintiff American Free Enterprise Chamber of Commerce (AmFree) and Defendant Steven S. Cliff, in his official capacity as the Executive Officer of the California Air Resources Board, acting by and through their respective counsel stipulate and respectfully submit as follows:

WHEREAS, AmFree filed this suit on December 16, 2024, in the U.S. District Court for the Northern District of Illinois, ECF No. 1, and subsequently amended its complaint, ECF Nos. 14 104, 142;

WHEREAS, the United States and U.S. Environmental Protection Agency (collectively, United States) moved to intervene as plaintiffs on August 13, 2025, ECF No. 121, and Defendant Cliff opposed the United States' intervention, ECF No. 132;

WHEREAS, Defendant Cliff moved to dismiss AmFree's complaint for lack of personal jurisdiction and improper venue or else to transfer the case to this Court, ECF No. 125;

WHEREAS, on November 7, 2025, the Northern District of Illinois denied the motion to dismiss but granted the motion to transfer, ECF No. 145;

WHEREAS, upon transfer, this Court ordered that the case be related to another case pending before the Court, *Daimler Truck North America v. California Air Resources Board*, No. 2:25-cv-02255-DC-AC (E.D. Cal. filed Aug. 11, 2025) (*Daimler*), ECF No. 160;

WHEREAS, Defendant Cliff filed an answer to the operative complaint on December 5, 2025, ECF No. 162;

WHEREAS, on January 5, 2026, AmFree and Defendant Cliff submitted a joint status report, which included a proposed briefing schedule for AmFree's anticipated motion for judgment on the pleadings, ECF No. 164;

WHEREAS, on January 29, 2026, the Court declined to adopt the parties' proposed schedule and stated that it would "set a deadline for the parties to file an Updated Joint Status Report regarding scheduling" following the Court's order on the United States' motion to intervene, ECF No. 165;

WHEREAS, on April 1, 2026, AmFree filed a motion for judgment on the pleadings and noticed a hearing for May 15, 2026 at 1:30 pm, ECF No. 166;

1

WHEREAS, under the default rules Defendant Cliff's opposition to AmFree's motion for judgment on the pleadings is due April 15, 2026;

WHEREAS, on April 8, 2026, AmFree and Defendant Cliff met and conferred to discuss mutually agreeable briefing schedules and page limits for AmFree's motion for judgment on the pleadings and Defendant Cliff's anticipated opposition and cross-motion for judgment on the pleadings, taking into account the complexity of the issues presented and competing demands on the parties' and their counsel's time;

WHEREAS, counsel for the United States participated in the April 8 meet and confer and indicated that the United States intends to move for leave to file a motion for summary judgment in this case, and counsel for Defendant Cliff conveyed that he opposes the United States' motion for leave;

WHEREAS, during the April 8 meet and confer, AmFree and Defendant Cliff discussed the possibility of aligning their briefing schedule with any schedule resulting from the *Daimler* parties' meet-and-confer discussions;

WHEREAS, AmFree and Defendant Cliff need more time to meet and confer regarding the schedule and scope of their cross-motions for judgment on the pleadings in this case; and

WHEREAS, amid these ongoing discussions, Defendant Cliff requires relief from his deadline to oppose AmFree's motion and to cross-move, presently set for April 15, 2026;

NOW THEREFORE, it is hereby stipulated, subject to this Court's approval, that:

1.     AmFree and Defendant Cliff agree that Defendant Cliff's deadline to oppose AmFree's motion for judgment on the pleadings and to cross-move is extended to May 27, 2026;

2.     This extension is agreed to only as between the existing parties and does not account for any summary judgment motion from the United States, if filed; and

3.     AmFree and Defendant Cliff shall continue to meet and confer and propose a more complete briefing schedule on their cross-motions for the Court's consideration by April 17, 2026, which may further alter the deadline agreed to in Paragraph 1, above.

Joint Stip. & Prop. Order Extending Def. Cliff's Deadline Re Pls.' Mot. for J. on Pleadings (2:25-cv-03255-DC-AC)

Dated:  April 10, 2026

Respectfully submitted,

/s/ James R. Conde (as authorized Apr. 10)
Michael Buschbacher*
James R. Conde*
Laura B. Ruppalt*
Nicholas A. Cordova*
Boyden Gray PLLC
*pro hac vice

Counsel for Plaintiff

ROB BONTA
Attorney General of California
M. ELAINE MECKENSTOCK
Acting Supervising Deputy
Attorney General

/s/ Benjamin P. Lempert
BENJAMIN P. LEMPERT
Deputy Attorney General

Attorneys for Defendants

3

Joint Stip. & Prop. Order Extending Def. Cliff's Deadline Re Pls.' Mot. for J. on Pleadings (2:25-cv-03255-DC-AC)

**[PROPOSED] ORDER**

Based on the foregoing stipulation of the parties, and for good cause shown, the Court sets the following deadlines:

1.      Defendant Cliff's deadline to oppose AmFree's motion for judgment on the pleadings and to cross-move is extended to May 27, 2026; and

2.      AmFree and Defendant Cliff shall submit a more complete briefing schedule on their cross-motions for this Court's consideration by April 17, 2026.

**IT IS SO ORDERED.**

Dated: _____

                                        _____
                                        Honorable Dena Coggins
                                        U.S. District Court Judge

4