ROB BONTA
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
BENJAMIN P. LEMPERT, State Bar No. 344239
M. ELAINE MECKENSTOCK, State Bar No. 268861
DAVID M. MEEKER, State Bar No. 273814
JONATHAN A. WIENER, State Bar No. 265006
CECILIA D. SEGAL, State Bar No. 310935
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3545
 Fax:  (415) 703-1107
 E-mail:  cecilia.segal@doj.ca.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE**, <br><br> Plaintiff, <br><br> v. <br><br> **STEVEN S. CLIFF,** in his official capacity as the Executive Officer of the California Air Resources Board, <br><br> Defendant. | 2:25-cv-03255-DC-AC <br><br> **DECLARATION OF PAUL ARNEJA IN SUPPORT OF DEFENDANT'S CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** <br><br> Judge:　　　Hon. Dena Coggins <br> Courtroom:　10, 13th Floor <br> Date:　　　　None Set <br> Action Filed:　December 16, 2024 |

I, Paul Arneja, declare as follows:

1.    I am Manager of the California Air Resources Board's (CARB) In-Use Control Measures Section, within its Transportation and Clean Technology Branch. I have been in that role for 2 years, and have worked at CARB for 10 years. I have personal knowledge of the manner in which CARB's records are kept. Each of the records upon which I rely was made in the ordinary course of business at or near the time of the act, condition, or event. The sources of information at the time of preparation are such that I believe the records to be trustworthy. This declaration is based on my personal knowledge, and, if called as a witness, I could and would testify to the statements herein.

2.    I have reviewed the Clean Truck Partnership (CTP) and am familiar with its contents, along with the requirements of the Omnibus, Advanced Clean Trucks (ACT), and Advanced Clean Fleets regulations referenced therein.

3.    I understand that Plaintiff American Free Enterprise Chamber of Commerce (AmFree) has submitted a declaration from a California-based recreational vehicle (RV) dealer concerning the alleged impacts of the CTP on his business (DeMartini Decl.). The declaration focuses on the signatory manufacturers' commitments under the CTP to "increase the share of electric powertrains sold in California," DeMartini Decl. ¶ 12, and asserts that "[t]here are presently no electric powertrain options for RV chassis," *id.*, ¶ 13.

4.    For purposes of this declaration, I refer collectively to the terms of the CTP by which the signatory manufacturers committed to sell zero-emission vehicles in California as "CTP ZEV commitments." These commitments involve gradually increasing zero-emission vehicle sales in California as a percentage of total medium- and heavy-duty vehicle sales, reaching 100% in model year 2036.

5.    The RV market represents a very small share of total California medium- and heavy-duty vehicle sales: 2.5%, according to available data. *See* ACT Market Analysis, https://ww2.arb.ca.gov/sites/default/files/2019-02/190225actmarketanalysis.xlsx (last visited May

1

22, 2026) (calculated based on the sum of sales in Column E, and entries for RV sales in rows 19 and 69).

6.    RV sellers have already begun developing, testing, and marketing electric RV chassis and ZEV RV models. Winnebago, for instance, has designed a Class B RV with an "all-electric powertrain and proprietary house battery [that] deliver quiet, eco-friendly travel and power to boondock for up to 7 days," as reflected at the following link: https://www.winnebago.com/all-electric. Winnebago's model is "currently undergoing rigorous field testing with everyday consumers to help inform the vehicle's final design." *Id.* THOR Industries has developed a Class A hybrid motorhome that uses an electric chassis and low-emission gasoline range extender to "deliver[] an estimated 500 miles of range," as reflected at the following link: https://www.thorindustries.com/worlds-first-hybrid-class-a-motorhome. I understand that true and correct copies of these websites are being provided with Defendant Cliff's filings.

7.    While plug-in hybrids are not ZEVs, they can still generate credits at a fraction of the value of a ZEV and can be used for up to half of a manufacturer's total ZEV requirement. Plug-in hybrids are a bridge technology that can deliver emission benefits in sector and vocations less suited for ZEVs and are expected to help accelerate the phase-in of ZEV technology. I expect that manufacturers will continue to develop the models referenced above and other electric powertrains for all classes of RVs, such that they will be commercially available in California by 2036, if not sooner.

8.    With this as background, I now explain how the CTP ZEV commitments apply to a signatory manufacturer in the RV market. In general, these commitments attach to manufacturers of vehicles. In the RV market, that is typically the manufacturer of the RV chassis—i.e., the base frame of the vehicle. *See* DeMartini Decl. ¶ 4 (agreeing). Other components of the RV, such as the cabin, are typically added later.

9.    The CTP ZEV commitments vary by weight of the vehicle being sold. For determining weight class—e.g., Class 4, 5, 6—the pertinent weight is what the chassis could be loaded to carry, not the weight of the chassis itself.

