ROB BONTA
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
BENJAMIN P. LEMPERT, State Bar No. 344239
M. ELAINE MECKENSTOCK, State Bar No. 268861
DAVID M. MEEKER, State Bar No. 273814
JONATHAN A. WIENER, State Bar No. 265006
CECILIA D. SEGAL, State Bar No. 310935
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 510-3545
  Fax: (415) 703-1107
  E-mail: cecilia.segal@doj.ca.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE**, <br><br> Plaintiff, <br><br> v. <br><br> **STEVEN S. CLIFF,** in his official capacity as the Executive Officer of the California Air Resources Board, <br><br> Defendant. | 2:25-cv-03255-DC-AC <br><br> **DECLARATION OF CECILIA D. SEGAL IN SUPPORT OF DEFENDANT'S CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT** <br><br> Judge:      Hon. Dena Coggins <br> Courtroom:  10, 13th Floor <br> Date:      None Set <br> Action Filed:  December 16, 2024 |

I, Cecilia D. Segal, declare as follows:

1.    I am a Deputy Attorney General in the California Attorney General's Office, counsel for Defendant in this matter, and admitted to practice in this Court. Unless otherwise indicated, this Declaration is based on my personal knowledge, and, if called as a witness, I could and would testify to the statements herein.

2.    A true and correct copy of the CARB document titled *Staff White Paper: Staff Current Assessment of the Technical Feasibility* and dated April 18, 2019 is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 1**.

3.    A true and correct copy of EPA's webpage listing all notices of hearing and notices of decision related to CARB's requests under the Clean Air Act for waivers of preemption and authorizations is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 2**.

4.    A true and correct copy of the Stipulation and Order to Hold Case in Abeyance Pending Outcome of Rulemaking entered in *Nebraska v. Cliff*, 2:24-cv-01364 (E.D. Cal. entered May 5, 2025) is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 3**.

5.    A true and correct copy of the press release by the Engine Manufacturers Association (EMA) dated July 6, 2023, is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 4**.

6.    A true and correct copy of the decision issued on March 6, 2025, by the Government Accountability Office (GAO) at Document No. B-337179, on the matter *Observations Regarding the Environmental Protection Agency's Submission of Notices of Decision on Clean Air Act Preemption Waivers as Rules Under the Congressional Review Act*, is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 5**.

7.    A true and correct copy of Executive Order N-27-25, issued by the Governor on June 12, 2025, is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 6**.

1

8. A true and correct copy of the Manufacturers Advisory Correspondence ECCD-2025-08 (August MAC) issued by the California Air Resources Board (CARB) on August 25, 2025 is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 7**.

9. A true and correct copy of the notice of emergency rulemaking issued by CARB on September 15, 2025 is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 8**.

10. A true and correct copy of the notice of public hearing to consider permanent adoption of emergency regulations issued by CARB on September 23, 2025 is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 9**.

11. A true and correct copy of the notice of readoption of emergency rulemaking issued by CARB on March 6, 2026 is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 10**.

12. A true and correct copy of the letter from Daimler Truck North America, LLC (DTNA) to the Chairman of the Federal Trade Commission, is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 11**.

13. A true and correct copy of the press release by the Federal Trade Commission (FTC) dated August 12, 2025, is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 12**.

14. A true and correct copy of the Joint Stipulation of Dismissal with Prejudice entered in *Nebraska v. Daimler*, Case No. CI 24-570 (Neb. D.Ct. entered August 11, 2025), is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 13**.

15. A true and correct copy of the Manufacturers Advisory Correspondence ECCD-2026-02 (Reissued MAC) issued by the California Air Resources Board (CARB) on April 30, 2026, which is a reissuance of the August MAC, is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 14**.

