ROB BONTA
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
BENJAMIN P. LEMPERT, State Bar No. 344239
M. ELAINE MECKENSTOCK, State Bar No. 268861
DAVID M. MEEKER, State Bar No. 273814
JONATHAN A. WIENER, State Bar No. 265006
CECILIA D. SEGAL, State Bar No. 310935
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 510-3545
 Fax: (415) 703-1107
 E-mail: cecilia.segal@doj.ca.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE**, <br><br> Plaintiff, <br><br> v. <br><br> **STEVEN S. CLIFF,** in his official capacity as the Executive Officer of the California Air Resources Board, <br><br> Defendant. | 2:25-cv-03255-DC-AC <br><br> **DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT** <br><br> Judge:    Hon. Dena Coggins <br> Courtroom: 10, 13th Floor <br> Date:    None Set <br> Action Filed:  December 16, 2024 |

Def.'s Req. for Judicial Notice in Supp. Def.'s Opp'n & Cross-Mot. for J. on the Pleadings (2:25-cv-03255-DC-AC)

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendant Steven S. Cliff, in his official capacity as Executive Officer of the California Air Resources Board, respectfully requests that the Court take judicial notice of the facts and documents identified below.

1.　　The existence and contents of a CARB document titled *Staff White Paper: Staff Current Assessment of the Technical Feasability* and dated April 18, 2019. A true and correct copy of the cover page, table of contents, and cited portions of this document are attached hereto as **Exhibit 1**. Exhibit 1 is publicly available at, and on May 26, 2026, was downloaded from: https://ww2.arb.ca.gov/sites/default/files/classic/msprog/hdlownox/white_paper_04182019a.pdf.

2.　　The existence and contents of EPA's webpage listing all notices of hearing and notices of decision related to CARB's requests under the Clean Air Act for waivers of preemption and authorizations. A true and correct copy of that webpage is attached hereto as **Exhibit 2**. Exhibit 2 is publicly available at, and on May 26, 2026, was downloaded from: https://www.epa.gov/state-and-local-transportation/vehicle-emissions-california-waivers-and-authorizations.

3.　　The existence and contents of a Stipulation and Order to Hold Case in Abeyance Pending Outcome of Rulemaking entered in *Nebraska v. Cliff*, 2:24-cv-01364 (E.D. Cal. entered May 5, 2025). A true and correct copy of the Stipulation and Order is attached hereto as **Exhibit 3**, which was downloaded from the public docket on May 26, 2026.

4.　　The existence and contents of a press release by the Engine Manufacturers Association (EMA) dated July 6, 2023, a true and correct copy of which is attached hereto as **Exhibit 4**. Exhibit 4 is publicly available at, and on May 26, 2026, was downloaded from: https://www.truckandenginemanufacturers.org/file.asp?A=Y&F=Clean%2BTruck%2BPartnership%2Brelease+%281%29%2Epdf&N=Clean%2BTruck%2BPartnership%2Brelease+%281%29%2Epdf&C=documents.

5.　　The existence and contents of the decision issued on March 6, 2025, by the Government Accountability Office (GAO) at Document No. B-337179, on the matter *Observations Regarding the Environmental Protection Agency's Submission of Notices of Decision on Clean Air Act Preemption Waivers as Rules Under the Congressional Review Act*. A

1

true and correct copy of the GAO decision is attached hereto as **Exhibit 5**. Exhibit 5 is publicly available at, and on May 26, 2026, was downloaded from: https://www.gao.gov/products/b-337179.

6. The existence and contents of Executive Order N-27-25 (EO) issued by the Governor on June 12, 2025. A true and correct copy of the EO is attached as **Exhibit 6**. Exhibit 6 is publicly available at, and on March 9, 2026, was downloaded from: https://www.gov.ca.gov/wp-content/uploads/2025/06/CRA-Response-EO-N-27-25_-bl-formatted-GGN-Signed-6-11-954pmFinal.pdf.

