# Exhibit 13

Filed in Lincoln District Court
*** EFILED ***
Case Number: D15CI240000570
Transaction ID: 0023681890
Filing Date: 08/11/2025 04:20:26 PM CDT

## IN THE DISTRICT COURT OF LINCOLN COUNTY, NEBRASKA

| | |
|---|---|
| STATE OF NEBRASKA, *ex rel.* MICHAEL T. HILGERS, ATTORNEY GENERAL, ENERGY MARKETERS OF AMERICA, and RENEWABLE FUELS NEBRASKA, <br><br> Plaintiffs, <br><br> v. <br><br> DAIMLER TRUCK NORTH AMERICA, INTERNATIONAL MOTORS, INC. F/K/A NAVISTAR, INC., PACCAR INC., VOLVO GROUP NORTH AMERICA, and TRUCK & ENGINE MANUFACTURERS ASSOCIATION, <br><br> Defendants. | CASE NO. CI 24-570 <br><br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiffs State of Nebraska, *ex rel.* Michael T. Hilgers, Attorney General, Energy Marketers of America, and Renewable Fuels Nebraska (together, "Plaintiffs"), and Defendants Engine Manufacturers Association d/b/a Truck & Engine Manufacturers Association, Daimler Truck North America LLC, International Motors, LLC, PACCAR Inc, and Volvo Group North America LLC (together, "Defendants"), and hereby stipulate and agree as follows:

WHEREAS, Plaintiffs allege that in 2023, the California Air Resources Board ("CARB") and certain medium- and heavy-duty truck manufacturers (including Defendants) each signed the "Clean Truck

1

Partnership" ("CTP") regarding California's regulatory emissions standards set forth in the Advanced Clean Trucks ("ACT") and Omnibus Low NOx ("Omnibus") regulations;

WHEREAS, Plaintiffs filed this action on November 19, 2024;

WHEREAS, the United States Congress, using its powers under the Congressional Review Act ("CRA"), issued joint resolutions of disapproval of the United States Environmental Protection Agency's waivers of preemption for the ACT and Omnibus standards adopted by CARB;

WHEREAS, on June 12, 2025, the President of the United States signed these joint resolutions of disapproval into law, revoking the federal preemption waivers for the ACT and Omnibus rules and rendering them preempted by federal law and unenforceable;

WHEREAS, the Parties agree that the joint resolutions of disapproval are valid and were validly signed into law;

WHEREAS, on January 13, 2025, CARB withdrew its request for an EPA waiver of preemption for CARB's Advanced Clean Fleets ("ACF") standards, and ACF is preempted by federal law and unenforceable.  CARB subsequently ceased to implement or enforce the substance of the ACF regulations for regulated private and federal fleets;

WHEREAS, the Parties agree that the CTP—which addressed implementation of California's now-preempted regulations (namely ACT, Omnibus, and portions of ACF)—is voided by Section 209 of the Clean Air Act and, for that and other reasons, cannot be enforced in Nebraska or elsewhere against any signatory;

WHEREAS, the Defendants deny the allegations in the above-

captioned matter, and contend that the CTP had no impact on product availability, price, or the markets for engines or medium- and heavy-duty trucks at any time, and that prior to the President's signing the joint resolutions of disapproval, each Defendant was obligated to follow California's ACT and Omnibus standards as a matter of law, not as a result of the CTP.  Once the President signed these joint resolutions of disapproval, preempting the ACT and Omnibus regulations and rendering them unenforceable, each Defendant contends that it was under no obligation to otherwise follow the ACT or Omnibus regulations for that and other reasons, including that Paragraph 2 of the CTP does not contemplate or apply to statutory revocation of California's waivers or authority, and because other fundamentally changed circumstances, including CARB's withdrawal of the waiver request for the ACF regulations and repeal of the ACF requirements for regulated private and federal fleets, have voided the CTP;

WHEREAS, the Parties agree that nothing in this Joint Stipulation of Dismissal shall constitute an admission of any liability, wrongdoing, or any violation of law by any Party;

WHEREAS, the Parties further recognize this litigation's contribution toward regulatory clarity for the medium- and heavy-duty vehicles industry and their customers;

THEREFORE, the Parties hereby stipulate and agree to the dismissal of this matter with prejudice.  Each party shall bear its own costs and fees.

