# Exhibit 15

# Navigating the Road Ahead: What Technology Means for Truck Drivers



The trucking industry is undergoing significant changes as new technologies emerge. While these advancements bring improvements in efficiency and safety, they also raise concerns about job security for drivers. In this post, we explore how technology is reshaping the industry, what it means for truckers, and why the human element will always be essential on the road.

## Introduction: Facing Change in the Trucking Industry

As a truck driver, you know that the road ahead is full of uncertainties. You've navigated through long hauls, tough conditions, and ever-changing regulations. Now, with technology advancing at a rapid pace, there's a new challenge on the horizon. From autonomous trucks to electric vehicles, it might feel like the industry is shifting under your feet. But while change can be unsettling, it's important to understand that technology isn't here to replace you—it's here to help you.

1

# Smart Diagnostics: A Helping Hand, Not a Replacement

One of the biggest fears about technology is that it will take away jobs. But when it comes to smart diagnostics, think of it as a tool to make your job easier, not to replace you. Smart diagnostics systems help you keep your truck in top shape by alerting you to potential issues before they become serious problems. This means fewer breakdowns, more time on the road, and a safer working environment. You're still in control—technology is just giving you an extra set of eyes.

# The Reality of Autonomous Trucks: A Partner, Not a Competitor

Autonomous trucks are the big elephant in the room. You've probably heard a lot about them, and maybe you're worried about what they mean for your job. The truth is, fully autonomous trucks are still a long way from being the norm, and even when they do arrive, they'll need skilled drivers like you to handle the complexities of the road. Autonomous trucks might be able to handle long stretches of highway, but they can't navigate the challenges of city streets, load management, or unexpected situations like a human can. Rather than replacing you, autonomous technology is likely to work alongside you, taking some of the strain out of those long-haul trips.

# Telematics: Putting You in the Driver's Seat

Telematics is another technology that's becoming more common in trucking. It might sound complicated, but it's really about giving you more information to do your job better. Telematics systems track everything from fuel efficiency to vehicle location, helping you make smarter decisions on the road. Instead of feeling like Big Brother is watching, think of telematics as a co-pilot that's there to help you get the most out of every mile.

# Electric Trucks: A New Kind of Power, Same Skilled Hands

Electric trucks are on the rise, and while they bring environmental benefits and lower operating costs, they still need skilled drivers to operate them. Driving an electric truck isn't all that different from driving a traditional one—it just requires a bit of learning. Plus, as more

companies adopt electric vehicles, there will be new opportunities for drivers who are willing to adapt and learn the ropes of this new technology.

## The Human Element: Why Truckers Will Always Be Needed

Despite all the technological advancements, one thing remains true: the trucking industry will always need skilled, experienced drivers. Technology can help with the heavy lifting, but it can't replace the judgment, experience, and quick thinking that you bring to the job. Whether it's navigating through a snowstorm, handling a difficult load, or just knowing when something doesn't feel right with your truck, these are skills that no machine can replicate.

## Conclusion: Embracing the Future with Confidence

Yes, the trucking industry is changing, and yes, technology is a big part of that change. But instead of seeing it as a threat, it's important to see it as an opportunity. By staying informed, being open to learning new skills, and understanding how these technologies can work with you, not against you, you can secure your place in the industry's future. Remember, the road ahead is wide open, and with the right mindset, you'll be ready to navigate whatever comes your way.

■