# Exhibit 16

Case 2:25-cv-03255-DC-AC    Document 176-16    Filed 05/27/26



**FRED** ⌁ —— Motor Vehicle Retail Sales: Heavy Weight Trucks

Source: U.S. Bureau of Economic Analysis via FRED®
Shaded areas indicate U.S. recessions.

fred.stlouisfed.org