# Exhibit 17



# It's a Beast

More powerful, more efficient and fully electric. Semi is the future of electric trucking.

**View Specs**                    Contact Us



## Low Cost of Ownership

Charging with electricity can be cheaper per mile than refueling with diesel, and BEV maintenance costs are significantly lower given the absence of diesel aftertreatment systems and relative simplicity of electric powertrains. As a result of these savings, local and regional operators may be able to achieve a positive ROI prior to their standard diesel fleet replacement turnover cycle. With

Case 2:25-cv-03255-DC-AC          Document 176-17          Filed 05/27/26          Page 4 of 9

remote diagnostics, over-the-air software updates and fewer moving parts to maintain, operators will spend less time at service centers and more time on the road.



## Maximum Safety

Semi comes standard with active safety features that pair with advanced motor and brake controls to deliver traction and stability in all conditions. A central seating position gives the driver better visibility, while an all-electric architecture can help reduce both rollover risk and cabin intrusion in case of an accident.

Case 2:25-cv-03255-DC-AC      Document 176-17      Filed 05/27/26      Page 5 of 9



## Massive Range

With 1.7 kWh per mile of energy consumption, Semi can travel up to 500 miles on a single charge. Recover up to 60 percent of range in 30 minutes using Tesla's Semi Chargers.

## Badass Performance

Three independent motors provide instant torque and unmatched power at any speed so drivers can merge safely and keep pace with traffic.

# Semi Specs

82k lbs Gross Combination Weight

Standard Range    **Long Range**

Range
Approximately
325 miles

Energy Consumption
1.7 kWh per mile

Powertrain
3 independent
motors on rear
axles

Fast Charging
Up to 60% of range in
30 minutes

Charge Type
MCS 3.2

Drive Power
Up to 800 kW

ePTO (Electric Power
Take Off)
Up to 25 kW

Curb Weight
<20k lbs

Specs are dependent upon vehicle configuration.

Certain high data usage vehicle features require at least Standard Connectivity, including maps, navigation and voice commands. Access to features that use cellular data and third-party licenses are

subject to change. Learn more about standard Connectivity and any limitations.

## Contact Us

Learn more about ordering one or more Semi trucks for your fleet.

**First Name**

**Last Name**

**Email Address**

**Telephone Number**

US +1 ⌄    (201) 555-0123

**Company**

**Company Address**

Case 2:25-cv-03255-DC-AC     Document 176-17     Filed 05/27/26     Page 8 of 9

**Trim Preference**

☐ Semi Long Range

☐ Semi Standard Range

**Current Fleet Size**

**Description of Operations**

By clicking "Submit", I authorize Tesla to contact me about this request via the contact information I provide. I understand calls or texts may use automatic or computer-assisted dialing or pre-recorded messages. Normal message and data rates apply. I can opt out at any time in the Tesla app or by unsubscribing. This consent is not required to complete your request.

**Submit**

Tesla © 2026    Privacy & Legal    Vehicle Recalls    Contact    News    Get Updates    Locations    Learn