# Exhibit 19

# January 2025

# RV Market Report



**RV INDUSTRY ASSOCIATION**

**January 2025**

## Market Information Committee Chairman

### Kip Ellis
**Executive VP and COO; Patrick Industries**

## RVIA Staff

### Craig Kirby
**President**

### Bill Baker
**Vice President; Membership and Research**

### Matt Hummel
**Research Analyst; Market Data**

## Contents

Vehicle Categories..........2
Monthly Review..........3
RV Shipment Summary..........4
RV Shipments by Category..........5
RV Shipment Destinations, Month..........7
RV Shipment Destinations, Cumulative..........8
Canadian Shipments..........9
Annual RV Shipments..........9
Retail Activity..........10
RV Retail by Type..........11
RV Inventory Index..........14
RV  Wholesale Comparisons..........14
RV Shipment Index..........15
Economic Indicators..........16

Copyright 2025 Recreation Vehicle Industry Association.
No Part of this publication may be reproduced In any form
except upon written permission of the copyright owner.

**Recreation Vehicle Industry Association**
**2465 J-17 Centreville RD #801**
**Herndon, VA  20171**
**(703) 620-6003**
**www.rvia.org**

# Vehicle Categories

A recreation vehicle (RV) is a vehicle that is primarily designed as a temporary living quarters for non-commercial recreational and/or camping use and is built to the standards for recreation vehicle as adopted but eh RV Industry Association

## Towable RV

A Towable RV is a recreation vehicle that is mounted on wheels and designed to be towed by a motorized vehicle or can be a portable unit intended to be placed in the bed of a pickup truck. There are four vehicle types classified as towable RVs.

### Conventional Travel Trailer



A conventional travel trailer is a towable RV constructed from rigid materials with a roof, sidewalls, and mounted on wheels. These units are designed to be towed by a motorized vehicle.

### Fifth-Wheel Travel Trailer



A fifth-wheel travel trailer is a towable RV mounted on wheels and designed to be towed by a motorized vehicle with a towing mechanism that is placed above or forward of the tow vehicle's rear axel.

### Folding Camping Trailer



A folding camping trailer is a towable RV constructed with a collapsible roof and partially collapsible sidewalls. This RV is mounted on wheels and is designed to be towed by a motorized vehicle.

### Truck Camper



A truck camper is a towable RV that is designed to be placed in the bed of a pickup truck.

## Motorhome

A motorhome is a recreation vehicle built on a self propelled motor vehicle chassis. There are three vehicle types classified as a motorhome

### Type A Motorhome



A Type A motorhome is constructed on a bare motor vehicle chassis.

### Type B Motorhome



A Type B motorhome is a motorhome constructed on an automotive grade van chassis.

### Type C Motorhome



A Type C motorhome is constructed on a cut away automotive grade truck chassis.

### Park Model RV



A park model RV (PMRV) is a recreation vehicle intended to provide temporary living quarters for recreation, camping or seasonal use. PMRVs are built on a single chassis, mounted on wheels with a gross trailer area not to exceed four hundred square feet.

The RV Industry Association's survey of manufacturers found that January finished the month with 27,629 wholesale shipments, up 21.9% from January 2024.

This month towable RVs accounted for 90.1% of the total monthly shipment total with 24,906 units, up 27.6% from last January. Motorhomes ended the month (-13.6%) from last January with 2,723 shipments.

**Towable RVs**

Conventional travel trailers ended the month with 19,100 shipments, up 23.8% compared to the same month last year. This month, conventional travel trailers accounted for 76.7% of all towable RV shipments and 69.1% of total RV shipments. Fifth-wheel travel trailers finished January, up 44.2% with 5,179 units. Folding camping trailers closed the month with 323 shipments, up 19.6% from last January. Truck campers were up 32.2% from January 2024 with 304 shipments.

**Motorhomes**

Type C motorhomes closed the month down (-13.9%) with 1,595 shipments and continue to lead the motorhome category in unit volume by making up 58.6% of total motorhome shipments this month. Type B motorhomes were down (-19.9%) from last January with 578 units. Type A motorhomes ended January down (-4.7%) with 550 shipments to retailers.

# January Wholesale Shipment Summary

Case 2:25-cv-05255-DC-AC   Document 176-19   Filed 05/27/26   Page 6 of 32

| | JAN 2024 | JAN 2025 | Change Over Last Year | YTD 2024 | YTD 2025 | Change Year To Date |
|---|---|---|---|---|---|---|
| **Towables** | | | | | | |
| Travel Trailers (ALL) | 15,432 | **19,100** | 23.8% | 15,432 | **19,100** | 23.8% |
| Travel Trailers - Fifth Wheel | 3,591 | **5,179** | 44.2% | 3,591 | **5,179** | 44.2% |
| Folding Camping Trailers | 270 | **323** | 19.6% | 270 | **323** | 19.6% |
| Truck Campers | 230 | **304** | 32.2% | 230 | **304** | 32.2% |
| **All Towable RVs** | 19,523 | **24,906** | **27.6%** | 19,523 | **24,906** | **27.6%** |
| **Motorhomes** | | | | | | |
| Conventional (Type A) | 577 | **550** | -4.7% | 577 | **550** | -4.7% |
| Van Campers (Type B) | 722 | **578** | -19.9% | 722 | **578** | -19.9% |
| Mini (Type C) | 1,852 | **1,595** | -13.9% | 1,852 | **1,595** | -13.9% |
| **All Motorhomes** | 3,151 | **2,723** | **-13.6%** | 3,151 | **2,723** | **-13.6%** |
| **Total RV Shipments** | 22,674 | **27,629** | **21.9%** | 22,674 | **27,629** | **21.9%** |

## Total Shipments Monthly vs. Last Year



5

**January 2025**

# Shipments to Retailers by Type

## Conventional Travel Trailers

| | 2024 | 2025 | YTD 2024 | YTD 2025 | Change Over Same Mo. 2024 | Change Year to Date |
|---|---|---|---|---|---|---|
| JAN | 15,432 | 19,100 | 15,432 | 19,100 | 23.8% | 23.8% |
| FEB | 21,246 | | 36,678 | | | |
| MAR | 22,835 | | 59,513 | | | |
| APR | 24,589 | | 84,102 | | | |
| MAY | 23,811 | | 107,913 | | | |
| JUN | 18,202 | | 126,115 | | | |
| JUL | 17,139 | | 143,254 | | | |
| AUG | 21,234 | | 164,488 | | | |
| SEP | 17,813 | | 182,301 | | | |
| OCT | 22,213 | | 204,514 | | | |
| NOV | 16,698 | | 221,212 | | | |
| DEC | 16,419 | | 237,631 | | | |
| TOTAL | 237,631 | 19,100 | | | | |