Decl. of Paul Arneja in Supp. Def.'s Cross-Mot. & Opp'n to Pl.'s Mot.  (2:25-cv-02255-DC-AC)

10.    Under the CTP ZEV commitments, each weight class is assigned to a weight "group." For instance, there is the "Class 4-8 group," which includes vehicles belonging to Class 4, 5, 6, 7, and 8 (including many RV models). The Class 4-8 group does not include Class 7-8 tractors, i.e., big rigs, which form their own group.

11.    The DeMartini declaration identifies different weight tiers of RVs, e.g., "Super C" or "Class A." DeMartini Decl. ¶ 11. The declaration does not translate these tiers into weight classes and groups for purposes of the CTP ZEV commitments, so I do that here.

a.    The declaration states that "Class Super C" RVs generally weigh between 19,500 and 58,000 pounds. *Id.* ¶ 11. The chassis for these RVs would therefore be in Class 6, 7, or 8, and would belong to the Class 4-8 group.

b.    The declaration states that "Class A" RVs generally weigh between 13,000 and 30,000 pounds. The chassis for these RVs would therefore be in Class 2b-3, 4, 5, 6, or 7, and would belong to either the Class 2b-3 group or the Class 4-8 group.

c.    The declaration states that "Class C" RVs generally weigh between 10,000 and 12,000 pounds. The chassis for these RVs would therefore be in Class 2b-3, and would belong to the Class 2b-3 group.

d.    The declaration states that "Class B" RVs generally weigh between 6,000 and 8,000 pounds. These vehicles are outside the scope of the CTP ZEV commitments as they weigh less than 8,500 pounds. Put another way, the signatory manufacturers made no commitments in the CTP regarding these vehicles, and the CTP's terms do not constrain their sales.

12.    The CTP ZEV commitments require that a certain percentage of a signatory manufacturer's sales be ZEVs. For example, in model year 2027, a signatory's Class 2b-3 group sales must be 15% ZEVs. In that same model year, a signatory's Class 4-8 sales must be 20% ZEVs. These percentage targets increase gradually each year, reaching 55% and 75% in 2035 for Class 2b-3 and Class 4-8 group sales, respectively. The relevant portions of the ZEV Sales Percentage Schedule are provided below.

Decl. of Paul Arneja in Supp. Def.'s Cross-Mot. & Opp'n to Pl.'s Mot.  (2:25-cv-02255-DC-AC)

| Model Year | Class 2b-3 Group | Class 4-8 Group |
|---|---|---|
| 2024 | 5% | 9% |
| 2025 | 7% | 11% |
| 2026 | 10% | 13% |
| 2027 | 15% | 20% |
| 2028 | 20% | 30% |
| 2029 | 25% | 40% |
| 2030 | 30% | 50% |
| 2031 | 35% | 55% |
| 2032 | 40% | 60% |
| 2033 | 45% | 65% |
| 2034 | 50% | 70% |
| 2035 | 55% | 75% |

13.    The CTP ZEV commitments apply on a groupwide basis. That means that a manufacturer's *RV sales* need not be 15% ZEV to meet its Class 2b-3 group target for 2027; rather, the manufacturer's collective sales for the *group* (which contains many other types of vehicles) must reach that threshold. This gives manufacturers flexibility on which vehicle models to electrify.

14.    For example, if a signatory sells a Class 6 ZEV delivery van, that sale can help meet ZEV sale commitments for the weight group (Class 4-8) while the signatory continues to sell internal-combustion engine (ICE) vehicles (such as ICE Class 6 RVs) within that same group.[1] Signatories also have other options available to meet their commitments, such as purchasing credits from other manufacturers who exceeded their applicable ZEV sales requirements.

---

[1] Within the same weight group, such as Class 4-8, a sale of a heavier ICE vehicle can be offset by selling the same weight ZEV, or by selling multiple lighter ZEVs; the conversion factor between sales of heavier and lighter weight classes within the same group is incorporated by reference from Cal. Code Regs., tit. 13, 1963.1 (Table A-2).

4

15.    Applying these principles to the RV market, I expect a signatory manufacturer could sell solely ICE RV chassis, if they so choose, through 2035.

16.    To appreciate why, consider that even in 2035—when the ZEV targets in the table above reach their highest level—a signatory manufacturer's sales can still consist of 25% ICE vehicles or higher, depending on the group. The RV market is not large; as explained above, CARB estimates that it is about 2.5% of California medium- and heavy-duty vehicle sales. Unless a signatory's overall sales consisted of more than 25% ICE RV chassis, that signatory could continue selling ICE RVs just as they have in the past. Based on my familiarity with the vehicle market in California and with the signatory manufacturers—all of which are large companies—it is unlikely that any of them make 25% of their sales in such a small market segment as RVs.