16. A true and correct copy of the blog post by Marius Morosanu on Meiborg.com, dated August 28, 2024, and titled *Navigating the Road Ahead: What Technology Means for Truck Drivers* is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as

2

**Exhibit 15**.

17.    A true and correct copy of the graph on the Federal Reserve Bank of St. Louis's webpage depicting a U.S. Bureau of Economic Analysis of the number of heavy weight truck retail sales by millions of units from January 1, 1967 to March 1, 2026 is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 16**.

18.    A true and correct copy of Tesla's webpage regarding Tesla's electric semi-truck is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 17**.

19.    A true and correct copy of the CNBC article *America's freight recession is nearing its end, logistics executives say, with retail orders and rates headed higher*, by Lori Ann LaRocco, published on July 17, 2024, is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 18**.

20.    A true and correct copy of the January 2025 RV Market Report issued by the RV Industry Association (RVIA) is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 19**.

21.    A true and correct copy of the December 2025 RV Market Report issued by RVIA is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 20**.

22.    A true and correct copy of CARB's webpage regarding Advanced Clean Fleets – Meetings & Events is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 21**.

23.    A true and correct copy of DeMartini RV Sales' webpage listing a 2026 model year RV for sale with a Spartan chassis is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 22**.

24.    A true and correct copy of Thor Industries' webpage regarding the Thor Hybrid Class A Motorhome is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 23**.

25.    A true and correct copy of Winnebago's webpage regarding the All-Electric eRV2 is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 24**.

3

26.    A true and correct copy of the 2024 Annual Report issued by Daimler Truck is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 25**.

27.    A true and correct copy of the 2025 Annual Report issued by Daimler Truck is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 26**.

28.    A true and correct copy of the report, updated on October 22, 2024, by the Congressional Research Service (CRS) at Report No. R45248, titled *The Congressional Review Act: Determining Which "Rules" Must Be Submitted to Congress* is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 27**.

29.    A true and correct copy of the report, updated on November 12, 2021, by CRS at Report No. R43992, titled *The Congressional Review Act (CRA): Frequently Asked Questions* is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 28**.

30.    A true and correct copy of the decision issued on November 30, 2023, by the GAO at Document No. B-334309, on the matter *Environmental Protection Agency—Applicability of the Congressional Review Act to Notice of Decision on Clean Air Act Waiver of Preemption* is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 29**.

31.    A true and correct copy of U.S. Senator Mike Lee's one-pager webpage regarding the Stop CARB Act is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 30**.

32.    A true and correct copy of the press release by U.S. Representative Troy E. Nehls, dated September 12, 2024, is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 31**.

33.    A true and correct copy of GAO's webpage regarding FAQs on the Congressional Review Act is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 32**.

34.    A true and correct copy of the press release by U.S. EPA dated February 14, 2025, titled *Trump EPA to Transmit California Waivers to Congress in Accordance with Stautory Reporting Requirements* is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 33**.

35. A true and correct copy of Boyden Gray PLLC's webpage regarding a Wall Street Journal op-ed about "how to overturn California's EV mandate" written by Boyden Gray Partners Michael Bushbacher and James Conde is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 34**.

36. A true and correct copy of Boyden Gray PLLC's webpage, "Congress Acts on Boyden Gray Idea to Repeal the EV Mandate," written by Boyden Gray Staff and dated May 22, 2025, is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 35**.

37. A true and correct copy of the Times of San Diego article *Republicans in Congress Are Preparing to Break Decades of Precedent to Block Climate Policy*, by Anna Kramer, published on February 27, 2025, is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 36**.

38. A true and correct copy of the Salon article *The Senate Parliamentarian Could Block Some of Trump's Agenda—and Be a Scapegoat for Republicans*, by Russell Payne, published on January 9, 2025, is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as. **Exhibit 37**.

39. A true and correct copy of the New York Times article *Republican Plan to Kill California's E.V. Policies Hits Senate Snag*, by Lisa Friedman, published on April 4, 2025, is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 38**.

40. A true and correct copy of the press release by U.S. Senator Alex Padilla dated April 4, 2025, is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 39**.