7. The existence and contents of Manufacturers Advisory Correspondence ECCD-2025-08 (August MAC) issued by the California Air Resources Board (CARB) on August 25, 2025. The Court previously took judicial notice of this document in its order on Plaintiffs' Motion for Preliminary Injunction. ECF 94 at 23 n.18. A true and correct copy of the August MAC is attached hereto as **Exhibit 7**. Exhibit 7 is publicly available at, and, on May 26, 2026, was downloaded from: https://ww2.arb.ca.gov/sites/default/files/2025-08/MAC%20ECCD-2025-08.pdf.

8. The existence and contents of a notice of emergency rulemaking issued by CARB on September 15, 2025. A true and correct copy of the notice is attached hereto as **Exhibit 8**. Exhibit 8 is publicly available at, and, on May 26, 2026, was downloaded from https://ww2.arb.ca.gov/sites/default/files/barcu/regact/2025/emergencyvehemissions/notice.pdf.

9. The existence and contents of a notice of public hearing to consider permanent adoption of emergency regulations issued by CARB on September 23, 2025. A true and correct copy of the notice is attached hereto as **Exhibit 9**. Exhibit 9 is publicly available at, and, on May 26, 2026, was downloaded from: https://ww2.arb.ca.gov/sites/default/files/barcu/regact/2025/orhdlcfs/notice.pdf.

10. The existence and contents of a notice of readoption of emergency rulemaking issued by CARB on March 6, 2026. A true and correct copy of the notice is attached hereto as **Exhibit 10**. Exhibit 10 is publicly available at, and on May 26, 2026, was downloaded from: https://ww2.arb.ca.gov/sites/default/files/barcu/regact/2025/emergencyvehemissions/readoptnotic

2

e1.pdf.

11. The existence and contents of a letter from Daimler Truck North America, LLC (DTNA) to the Chairman of the Federal Trade Commission, a true and correct copy of which is attached hereto as **Exhibit 11**. Exhibit 11 is publicly available at, and, on May 26, 2026, was downloaded from: https://www.ftc.gov/system/files/ftc_gov/pdf/Daimler-Truck-Letter-of-Commitment-081025.pdf.

12. The existence and contents of a press release by the Federal Trade Commission (FTC) dated August 12, 2025, a true and correct copy of which is attached hereto as **Exhibit 12**. Exhibit 12 is publicly available at, and on May 26, 2026, was downloaded from: https://www.ftc.gov/news-events/news/press-releases/2025/08/ftc-resolves-antitrust-concerns-arising-clean-truck-partnership.

13. The existence and contents of a Joint Stipulation of Dismissal with Prejudice entered in Nebraska v. Daimler, Case No. CI 24-570 (Neb. D.Ct. entered August 11, 2025). A true and correct copy of the Stipulation is attached hereto as **Exhibit 13**, which was downloaded from the public docket on May 26, 2026.

14. The existence and contents of the Manufacturers Advisory Correspondence ECCD-2026-02 (Reissued MAC) issued by the California Air Resources Board (CARB) on April 30, 2026, which is a reissuance of the August MAC. The Court previously took judicial notice of the August MAC in its order on Plaintiffs' Motion for Preliminary Injunction. ECF 94 at 23 n.18. A true and correct copy of the Reissued MAC is attached hereto as **Exhibit 14**. Exhibit 14 is publicly available at, and, on May 26, 2026, was downloaded from: https://ww2.arb.ca.gov/sites/default/files/classic/msprog/nvepb/macs/_MACs/Final%20MAC%20ECCD-2026-02_signed_ada.pdf.

15. The existence and contents of the blog post by Marius Morosanu on Meiborg.com, dated August 28, 2024, and titled *Navigating the Road Ahead: What Technology Means for Truck Drivers*. A true and correct copy of the blog post is attached hereto as **Exhibit 15**. Exhibit 15 is publicly available at, and, on May 26, 2026, was downloaded from: https://meiborg.com/logistics/blog/1.