By entering this Joint Stipulation of Dismissal, the undersigned hereby stipulate and agree that each Defendant does not consent to personal jurisdiction in this action.

Dated this 11th day of August, 2025.

[SIGNATURE PAGES FOLLOW]

3

Dated: August 11, 2025

Respectfully submitted,

STATE OF NEBRASKA, Plaintiff
/s/ *Zachary B. Pohlman*
Michael T. Hilgers, #24483
Nebraska Attorney General
Zachary Pohlman, #27376

**NEBRASKA DEPARTMENT OF JUSTICE**
2115 State Capitol
Lincoln, NE 68509-8920
(402) 471-2682 (telephone)
(402) 471-3835 (facsimile)
*zachary.pohlman@nebraska.gov*

ENERGY MARKETERS OF
AMERICA AND RENEWABLE
FUELS NEBRASKA, Plaintiffs
/s/ *Bradley D. Holbrook*
Bradley D. Holbrook, #21490

**JACOBSEN, ORR, LINDSTROM
& HOLBROOK, P.C., L.L.O.**
Attorneys at Law
5408 Global Drive | P.O. Box 1060
Kearney, NE 68848-1060
(308) 234-5579 T | (308) 234-9305 F
*bradh@jacobsenorr.com*

/s/ *Katherine J. Spohn*
Katherine J. Spohn, #22979
Blake E. Johnson, #24158

**BRUNING LAW GROUP**
1125 Q Street, Suite 501
Lincoln, NE 68508
(402) 261-3475 (telephone)
(402) 387-7578 (facsimile)
*katie@bruninglawgroup.com*

4

*blake@bruninglawgroup.com*

/s/ *James F. Bennett*
James F. Bennett (*pro hac vice*)
Erika M. Anderson (*pro hac vice*)
Matthew E. Johnson (*pro hac vice*)
Milton P. Wilkins (*pro hac vice*)
Alec J. Nagel (*pro hac vice*)

**DOWD BENNETT LLP**
7676 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
(314) 889-7300 (telephone)
(314) 863-2111 (facsimile)
*jbennett@dowdbennett.com*
*eanderson@dowdbennett.com*
*mjohnson@dowdbennett.com*
*mwilkins@dowdbennett.com*
*anagel@dowdbennett.com*

5

INTERNATIONAL MOTORS, LLC f/k/a NAVISTAR, INC., Defendant

/s/ *Maggie L. Ebert*
Maggie L. Ebert, #24394

**KUTAK ROCK LLP**
The Omaha Building
1650 Farnam Street
Omaha, NE 68102
   maggie.ebert@kutakrock.com
Telephone: (402) 346-6000
Facsimile: (402) 346-1148

**LATHAM & WATKINS LLP**
Belinda Lee (*pro hac vice* forthcoming)
   belinda.lee@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Robin Hulshizer (*pro hac vice* forthcoming)
   robin.hulshizer@lw.com
Kevin Jakopchek (*pro hac vice* forthcoming)
   kevin.jakopchek@lw.com
330 N. Wabash, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (415) 395-8095

DAIMLER TRUCK NORTH AMERICA LLC, Defendant

/s/ *Jason W. Grams*
Jason W. Grams, #24596

**GRAMS LAW, LLC**
1318 N 127th Ave.
Omaha, NE 68154
   jason.grams@grams.law
Telephone: (402) 902-6400

**GIBSON, DUNN & CRUTCHER LLP**
Rachel S. Brass (*pro hac vice*)
   RBrass@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8293
S. Christopher Whittaker (*pro hac vice*)
   CWhittaker@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
Telephone: (949) 451.4337
Stacie B. Fletcher (*pro hac vice*)
   SFletcher@gibsondunn.com
Veronica J.T. Goodson (*pro hac vice*)
   VGoodson@gibsondunn.com
1700 M Street, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 887-3627