S/O = Slideout

**TT**




+S/O 63.43%

## Fifth Wheel Travel Trailers

| | 2024 | 2025 | YTD 2024 | YTD 2025 | Change Over Same Mo. 2024 | Change Year to Date |
|---|---|---|---|---|---|---|
| JAN | 3,591 | 5,179 | 3,591 | 5,179 | 44.2% | 44.2% |
| FEB | 4,934 | | 8,525 | | | |
| MAR | 5,421 | | 13,946 | | | |
| APR | 5,319 | | 19,265 | | | |
| MAY | 5,751 | | 25,016 | | | |
| JUN | 4,300 | | 29,316 | | | |
| JUL | 3,875 | | 33,191 | | | |
| AUG | 4,473 | | 37,664 | | | |
| SEP | 3,960 | | 41,624 | | | |
| OCT | 4,963 | | 46,587 | | | |
| NOV | 3,505 | | 50,092 | | | |
| DEC | 3,866 | | 53,958 | | | |
| TOTAL | 53,958 | 5,179 | | | | |



**FW**



+S/O 99.33%

## Folding Camping Trailers

| | 2024 | 2025 | YTD 2024 | YTD 2025 | Change Over Same Mo. 2024 | Change Year to Date |
|---|---|---|---|---|---|---|
| JAN | 270 | 323 | 270 | 323 | 19.6% | 19.6% |
| FEB | 526 | | 796 | | | |
| MAR | 455 | | 1,251 | | | |
| APR | 487 | | 1,738 | | | |
| MAY | 342 | | 2,080 | | | |
| JUN | 227 | | 2,307 | | | |
| JUL | 281 | | 2,588 | | | |
| AUG | 247 | | 2,835 | | | |
| SEP | 218 | | 3,053 | | | |
| OCT | 317 | | 3,370 | | | |
| NOV | 287 | | 3,657 | | | |
| DEC | 334 | | 3,991 | | | |
| TOTAL | 3,991 | 323 | | | | |



**FCT**



-S/O 89.45%

## Truck Campers

| | 2024 | 2025 | YTD 2024 | YTD 2025 | Change Over Same Mo. 2024 | Change Year to Date |
|---|---|---|---|---|---|---|
| JAN | 230 | 304 | 230 | 304 | 32.2% | 32.2% |
| FEB | 278 | | 508 | | | |
| MAR | 307 | | 815 | | | |
| APR | 290 | | 1,105 | | | |
| MAY | 273 | | 1,378 | | | |
| JUN | 291 | | 1,669 | | | |
| JUL | 265 | | 1,934 | | | |
| AUG | 291 | | 2,225 | | | |
| SEP | 288 | | 2,513 | | | |
| OCT | 273 | | 2,786 | | | |
| NOV | 281 | | 3,067 | | | |
| DEC | 195 | | 3,262 | | | |
| TOTAL | 3,262 | 304 | | | | |



**TC**



-S/O 88.77%

HS = Hardside

**TC**

HS 92.03%

## Towable RVs

| | 2024 | 2025 | YTD 2024 | YTD 2025 | Change Over Same Mo. 2024 | Change Year to Date |
|---|---|---|---|---|---|---|
| JAN | 19,523 | 24,906 | 19,523 | 24,906 | 27.6% | 27.6% |
| FEB | 26,984 | | 46,507 | | | |
| MAR | 29,018 | | 75,525 | | | |
| APR | 30,685 | | 106,210 | | | |
| MAY | 30,177 | | 136,387 | | | |
| JUN | 23,020 | | 159,407 | | | |
| JUL | 21,560 | | 180,967 | | | |
| AUG | 26,245 | | 207,212 | | | |
| SEP | 22,279 | | 229,491 | | | |
| OCT | 27,766 | | 257,257 | | | |
| NOV | 20,771 | | 278,028 | | | |
| DEC | 20,814 | | 298,842 | | | |
| TOTAL | 298,842 | 24,906 | | | | |

# Shipments to Retailers by Type

## Type A Motorhomes

| | 2024 | 2025 | YTD 2024 | YTD 2025 | Change Over Same Mo. 2024 | Change Year to Date |
|---|---|---|---|---|---|---|
| JAN | 577 | 550 | 577 | 550 | -4.7% | -4.7% |
| FEB | 718 | | 1,295 | | | |
| MAR | 606 | | 1,901 | | | |
| APR | 681 | | 2,582 | | | |
| MAY | 673 | | 3,255 | | | |
| JUN | 472 | | 3,727 | | | |
| JUL | 470 | | 4,197 | | | |
| AUG | 530 | | 4,727 | | | |
| SEP | 442 | | 5,169 | | | |
| OCT | 560 | | 5,729 | | | |
| NOV | 501 | | 6,230 | | | |
| DEC | 476 | | 6,706 | | | |
| TOTAL | 6,706 | 550 | | | | |





**Type A**

Gas 70.13%

## Type B Motorhomes

| | 2024 | 2025 | YTD 2024 | YTD 2025 | Change Over Same Mo. 2024 | Change Year to Date |
|---|---|---|---|---|---|---|
| JAN | 722 | 578 | 722 | 578 | -19.9% | -19.9% |
| FEB | 1,017 | | 1,739 | | | |
| MAR | 781 | | 2,520 | | | |
| APR | 712 | | 3,232 | | | |
| MAY | 663 | | 3,895 | | | |
| JUN | 541 | | 4,436 | | | |
| JUL | 643 | | 5,079 | | | |
| AUG | 684 | | 5,763 | | | |
| SEP | 574 | | 6,337 | | | |
| OCT | 735 | | 7,072 | | | |
| NOV | 749 | | 7,821 | | | |
| DEC | 528 | | 8,349 | | | |
| TOTAL | 8,349 | 578 | | | | |





**Type A**

+S/O 99.45%

## Type C Motorhomes

| | 2024 | 2025 | YTD 2024 | YTD 2025 | Change Over Same Mo. 2024 | Change Year to Date |
|---|---|---|---|---|---|---|
| JAN | 1,852 | 1,595 | 1,852 | 1,595 | -13.9% | -13.9% |
| FEB | 2,305 | | 4,157 | | | |
| MAR | 1,838 | | 5,995 | | | |
| APR | 2,119 | | 8,114 | | | |
| MAY | 1,637 | | 9,751 | | | |
| JUN | 1,275 | | 11,026 | | | |
| JUL | 1,443 | | 12,469 | | | |
| AUG | 1,646 | | 14,115 | | | |
| SEP | 1,300 | | 15,415 | | | |
| OCT | 1,534 | | 16,949 | | | |
| NOV | 1,552 | | 18,501 | | | |
| DEC | 1,335 | | 19,836 | | | |
| TOTAL | 19,836 | 1,595 | | | | |





**Type B**

Gas 64.19%

## Motorhomes

| | 2024 | 2025 | YTD 2024 | YTD 2025 | Change Over Same Mo. 2024 | Change Year to Date |
|---|---|---|---|---|---|---|
| JAN | 3,151 | 2,723 | 3,151 | 2,723 | -13.6% | -13.6% |
| FEB | 4,040 | | 7,191 | | | |
| MAR | 3,225 | | 10,416 | | | |
| APR | 3,512 | | 13,928 | | | |
| MAY | 2,973 | | 16,901 | | | |
| JUN | 2,288 | | 19,189 | | | |
| JUL | 2,556 | | 21,745 | | | |
| AUG | 2,860 | | 24,605 | | | |
| SEP | 2,316 | | 26,921 | | | |
| OCT | 2,829 | | 29,750 | | | |
| NOV | 2,802 | | 32,552 | | | |
| DEC | 2,339 | | 34,891 | | | |
| TOTAL | 34,891 | 2,723 | | | | |