17.    In the nearer term, the CTP ZEV commitments leave even more room for sales of ICE RV chassis. In model year 2028, for instance, 70% of a signatory manufacturer's Class 4-8 sales can be ICE. So, unless a signatory's overall sales consisted of more than 70% ICE RV chassis, the signatory could continue selling ICE RVs as they have in the past. Again, it is unlikely that RV sales make up that high a percentage of any signatory's California sales.

18.    Of course, the CTP ZEV commitments do require sales of ZEVs in California over the next eight years (and sales must reach 100% ZEV in 2036). From now through 2035, however, a signatory manufacturer can achieve these targets by selling ZEVs in market segments where ZEV models are readily available (or choose another means of satisfying their commitments, such as purchasing credits). A signatory need not focus on ZEV RVs. The DeMartini declaration, which suggests otherwise, does not account for these flexibilities or the wide availability of other types of ZEVs in the relevant weight groups.

19.    For example, Volvo Group's Mack® LR Electric Model is a Class 8 truck that may be outfitted for various purposes, including waste collection. Sales of these trucks could meet Volvo's CTP ZEV commitments for the Class 4-8 group (which also includes Class A or Super C RVs). *See* Volvo Group, Mack® LR Electric Model Now in Serial Production at Lehigh Valley Operations (Dec. 2021), https://www.volvogroup.com/en/news-and-media/news/2021/dec/mack-

5

lr-electric-model-now-in-serial-production-at-lehigh-valley-operations.html. I understand that a true and correct copy of this webpage is being provided with Defendant Cliff's filings.

20. Another example is Daimler, who the DeMartini declaration identifies as an RV chassis supplier through its subsidiary, Freightliner. DeMartini Decl., ¶ 4. Daimler makes a number of Class 4-8 group ZEV trucks under the brand name RIZON. These models could similarly contribute to Daimler's CTP ZEV commitments for the Class 4-8 group, again without the need to change RV offerings in that group. *See* Rizon, Electric Medium Duty Brochure, https://rizonfrontdoor-f4emhjd7h9epa5ec.a01.azurefd.net/assests/2026/03/RIZON-Brochure-Universal-2026-CMP.pdf?_fsi=QmGHnScs (last visited May 25, 2026). I understand that a true and correct copy of this brochure is also being provided with Defendant Cliff's filings.

21. As a third example, ZEV school buses are widely available. One analysis from last year found that "[e]lectric bus deployments have risen more than tenfold in the last five years." Brian Zepka, *Accelerating Electric School Bus Progress in the US: 5 Years of Growth*, World Res. Inst. (July 31, 2025), https://www.wri.org/insights/where-electric-school-buses-us. Models for sale in California include the Blue Bird Vision Electric School Buses, https://www.blue-bird.com/vision-electric-2/ (last visited May 25, 2026); the International IC School Bus (CE), https://www.icbus.com/electric (last visited May 25, 2026); and the Micro Bird G5 Electric Bus, https://www.microbird.com/g5-electric (last visited May 25, 2026). These models fit into Classes 4, 6, 7, and 8 and, therefore, could contribute to ZEV CTP commitments for the group, without the need to sell fewer combustion-engine Class A or Class Super C RVs. I understand that true and correct copies of these webpages are being provided with Defendant Cliff's filings.

22. CARB maintains a list of the medium- and heavy-duty ZEVs certified for sale in California for the current and prior two model years, available at the following link: https://ww2.arb.ca.gov/applications/list-certified-medium-and-heavy-duty-zevs. This list further confirms that there are many medium- and heavy-duty ZEVs of different classes and functions available in the State, including 134 models (made by 39 different manufacturers) within the Class 4-8 group and 53 models (made by 12 different manufacturers) within the Class 2b-3 group.

23.    The foregoing discussion establishes that the signatory manufacturers to the CTP could, if they so choose, continue selling ICE RV chassis through 2035 while meeting their CTP ZEV commitments. It is also worth noting that DeMartini himself identifies at least one manufacturer of RV chassis (Spartan, under the brand Shyft Group) that is *not* a signatory to the CTP and for whom the agreement would not be a barrier to selling ICE RV chassis, now or in the future (including past 2036). *See* DeMartini Decl. ¶ 4. There are other vehicle manufacturers who are also not signatories to the CTP, and so are not bound by its terms, and could sell ICE RV chassis now or in the future (including past 2036), should they decide to do so.

24.    To summarize, signatory manufacturers do not need to sell a particular percentage of ZEV RVs between now and 2035 to meet their CTP ZEV commitments (and in fact, they do not need to sell any). The percentage-sale commitments operate across weight groups, and so manufacturers can meet them by, for example, focusing their sales on the types of medium- and heavy-duty ZEVs for which electrified models are readily available (such as school buses). Many models of medium- and heavy-duty ZEVs are available in weight classes that correspond to RV chassis weight classes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 27, 2026.

Paul Arneja

Decl. of Paul Arneja in Supp. Def.'s Cross-Mot. & Opp'n to Pl.'s Mot.  (2:25-cv-02255-DC-AC)