41. A true and correct copy of the E&E News article *House Plows Ahead with Assault on California EPA Waivers*, by Kelsey Brugger, published on April 4, 2025, is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 40**.

42. A true and correct copy of the press release by House Committee on Energy and Commerce, dated April 3, 2025, is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 41**.

43.    A true and correct copy of the press release by House Committee on Energy and Commerce regarding an op-ed in the Washington Examiner, dated May 2, 2025, is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 42**.

44.    A true and correct copy of the Politico article *Senate GOP Plots Demise of California Clean Car Rules*, by Timothy Cama, published on May 20, 2025, is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 43**.

45.    A true and correct copy of the report, updated on November 15, 2018, by CRS at Report No. 98-306, titled *Points of Order, Rulings, and Appeals in the Senate*, is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 44**.

46.    A true and correct copy of the press release by U.S. EPA dated May 22, 2025, titled *EPA* Hails *Congressional Disapproval of Biden EPA's California EV Mandate Rule*, is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 45**.

47.    A true and correct copy of the Complaint filed in *California Air Resources Board v. Daimler Truck North America*, Case No. 25CV151420 (Sup. Ct. Cal. filed Oct. 27, 2025) (excluding the exhibit), is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 46**.

48.    A true and correct copy of The Shyft Group's webpage listing its brands is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 47**.

49.    A true and correct copy of the Clean Truck Partnership as fully signed by all parties and thus fully executed on July 5, 2023 is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 48**.

50.    A true and correct copy of Volvo's press release, "Mack LR Electric Model Now in Serial Operation at Lehigh Valley Operations," dated December 20, 2021, is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 49**.

51.    A true and correct copy of the letter from Volvo Group North America, LLC to the Chairman of the Federal Trade Commission is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 50**.

6

52.    A true and correct copy of Rizon's webpage regarding Rizon's zero emissions commercial vehicles is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 51**.

53.    A true and correct copy of the World Resources Institute article *Accelerating Electric School Bus Progress in the US: 5 Years of Growth*, by Brian Zepka, published on July 31, 2025 is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 52**.

54.    A true and correct copy of Blue Bird's webpage regarding Blue Bird's electric school buses is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 53**.

55.    A true and correct copy of IC Bus's webpage regarding IC Bus's electric school buses is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 54**.

56.    A true and correct copy of Micro Bird's webpage regarding Micro Bird's electric 30-passenger school bus is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 55**.

57.    A true and correct copy of the results that appear on DeMartini RV Sales' webpage after entering "New," "Category Class A – Diesel," and "Year 2025 to 2026" in the search box is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 56**.

58.    A true and correct copy of the results that appear on DeMartini RV Sales' webpage after entering "New," "Category Class A – Gas," and "Year 2025 to 2026" in the search box is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 57**.

59.    A true and correct copy of the three pages of results that appear on DeMartini RV Sales' webpage after entering "New," "Category Class B & C," and "Year 2025 to 2026" in the search box is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 58**.

60.    A true and correct copy of the Yale Journal on Regulation article *Congress Has the Authority to Review EPA "Waivers" of Clean Air Act Preemption*, by Michael Bushbacher and Jimmy Conde, published on March 5, 2025, is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 59**.

7

61.    A true and correct copy of the Yale Law Journal article *Law Within Congress*, by Jonathan S. Gould, published on May 31, 2020, is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 60**.

62.    A true and correct copy of the social media post made on x.com by X user EPW Republicans, handle @EPWGOP, on February 14, 2025, is attached to Defendant Cliff's Request for Judicial Notice, filed concurrently, as **Exhibit 61**.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on May 27, 2026.

/s/ *Cecilia D. Segal*
CECILIA D. SEGAL
Deputy Attorney General
*Attorneys for Defendant*

8

Decl. of Cecilia D. Segal in Supp. Def.'s Cross-Mot. & Opp'n to Pl.'s Mot. (2:25-cv-03255-DC-AC)