3

16.    The existence and contents of a graph on the Federal Reserve Bank of St. Louis's webpage depicting a U.S. Bureau of Economic Analysis of the number of heavy weight truck retail sales by millions of units from January 1, 1967 to March 1, 2026. A true and correct copy of that graph is attached hereto as **Exhibit 16**. Exhibit 16 is publicly available at, and on May 27, 2026, was downloaded from: https://fred.stlouisfed.org/series/HTRUCKSSAAR.

17.    The existence and contents of Tesla's webpage regarding Tesla's electric semi-truck. A true and correct copy of that webpage is attached hereto as **Exhibit 17**. Exhibit 17 is publicly available at, and on May 26, 2026, was downloaded from: https://www.tesla.com/semi#:~:text=Deliveries%20Start%20in%202026.

18.    The existence and contents of the CNBC article *America's freight recession is nearing its end, logistics executives say, with retail orders and rates headed higher*, by Lori Ann LaRocco, published on July 17, 2024. A true and correct copy of that article is attached hereto as **Exhibit 18**. Exhibit 18 is publicly available at, and on May 27, 2026, was downloaded from: https://www.cnbc.com/2024/07/17/americas-freight-trucking-recession-over.html.

19.    The existence and contents of the January 2025 RV Market Report issued by the RV Industry Association (RVIA). A true and correct copy of the January 2025 Market Report is attached hereto as **Exhibit 19**. Exhibit 19 is publicly available at, and on May 26, 2026, was downloaded from: https://www.rvia.org/system/files/media/file/January%202025%20Full%20Market%20Report.pdf

20.    The existence and contents of the December 2025 RV Market Report issued by RVIA. A true and correct copy of the December 2025 Market Report is attached hereto as **Exhibit 20**. Exhibit 20 is publicly available at, and on May 26, 2026, was downloaded from: https://www.rvia.org/system/files/media/file/December 2025 Full Market Report.pdf.

21.    The existence and contents of CARB's webpage regarding Advanced Clean Fleets – Meetings & Events. A true and correct copy of that webpage is attached hereto as **Exhibit 21**. Exhibit 21 is publicly available at, and on May 27, 2026, was downloaded from: https://ww2.arb.ca.gov/our-work/programs/advanced-clean-fleets/advanced-clean-fleets-meetings-events.

4

22.    The existence and contents of DeMartini RV Sales' webpage listing a 2026 model year RV for sale with a Spartan chassis. A true and correct copy of that webpage is attached hereto as **Exhibit 22**. Exhibit 22 is publicly available at, and on May 26, 2026, was downloaded from: https://www.demartinirv.com/vehicles/detail/5528.

23.    The existence and contents of Thor Industries' webpage regarding the Thor Hybrid Class A Motorhome. A true and correct copy of that webpage is attached hereto as **Exhibit 23**. Exhibit 23 is publicly available at, and on May 26, 2026, was downloaded from: https://www.thorindustries.com/worlds-first-hybrid-class-a-motorhome.

24.    The existence and contents of Winnebago's webpage regarding the All-Electric eRV2. A true and correct copy of that webpage is attached hereto as **Exhibit 24**. Exhibit 24 is publicly available at, and on May 26, 2026, was downloaded from: https://www.winnebago.com/all-electric.

25.    The existence and contents of the excerpted pages from the 2024 Annual Report issued by Daimler Truck, a true and correct copy of which are attached hereto as **Exhibit 25**. Exhibit 25 is publicly available at, and, on May 26, 2026, was downloaded from: https://www.daimlertruck.com/fileadmin/user_upload/documents/investors/reports/annual-reports/2024/daimler-truck-ir-annual-report-2024-incl-combined-management-report-dth-ag.pdf.