6

VOLVO GROUP NORTH AMERICA LLC, Defendant

/s/ *Terrance O. Waite*
Terrance O. Waite – NSBA #15497

**WAITE & McWHA**
116 North Dewey Street
P.O. Box 38
North Platte, Nebraska 69103
   *twaite@northplattelaw.com*
Telephone: (308) 532-2202
Facsimile: (308) 532-2741

**TROUTMAN PEPPER LOCKE LLP**
Jeremy D. Heep (*pro hac vice* forthcoming)
   *jeremy.heep@troutman.com*
Daniel J. Boland (*pro hac vice* forthcoming)
   *daniel.boland@troutman.com*
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4000

ENGINE MANUFACTURERS ASSOCIATION d/b/a TRUCK & ENGINE MANUFACTURERS ASSOCIATION, Defendant

/s/ *Richard J. Gilloon*
Richard J. Gilloon, #15397

**ERICKSON SEDERSTROM, P.C.**
10330 Regency Parkway Drive, Suite 100
Omaha, NE 68114-3761
   *rgill@eslaw.com*
Telephone: (402) 397-2200
Facsimile: (402) 390-7137

**JENNER & BLOCK LLP**
David J. Bradford (*pro hac vice* forthcoming)
   *dbradford@jenner.com*
Elena M. Olivieri (*pro hac vice* forthcoming)
   *eolivieri@jenner.com*
353 North Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

7

PACCAR INC, Defendant
/s/ *Jennifer D. Tricker*
Jennifer D. Tricker

**BAIRD HOLM LLP**
1700 Farnam Street, Suite 1500
Omaha, NE 68102-2068
   *jtricker@bairdholm.com*
Phone: (402) 636.8348
Fax: (402) 344.0588

**CLIFFORD CHANCE US LLP**
Joseph Ostoyich (*pro hac vice*)
   *Joseph.Ostoyich@cliffordchance.com*
William Lavery (*pro hac vice*
forthcoming)
   *William.Lavery@cliffordchance.com*
Danielle Morello (*pro hac vice*
forthcoming)
   *Danielle.Morello@cliffordchance.com*
Dodi Allocca (*pro hac vice* forthcoming)
   *Dodi.Allocca@cliffordchance.com*
2001 K St NW
Washington, DC 2000
Phone: (202) 912-5533

8

# Certificate of Service

I hereby certify that on Monday, August 11, 2025 I provided a true and correct copy of the Stipulation to the following:

Renewable Fuels Nebraska represented by Holbrook,Bradley,D. (Bar Number: 21490) service method: Electronic Service to bradh@jacobsenorr.com

Daimler Truck North America LLC represented by Grams, Jason W (Bar Number: 24596) service method: Electronic Service to jason.grams@grams.law

Energy Marketers of America represented by Holbrook,Bradley,D. (Bar Number: 21490) service method: Electronic Service to bradh@jacobsenorr.com

Renewable Fuels Nebraska represented by Blake E. Johnson (Bar Number: 24158) service method: Electronic Service to blake@bruninglawgroup.com

Energy Marketers of America represented by Blake E. Johnson (Bar Number: 24158) service method: Electronic Service to blake@bruninglawgroup.com

Energy Marketers of America represented by Katherine J. Spohn (Bar Number: 22979) service method: Electronic Service to katie@bruninglawgroup.com

International Motors, Inc. represented by Maggie Cox (Bar Number: 24394) service method: Electronic Service to maggie.ebert@kutakrock.com

Paccar Inc. represented by Tricker,Jennifer Doreen (Bar Number: 23022) service method: Electronic Service to jtricker@bairdholm.com

Volvo Group North America service method: Email

Truck & Engine Manufacturers Assoc service method: Email

Signature: /s/ POHLMAN, ZACHARY B (Bar Number: 27376)