**Type C**

Gas 72.30%

**Type C**



+S/O 69.79%

# Current Month Shipment Destinations

| | 19,100 Travel Trailers Conventional | 5,179 Travel Trailers Fifth-Wheel | 323 Folding Camping Trailers | 304 Truck Campers | 550 Motorhomes Type A | 578 Motorhomes Type B | 1,595 Motorhomes Type C | 27,629 Totals |
|---|---|---|---|---|---|---|---|---|
| **New England** | **3.47%** | **3.13%** | **0.00%** | **2.21%** | **2.91%** | **2.94%** | **3.20%** | **3.33%** |
| Connecticut | 0.62% | 0.69% | 0.00% | 0.00% | 1.28% | 0.87% | 0.94% | 0.66% |
| Maine | 0.61% | 0.47% | 0.00% | 1.11% | 0.00% | 0.17% | 0.44% | 0.55% |
| Massachusetts | 0.92% | 0.53% | 0.00% | 0.00% | 0.91% | 0.69% | 0.82% | 0.82% |
| New Hampshire | 0.86% | 0.97% | 0.00% | 1.11% | 0.73% | 1.21% | 0.88% | 0.88% |
| Rhode Island | 0.01% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.06% | 0.01% |
| Vermont | 0.45% | 0.47% | 0.00% | 0.00% | 0.00% | 0.00% | 0.06% | 0.41% |
| **Mid Atlantic** | **6.69%** | **6.64%** | **0.46%** | **0.00%** | **6.56%** | **5.02%** | **5.14%** | **6.43%** |
| New Jersey | 0.89% | 0.89% | 0.00% | 0.00% | 0.36% | 1.38% | 0.50% | 0.85% |
| New York | 2.81% | 2.30% | 0.00% | 0.00% | 3.46% | 1.21% | 2.38% | 2.62% |
| Pennsylvania | 2.99% | 3.45% | 0.46% | 0.00% | 2.73% | 2.42% | 2.26% | 2.96% |
| **E. No. Central** | **18.47%** | **13.36%** | **29.82%** | **12.55%** | **10.93%** | **15.40%** | **7.40%** | **16.67%** |
| Illinois | 1.55% | 1.22% | 4.59% | 1.11% | 1.82% | 1.04% | 1.00% | 1.47% |
| Indiana | 6.80% | 3.17% | 3.67% | 4.06% | 1.09% | 5.19% | 1.76% | 5.62% |
| Michigan | 4.31% | 3.74% | 9.63% | 1.48% | 5.46% | 5.71% | 2.01% | 4.13% |
| Ohio | 3.02% | 2.64% | 0.00% | 2.21% | 1.82% | 2.08% | 2.01% | 2.81% |
| Wisconsin | 2.79% | 2.58% | 11.93% | 3.69% | 0.73% | 1.38% | 0.63% | 2.63% |
| **W. No. Central** | **7.33%** | **8.27%** | **5.50%** | **3.32%** | **3.46%** | **5.54%** | **6.08%** | **7.26%** |
| Iowa | 1.26% | 1.77% | 5.50% | 1.11% | 1.09% | 4.67% | 2.82% | 1.55% |
| Kansas | 0.44% | 0.37% | 0.00% | 0.00% | 0.00% | 0.00% | 0.13% | 0.38% |
| Minnesota | 1.95% | 1.79% | 0.00% | 1.85% | 0.73% | 0.35% | 0.94% | 1.79% |
| Missouri | 1.93% | 2.13% | 0.00% | 0.37% | 1.28% | 0.52% | 1.25% | 1.85% |
| Nebraska | 0.91% | 0.97% | 0.00% | 0.00% | 0.36% | 0.00% | 0.19% | 0.83% |
| No. Dakota | 0.41% | 0.63% | 0.00% | 0.00% | 0.00% | 0.00% | 0.56% | 0.43% |
| So. Dakota | 0.42% | 0.61% | 0.00% | 0.00% | 0.00% | 0.00% | 0.19% | 0.42% |
| **South Atlantic** | **14.09%** | **16.80%** | **8.72%** | **7.75%** | **33.52%** | **17.30%** | **16.43%** | **15.09%** |
| Delaware | 0.10% | 0.22% | 0.00% | 1.11% | 0.00% | 0.00% | 0.06% | 0.13% |
| Florida | 4.83% | 6.36% | 2.75% | 5.90% | 22.59% | 9.34% | 8.90% | 5.81% |
| Georgia | 2.16% | 2.36% | 3.21% | 0.00% | 2.37% | 1.04% | 1.50% | 2.12% |
| Maryland | 0.63% | 0.41% | 0.00% | 0.00% | 0.18% | 1.21% | 1.07% | 0.61% |
| No. Carolina | 2.98% | 3.33% | 0.00% | 0.00% | 3.10% | 2.94% | 2.13% | 2.95% |
| So. Carolina | 1.50% | 2.25% | 0.00% | 0.74% | 3.46% | 1.38% | 1.76% | 1.67% |
| Virginia | 1.38% | 1.26% | 2.75% | 0.00% | 1.82% | 1.38% | 0.94% | 1.34% |
| West Virginia | 0.51% | 0.61% | 0.00% | 0.00% | 0.00% | 0.00% | 0.06% | 0.47% |
| **E. So. Central** | **4.97%** | **6.05%** | **2.75%** | **1.11%** | **3.46%** | **2.60%** | **2.57%** | **4.90%** |
| Alabama | 1.60% | 2.21% | 0.00% | 0.00% | 1.28% | 1.21% | 1.25% | 1.65% |
| Kentucky | 1.05% | 0.95% | 2.75% | 0.00% | 0.55% | 0.00% | 0.31% | 0.95% |
| Mississippi | 0.59% | 0.91% | 0.00% | 0.00% | 0.00% | 0.52% | 0.38% | 0.61% |
| Tennessee | 1.74% | 1.99% | 0.00% | 1.11% | 1.64% | 0.87% | 0.63% | 1.68% |
| **W. So. Central** | **13.42%** | **17.65%** | **0.00%** | **2.58%** | **11.29%** | **7.44%** | **7.90%** | **13.50%** |
| Arkansas | 1.27% | 1.02% | 0.00% | 0.00% | 0.18% | 0.00% | 0.19% | 1.09% |
| Louisiana | 1.41% | 1.30% | 0.00% | 0.00% | 0.55% | 1.04% | 1.38% | 1.34% |
| Oklahoma | 1.53% | 1.69% | 0.00% | 0.00% | 1.82% | 0.52% | 1.32% | 1.50% |
| Texas | 9.22% | 13.63% | 0.00% | 2.58% | 8.74% | 5.88% | 5.02% | 9.58% |
| **Mountain** | **9.69%** | **11.58%** | **22.48%** | **27.31%** | **11.11%** | **11.07%** | **9.97%** | **10.40%** |
| Arizona | 2.11% | 3.03% | 0.00% | 2.58% | 6.38% | 5.19% | 4.70% | 2.58% |
| Colorado | 1.32% | 1.73% | 12.39% | 7.38% | 0.73% | 1.04% | 1.57% | 1.55% |
| Idaho | 1.61% | 1.48% | 0.00% | 6.27% | 0.55% | 1.56% | 1.07% | 1.57% |
| Montana | 1.08% | 1.10% | 0.00% | 4.06% | 0.18% | 0.52% | 0.25% | 1.02% |
| Nevada | 0.94% | 0.71% | 0.00% | 2.58% | 0.91% | 1.73% | 0.88% | 0.92% |
| New Mexico | 0.59% | 0.79% | 0.00% | 0.00% | 0.55% | 0.35% | 0.38% | 0.60% |
| Utah | 1.82% | 2.36% | 10.09% | 4.43% | 1.82% | 0.69% | 1.13% | 1.95% |
| Wyoming | 0.22% | 0.37% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.22% |
| **Pacific** | **11.17%** | **9.08%** | **5.50%** | **21.77%** | **12.02%** | **23.18%** | **28.46%** | **12.14%** |
| Alaska | 0.27% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.06% | 0.19% |
| California | 6.72% | 5.81% | 2.75% | 5.54% | 8.74% | 16.78% | 25.71% | 7.88% |
| Hawaii | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Oregon | 2.14% | 1.56% | 0.92% | 9.23% | 1.64% | 3.11% | 0.94% | 2.03% |
| Washington | 2.04% | 1.71% | 1.83% | 7.01% | 1.64% | 3.29% | 1.76% | 2.03% |
| **Outside US** | **10.70%** | **7.43%** | **24.77%** | **21.40%** | **4.74%** | **9.52%** | **12.85%** | **10.29%** |
| Asia | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Canada | 10.57% | 7.41% | 24.77% | 21.40% | 4.37% | 9.52% | 12.85% | 10.19% |
| Europe | 0.01% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.01% |
| Other | 0.12% | 0.02% | 0.00% | 0.00% | 0.36% | 0.00% | 0.00% | 0.09% |
| **Total** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** |