26.    The existence and contents of the excerpted pages from the 2025 Annual Report issued by Daimler Truck, a true and correct copy of which are attached hereto as **Exhibit 26**. Exhibit 26 is publicly available at, and, on May 27, 2026, was downloaded from: https://www.daimlertruck.com/fileadmin/user_upload/documents/investors/reports/annual-reports/2025/daimler-truck-ir-annual-report-2025-incl-combined-management-report-dth-ag.pdf

27.    The existence and contents of the report, updated on October 22, 2024, by the Congressional Research Service (CRS) at Report No. R45248, titled *The Congressional Review Act: Determining Which "Rules" Must Be Submitted to Congress*. A true and correct copy of the CRS report is attached hereto as **Exhibit 27**. Exhibit 27 is publicly available at, and on May 26, 2026, was downloaded from: https://www.congress.gov/crs-product/R45248.

5

28.    The existence and contents of the report, updated on November 12, 2021, by CRS at Report No. R43992, titled *The Congressional Review Act (CRA): Frequently Asked Questions*. A true and correct copy of the CRS report is attached hereto as **Exhibit 28**. Exhibit 28 is publicly available at, and on May 26, 2026, was downloaded from: https://www.understandingcongress.org/wp-content/uploads/2024/05/CRS-report-Congressional-Review-Act.pdf.

29.    The existence and contents of the decision issued on November 30, 2023, by the GAO at Document No. B-334309, on the matter *Environmental Protection Agency—Applicability of the Congressional Review Act to Notice of Decision on Clean Air Act Waiver of Preemption*. A true and correct copy of the GAO decision is attached hereto as **Exhibit 29**. Exhibit 29 is publicly available at, and on May 26, 2026, was downloaded from: https://www.gao.gov/assets/870/863746.pdf.

30.    The existence and contents of U.S. Senator Mike Lee's one-pager webpage regarding the Stop CARB Act. A true and correct copy of that webpage is attached hereto as **Exhibit 30**. Exhibit 30 is publicly available at, and on May 26, 2026, was downloaded from: https://www.lee.senate.gov/services/files/D7060B80-6E13-4481-8EC6-63155F546C1A.

31.    The existence and contents of a press release by U.S. Representative Troy E. Nehls dated September 12, 2024, a true and correct copy of which is attached hereto as **Exhibit 31**. Exhibit 31 is publicly available at, and on May 27, 2026, was downloaded from: https://nehls.house.gov/media/press-releases/rep-troy-e-nehls-introduces-stop-carb-act.

32.    The existence and contents of GAO's webpage regarding FAQs on the Congressional Review Act. A true and correct copy of that webpage is attached hereto as **Exhibit 32**. Exhibit 32 is publicly available at, and on May 26, 2026, was downloaded from: https://www.gao.gov/legal/congressional-review-act/faqs-on-the-congressional-review-act.

33.    The existence and contents of a press release by U.S. EPA dated February 14, 2025, titled *Trump EPA to Transmit California Waivers to Congress in Accordance with Stautory Reporting Requirements*. A true and correct copy of that press release is attached hereto as **Exhibit 33**. Exhibit 33 is publicly available at, and on May 26, 2026, was downloaded from:

6

https://www.epa.gov/newsreleases/trump-epa-transmit-california-waivers-congress-accordance-statutory-reporting.

34. The existence and contents of Boyden Gray PLLC's webpage regarding a Wall Street Journal op-ed about "how to overturn California's EV mandate" written by Boyden Gray Partners Michael Bushbacher and James Conde. A true and correct copy of that webpage is attached hereto as **Exhibit 34**. Exhibit 34 is publicly available at, and on May 26, 2026, was downloaded from: https://boydengray.com/buschbacher-conde-discuss-how-to-overturn-cas-ev-mandate-in-the-wall-street-journal/.

35. The existence and contents of Boyden Gray PLLC's webpage, "Congress Acts on Boyden Gray Idea to Repeal the EV Mandate," written by Boyden Gray Staff and dated May 22, 2025. A true and correct copy of that webpage is attached hereto as **Exhibit 35**. Exhibit 35 is publicly available at, and on May 27, 2026, was downloaded from: https://boydengray.com/congress-acts-on-boyden-gray-idea-to-repeal-the-ev-mandate/.