January 2025

## Cumulative Shipment Destinations

| | 19,100 Travel Trailers Conventional | 5,179 Travel Trailers Fifth-Wheel | 323 Folding Camping Trailers | 304 Truck Campers | 550 Motorhomes Type A | 578 Motorhomes Type B | 1,595 Motorhomes Type C | 27,629 Totals |
|---|---|---|---|---|---|---|---|---|
| **New England** | **3.47%** | **3.13%** | **0.00%** | **2.21%** | **2.91%** | **2.94%** | **3.20%** | **3.33%** |
| Connecticut | 0.62% | 0.69% | 0.00% | 0.00% | 1.28% | 0.87% | 0.94% | 0.66% |
| Maine | 0.61% | 0.47% | 0.00% | 1.11% | 0.00% | 0.17% | 0.44% | 0.55% |
| Massachusetts | 0.92% | 0.53% | 0.00% | 0.00% | 0.91% | 0.69% | 0.82% | 0.82% |
| New Hampshire | 0.86% | 0.97% | 0.00% | 1.11% | 0.73% | 1.21% | 0.88% | 0.88% |
| Rhode Island | 0.01% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.06% | 0.01% |
| Vermont | 0.45% | 0.47% | 0.00% | 0.00% | 0.00% | 0.00% | 0.06% | 0.41% |
| **Mid Atlantic** | **6.69%** | **6.64%** | **0.46%** | **0.00%** | **6.56%** | **5.02%** | **5.14%** | **6.43%** |
| New Jersey | 0.89% | 0.89% | 0.00% | 0.00% | 0.36% | 1.38% | 0.50% | 0.85% |
| New York | 2.81% | 2.30% | 0.00% | 0.00% | 3.46% | 1.21% | 2.38% | 2.62% |
| Pennsylvania | 2.99% | 3.45% | 0.46% | 0.00% | 2.73% | 2.42% | 2.26% | 2.96% |
| **E. No. Central** | **18.47%** | **13.36%** | **29.82%** | **12.55%** | **10.93%** | **15.40%** | **7.40%** | **16.67%** |
| Illinois | 1.55% | 1.22% | 4.59% | 1.11% | 1.82% | 1.04% | 1.00% | 1.47% |
| Indiana | 6.80% | 3.17% | 3.67% | 4.06% | 1.09% | 5.19% | 1.76% | 5.62% |
| Michigan | 4.31% | 3.74% | 9.63% | 1.48% | 5.46% | 5.71% | 2.01% | 4.13% |
| Ohio | 3.02% | 2.64% | 0.00% | 2.21% | 1.82% | 2.08% | 2.01% | 2.81% |
| Wisconsin | 2.79% | 2.58% | 11.93% | 3.69% | 0.73% | 1.38% | 0.63% | 2.63% |
| **W. No. Central** | **7.33%** | **8.27%** | **5.50%** | **3.32%** | **3.46%** | **5.54%** | **6.08%** | **7.26%** |
| Iowa | 1.26% | 1.77% | 5.50% | 1.11% | 1.09% | 4.67% | 2.82% | 1.55% |
| Kansas | 0.44% | 0.37% | 0.00% | 0.00% | 0.00% | 0.00% | 0.13% | 0.38% |
| Minnesota | 1.95% | 1.79% | 0.00% | 1.85% | 0.73% | 0.35% | 0.94% | 1.79% |
| Missouri | 1.93% | 2.13% | 0.00% | 0.37% | 1.28% | 0.52% | 1.25% | 1.85% |
| Nebraska | 0.91% | 0.97% | 0.00% | 0.00% | 0.36% | 0.00% | 0.19% | 0.83% |
| No. Dakota | 0.41% | 0.63% | 0.00% | 0.00% | 0.00% | 0.00% | 0.56% | 0.43% |
| So. Dakota | 0.42% | 0.61% | 0.00% | 0.00% | 0.00% | 0.00% | 0.19% | 0.42% |
| **South Atlantic** | **14.09%** | **16.80%** | **8.72%** | **7.75%** | **33.52%** | **17.30%** | **16.43%** | **15.09%** |
| Delaware | 0.10% | 0.22% | 0.00% | 1.11% | 0.00% | 0.00% | 0.06% | 0.13% |
| Florida | 4.83% | 6.36% | 2.75% | 5.90% | 22.59% | 9.34% | 8.90% | 5.81% |
| Georgia | 2.16% | 2.36% | 3.21% | 0.00% | 2.37% | 1.04% | 1.50% | 2.12% |
| Maryland | 0.63% | 0.41% | 0.00% | 0.00% | 0.18% | 1.21% | 1.07% | 0.61% |
| No. Carolina | 2.98% | 3.33% | 0.00% | 0.00% | 3.10% | 2.94% | 2.13% | 2.95% |
| So. Carolina | 1.50% | 2.25% | 0.00% | 0.74% | 3.46% | 1.38% | 1.76% | 1.67% |
| Virginia | 1.38% | 1.26% | 2.75% | 0.00% | 1.82% | 1.38% | 0.94% | 1.34% |
| West Virginia | 0.51% | 0.61% | 0.00% | 0.00% | 0.00% | 0.00% | 0.06% | 0.47% |
| **E. So. Central** | **4.97%** | **6.05%** | **2.75%** | **1.11%** | **3.46%** | **2.60%** | **2.57%** | **4.90%** |
| Alabama | 1.60% | 2.21% | 0.00% | 0.00% | 1.28% | 1.21% | 1.25% | 1.65% |
| Kentucky | 1.05% | 0.95% | 2.75% | 0.00% | 0.55% | 0.00% | 0.31% | 0.95% |
| Mississippi | 0.59% | 0.91% | 0.00% | 0.00% | 0.00% | 0.52% | 0.38% | 0.61% |
| Tennessee | 1.74% | 1.99% | 0.00% | 1.11% | 1.64% | 0.87% | 0.63% | 1.68% |
| **W. So. Central** | **13.42%** | **17.65%** | **0.00%** | **2.58%** | **11.29%** | **7.44%** | **7.90%** | **13.50%** |
| Arkansas | 1.27% | 1.02% | 0.00% | 0.00% | 0.18% | 0.00% | 0.19% | 1.09% |
| Louisiana | 1.41% | 1.30% | 0.00% | 0.00% | 0.55% | 1.04% | 1.38% | 1.34% |
| Oklahoma | 1.53% | 1.69% | 0.00% | 0.00% | 1.82% | 0.52% | 1.32% | 1.50% |
| Texas | 9.22% | 13.63% | 0.00% | 2.58% | 8.74% | 5.88% | 5.02% | 9.58% |
| **Mountain** | **9.69%** | **11.58%** | **22.48%** | **27.31%** | **11.11%** | **11.07%** | **9.97%** | **10.40%** |
| Arizona | 2.11% | 3.03% | 0.00% | 2.58% | 6.38% | 5.19% | 4.70% | 2.58% |
| Colorado | 1.32% | 1.73% | 12.39% | 7.38% | 0.73% | 1.04% | 1.57% | 1.55% |
| Idaho | 1.61% | 1.48% | 0.00% | 6.27% | 0.55% | 1.56% | 1.07% | 1.57% |
| Montana | 1.08% | 1.10% | 0.00% | 4.06% | 0.18% | 0.52% | 0.25% | 1.02% |
| Nevada | 0.94% | 0.71% | 0.00% | 2.58% | 0.91% | 1.73% | 0.88% | 0.92% |
| New Mexico | 0.59% | 0.79% | 0.00% | 0.00% | 0.55% | 0.35% | 0.38% | 0.60% |
| Utah | 1.82% | 2.36% | 10.09% | 4.43% | 1.82% | 0.69% | 1.13% | 1.95% |
| Wyoming | 0.22% | 0.37% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.22% |
| **Pacific** | **11.17%** | **9.08%** | **5.50%** | **21.77%** | **12.02%** | **23.18%** | **28.46%** | **12.14%** |
| Alaska | 0.27% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.06% | 0.19% |
| California | 6.72% | 5.81% | 2.75% | 5.54% | 8.74% | 16.78% | 25.71% | 7.88% |
| Hawaii | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Oregon | 2.14% | 1.56% | 0.92% | 9.23% | 1.64% | 3.11% | 0.94% | 2.03% |
| Washington | 2.04% | 1.71% | 1.83% | 7.01% | 1.64% | 3.29% | 1.76% | 2.03% |
| **Outside US** | **10.70%** | **7.43%** | **24.77%** | **21.40%** | **4.74%** | **9.52%** | **12.85%** | **10.29%** |
| Asia | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Canada | 10.57% | 7.41% | 24.77% | 21.40% | 4.37% | 9.52% | 12.85% | 10.19% |
| Europe | 0.01% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.01% |
| Other | 0.12% | 0.02% | 0.00% | 0.00% | 0.36% | 0.00% | 0.00% | 0.09% |
| **Total** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** |