36. The existence and contents of the Times of San Diego article *Republicans in Congress Are Preparing to Break Decades of Precedent to Block Climate Policy*, by Anna Kramer, published on February 27, 2025. A true and correct copy of that article is attached hereto as **Exhibit 36**. Exhibit 36 is publicly available at, and on May 26, 2026, was downloaded from: https://timesofsandiego.com/politics/2025/02/27/republicans-in-congress-are-preparing-to-break-decades-of-precedent-to-block-climate-policy/.

37. The existence and contents of the Salon article *The Senate Parliamentarian Could Block Some of Trump's Agenda—and Be a Scapegoat for Republicans*, by Russell Payne, published on January 9, 2025. A true and correct copy of that article is attached hereto as **Exhibit 37**. Exhibit 37 is publicly available at, and on May 26, 2026, was downloaded from: https://www.salon.com/2025/01/09/the-senate-parliamentarian-could-block-some-of-agenda-and-be-a-scapegoat-for/.

38. The existence and contents of the New York Times article *Republican Plan to Kill California's E.V. Policies Hits Senate Snag*, by Lisa Friedman, published on April 4, 2025. A true and correct copy of that article is attached hereto as **Exhibit 38**. Exhibit 38 is publicly available

7

at, and on May 26, 2026, was downloaded from:

https://www.nytimes.com/2025/04/04/climate/california-ev-waiver-senate.html.

39.    The existence and contents of a press release by U.S. Senator Alex Padilla dated April 4, 2025, a true and correct copy of which is attached hereto as **Exhibit 39**. Exhibit 39 is publicly available at, and on May 26, 2026, was downloaded from: https://www.padilla.senate.gov/newsroom/press-releases/padilla-schiff-whitehouse-welcome-senate-parliamentarians-reaffirmation-that-californias-clean-air-act-waivers-not-subject-to-congressional-review-act/.

40.    The existence and contents of the E&E News article *House Plows Ahead with Assault on* California *EPA Waivers*, by Kelsey Brugger, published on April 4, 2025. A true and correct copy of that article is attached hereto as **Exhibit 40**. Exhibit 40 is publicly available at, and on May 26, 2026, was downloaded from: https://www.eenews.net/articles/house-plows-ahead-with-assault-on-california-epa-waivers-2/.

41.    The existence and contents of a press release by House Committee on Energy and Commerce, dated April 3, 2025, a true and correct copy of which is attached hereto as Exhibit **41**. Exhibit 41 is publicly available at, and on May 26, 2026, was downloaded from: https://energycommerce.house.gov/posts/chairman-guthrie-vice-chairman-joyce-and-energy-and-commerce-republicans-introduce-legislation-to-stop-california-ev-mandates.

42.    The existence and contents of a press release by House Committee on Energy and Commerce regarding an op-ed in the Washington Examiner, dated May 2, 2025. A true and correct copy of that press release is attached hereto as **Exhibit 42**. Exhibit 42 is publicly available at, and on May 26, 2026, was downloaded from: https://energycommerce.house.gov/posts/chairman-guthrie-vice-chairman-joyce-and-reps-james-and-obernolte-op-ed-how-congress-is-fighting-biden-s-disastrous-ev-mandate-1.

43.    The existence and contents of the Politico article *Senate GOP Plots Demise of* California *Clean Car Rules*, by Timothy Cama, published on May 20, 2025. A true and correct copy of that article is attached hereto as **Exhibit 43**. Exhibit 43 is publicly available at, and on May 26, 2026, was downloaded from:

8

https://subscriber.politicopro.com/article/eenews/2025/05/20/senate-gop-plots-demise-of-california-clean-car-rules-00358777.

44. The existence and contents of the report, updated on November 15, 2018, by CRS at Report No. 98-306, titled *Points of Order, Rulings, and Appeals in the Senate*. A true and correct copy of the CRS report is attached hereto as **Exhibit 44**. Exhibit 44 is publicly available at, and on May 26, 2026, was downloaded from:

https://www.congress.gov/crs_external_products/RS/PDF/98-306/98-306.19.pdf.