9

**January 2025**

## Monthly Canadian Shipment Destinations

| | 16,698 Travel Trailers Conventional | 3,505 Travel Trailers Fifth-Wheel | 287 Folding Camping Trailers | 281 Truck Campers | 501 Motorhomes Type A | 749 Motorhomes Type B | 1,552 Motorhomes Type C | 23,573 Totals |
|---|---|---|---|---|---|---|---|---|
| Alberta | 2.40% | 1.85% | 1.83% | 3.32% | 0.00% | 1.56% | 1.57% | 2.18% |
| British Columbia | 1.18% | 0.63% | 7.34% | 5.54% | 0.00% | 0.69% | 6.27% | 1.44% |
| Manitoba | 0.46% | 0.53% | 0.00% | 1.11% | 0.00% | 0.17% | 0.25% | 0.45% |
| New Brunswick | 0.31% | 0.33% | 4.59% | 1.11% | 0.18% | 0.52% | 0.06% | 0.34% |
| Newfoundland | 0.10% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.07% |
| Nova Scotia | 0.26% | 0.18% | 0.00% | 0.00% | 0.00% | 0.00% | 0.13% | 0.22% |
| Northwest Territories | 0.00% | 0.02% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Ontario | 3.57% | 1.69% | 9.17% | 6.27% | 1.64% | 3.81% | 1.88% | 3.16% |
| Prince Edward Island | 0.04% | 0.02% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.03% |
| Quebec | 1.69% | 1.46% | 1.83% | 4.06% | 2.55% | 2.42% | 2.57% | 1.76% |
| Saskatchewan | 0.56% | 0.69% | 0.00% | 0.00% | 0.00% | 0.35% | 0.13% | 0.53% |
| Yukon | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| **Total** | **10.57%** | **7.41%** | **24.77%** | **21.40%** | **4.37%** | **9.52%** | **12.85%** | **10.19%** |