45. The existence and contents of a press release by U.S. EPA dated May 22, 2025, titled *EPA* Hails *Congressional Disapproval of Biden EPA's California EV Mandate Rule*. A true and correct copy of that press release is attached hereto as **Exhibit 45**. Exhibit 45 is publicly available at, and on May 26, 2026, was downloaded from: https://www.epa.gov/newsreleases/epa-hails-congressional-disapproval-biden-epas-california-ev-mandate-rule.

46. The existence and contents of the Complaint filed in *California Air Resources Board v. Daimler Truck North America*, Case No. 25CV151420 (Sup. Ct. Cal. filed Oct. 27, 2025) (excluding the exhibit). A true and correct copy of the Complaint is attached hereto as **Exhibit 46**, which was downloaded from the public docket on May 26, 2026.

47. The existence and contents of The Shyft Group's webpage listing its brands. A true and correct copy of that webpage is attached hereto as **Exhibit 47**. Exhibit 47 is publicly available at, and on May 27, 2026, was downloaded from: https://theshyftgroup.com/our-brands/.

48. The existence and contents of the Clean Truck Partnership as fully signed by all parties and thus fully executed on July 5, 2023. This document is also incorporated by reference into the operative complaint, although that version is missing a party's signature. A true and correct copy of the fully executed Clean Truck Partnership is attached hereto as **Exhibit 48**. Exhibit 48 is publicly available at, and on May 27, 2026, was downloaded from: https://ww2.arb.ca.gov/sites/default/files/2024-10/Final%20Clean%20Truck%20Partnership%20Agreement_CARB%2C%20EMA%2C%20and%20Ford%202023_07_05.pdf.

9

49.     The existence and contents of Volvo's press release, "Mack LR Electric Model Now in Serial Operation at Lehigh Valley Operations," dated December 20, 2021. A true and correct copy of that press release is attached hereto as **Exhibit 49**. Exhibit 49 is publicly available at, and on May 27, 2026, was downloaded from: https://www.volvogroup.com/en/news-and-media/news/2021/dec/mack-lr-electric-model-now-in-serial-production-at-lehigh-valley-operations.html.

50.     The existence and contents of a letter from Volvo Group North America, LLC to the Chairman of the Federal Trade Commission, a true and correct copy of which is attached hereto as **<u>Exhibit 50</u>**. Exhibit 50 is publicly available at, and, on May 26, 2026, was downloaded from: https://www.ftc.gov/system/files/ftc_gov/pdf/Volvo-Letter-of-Commitment-081025_1.pdf.

51.     The existence and contents of Rizon's webpage regarding Rizon's zero emissions commercial vehicles. A true and correct copy of that webpage is attached hereto as **Exhibit 51**. Exhibit 51 is publicly available at, and on May 27, 2026, was downloaded from: https://rizonfrontdoor-f4emhjd7h9epa5ec.a01.azurefd.net/assests/2026/03/RIZON-Brochure-Universal-2026-CMP.pdf?_fsi=QmGHnScs.

52.     The existence and contents of the World Resources Institute article *Accelerating Electric School Bus Progress in the US: 5 Years of Growth*, by Brian Zepka, published on July 31, 2025. A true and correct copy of that article is attached hereto as **Exhibit 52**. Exhibit 52 is publicly available at, and on May 27, 2026, was downloaded from: https://www.wri.org/insights/where-electric-school-buses-us.

53.     The existence and contents of Blue Bird's webpage regarding Blue Bird's electric school buses. A true and correct copy of that webpage is attached hereto as **Exhibit 53**. Exhibit 53 is publicly available at, and on May 27, 2026, was downloaded from: https://www.blue-bird.com/vision-electric-2/.

54.     The existence and contents of IC Bus's webpage regarding IC Bus's electric school buses. A true and correct copy of that webpage is attached hereto as **Exhibit 54**. Exhibit 54 is publicly available at, and on May 27, 2026, was downloaded from: https://www.icbus.com/electric.