## Cumulative Canadian Shipment Destinations

| | 16,698 Travel Trailers Conventional | 3,505 Travel Trailers Fifth-Wheel | 287 Folding Camping Trailers | 281 Truck Campers | 501 Motorhomes Type A | 749 Motorhomes Type B | 1,552 Motorhomes Type C | 23,573 Totals |
|---|---|---|---|---|---|---|---|---|
| Alberta | 2.40% | 1.85% | 1.83% | 3.32% | 0.00% | 1.56% | 1.57% | 2.18% |
| British Columbia | 1.18% | 0.63% | 7.34% | 5.54% | 0.00% | 0.69% | 6.27% | 1.44% |
| Manitoba | 0.46% | 0.53% | 0.00% | 1.11% | 0.00% | 0.17% | 0.25% | 0.45% |
| New Brunswick | 0.31% | 0.33% | 4.59% | 1.11% | 0.18% | 0.52% | 0.06% | 0.34% |
| Newfoundland | 0.10% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.07% |
| Nova Scotia | 0.26% | 0.18% | 0.00% | 0.00% | 0.00% | 0.00% | 0.13% | 0.22% |
| Northwest Territories | 0.00% | 0.02% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Ontario | 3.57% | 1.69% | 9.17% | 6.27% | 1.64% | 3.81% | 1.88% | 3.16% |
| Prince Edward Island | 0.04% | 0.02% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.03% |
| Quebec | 1.69% | 1.46% | 1.83% | 4.06% | 2.55% | 2.42% | 2.57% | 1.76% |
| Saskatchewan | 0.56% | 0.69% | 0.00% | 0.00% | 0.00% | 0.35% | 0.13% | 0.53% |
| Yukon | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| **Total** | **10.57%** | **7.41%** | **24.77%** | **21.40%** | **4.37%** | **9.52%** | **12.85%** | **10.19%** |

## Annual Total RV Shipments

| Month | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | 31.5 | 33.9 | 42.4 | 25.5 | 33.0 | 45.9 | 53.3 | 20.4 | 22.7 | 27.6 |
| FEBRUARY | 35.9 | 39.4 | 43.0 | 36.5 | 37.1 | 48.3 | 53.8 | 26.3 | 31.0 | |
| MARCH | 40.7 | 47.6 | 51.6 | 38.0 | 30.3 | 54.3 | 64.8 | 31.9 | 32.2 | |
| APRIL | 40.1 | 42.3 | 47.5 | 40.2 | 7.2 | 51.8 | 57.2 | 31.2 | 34.2 | |
| MAY | 38.0 | 45.9 | 45.1 | 39.9 | 28.0 | 49.2 | 50.5 | 30.9 | 33.2 | |
| JUNE | 40.1 | 47.4 | 42.0 | 36.5 | 40.5 | 50.7 | 44.9 | 24.1 | 25.3 | |
| JULY | 28.4 | 33.0 | 36.5 | 28.0 | 43.0 | 44.5 | 29.5 | 20.5 | 24.1 | |
| AUGUST | 35.9 | 45.0 | 39.6 | 33.7 | 39.5 | 52.8 | 33.8 | 28.1 | 29.1 | |
| SEPTEMBER | 33.7 | 43.6 | 31.0 | 31.6 | 41.6 | 55.0 | 28.4 | 24.7 | 24.6 | |
| OCTOBER | 38.8 | 48.9 | 43.6 | 39.0 | 47.3 | 58.0 | 32.7 | 28.4 | 30.6 | |
| NOVEMBER | 34.7 | 41.5 | 33.0 | 29.7 | 42.5 | 49.1 | 24.5 | 25.2 | 23.6 | |
| DECEMBER | 33.0 | 36.2 | 28.4 | 27.5 | 40.4 | 40.3 | 19.9 | 21.5 | 23.2 | |
| TOTAL | 430.8 | 504.6 | 483.7 | 406.1 | 430.4 | 600.2 | 493.3 | 313.2 | 333.7 | 27.6 |

Source: RV Industry Association

# Wholesale Distribution



Source: U.S. Census Bureau's cartographic boundary shapefiles, 2016 edition

# Retail Activity

## RV Production and RV Registrations 12/12 ROC (-TC)



Source: RV Industry Association, Statistical Surveys, Inc.

## RV Production and RV Registrations 3/12 ROC (-TC)



Source: RV Industry Association, Statistical Surveys, Inc.

# Retail Activity By RV Type

## Conventional Travel Trailer Production and Registrations 12/12 ROC



Source: RV Industry Association, Statistical Surveys, Inc.

## Conventional Travel Trailer Production and Registrations 3/12 ROC



Source: RV Industry Association, Statistical Surveys, Inc.

## Fifth-Wheel Travel Trailer Production and Registrations 12/12 ROC



Source: RV Industry Association, Statistical Surveys, Inc.

## Fifth-Wheel Travel Trailer Production and Registrations 3/12 ROC



Source: RV Industry Association, Statistical Surveys, Inc.

# Folding Camping Trailer Production and Registrations 12/12 ROC



Source: RV Industry Association, Statistical Surveys, Inc.

# Folding Camping Trailer Production and Registrations 3/12 ROC



Source: RV Industry Association, Statistical Surveys, Inc.

# Type A Motorhome Production and Registrations 12/12 ROC



Source: RV Industry Association, Statistical Surveys, Inc.

# Type A Motorhome Production and Registrations 3/12 ROC



Source: RV Industry Association, Statistical Surveys, Inc.

# Type B Motorhome Production and Registrations 12/12 ROC



Source: RV Industry Association, Statistical Surveys, Inc.

# Type B Motorhome Production and Registrations 3/12 ROC



Source: RV Industry Association, Statistical Surveys, Inc.

# Type C Motorhome Production and Registrations 12/12 ROC



Source: RV Industry Association, Statistical Surveys, Inc.

# Type C Motorhome Production and Registrations 3/12 ROC



Source: RV Industry Association, Statistical Surveys, Inc.

# Inventory Index



**1.01**

The ratio is the 12MMT of registrations/shipments of TT, FW, FCT, Type A and Type C motorhomes. TC and Type B are removed due to insufficient data

## RV Wholesale Shipments Compared to PMRV Wholesale Shipments



Source: RV Industry Association

## RV Wholesale Shipments Compared to Car and Light Truck Sales



Source: RV industry Association, Federal Reserve Bank of St. Louis

# Manufacturers Wholesale Shipments Index Comparisons

**RV Shipment Rate of Change Compared with Index of Current Consumer Sentiment**

■ RV ROC ■ Consumer Sentiment ROC

Source: University of Michigan Survey Research Center

**RV Shipment Rate of Change Compared with Index of Consumers' Buying Attitudes**

■ RV ROC ■ Buying Attitudes ROC

Source: University of Michigan Survey Research Center

# Economic Indicators Compared to RV Rate of Change

## Disposable Income



Source: RV Industry Association, Federal Reserve Bank of St. Louis

## University of Michigan Inflation Expectation Index



Source: RV Industry Association, Federal Reserve Bank of St. Louis

## Thirty Year Mortgage Rate



Source: RV Industry Association, Federal Reserve Bank of St. Louis

## Sticky Price CPI, Less Food and Energy



Source: RV Industry Association, Federal Reserve Bank of St. Louis

# Economic Indicators Compared to RV Rate of Change

## Retail Activity



Source: RV Industry Association, Federal Reserve Bank of St. Louis

## Real GDP



Source: RV Industry Association, Federal Reserve Bank of St. Louis

## Housing Starts, New



Source: RV Industry Association, U.S. Census Bureau

## Unemployment Rate



Source: RV Industry Association, U.S Bureau of Labor Statistics

# January 2025

# PMRV Market Report



RV INDUSTRY ASSOCIATION

January 2025

## Park Model RV Committee Chairman

**John Soard**

**National Sales Manger; Woodland Park**

## RVIA Staff

**Craig Kirby**

**President**

**Bill Baker**

**Vice President; Membership and Research**

**Matt Hummel**

**Research Analyst, Market Data**

## Contents

Vehicle Categories..........2

PMRV Shipment Summary.........3

PMRV Shipment Destinations......... 4

PMRV Destination Map.........5

PMRV Shipments compared to RV Shipments..........5

PMRV Shipment History..........6

PMRV Quarterly Forecast..........6

PMRV Registrations..........6

PMRV Shipment Index...........7

Financial Economic Indicators..........8

Industrial Economic Indicators.........10

Copyright 2025 Recreation Vehicle Industry Association. No part of this publication may be reproduced in any form except upon  written permission of copyright the owner.