55. The existence and contents of Micro Bird's webpage regarding Micro Bird's electric 30-passenger school bus. A true and correct copy of that webpage is attached hereto as **Exhibit 55**. Exhibit 55 is publicly available at, and on May 27, 2026, was downloaded from: https://www.microbird.com/g5-electric.

56. The existence and contents of the results that appear on DeMartini RV Sales' webpage after entering "New," "Category Class A – Diesel," and "Year 2025 to 2026" in the search box. A true and correct copy of those results is attached hereto as **Exhibit 57**. Exhibit 57 is publicly available at, and on May 27, 2026, was downloaded from: https://www.demartinirv.com/vehicles/search?condition=new&category=90&from_year=2025&to_year=2026&make=&length=%3E0&price=%3E0&advanced-search=Search.

57. The existence and contents of the results that appear on DeMartini RV Sales' webpage after entering "New," "Category Class A – Gas," and "Year 2025 to 2026" in the search box. A true and correct copy of those results is attached hereto as **Exhibit 58**. Exhibit 58 is publicly available at, and on May 27, 2026, was downloaded from: https://www.demartinirv.com/vehicles/search?condition=new&category=98&from_year=2025&to_year=2026&make=&length=%3E0&price=%3E0&advanced-search=Search.

58. The existence and contents of the three pages of results that appear on DeMartini RV Sales' webpage after entering "New," "Category Class B & C," and "Year 2025 to 2026" in the search box. A true and correct copy of those results is attached hereto as **Exhibit 58**. Exhibit 58 is publicly available at, and on May 27, 2026, was downloaded from: https://www.demartinirv.com/vehicles/search?condition=new&category=99&from_year=2025&to_year=2026&make=&length=%3E0&price=%3E0&advanced-search=Search&per_page=.

59. The existence and contents of the Yale Journal on Regulation article *Congress Has the Authority to Review EPA "Waivers" of Clean Air Act Preemption*, by Michael Bushbacher and Jimmy Conde, published on March 5, 2025. A true and correct copy of that article is attached hereto as **Exhibit 59**. Exhibit 59 is publicly available at, and on May 27, 2026, was downloaded from: https://www.yalejreg.com/nc/congress-has-the-authority-to-review-epa-waivers-of-clean-air-act-preemption-by-michael-buschbacher-jimmy-conde/.

11

60.     The existence and contents of the Yale Law Journal article *Law Within Congress*, by Jonathan S. Gould, published on May 31, 2020. A true and correct copy of that article is attached hereto as **Exhibit 60**. Exhibit 60 is publicly available at, and on May 27, 2026, was downloaded from: https://yalelawjournal.org/article/law-within-congress.

61.     The existence and contents of a social media post made on x.com by X user EPW Republicans, handle  @EPWGOP, on February 14, 2025. A true and correct copy of that social media post is attached hereto as **Exhibit 61**. Exhibit 61 is publicly available at, and on May 27, 2026, was downloaded from: https://x.com/EPWGOP/status/1890576190005461184.

Under the Federal Rules of Evidence, the Court "may judicially notice a fact that is not subject to reasonable dispute because it … can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b). Therefore, all Exhibits and their contents are generally subject to judicial notice because they are all publicly available and their contents "are undisputed and 'can be accurately and readily determined.'" *Garcia v. E.L. Heritage Inn of Sacramento, LLC*, 2022 WL 3359175, at *1 (9th Cir. Aug. 15, 2022) (granting judicial notice of contents of web site).