**Recreation Vehicle Industry Association**
**2465 J-17 Centreville RD #801**
**Herndon, VA 20171**
**(703) 620-6003**
**www.rvia.org**

# Vehicle Categories

A recreation vehicle (RV) is a vehicle that is primarily designed as a temporary living quarters for non-commercial recreational and/or camping use and is built to the standards for recreation vehicle as adopted but eh RV Industry Association

## Towable RV

A Towable RV is a recreation vehicle that is mounted on wheels and designed to be towed by a motorized vehicle or can be a portable unit intended to be placed in the bed of a pickup truck. There are four vehicle types classified as towable RVs.

### Conventional Travel Trailer



A conventional travel trailer is a towable RV constructed from rigid materials with a roof, sidewalls, and mounted on wheels. These units are designed to be towed by a motorized vehicle.

### Fifth-Wheel Travel Trailer



A fifth-wheel travel trailer is a towable RV mounted on wheels and designed to be towed by a motorized vehicle with a towing mechanism that is placed above or forward of the tow vehicle's rear axel.

### Folding Camping Trailer



A folding camping trailer is a towable RV constructed with a collapsible roof and partially collapsible sidewalls. This RV is mounted on wheels and is designed to be towed by a motorized vehicle.

### Truck Camper



A truck camper is a towable RV that is designed to be placed in the bed of a pickup truck.

## Motorhome

A motorhome is a recreation vehicle built on a self propelled motor vehicle chassis. There are three vehicle types classified as a motorhome

### Type A Motorhome



A Type A motorhome is constructed on a bare motor vehicle chassis.

### Type B Motorhome



A Type B motorhome is a motorhome constructed on an automotive grade van chassis.

### Type C Motorhome



A Type C motorhome is constructed on a cut away automotive grade truck chassis.

### Park Model RV



A park model RV (PMRV) is a recreation vehicle intended to provide temporary living quarters for recreation, camping or seasonal use. PMRVs are built on a single chassis, mounted on wheels with a gross trailer area not to exceed four hundred square feet.

Case 2:25-cv-03255-DC-AC   Document 176-19   Filed 05/27/20   Page 24 of 32

|  | Janaury 2024 | Janaury 2025 | Change Over Last Year | Cum. 2024 | Cum. 2025 | Change Year To Date |
|---|---|---|---|---|---|---|
| **Park Model RVs** | 305 | **293** | *-3.9%* | 305 | **293** | *-3.9%* |

## Total Monthly Shipments vs. Last Year



 2024   2025

| January | Year to Date |  |
|---|---|---|
| **288** | **288** | **Greater than 8.5 feet wide** |
| **5** | **5** | **8.5 feet wide or less** |

*\* Year to date numbers can differ from reported numbers.*

*\*\* Canadian shipments removed from monthly and year-to-date totals*

# Monthly Shipment Destinations
### Total Units = 293

| Pacific | 46 | 15.08% |
|---|---|---|
| Alaska | 0 | 0.00% |
| California | 24 | 7.87% |
| Hawaii | 0 | 0.00% |
| Oregon | 11 | 3.61% |
| Washington | 11 | 3.61% |

| Mountain | 51 | 16.72% |
|---|---|---|
| Arizona | 49 | 16.07% |
| Colorado | 0 | 0.00% |
| Idaho | 2 | 0.66% |
| Montana | 0 | 0.00% |
| Nevada | 0 | 0.00% |
| New Mexico | 0 | 0.00% |
| Utah | 0 | 0.00% |
| Wyoming | 0 | 0.00% |

| W. No. Central | 10 | 3.28% |
|---|---|---|
| Iowa | 0 | 0.00% |
| Kansas | 0 | 0.00% |
| Minnesota | 10 | 3.28% |
| Missouri | 0 | 0.00% |
| Nebraska | 0 | 0.00% |
| No. Dakota | 0 | 0.00% |
| So. Dakota | 0 | 0.00% |

| W. So. Central | 30 | 9.84% |
|---|---|---|
| Arkansas | 9 | 2.95% |
| Louisiana | 0 | 0.00% |
| Oklahoma | 0 | 0.00% |
| Texas | 21 | 6.89% |

| E. No. Central | 40 | 13.11% |
|---|---|---|
| Illinois | 2 | 0.66% |
| Indiana | 1 | 0.33% |
| Michigan | 5 | 1.64% |
| Ohio | 6 | 1.97% |
| Wisconsin | 26 | 8.52% |

| E. So. Central | 12 | 3.93% |
|---|---|---|
| Alabama | 9 | 2.95% |
| Kentucky | 1 | 0.33% |
| Mississippi | 2 | 0.66% |
| Tennessee | 0 | 0.00% |

| Outside US | 12 | 3.93% |
|---|---|---|
| Asia | 0 | 0.00% |
| Canada | 12 | 3.93% |
| Europe | 0 | 0.00% |
| Other | 0 | 0.00% |

| South Atlantic | 63 | 20.66% |
|---|---|---|
| Delaware | 0 | 0.00% |
| Florida | 36 | 11.80% |
| Georgia | 0 | 0.00% |
| Maryland | 0 | 0.00% |
| No. Carolina | 23 | 7.54% |
| So. Carolina | 2 | 0.66% |
| Virginia | 2 | 0.66% |
| West Virginia | 0 | 0.00% |

| Mid Atlantic | 12 | 3.93% |
|---|---|---|
| New Jersey | 3 | 0.98% |
| New York | 0 | 0.00% |
| Pennsylvania | 9 | 2.95% |

| New England | 29 | 9.51% |
|---|---|---|
| Connecticut | 3 | 0.98% |
| Maine | 10 | 3.28% |
| Massachusetts | 4 | 1.31% |
| New Hampshire | 4 | 1.31% |
| Rhode Island | 8 | 2.62% |
| Vermont | 0 | 0.00% |