More specifically, documents that are publicly available from governments (including through their websites), as with Exhibits 1, 2, 5-10, 14, 16, 21, 27-30, 32, and 44, are regularly deemed judicially noticeable. *See, e.g.*, *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010) (stating that it was "appropriate to take judicial notice" of information "made publicly available by government entities" on their websites where "neither party disputes the authenticity of the web sites or the accuracy of the information displayed therein"); *Martinez v. Mead Johnson & Co.*, No. 5:22-cv-00213-JWH-SHK, 2022 WL 15053334, at *4 (C.D. Cal. Oct. 22, 2022) (finding that FDA guidance was judicially noticeable because it was "publicly available and it was disseminated by a government agency"); *Hansen Beverage Co. v. Innovation Ventures, LLC*, No. 08-CV-1166-IEG (POR), 2009 WL 6597891, at *2 (S.D. Cal. Dec. 23, 2009) ("Information on government agency websites has often been treated as properly subject to judicial notice."). As a result, Exhibits 1, 2, 5-10, 14, 16, 21, 27-30, 32, and 44 and the facts for which they are relied upon here may be judicially noticed.

12

Press releases, like Exhibits 4, 12, 31, 33, 39, 41, 42, 45 and 49, are also common subjects of judicial notice because they are publicly available documents whose accuracy cannot reasonably be questioned, and the facts for which they are relied upon can be accurately and readily determined. Fed. R. Evid. 201(b)(2); *see also In re Am. Apparel, Inc. S'holder Litig.*, 855 F. Supp. 2d 1043, 1062 (C.D. Cal. 2012) ("Courts in the Ninth Circuit routinely take judicial notice of press releases."). That is the case here.

For similar reasons, publicly available webpages and social media posts may be judicially noticed. *See Threshold Enters. Ltd. v. Pressed Juicery, Inc.*, 445 F. Supp. 3d 139, 146 (N.D. Cal. 2020) (explaining that "websites and their contents may be judicially noticed" and collecting cases). These materials are the proper subject of judicial notice to "indicate what was in the public realm at the time." *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010) (quoting *Premier Growth Fund v. All. Capital Mgmt.*, 435 F.3d 396, 401 n.15 (3d Cir. 2006)). And where the "contents are not subject to reasonable dispute," courts regularly take notice of webpage content itself, such as website terms of service. *Zhang v. Twitter Inc.*, 2023 WL 5493823, at *3 (N.D. Cal. Aug. 23, 2023), *aff'd*, 2025 WL 66050 (9th Cir. Jan. 10, 2025). The same is true of social media content. *United States v. Hawthorne Mach. Co.*, 2024 WL 4294878, at *11 (S.D. Cal. Sept. 25, 2024) ("District courts within the Ninth Circuit have held that '[c]ourts can take judicial notice of publicly accessible social media posts.'"). Therefore, Exhibits 11, 17, 19, 20, 22-26, 34, 35, 50, 51, 53-58, and 61 and their contents are the proper subjects of judicial notice.

"A court 'may take judicial notice of adjudicative facts appearing in newspapers.'" *Pete v. City of Oakland*, 2011 WL 863550, at *4 (N.D. Cal. Mar. 10, 2011) (quoting *Crowder v. Kitagawa*, 81 F.3d 1480, 1492 n.10 (9th Cir. 1996)). And generally, the "Court has 'discretion to take judicial notice under Rule 201 [of the Federal Rules of Evidence] of the existence and content of published articles.'" *United States v. Ortiz*, 2024 WL 418622, at *1 n.11 (C.D. Cal. Feb. 5, 2024) (alterations in original) (quoting *United States v. W.R. Grace*, 504 F.3d 745, 766 (9th Cir. 2007) (taking notice of published articles regarding crime rates in Anaheim). As a result, Exhibits 15, 18, 36-38, 40, 43, 47, 52, 59, and 60 and the facts for which they are relied upon

13

here, are proper subjects of judicial notice.

Finally, the existence and contents of Exhibits 3, 13, and 46 are the proper subjects of judicial notice because "[c]ourts may take judicial notice of court filings … and other matters of public record." *Cejas v. Brown*, 2019 WL 201406, at *4 (S.D. Cal. Jan. 15, 2019) (citing *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006)).

Dated:  May 27, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Acting Supervising Deputy
Attorney General

*/s/ Cecilia D. Segal*
CECILIA D. SEGAL
Deputy Attorney General
*Attorneys for Defendant*

14