\* *Destination totals might not match shipment totals*

\*\* *Canadian shipment totals removed from shipment total*

# Cumulative Shipment Destinations
### Total Units = 293

| Pacific | 46 | 15.08% |
|---|---|---|
| Alaska | 0 | 0.00% |
| California | 24 | 7.87% |
| Hawaii | 0 | 0.00% |
| Oregon | 11 | 3.61% |
| Washington | 11 | 3.61% |

| Mountain | 51 | 16.72% |
|---|---|---|
| Arizona | 49 | 16.07% |
| Colorado | 0 | 0.00% |
| Idaho | 2 | 0.66% |
| Montana | 0 | 0.00% |
| Nevada | 0 | 0.00% |
| New Mexico | 0 | 0.00% |
| Utah | 0 | 0.00% |
| Wyoming | 0 | 0.00% |

| W. No. Central | 10 | 3.28% |
|---|---|---|
| Iowa | 0 | 0.00% |
| Kansas | 0 | 0.00% |
| Minnesota | 10 | 3.28% |
| Missouri | 0 | 0.00% |
| Nebraska | 0 | 0.00% |
| No. Dakota | 0 | 0.00% |
| So. Dakota | 0 | 0.00% |

| W. So. Central | 30 | 9.84% |
|---|---|---|
| Arkansas | 9 | 2.95% |
| Louisiana | 0 | 0.00% |
| Oklahoma | 0 | 0.00% |
| Texas | 21 | 6.89% |

| E. No. Central | 40 | 13.11% |
|---|---|---|
| Illinois | 2 | 0.66% |
| Indiana | 1 | 0.33% |
| Michigan | 5 | 1.64% |
| Ohio | 6 | 1.97% |
| Wisconsin | 26 | 8.52% |

| E. So. Central | 12 | 3.93% |
|---|---|---|
| Alabama | 9 | 2.95% |
| Kentucky | 1 | 0.33% |
| Mississippi | 2 | 0.66% |
| Tennessee | 0 | 0.00% |

| Outside US | 12 | 3.93% |
|---|---|---|
| Asia | 0 | 0.00% |
| Canada | 12 | 3.93% |
| Europe | 0 | 0.00% |
| Other | 0 | 0.00% |

| South Atlantic | 63 | 20.66% |
|---|---|---|
| Delaware | 0 | 0.00% |
| Florida | 36 | 11.80% |
| Georgia | 0 | 0.00% |
| Maryland | 0 | 0.00% |
| No. Carolina | 23 | 7.54% |
| So. Carolina | 2 | 0.66% |
| Virginia | 2 | 0.66% |
| West Virginia | 0 | 0.00% |

| Mid Atlantic | 12 | 3.93% |
|---|---|---|
| New Jersey | 3 | 0.98% |
| New York | 0 | 0.00% |
| Pennsylvania | 9 | 2.95% |

| New England | 29 | 9.51% |
|---|---|---|
| Connecticut | 3 | 0.98% |
| Maine | 10 | 3.28% |
| Massachusetts | 4 | 1.31% |
| New Hampshire | 4 | 1.31% |
| Rhode Island | 8 | 2.62% |
| Vermont | 0 | 0.00% |

\* *Destination totals might not match shipment totals*

\*\* *Canadian shipment totals removed from shipment total*

January 2025

# PMRV Wholesale Shipment Map

Source: U.S. Census Bureau's cartographic boundary shapefiles, 2016 edition

# PMRV Wholesale Shipments Compared to RV Wholesale Shipments

Source: RV Industry Association

5

**January 2025**

# PMRV Shipment History

| Month | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|
| JANUARY | 280 | 269 | 323 | 359 | 331 | 332 | 547 | 305 | 293 |
| FEBRUARY | 334 | 380 | 323 | 320 | 373 | 309 | 501 | 300 | |
| MARCH | 385 | 385 | 418 | 364 | 493 | 379 | 540 | 343 | |
| APRIL | 404 | 345 | 433 | 240 | 378 | 433 | 483 | 453 | |
| MAY | 367 | 330 | 394 | 281 | 304 | 411 | 480 | 363 | |
| JUNE | 379 | 299 | 389 | 310 | 285 | 363 | 391 | 337 | |
| JULY | 304 | 258 | 284 | 334 | 261 | 380 | 382 | 337 | |
| AUGUST | 328 | 306 | 390 | 321 | 309 | 446 | 380 | 299 | |
| SEPTEMBER | 292 | 248 | 310 | 311 | 301 | 387 | 334 | 294 | |
| OCTOBER | 302 | 302 | 353 | 333 | 354 | 507 | 431 | 346 | |
| NOVEMBER | 261 | 264 | 308 | 270 | 209 | 394 | 325 | 315 | |
| DECEMBER | 213 | 243 | 288 | 268 | 244 | 382 | 260 | 273 | |
| TOTAL | 3,849 | 3,629 | 4,213 | 3,711 | 3,923 | 4,723 | 5,054 | 3,927 | 293 |

# PMRV Wholesale Shipments Compared to PMRV Registrations



Source: RV Industry Association, Statistical Surveys, Inc.

# PMRV 2025 Quarterly Forecast

| Date Forecast | Q1 - 25 | Q2 - 25 | Q3 - 25 | Q4 - 25 | Total |
|---|---|---|---|---|---|
| 2025 High | 853 | 974 | 802 | 863 | 3,493 |
| 2025 Low | 833 | 888 | 756 | 809 | 3,285 |
| 2025 Reported Shipments | 293 | 0 | 0 | 0 | 293 |

6

# Manufacturers Wholesale Shipments Index Comparisons

**PMRV Shipment Rate of Change Compared with Index of Current Consumer Sentiment**

■ PMRV ROC  ■ Consumer Sentiment ROC

Source: University of Michigan Survey Research Center

**PMRV Shipment Rate of Change Compared with Index of Consumers' Buying Attitudes**

■ PMRV ROC  ■ Buying Attitudes ROC

Source: University of Michigan Survey Research Center

# Financial Economic Indicators

## Disposable Income



Source: RV Industry Association, Federal Reserve Bank of St. Louis

## University of Michigan Inflation Expectation Index



Source: RV Industry Association, Federal Reserve Bank of St. Louis

## Thirty Year Mortgage Rate



Source: RV Industry Association, Federal Reserve Bank of St. Louis

## Sticky Price (Less Food and Energy)



Source: RV Industry Association, Federal Reserve Bank of St. Louis

# Financial Economic Indicators

## Retail Activity



Source: RV Industry Association, Federal Reserve Bank of St. Louis

## Real GDP



Source: RV Industry Association, Federal Reserve Bank of St. Louis

## Housing Starts, New



Source: RV Industry Association, U.S. Census Bureau

## Unemployment Rate



Source: RV Industry Association, U.S Bureau of Labor Statistics

# Industrial Economic Indicators

## PPI Waferboard and OSB



Source: RV Industry Association, U.S Bureau of Labor Statistics

## PPI Plywood



Source: RV Industry Association, U.S Bureau of Labor Statistics

## PPI Lumber, Hardwood



Source: RV Industry Association, Federal Reserve Bank of St. Loius

## PPI Engineered Wood Products



Source: RV Industry Association, Federal Reserve Bank of St. Loius