# Exhibit 20

# December 2025

# RV Market Report



**RV INDUSTRY ASSOCIATION**

**December 2025**

## Market Information Committee Chairman

## Jeff Rodino
**President; Patrick Industries**

## RVIA Staff

## Craig Kirby
**President**

## Bill Baker
**Vice President; Membership and Research**

## Matt Hummel
**Research Analyst; Market Data**

## Contents

Vehicle Categories..........2
Monthly Review..........3
RV Shipment Summary..........4
RV Shipments by Category..........5
RV Shipment Destinations, Month..........7
RV Shipment Destinations, Cumulative..........8
Canadian Shipments..........9
Annual RV Shipments.........9
Retail Activity..........10
RV Retail by Type..........11
RV Inventory Index..........14
RV  Wholesale Comparisons..........14
RV Shipment Index..........15
Economic Indicators..........16

Copyright 2026 Recreation Vehicle Industry Association.
No Part of this publication may be reproduced In any form
except upon written permission of the copyright owner.

**Recreation Vehicle Industry Association**
**2465 J-17 Centreville RD #801**
**Herndon, VA  20171**
**(703) 620-6003**
**www.rvia.org**

# Vehicle Categories

A recreation vehicle (RV) is a vehicle that is primarily designed as a temporary living quarters for non-commercial recreational and/or camping use and is built to the standards for recreation vehicle as adopted but eh RV Industry Association

## Towable RV

A Towable RV is a recreation vehicle that is mounted on wheels and designed to be towed by a motorized vehicle or can be a portable unit intended to be placed in the bed of a pickup truck. There are four vehicle types classified as towable RVs.

### Conventional Travel Trailer



A conventional travel trailer is a towable RV constructed from rigid materials with a roof, sidewalls, and mounted on wheels. These units are designed to be towed by a motorized vehicle.

### Fifth-Wheel Travel Trailer



A fifth-wheel travel trailer is a towable RV mounted on wheels and designed to be towed by a motorized vehicle with a towing mechanism that is placed above or forward of the tow vehicle's rear axel.

### Folding Camping Trailer



A folding camping trailer is a towable RV constructed with a collapsible roof and partially collapsible sidewalls. This RV is mounted on wheels and is designed to be towed by a motorized vehicle.

### Truck Camper



A truck camper is a towable RV that is designed to be placed in the bed of a pickup truck.

## Motorhome

A motorhome is a recreation vehicle built on a self propelled motor vehicle chassis. There are three vehicle types classified as a motorhome

### Type A Motorhome



A Type A motorhome is constructed on a bare motor vehicle chassis.

### Type B Motorhome



A Type B motorhome is a motorhome constructed on an automotive grade van chassis.

### Type C Motorhome



A Type C motorhome is constructed on a cut away automotive grade truck chassis.

### Park Model RV



A park model RV (PMRV) is a recreation vehicle intended to provide temporary living quarters for recreation, camping or seasonal use. PMRVs are built on a single chassis, mounted on wheels with a gross trailer area not to exceed four hundred square feet.

The RV Industry Association's survey of manufacturers found that December finished the month with 23,220 units, up 0.3% from last December. 2025 ended with 342,220 shipments, up 2.5% compared to 2024.

This month, towable RVs were down (-1.9%) with 20,425 units shipped and accounted for 88.0% of the monthly total. Overall, towable RVs were up 2.5% from last year with 306,191 units shipped. Motorhomes ended the month with 2,795 units delivered, up 19.5% from December 2024. At 36,029 shipments in 2025, motorhomes were up 3.3% from last year.

**Towable RVs**

Conventional travel trailers closed the month down (-8.1%) from last December with 15,095 units and accounted for 73.9% of the towable RV total and 65.0% of the monthly shipment total. At the year end, conventional travel trailers had 232,530 units shipped, down (-2.1%) from 2024. Fifth-wheel travel trailers finished the month with 4,752 shipments, up 22.9% compared to the same month last year. Annually, fifth-wheel travel trailers finished with a strong 21.6% growth rate with 65,632 units shipped. Folding camping trailers concluded the month with a 0.9% growth rate with 337 units. Cumulatively, folding camping trailers were down (-1.2%) with 3,945 shipments. Truck campers closed the month with 241 units shipped, up 23.6% from December 2024. This year truck campers had a 25.2% growth rate compared to last year with 4,084 wholesale shipments.

**Motorhomes**

Type C motorhomes finished December up 7.3% with 1,433 units shipped and continue to lead the motorhome category in unit volume by consisting of 51.3% of the December motorhome shipment total. Type C motorhomes ended the year up 5.4% from 2024 with 20,903 units shipped. Type B motorhomes closed the month with 902 shipments, up 70.8% compared to the same month last year. At year end, Type B motorhomes were down (-1.5%) with 8,224 wholesale shipments. Type A motorhomes finished December with 460 units, a (-3.4%) growth rate from last December. Overall, Type A motorhomes had a 2.9% growth rate with 6,902 shipments to retailers.

# December Wholesale Shipment Summary

| | DEC 2024 | DEC 2025 | Change Over Last Year | YTD 2024 | YTD 2025 | Change Year To Date |
|---|---|---|---|---|---|---|
| **Towables** | | | | | | |
| Travel Trailers (ALL) | 16,419 | **15,095** | -8.1% | 237,631 | **232,530** | -2.1% |
| Travel Trailers - Fifth Wheel | 3,866 | **4,752** | 22.9% | 53,958 | **65,632** | 21.6% |
| Folding Camping Trailers | 334 | **337** | 0.9% | 3,991 | **3,945** | -1.2% |
| Truck Campers | 195 | **241** | 23.6% | 3,262 | **4,084** | 25.2% |
| **All Towable RVs** | 20,814 | **20,425** | **-1.9%** | 298,842 | **306,191** | **2.5%** |
| **Motorhomes** | | | | | | |
| Conventional (Type A) | 476 | **460** | -3.4% | 6,706 | **6,902** | 2.9% |
| Van Campers (Type B) | 528 | **902** | 70.8% | 8,349 | **8,224** | -1.5% |
| Mini (Type C) | 1,335 | **1,433** | 7.3% | 19,836 | **20,903** | 5.4% |
| **All Motorhomes** | 2,339 | **2,795** | **19.5%** | 34,891 | **36,029** | **3.3%** |
| **Total RV Shipments** | 23,153 | **23,220** | **0.3%** | 333,733 | **342,220** | **2.5%** |

## Total Shipments Monthly vs. Last Year



2024    2025

| Quarterly Adjusments - Q4 '25 | | |
|---|---|---|
| **RV Type** | **Adjustment** | **Month Applied** |
| Conventional Travel Trailers | 56 | November |
| Fifth-Wheel Travel Trailers | 21 | November |
| Folding Camping Trailers | | |
| Truck Campers | | |
| Type A Motorhomes | | |
| Type B Motorhomes | 7 | November |
| Type C Motorhomes | 15 | November |

# Shipments to Retailers by Type

## Conventional Travel Trailers

| | 2024 | 2025 | YTD 2024 | YTD 2025 | Change Over Same Mo. 2024 | Change Year to Date |
|---|---|---|---|---|---|---|
| JAN | 15,432 | 19,100 | 15,432 | 19,100 | 23.8% | 23.8% |
| FEB | 21,246 | 22,532 | 36,678 | 41,632 | 6.1% | 13.5% |
| MAR | 22,835 | 26,482 | 59,513 | 68,114 | 16.0% | 14.5% |
| APR | 24,589 | 24,737 | 84,102 | 92,851 | 0.6% | 10.4% |
| MAY | 23,811 | 18,376 | 107,913 | 111,227 | -22.8% | 3.1% |
| JUN | 18,202 | 20,730 | 126,115 | 131,957 | 13.9% | 4.6% |
| JUL | 17,139 | 14,923 | 143,254 | 146,880 | -12.9% | 2.5% |
| AUG | 21,234 | 19,311 | 164,488 | 166,191 | -9.1% | 1.0% |
| SEP | 17,813 | 17,022 | 182,301 | 183,213 | -4.4% | 0.5% |
| OCT | 22,213 | 20,222 | 204,514 | 203,435 | -9.0% | -0.5% |
| NOV | 16,698 | 14,000 | 221,212 | 217,435 | -16.2% | -1.7% |
| DEC | 16,419 | 15,095 | 237,631 | 232,530 | -8.1% | -2.1% |
| TOTAL | 237,631 | 232,530 | | | | -2.1% |




S/O = Slideout

**TT**

+S/O 69.16%

## Fifth Wheel Travel Trailers

| | 2024 | 2025 | YTD 2024 | YTD 2025 | Change Over Same Mo. 2024 | Change Year to Date |
|---|---|---|---|---|---|---|
| JAN | 3,591 | 5,179 | 3,591 | 5,179 | 44.2% | 44.2% |
| FEB | 4,934 | 6,316 | 8,525 | 11,495 | 28.0% | 34.8% |
| MAR | 5,421 | 6,748 | 13,946 | 18,243 | 24.5% | 30.8% |
| APR | 5,319 | 6,581 | 19,265 | 24,824 | 23.7% | 28.9% |
| MAY | 5,751 | 5,794 | 25,016 | 30,618 | 0.7% | 22.4% |
| JUN | 4,300 | 5,157 | 29,316 | 35,775 | 19.9% | 22.0% |
| JUL | 3,875 | 4,227 | 33,191 | 40,002 | 9.1% | 20.5% |
| AUG | 4,473 | 5,136 | 37,664 | 45,138 | 14.8% | 19.8% |
| SEP | 3,960 | 5,113 | 41,624 | 50,251 | 29.1% | 20.7% |
| OCT | 4,963 | 6,198 | 46,587 | 56,449 | 24.9% | 21.2% |
| NOV | 3,505 | 4,431 | 50,092 | 60,880 | 26.4% | 21.5% |
| DEC | 3,866 | 4,752 | 53,958 | 65,632 | 22.9% | 21.6% |
| TOTAL | 53,958 | 65,632 | | | | 21.6% |




**FW**

+S/O 97.80%

## Folding Camping Trailers

| | 2024 | 2025 | YTD 2024 | YTD 2025 | Change Over Same Mo. 2024 | Change Year to Date |
|---|---|---|---|---|---|---|
| JAN | 270 | 323 | 270 | 323 | 19.6% | 19.6% |
| FEB | 526 | 537 | 796 | 860 | 2.1% | 8.0% |
| MAR | 455 | 425 | 1,251 | 1,285 | -6.6% | 2.7% |
| APR | 487 | 399 | 1,738 | 1,684 | -18.1% | -3.1% |
| MAY | 342 | 271 | 2,080 | 1,955 | -20.8% | -6.0% |
| JUN | 227 | 324 | 2,307 | 2,279 | 42.7% | -1.2% |
| JUL | 281 | 228 | 2,588 | 2,507 | -18.9% | -3.1% |
| AUG | 247 | 256 | 2,835 | 2,763 | 3.6% | -2.5% |
| SEP | 218 | 245 | 3,053 | 3,008 | 12.4% | -1.5% |
| OCT | 317 | 267 | 3,370 | 3,275 | -15.8% | -2.8% |
| NOV | 287 | 333 | 3,657 | 3,608 | 16.0% | -1.3% |
| DEC | 334 | 337 | 3,991 | 3,945 | 0.9% | -1.2% |
| TOTAL | 3,991 | 3,945 | | | | -1.2% |




**FCT**

-S/O 97.95%

## Truck Campers

| | 2024 | 2025 | YTD 2024 | YTD 2025 | Change Over Same Mo. 2024 | Change Year to Date |
|---|---|---|---|---|---|---|
| JAN | 230 | 304 | 230 | 304 | 32.2% | 32.2% |
| FEB | 278 | 257 | 508 | 561 | -7.6% | 10.4% |
| MAR | 307 | 327 | 815 | 888 | 6.5% | 9.0% |
| APR | 290 | 265 | 1,105 | 1,153 | -8.6% | 4.3% |
| MAY | 273 | 556 | 1,378 | 1,709 | 103.7% | 24.0% |
| JUN | 291 | 321 | 1,669 | 2,030 | 10.3% | 21.6% |
| JUL | 265 | 308 | 1,934 | 2,338 | 16.2% | 20.9% |
| AUG | 291 | 327 | 2,225 | 2,665 | 12.4% | 19.8% |
| SEP | 288 | 498 | 2,513 | 3,163 | 72.9% | 25.9% |
| OCT | 273 | 368 | 2,786 | 3,531 | 34.8% | 26.7% |
| NOV | 281 | 312 | 3,067 | 3,843 | 11.0% | 25.3% |
| DEC | 195 | 241 | 3,262 | 4,084 | 23.6% | 25.2% |
| TOTAL | 3,262 | 4,084 | | | | 25.2% |




**TC**

-S/O 80.60%

## Towable RVs

| | 2024 | 2025 | YTD 2024 | YTD 2025 | Change Over Same Mo. 2024 | Change Year to Date |
|---|---|---|---|---|---|---|
| JAN | 19,523 | 24,906 | 19,523 | 24,906 | 27.6% | 27.6% |
| FEB | 26,984 | 29,642 | 46,507 | 54,548 | 9.9% | 17.3% |
| MAR | 29,018 | 33,982 | 75,525 | 88,530 | 17.1% | 17.2% |
| APR | 30,685 | 31,982 | 106,210 | 120,512 | 4.2% | 13.5% |
| MAY | 30,177 | 24,997 | 136,387 | 145,509 | -17.2% | 6.7% |
| JUN | 23,020 | 26,532 | 159,407 | 172,041 | 15.3% | 7.9% |
| JUL | 21,560 | 19,686 | 180,967 | 191,727 | -8.7% | 5.9% |
| AUG | 26,245 | 25,030 | 207,212 | 216,757 | -4.6% | 4.6% |
| SEP | 22,279 | 22,878 | 229,491 | 239,635 | 2.7% | 4.4% |
| OCT | 27,766 | 27,055 | 257,257 | 266,690 | -2.6% | 3.7% |
| NOV | 20,771 | 19,076 | 278,028 | 285,766 | -8.2% | 2.8% |
| DEC | 20,814 | 20,425 | 298,842 | 306,191 | -1.9% | 2.5% |
| TOTAL | 298,842 | 306,191 | | 306,191 | | 2.5% |




HS = Hardside

**TC**

HS 88.06%

# Shipments to Retailers by Type

## Type A Motorhomes

| | 2024 | 2025 | YTD 2024 | YTD 2025 | Change Over Same Mo. 2024 | Change Year to Date |
|---|---|---|---|---|---|---|
| JAN | 577 | 550 | 577 | 550 | -4.7% | -4.7% |
| FEB | 718 | 671 | 1,295 | 1,221 | -6.5% | -5.7% |
| MAR | 606 | 603 | 1,901 | 1,824 | -0.5% | -4.1% |
| APR | 681 | 663 | 2,582 | 2,487 | -2.6% | -3.7% |
| MAY | 673 | 599 | 3,255 | 3,086 | -11.0% | -5.2% |
| JUN | 472 | 519 | 3,727 | 3,605 | 10.0% | -3.3% |
| JUL | 470 | 505 | 4,197 | 4,110 | 7.4% | -2.1% |
| AUG | 530 | 618 | 4,727 | 4,728 | 16.6% | 0.0% |
| SEP | 442 | 533 | 5,169 | 5,261 | 20.6% | 1.8% |
| OCT | 560 | 649 | 5,729 | 5,910 | 15.9% | 3.2% |
| NOV | 501 | 532 | 6,230 | 6,442 | 6.2% | 3.4% |
| DEC | 476 | 460 | 6,706 | 6,902 | -3.4% | 2.9% |
| TOTAL | 6,706 | 6,902 | | | | 2.9% |





**Type A**

Gas 68.63%

## Type B Motorhomes

| | 2024 | 2025 | YTD 2024 | YTD 2025 | Change Over Same Mo. 2024 | Change Year to Date |
|---|---|---|---|---|---|---|
| JAN | 722 | 578 | 722 | 578 | -19.9% | -19.9% |
| FEB | 1,017 | 716 | 1,739 | 1,294 | -29.6% | -25.6% |
| MAR | 781 | 769 | 2,520 | 2,063 | -1.5% | -18.1% |
| APR | 712 | 772 | 3,232 | 2,835 | 8.4% | -12.3% |
| MAY | 663 | 793 | 3,895 | 3,628 | 19.6% | -6.9% |
| JUN | 541 | 637 | 4,436 | 4,265 | 17.7% | -3.9% |
| JUL | 643 | 631 | 5,079 | 4,896 | -1.9% | -3.6% |
| AUG | 684 | 783 | 5,763 | 5,679 | 14.5% | -1.5% |
| SEP | 574 | 621 | 6,337 | 6,300 | 8.2% | -0.6% |
| OCT | 735 | 670 | 7,072 | 6,970 | -8.8% | -1.4% |
| NOV | 749 | 352 | 7,821 | 7,322 | -53.0% | -6.4% |
| DEC | 528 | 902 | 8,349 | 8,224 | 70.8% | -1.5% |
| TOTAL | 8,349 | 8,224 | | | | -1.5% |





**Type A**

+S/O 98.91%

## Type C Motorhomes

| | 2024 | 2025 | YTD 2024 | YTD 2025 | Change Over Same Mo. 2024 | Change Year to Date |
|---|---|---|---|---|---|---|
| JAN | 1,852 | 1,595 | 1,852 | 1,595 | -13.9% | -13.9% |
| FEB | 2,305 | 1,842 | 4,157 | 3,437 | -20.1% | -17.3% |
| MAR | 1,838 | 1,994 | 5,995 | 5,431 | 8.5% | -9.4% |
| APR | 2,119 | 1,958 | 8,114 | 7,389 | -7.6% | -8.9% |
| MAY | 1,637 | 1,761 | 9,751 | 9,150 | 7.6% | -6.2% |
| JUN | 1,275 | 1,644 | 11,026 | 10,794 | 28.9% | -2.1% |
| JUL | 1,443 | 1,811 | 12,469 | 12,605 | 25.5% | 1.1% |
| AUG | 1,646 | 1,781 | 14,115 | 14,386 | 8.2% | 1.9% |
| SEP | 1,300 | 1,652 | 15,415 | 16,038 | 27.1% | 4.0% |
| OCT | 1,534 | 1,869 | 16,949 | 17,907 | 21.8% | 5.7% |
| NOV | 1,552 | 1,563 | 18,501 | 19,470 | 0.7% | 5.2% |
| DEC | 1,335 | 1,433 | 19,836 | 20,903 | 7.3% | 5.4% |
| TOTAL | 19,836 | 20,903 | | | | 5.4% |





**Type B**

Gas 73.02%

## Motorhomes

| | 2024 | 2025 | YTD 2024 | YTD 2025 | Change Over Same Mo. 2024 | Change Year to Date |
|---|---|---|---|---|---|---|
| JAN | 3,151 | 2,723 | 3,151 | 2,723 | -13.6% | -13.6% |
| FEB | 4,040 | 3,229 | 7,191 | 5,952 | -20.1% | -17.2% |
| MAR | 3,225 | 3,366 | 10,416 | 9,318 | 4.4% | -10.5% |
| APR | 3,512 | 3,393 | 13,928 | 12,711 | -3.4% | -8.7% |
| MAY | 2,973 | 3,153 | 16,901 | 15,864 | 6.1% | -6.1% |
| JUN | 2,288 | 2,800 | 19,189 | 18,664 | 22.4% | -2.7% |
| JUL | 2,556 | 2,947 | 21,745 | 21,611 | 15.3% | -0.6% |
| AUG | 2,860 | 3,182 | 24,605 | 24,793 | 11.3% | 0.8% |
| SEP | 2,316 | 2,806 | 26,921 | 27,599 | 21.2% | 2.5% |
| OCT | 2,829 | 3,188 | 29,750 | 30,787 | 12.7% | 3.5% |
| NOV | 2,802 | 2,447 | 32,552 | 33,234 | -12.7% | 2.1% |
| DEC | 2,339 | 2,795 | 34,891 | 36,029 | 19.5% | 3.3% |
| TOTAL | 34,891 | 36,029 | | | | 3.3% |

**Type C**

Gas 64.27%

**Type C**

+S/O 66.00%

# Current Month Shipment Destinations

| | 15,095 Travel Trailers Conventional | 4,752 Travel Trailers Fifth-Wheel | 337 Folding Camping Trailers | 241 Truck Campers | 460 Motorhomes Type A | 902 Motorhomes Type B | 1,433 Motorhomes Type C | 23,220 Totals |
|---|---|---|---|---|---|---|---|---|
| **New England** | **2.32%** | **2.45%** | **3.59%** | **0.00%** | **1.74%** | **2.18%** | **2.37%** | **2.32%** |
| Connecticut | 0.55% | 0.45% | 0.00% | 0.00% | 0.87% | 1.15% | 0.65% | 0.56% |
| Maine | 0.23% | 0.26% | 3.59% | 0.00% | 0.22% | 0.23% | 0.29% | 0.27% |
| Massachusetts | 0.57% | 0.54% | 0.00% | 0.00% | 0.44% | 0.00% | 0.58% | 0.53% |
| New Hampshire | 0.53% | 0.78% | 0.00% | 0.00% | 0.22% | 0.57% | 0.79% | 0.58% |
| Rhode Island | 0.01% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.01% |
| Vermont | 0.42% | 0.43% | 0.00% | 0.00% | 0.00% | 0.23% | 0.07% | 0.38% |
| **Mid Atlantic** | **5.48%** | **6.01%** | **10.26%** | **1.51%** | **3.70%** | **5.05%** | **3.81%** | **5.44%** |
| New Jersey | 0.79% | 0.65% | 0.00% | 0.00% | 0.00% | 0.69% | 0.36% | 0.70% |
| New York | 2.11% | 1.96% | 0.00% | 1.51% | 1.09% | 2.18% | 2.01% | 2.03% |
| Pennsylvania | 2.58% | 3.40% | 10.26% | 0.00% | 2.61% | 2.18% | 1.44% | 2.71% |
| **E. No. Central** | **13.71%** | **14.96%** | **6.67%** | **16.58%** | **10.24%** | **9.99%** | **8.05%** | **13.36%** |
| Illinois | 1.65% | 1.31% | 0.00% | 0.00% | 0.87% | 0.69% | 0.36% | 1.42% |
| Indiana | 3.17% | 3.68% | 0.00% | 8.54% | 2.61% | 4.59% | 1.73% | 3.25% |
| Michigan | 3.42% | 4.22% | 0.51% | 0.50% | 3.27% | 1.38% | 2.52% | 3.40% |
| Ohio | 2.92% | 3.92% | 2.56% | 5.03% | 2.18% | 1.84% | 3.02% | 3.09% |
| Wisconsin | 2.55% | 1.83% | 3.59% | 2.51% | 1.31% | 1.49% | 0.43% | 2.21% |
| **W. No. Central** | **8.22%** | **8.98%** | **10.77%** | **4.52%** | **1.96%** | **4.36%** | **4.31%** | **7.84%** |
| Iowa | 1.16% | 1.53% | 0.00% | 1.01% | 0.00% | 2.30% | 0.72% | 1.22% |
| Kansas | 0.63% | 0.82% | 0.00% | 0.00% | 0.44% | 0.23% | 0.50% | 0.63% |
| Minnesota | 2.39% | 1.55% | 7.18% | 0.00% | 0.00% | 0.46% | 0.50% | 1.99% |
| Missouri | 2.56% | 2.78% | 3.59% | 3.52% | 1.31% | 1.03% | 2.01% | 2.50% |
| Nebraska | 0.68% | 1.03% | 0.00% | 0.00% | 0.22% | 0.34% | 0.36% | 0.70% |
| No. Dakota | 0.32% | 0.47% | 0.00% | 0.00% | 0.00% | 0.00% | 0.07% | 0.31% |
| So. Dakota | 0.48% | 0.80% | 0.00% | 0.00% | 0.00% | 0.00% | 0.14% | 0.49% |
| **South Atlantic** | **15.80%** | **19.22%** | **17.44%** | **5.53%** | **48.15%** | **29.51%** | **29.91%** | **18.53%** |
| Delaware | 0.17% | 0.13% | 0.00% | 0.50% | 0.00% | 0.00% | 0.07% | 0.14% |
| Florida | 7.63% | 10.05% | 0.00% | 0.00% | 38.13% | 20.67% | 22.29% | 10.06% |
| Georgia | 1.74% | 1.83% | 3.59% | 0.00% | 1.74% | 2.30% | 2.37% | 1.82% |
| Maryland | 0.32% | 0.41% | 1.54% | 0.00% | 0.44% | 0.23% | 0.07% | 0.33% |
| No. Carolina | 2.38% | 2.67% | 12.31% | 2.51% | 2.61% | 2.41% | 2.23% | 2.53% |
| So. Carolina | 1.80% | 2.52% | 0.00% | 2.51% | 2.83% | 2.30% | 1.29% | 1.95% |
| Virginia | 1.39% | 1.29% | 0.00% | 0.00% | 2.18% | 1.49% | 1.51% | 1.37% |
| West Virginia | 0.38% | 0.32% | 0.00% | 0.00% | 0.22% | 0.11% | 0.07% | 0.33% |
| **E. So. Central** | **5.46%** | **5.68%** | **8.72%** | **4.02%** | **3.92%** | **3.10%** | **4.74%** | **5.36%** |
| Alabama | 1.68% | 1.98% | 2.56% | 3.02% | 0.87% | 0.92% | 1.29% | 1.69% |
| Kentucky | 1.37% | 1.08% | 6.15% | 0.00% | 0.44% | 0.46% | 1.08% | 1.26% |
| Mississippi | 0.92% | 0.65% | 0.00% | 0.00% | 1.09% | 0.57% | 0.58% | 0.81% |
| Tennessee | 1.50% | 1.98% | 0.00% | 1.01% | 1.53% | 1.15% | 1.80% | 1.59% |
| **W. So. Central** | **15.34%** | **16.73%** | **10.77%** | **11.06%** | **9.37%** | **10.22%** | **7.84%** | **14.76%** |
| Arkansas | 1.56% | 1.40% | 5.64% | 2.01% | 0.00% | 0.69% | 0.36% | 1.42% |
| Louisiana | 1.29% | 1.14% | 0.00% | 0.50% | 1.09% | 1.15% | 0.79% | 1.20% |
| Oklahoma | 1.88% | 2.30% | 3.59% | 1.51% | 0.87% | 1.49% | 0.93% | 1.89% |
| Texas | 10.61% | 11.88% | 1.54% | 7.04% | 7.41% | 6.89% | 5.75% | 10.25% |
| **Mountain** | **8.97%** | **10.01%** | **6.67%** | **20.60%** | **9.37%** | **14.01%** | **15.03%** | **9.86%** |
| Arizona | 2.02% | 2.43% | 0.00% | 0.50% | 4.79% | 6.31% | 7.48% | 2.64% |
| Colorado | 1.39% | 1.92% | 0.00% | 5.03% | 0.87% | 1.38% | 1.87% | 1.54% |
| Idaho | 1.59% | 1.29% | 3.08% | 8.04% | 0.00% | 3.33% | 0.65% | 1.58% |
| Montana | 0.66% | 0.93% | 0.00% | 2.01% | 0.44% | 0.23% | 1.15% | 0.73% |
| Nevada | 0.92% | 0.82% | 0.00% | 1.51% | 1.53% | 1.49% | 1.80% | 0.98% |
| New Mexico | 0.56% | 0.67% | 0.00% | 0.00% | 0.65% | 0.34% | 0.65% | 0.57% |
| Utah | 1.47% | 1.46% | 3.59% | 3.52% | 1.09% | 0.92% | 1.29% | 1.46% |
| Wyoming | 0.37% | 0.50% | 0.00% | 0.00% | 0.00% | 0.00% | 0.14% | 0.35% |
| **Pacific** | **10.86%** | **7.94%** | **11.28%** | **19.10%** | **8.50%** | **19.52%** | **12.94%** | **10.75%** |
| Alaska | 0.16% | 0.00% | 0.00% | 0.00% | 0.00% | 0.11% | 0.07% | 0.11% |
| California | 7.04% | 4.80% | 6.67% | 7.54% | 5.23% | 14.70% | 8.12% | 6.90% |
| Hawaii | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Oregon | 1.92% | 1.55% | 2.56% | 5.03% | 1.31% | 2.87% | 2.16% | 1.92% |
| Washington | 1.74% | 1.59% | 2.05% | 6.53% | 1.96% | 1.84% | 2.59% | 1.82% |
| **Outside US** | **13.84%** | **8.01%** | **13.85%** | **17.09%** | **3.05%** | **2.07%** | **11.00%** | **11.79%** |
| Asia | 0.04% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.07% | 0.03% |
| Canada | 13.78% | 7.97% | 13.85% | 17.09% | 3.05% | 2.07% | 10.93% | 11.74% |
| Europe | 0.01% | 0.04% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.02% |
| Other | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| **Total** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** |

# Cumulative Shipment Destinations

| | 232,530 Travel Trailers Conventional | 65,632 Travel Trailers Fifth-Wheel | 3,945 Folding Camping Trailers | 4,084 Truck Campers | 6,902 Motorhomes Type A | 8,224 Motorhomes Type B | 20,903 Motorhomes Type C | 342,220 Totals |
|---|---|---|---|---|---|---|---|---|
| **New England** | **2.94%** | **2.45%** | **5.60%** | **2.58%** | **2.08%** | **2.11%** | **2.63%** | **2.81%** |
| Connecticut | 0.46% | 0.47% | 0.92% | 0.29% | 0.63% | 0.63% | 0.54% | 0.47% |
| Maine | 0.65% | 0.45% | 2.52% | 0.70% | 0.12% | 0.28% | 0.30% | 0.59% |
| Massachusetts | 0.61% | 0.49% | 0.76% | 0.09% | 0.60% | 0.28% | 0.55% | 0.57% |
| New Hampshire | 0.76% | 0.67% | 0.92% | 1.29% | 0.67% | 0.74% | 0.72% | 0.74% |
| Rhode Island | 0.04% | 0.02% | 0.00% | 0.00% | 0.00% | 0.00% | 0.04% | 0.03% |
| Vermont | 0.43% | 0.35% | 0.48% | 0.20% | 0.07% | 0.18% | 0.48% | 0.40% |
| **Mid Atlantic** | **6.55%** | **6.33%** | **9.19%** | **1.61%** | **6.73%** | **5.24%** | **6.43%** | **6.44%** |
| New Jersey | 0.72% | 0.58% | 0.24% | 0.00% | 0.65% | 1.03% | 0.87% | 0.69% |
| New York | 2.45% | 2.24% | 2.48% | 0.73% | 2.86% | 1.45% | 2.59% | 2.38% |
| Pennsylvania | 3.38% | 3.51% | 6.47% | 0.88% | 3.21% | 2.76% | 2.96% | 3.36% |
| **E. No. Central** | **15.62%** | **15.01%** | **21.22%** | **10.86%** | **11.37%** | **12.28%** | **9.66%** | **14.96%** |
| Illinois | 1.42% | 1.29% | 3.68% | 0.56% | 1.22% | 0.99% | 1.06% | 1.37% |
| Indiana | 3.62% | 3.57% | 2.88% | 2.93% | 3.39% | 3.58% | 1.60% | 3.47% |
| Michigan | 4.21% | 4.42% | 5.56% | 3.75% | 3.77% | 4.51% | 3.48% | 4.21% |
| Ohio | 3.76% | 3.71% | 3.76% | 2.31% | 2.37% | 2.22% | 2.61% | 3.60% |
| Wisconsin | 2.60% | 2.02% | 5.36% | 1.32% | 0.63% | 0.97% | 0.89% | 2.31% |
| **W. No. Central** | **7.67%** | **9.74%** | **5.04%** | **4.16%** | **4.08%** | **4.39%** | **5.74%** | **7.74%** |
| Iowa | 1.35% | 2.00% | 1.48% | 1.64% | 1.40% | 1.89% | 2.03% | 1.54% |
| Kansas | 0.49% | 0.73% | 0.20% | 0.00% | 0.19% | 0.20% | 0.25% | 0.50% |
| Minnesota | 2.04% | 1.90% | 2.56% | 1.43% | 0.92% | 0.86% | 1.20% | 1.90% |
| Missouri | 2.39% | 2.80% | 0.80% | 0.82% | 1.25% | 1.20% | 1.57% | 2.34% |
| Nebraska | 0.65% | 1.03% | 0.00% | 0.09% | 0.20% | 0.17% | 0.28% | 0.67% |
| No. Dakota | 0.36% | 0.59% | 0.00% | 0.00% | 0.09% | 0.02% | 0.20% | 0.38% |
| So. Dakota | 0.39% | 0.70% | 0.00% | 0.18% | 0.04% | 0.05% | 0.22% | 0.42% |
| **South Atlantic** | **14.12%** | **15.07%** | **11.23%** | **7.99%** | **29.89%** | **20.87%** | **17.86%** | **14.94%** |
| Delaware | 0.26% | 0.29% | 0.00% | 2.81% | 0.00% | 0.00% | 0.05% | 0.26% |
| Florida | 4.66% | 5.38% | 2.24% | 1.41% | 18.75% | 13.77% | 10.27% | 5.61% |
| Georgia | 2.08% | 2.08% | 1.76% | 0.44% | 2.30% | 1.74% | 1.79% | 2.04% |
| Maryland | 0.58% | 0.53% | 2.16% | 0.03% | 0.26% | 0.56% | 0.67% | 0.58% |
| No. Carolina | 2.63% | 2.62% | 3.52% | 1.84% | 3.13% | 2.02% | 2.29% | 2.60% |
| So. Carolina | 1.80% | 2.27% | 0.04% | 0.73% | 2.46% | 1.21% | 1.22% | 1.83% |
| Virginia | 1.42% | 1.38% | 0.80% | 0.38% | 2.85% | 1.45% | 1.43% | 1.43% |
| West Virginia | 0.70% | 0.51% | 0.72% | 0.35% | 0.15% | 0.11% | 0.14% | 0.60% |
| **E. So. Central** | **6.50%** | **7.09%** | **2.12%** | **3.04%** | **6.89%** | **3.35%** | **4.35%** | **6.34%** |
| Alabama | 2.19% | 2.65% | 0.32% | 0.91% | 1.89% | 1.14% | 1.54% | 2.18% |
| Kentucky | 1.36% | 1.18% | 1.52% | 0.00% | 0.65% | 0.31% | 0.61% | 1.23% |
| Mississippi | 1.01% | 0.98% | 0.12% | 0.00% | 0.67% | 0.53% | 0.60% | 0.94% |
| Tennessee | 1.93% | 2.27% | 0.16% | 2.14% | 3.68% | 1.37% | 1.61% | 1.99% |
| **W. So. Central** | **14.06%** | **17.46%** | **5.12%** | **4.71%** | **13.29%** | **8.50%** | **10.70%** | **14.19%** |
| Arkansas | 1.49% | 1.67% | 1.28% | 0.29% | 0.22% | 0.50% | 0.52% | 1.40% |
| Louisiana | 1.42% | 1.59% | 0.16% | 0.03% | 1.41% | 1.10% | 1.12% | 1.40% |
| Oklahoma | 1.53% | 1.95% | 0.40% | 0.53% | 1.21% | 0.67% | 1.03% | 1.54% |
| Texas | 9.62% | 12.25% | 3.28% | 3.86% | 10.45% | 6.22% | 8.03% | 9.85% |
| **Mountain** | **10.45%** | **11.62%** | **16.07%** | **24.21%** | **12.36%** | **15.66%** | **15.96%** | **11.37%** |
| Arizona | 2.02% | 2.54% | 2.48% | 1.49% | 5.77% | 6.77% | 7.47% | 2.65% |
| Colorado | 1.85% | 1.98% | 3.80% | 4.98% | 1.88% | 2.12% | 2.27% | 1.96% |
| Idaho | 1.71% | 1.66% | 3.00% | 6.88% | 0.52% | 1.93% | 1.50% | 1.73% |
| Montana | 1.03% | 1.05% | 0.28% | 4.16% | 0.42% | 0.88% | 1.05% | 1.05% |
| Nevada | 0.91% | 0.97% | 0.28% | 3.40% | 1.18% | 1.24% | 1.04% | 0.96% |
| New Mexico | 0.79% | 0.75% | 0.52% | 0.12% | 0.70% | 1.02% | 0.87% | 0.78% |
| Utah | 1.75% | 2.18% | 5.72% | 3.07% | 1.83% | 1.63% | 1.61% | 1.87% |
| Wyoming | 0.39% | 0.48% | 0.00% | 0.12% | 0.06% | 0.07% | 0.15% | 0.37% |
| **Pacific** | **11.80%** | **9.48%** | **9.87%** | **18.03%** | **9.87%** | **21.28%** | **16.64%** | **11.89%** |
| Alaska | 0.19% | 0.03% | 0.00% | 1.32% | 0.09% | 0.07% | 0.65% | 0.19% |
| California | 6.48% | 5.52% | 4.12% | 4.39% | 6.95% | 14.40% | 11.20% | 6.75% |
| Hawaii | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Oregon | 2.27% | 1.79% | 3.24% | 6.94% | 1.10% | 3.03% | 1.96% | 2.21% |
| Washington | 2.86% | 2.13% | 2.52% | 5.39% | 1.73% | 3.78% | 2.83% | 2.74% |
| **Outside US** | **10.29%** | **5.77%** | **14.55%** | **22.80%** | **3.45%** | **6.33%** | **10.03%** | **9.32%** |
| Asia | 0.03% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.03% | 0.02% |
| Canada | 10.20% | 5.75% | 14.55% | 22.39% | 3.37% | 6.33% | 9.99% | 9.25% |
| Europe | 0.01% | 0.01% | 0.00% | 0.12% | 0.00% | 0.00% | 0.01% | 0.01% |
| Other | 0.05% | 0.01% | 0.00% | 0.29% | 0.07% | 0.00% | 0.00% | 0.04% |
| **Total** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** |

December 2025

# Monthly Canadian Shipment Destinations

| | 15,095 Travel Trailers Conventional | 4,752 Travel Trailers Fifth-Wheel | 337 Folding Camping Trailers | 241 Truck Campers | 460 Motorhomes Type A | 902 Motorhomes Type B | 1,433 Motorhomes Type C | 23,220 Totals |
|---|---|---|---|---|---|---|---|---|
| Alberta | 3.54% | 2.41% | 7.18% | 1.51% | 0.87% | 0.11% | 1.58% | 3.01% |
| British Columbia | 1.82% | 0.90% | 0.00% | 10.55% | 1.09% | 0.23% | 1.80% | 1.61% |
| Manitoba | 0.76% | 0.45% | 1.54% | 3.52% | 0.00% | 0.00% | 0.14% | 0.64% |
| New Brunswick | 0.59% | 0.17% | 0.00% | 0.00% | 0.00% | 0.00% | 0.07% | 0.42% |
| Newfoundland | 0.04% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.03% |
| Nova Scotia | 0.62% | 0.26% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.46% |
| Northwest Territories | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Ontario | 3.70% | 1.72% | 5.13% | 0.00% | 0.87% | 0.69% | 4.46% | 3.14% |
| Prince Edward Island | 0.01% | 0.02% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.01% |
| Quebec | 1.88% | 1.42% | 0.00% | 1.01% | 0.22% | 1.03% | 2.52% | 1.73% |
| Saskatchewan | 0.80% | 0.60% | 0.00% | 0.50% | 0.00% | 0.00% | 0.36% | 0.67% |
| Yukon | 0.02% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.01% |
| **Total** | **13.78%** | **7.97%** | **13.85%** | **17.09%** | **3.05%** | **2.07%** | **10.93%** | **11.74%** |

# Cumulative Canadian Shipment Destinations

| | 232,530 Travel Trailers Conventional | 65,632 Travel Trailers Fifth-Wheel | 3,945 Folding Camping Trailers | 4,084 Truck Campers | 6,902 Motorhomes Type A | 8,224 Motorhomes Type B | 20,903 Motorhomes Type C | 342,220 Totals |
|---|---|---|---|---|---|---|---|---|
| Alberta | 1.86% | 1.54% | 2.20% | 2.78% | 0.31% | 0.85% | 0.67% | 1.68% |
| British Columbia | 1.16% | 0.61% | 2.28% | 10.10% | 0.35% | 1.02% | 2.28% | 1.20% |
| Manitoba | 0.45% | 0.29% | 0.40% | 0.38% | 0.00% | 0.07% | 0.10% | 0.38% |
| New Brunswick | 0.41% | 0.17% | 0.64% | 0.18% | 0.06% | 0.04% | 0.07% | 0.33% |
| Newfoundland | 0.08% | 0.01% | 0.40% | 0.00% | 0.00% | 0.00% | 0.00% | 0.06% |
| Nova Scotia | 0.35% | 0.12% | 1.20% | 0.00% | 0.00% | 0.00% | 0.02% | 0.27% |
| Northwest Territories | 0.00% | 0.01% | 0.00% | 0.00% | 0.07% | 0.00% | 0.00% | 0.01% |
| Ontario | 3.56% | 1.47% | 4.20% | 2.99% | 0.87% | 1.31% | 3.66% | 3.05% |
| Prince Edward Island | 0.06% | 0.01% | 0.00% | 0.00% | 0.23% | 0.04% | 0.01% | 0.05% |
| Quebec | 1.83% | 1.22% | 3.12% | 5.65% | 1.48% | 2.93% | 3.04% | 1.85% |
| Saskatchewan | 0.42% | 0.29% | 0.12% | 0.26% | 0.00% | 0.07% | 0.13% | 0.36% |
| Yukon | 0.02% | 0.00% | 0.00% | 0.06% | 0.00% | 0.00% | 0.00% | 0.02% |
| **Total** | **10.20%** | **5.75%** | **14.55%** | **22.39%** | **3.37%** | **6.33%** | **9.99%** | **9.25%** |

# Annual Total RV Shipments

| Month | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | 31.5 | 33.9 | 42.4 | 25.5 | 33.0 | 45.9 | 53.3 | 20.4 | 22.7 | 27.6 |
| FEBRUARY | 35.9 | 39.4 | 43.0 | 36.5 | 37.1 | 48.3 | 53.8 | 26.3 | 31.0 | 32.9 |
| MARCH | 40.7 | 47.6 | 51.6 | 38.0 | 30.3 | 54.3 | 64.8 | 31.9 | 32.2 | 37.3 |
| APRIL | 40.1 | 42.3 | 47.5 | 40.2 | 7.2 | 51.8 | 57.2 | 31.2 | 34.2 | 35.4 |
| MAY | 38.0 | 45.9 | 45.1 | 39.9 | 28.0 | 49.2 | 50.5 | 30.9 | 33.2 | 28.2 |
| JUNE | 40.1 | 47.4 | 42.0 | 36.5 | 40.5 | 50.7 | 44.9 | 24.1 | 25.3 | 29.3 |
| JULY | 28.4 | 33.0 | 36.5 | 28.0 | 43.0 | 44.5 | 29.5 | 20.5 | 24.1 | 22.6 |
| AUGUST | 35.9 | 45.0 | 39.6 | 33.7 | 39.5 | 52.8 | 33.8 | 28.1 | 29.1 | 28.2 |
| SEPTEMBER | 33.7 | 43.6 | 31.0 | 31.6 | 41.6 | 55.0 | 28.4 | 24.7 | 24.6 | 25.7 |
| OCTOBER | 38.8 | 48.9 | 43.6 | 39.0 | 47.3 | 58.0 | 32.7 | 28.4 | 30.6 | 30.2 |
| NOVEMBER | 34.7 | 41.5 | 33.0 | 29.7 | 42.5 | 49.1 | 24.5 | 25.2 | 23.6 | 21.5 |
| DECEMBER | 33.0 | 36.2 | 28.4 | 27.5 | 40.4 | 40.3 | 19.9 | 21.5 | 23.2 | 23.2 |
| TOTAL | 430.8 | 504.6 | 483.7 | 406.1 | 430.4 | 600.2 | 493.3 | 313.2 | 333.7 | 342.2 |

Source: RV Industry Association

# Wholesale Distribution



0.01    10.25

Source: U.S. Census Bureau's cartographic boundary shapefiles, 2016 edition

# Retail Activity

## RV Production and RV Registrations 12/12 ROC (-TC)

■ All RVs (Truck Campers Excluded) ROC    ■ All RV Registrations (Truck Campers Excluded) ROC



Source: RV Industry Association, Statistical Surveys, Inc.

## RV Production and RV Registrations 3/12 ROC (-TC)

■ All RVs (Truck Campers Excluded) ROC    ■ All RV Registrations (Truck Campers Excluded) ROC



Source: RV Industry Association, Statistical Surveys, Inc.

# Retail Activity By RV Type

## Conventional Travel Trailer Production and Registrations 12/12 ROC



Source: RV Industry Association, Statistical Surveys, Inc.

## Conventional Travel Trailer Production and Registrations 3/12 ROC



Source: RV Industry Association, Statistical Surveys, Inc.

## Fifth-Wheel Travel Trailer Production and Registrations 12/12 ROC



Source: RV Industry Association, Statistical Surveys, Inc.

## Fifth-Wheel Travel Trailer Production and Registrations 3/12 ROC



Source: RV Industry Association, Statistical Surveys, Inc.

# Folding Camping Trailer Production and Registrations 12/12 ROC



Source: RV Industry Association, Statistical Surveys, Inc.

# Folding Camping Trailer Production and Registrations 3/12 ROC



Source: RV Industry Association, Statistical Surveys, Inc.

# Type A Motorhome Production and Registrations 12/12 ROC



Source: RV Industry Association, Statistical Surveys, Inc.

# Type A Motorhome Production and Registrations 3/12 ROC



Source: RV Industry Association, Statistical Surveys, Inc.

# Type B Motorhome Production and Registrations 12/12 ROC



Source: RV Industry Association, Statistical Surveys, Inc.

# Type B Motorhome Production and Registrations 3/12 ROC



Source: RV Industry Association, Statistical Surveys, Inc.

# Type C Motorhome Production and Registrations 12/12 ROC



Source: RV Industry Association, Statistical Surveys, Inc.

# Type C Motorhome Production and Registrations 3/12 ROC



Source: RV Industry Association, Statistical Surveys, Inc.

December 2025

## Inventory Index



Source: RV Industry Association, Statistical Surveys, Inc.

The ratio is the 12MMT of registrations/shipments of TT, FW, FCT, Type A and Type C motorhomes. TC and Type B are removed due to insufficient data

## RV Wholesale Shipments Compared to PMRV Wholesale Shipments



Source: RV Industry Association

## RV Wholesale Shipments Compared to Car and Light Truck Sales



Source: RV industry Association, Federal Reserve Bank of St. Louis

# Manufacturers Wholesale Shipments Index Comparisons

**RV Shipment Rate of Change Compared with Index of Current Consumer Sentiment**

■ RV ROC  ■ Consumer Sentiment ROC



Source: University of Michigan Survey Research Center

**RV Shipment Rate of Change Compared with Index of Consumers' Buying Attitudes**

■ RV ROC  ■ Buying Attitudes ROC

Source: University of Michigan Survey Research Center

# Economic Indicators Compared to RV Rate of Change

## Disposable Income

* Some data behind due to government shutdown



## University of Michigan Inflation Expectation Index

## Thirty Year Mortgage Rate

## Sticky Price CPI, Less Food and Energy

# Economic Indicators Compared to RV Rate of Change



18

Case 2:25-cv-03255-DC-AC    Document 176-20    Filed 05/27/26    Page 20 of 32

# December 2025

# PMRV Market Report



**RV INDUSTRY ASSOCIATION**

## Park Model RV Committee Chairman

**John Soard**

**Forest River**

## RVIA Staff

**Craig Kirby**

**President**

**Bill Baker**

**Vice President; Membership and Research**

**Matt Hummel**

**Research Analyst, Market Data**

# Contents

Vehicle Categories..........2

PMRV Shipment Summary.........3

PMRV Shipment Destinations......... 4

PMRV Destination Map.........5

PMRV Shipments compared to RV Shipments..........5

PMRV Shipment History..........6

PMRV Quarterly Forecast..........6

PMRV Registrations..........6

PMRV Shipment Index...........7

Financial Economic Indicators..........8

Industrial Economic Indicators.........10

Copyright 2026 Recreation Vehicle Industry Association. No part of this publication may be reproduced in any form except upon  written permission of copyright the owner.

**Recreation Vehicle Industry Association**
**2465 J-17 Centreville RD #801**
**Herndon, VA 20171**
**(703) 620-6003**
**www.rvia.org**

December 2025

# Vehicle Categories

A recreation vehicle (RV) is a vehicle that is primarily designed as a temporary living quarters for non-commercial recreational and/or camping use and is built to the standards for recreation vehicle as adopted but eh RV Industry Association

## Towable RV

A Towable RV is a recreation vehicle that is mounted on wheels and designed to be towed by a motorized vehicle or can be a portable unit intended to be placed in the bed of a pickup truck. There are four vehicle types classified as towable RVs.

### Conventional Travel Trailer

 A conventional travel trailer is a towable RV constructed from rigid materials with a roof, sidewalls, and mounted on wheels. These units are designed to be towed by a motorized vehicle.

### Fifth-Wheel Travel Trailer

 A fifth-wheel travel trailer is a towable RV mounted on wheels and designed to be towed by a motorized vehicle with a towing mechanism that is placed above or forward of the tow vehicle's rear axel.

### Folding Camping Trailer

 A folding camping trailer is a towable RV constructed with a collapsible roof and partially collapsible sidewalls. This RV is mounted on wheels and is designed to be towed by a motorized vehicle.

### Truck Camper

 A truck camper is a towable RV that is designed to be placed in the bed of a pickup truck.

## Motorhome

A motorhome is a recreation vehicle built on a self propelled motor vehicle chassis. There are three vehicle types classified as a motorhome

### Type A Motorhome

 A Type A motorhome is constructed on a bare motor vehicle chassis.

### Type B Motorhome

 A Type B motorhome is a motorhome constructed on an automotive grade van chassis.

### Type C Motorhome

 A Type C motorhome is constructed on a cut away automotive grade truck chassis.

### Park Model RV

 A park model RV (PMRV) is a recreation vehicle intended to provide temporary living quarters for recreation, camping or seasonal use. PMRVs are built on a single chassis, mounted on wheels with a gross trailer area not to exceed four hundred square feet.

# December Wholesale Shipment Summary

| | December 2024 | December 2025 | Change Over Last Year | Cum. 2024 | Cum. 2025 | Change Year To Date |
|---|---|---|---|---|---|---|
| **Park Model RVs** | 273 | **333** | *22.0%* | 3,927 | **4,305** | *9.6%* |

## Total Monthly Shipments vs. Last Year



| | December | Year to Date | |
|---|---|---|---|
| | **333** | **4,293** | **Greater than 8.5 feet wide** |
| | **0** | **12** | **8.5 feet wide or less** |

*\* Year to date numbers can differ from reported numbers.*

*\*\* Canadian shipments removed from monthly and year-to-date totals*

3

# Monthly Shipment Destinations
## Total Units = 333

| Pacific | 40 | 11.87% |
|---|---|---|
| Alaska | 0 | 0.00% |
| California | 19 | 5.64% |
| Hawaii | 0 | 0.00% |
| Oregon | 9 | 2.67% |
| Washington | 12 | 3.56% |

| Mountain | 43 | 12.76% |
|---|---|---|
| Arizona | 38 | 11.28% |
| Colorado | 2 | 0.59% |
| Idaho | 0 | 0.00% |
| Montana | 3 | 0.89% |
| Nevada | 0 | 0.00% |
| New Mexico | 0 | 0.00% |
| Utah | 0 | 0.00% |
| Wyoming | 0 | 0.00% |

| W. No. Central | 21 | 6.23% |
|---|---|---|
| Iowa | 1 | 0.30% |
| Kansas | 0 | 0.00% |
| Minnesota | 20 | 5.93% |
| Missouri | 0 | 0.00% |
| Nebraska | 0 | 0.00% |
| No. Dakota | 0 | 0.00% |
| So. Dakota | 0 | 0.00% |

| W. So. Central | 69 | 20.47% |
|---|---|---|
| Arkansas | 1 | 0.30% |
| Louisiana | 14 | 4.15% |
| Oklahoma | 0 | 0.00% |
| Texas | 54 | 16.02% |

| E. No. Central | 42 | 12.46% |
|---|---|---|
| Illinois | 3 | 0.89% |
| Indiana | 3 | 0.89% |
| Michigan | 18 | 5.34% |
| Ohio | 7 | 2.08% |
| Wisconsin | 11 | 3.26% |

| E. So. Central | 21 | 6.23% |
|---|---|---|
| Alabama | 3 | 0.89% |
| Kentucky | 2 | 0.59% |
| Mississippi | 1 | 0.30% |
| Tennessee | 15 | 4.45% |

| Outside US | 4 | 1.19% |
|---|---|---|
| Asia | 0 | 0.00% |
| Canada | 2 | 0.59% |
| Europe | 0 | 0.00% |
| Other | 2 | 0.59% |

| South Atlantic | 67 | 19.88% |
|---|---|---|
| Delaware | 14 | 4.15% |
| Florida | 25 | 7.42% |
| Georgia | 1 | 0.30% |
| Maryland | 1 | 0.30% |
| No. Carolina | 20 | 5.93% |
| So. Carolina | 4 | 1.19% |
| Virginia | 1 | 0.30% |
| West Virginia | 1 | 0.30% |

| Mid Atlantic | 21 | 6.23% |
|---|---|---|
| New Jersey | 6 | 1.78% |
| New York | 4 | 1.19% |
| Pennsylvania | 11 | 3.26% |

| New England | 9 | 2.67% |
|---|---|---|
| Connecticut | 2 | 0.59% |
| Maine | 7 | 2.08% |
| Massachusetts | 0 | 0.00% |
| New Hampshire | 0 | 0.00% |
| Rhode Island | 0 | 0.00% |
| Vermont | 0 | 0.00% |

*\* Destination totals might not match shipment totals*

*\*\* Canadian shipment totals removed from shipment total*

# Cumulative Shipment Destinations
## Total Units = 4,305

| Pacific | 759 | 17.03% |
|---|---|---|
| Alaska | 0 | 0.00% |
| California | 393 | 8.82% |
| Hawaii | 0 | 0.00% |
| Oregon | 143 | 3.21% |
| Washington | 223 | 5.00% |

| Mountain | 584 | 13.11% |
|---|---|---|
| Arizona | 445 | 9.99% |
| Colorado | 39 | 0.88% |
| Idaho | 10 | 0.22% |
| Montana | 38 | 0.85% |
| Nevada | 0 | 0.00% |
| New Mexico | 3 | 0.07% |
| Utah | 31 | 0.70% |
| Wyoming | 18 | 0.40% |

| W. No. Central | 220 | 4.94% |
|---|---|---|
| Iowa | 4 | 0.09% |
| Kansas | 3 | 0.07% |
| Minnesota | 179 | 4.02% |
| Missouri | 6 | 0.13% |
| Nebraska | 2 | 0.04% |
| No. Dakota | 21 | 0.47% |
| So. Dakota | 5 | 0.11% |

| W. So. Central | 600 | 13.46% |
|---|---|---|
| Arkansas | 28 | 0.63% |
| Louisiana | 71 | 1.59% |
| Oklahoma | 4 | 0.09% |
| Texas | 497 | 11.15% |

| E. No. Central | 564 | 12.66% |
|---|---|---|
| Illinois | 53 | 1.19% |
| Indiana | 61 | 1.37% |
| Michigan | 103 | 2.31% |
| Ohio | 83 | 1.86% |
| Wisconsin | 264 | 5.92% |

| E. So. Central | 208 | 4.67% |
|---|---|---|
| Alabama | 64 | 1.44% |
| Kentucky | 8 | 0.18% |
| Mississippi | 9 | 0.20% |
| Tennessee | 127 | 2.85% |

| Outside US | 151 | 3.39% |
|---|---|---|
| Asia | 0 | 0.00% |
| Canada | 118 | 2.65% |
| Europe | 0 | 0.00% |
| Other | 33 | 0.74% |

| South Atlantic | 748 | 16.79% |
|---|---|---|
| Delaware | 78 | 1.75% |
| Florida | 216 | 4.85% |
| Georgia | 49 | 1.10% |
| Maryland | 9 | 0.20% |
| No. Carolina | 248 | 5.57% |
| So. Carolina | 90 | 2.02% |
| Virginia | 30 | 0.67% |
| West Virginia | 28 | 0.63% |

| Mid Atlantic | 338 | 7.59% |
|---|---|---|
| New Jersey | 53 | 1.19% |
| New York | 83 | 1.86% |
| Pennsylvania | 202 | 4.53% |

| New England | 284 | 6.37% |
|---|---|---|
| Connecticut | 39 | 0.88% |
| Maine | 131 | 2.94% |
| Massachusetts | 16 | 0.36% |
| New Hampshire | 27 | 0.61% |
| Rhode Island | 56 | 1.26% |
| Vermont | 15 | 0.34% |

*\* Destination totals might not match shipment totals*

*\*\* Canadian shipment totals removed from shipment total*

# PMRV Wholesale Shipment Map



Source: U.S. Census Bureau's cartographic boundary shapefiles, 2016 edition

# PMRV Wholesale Shipments Compared to RV Wholesale Shipments

Source: RV Industry Association

# PMRV Shipment History

| Month | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|
| JANUARY | 280 | 269 | 323 | 359 | 331 | 332 | 547 | 305 | 293 |
| FEBRUARY | 334 | 380 | 323 | 320 | 373 | 309 | 501 | 300 | 334 |
| MARCH | 385 | 385 | 418 | 364 | 493 | 379 | 540 | 343 | 366 |
| APRIL | 404 | 345 | 433 | 240 | 378 | 433 | 483 | 453 | 415 |
| MAY | 367 | 330 | 394 | 281 | 304 | 411 | 480 | 363 | 353 |
| JUNE | 379 | 299 | 389 | 310 | 285 | 363 | 391 | 337 | 345 |
| JULY | 304 | 258 | 284 | 334 | 261 | 380 | 382 | 337 | 316 |
| AUGUST | 328 | 306 | 390 | 321 | 309 | 446 | 380 | 299 | 400 |
| SEPTEMBER | 292 | 248 | 310 | 311 | 301 | 387 | 334 | 294 | 354 |
| OCTOBER | 302 | 302 | 353 | 333 | 354 | 507 | 431 | 346 | 443 |
| NOVEMBER | 261 | 264 | 308 | 270 | 209 | 394 | 325 | 315 | 353 |
| DECEMBER | 213 | 243 | 288 | 268 | 244 | 382 | 260 | 273 | 333 |
| TOTAL | 3,849 | 3,629 | 4,213 | 3,711 | 3,923 | 4,723 | 5,054 | 3,927 | 4,305 |

# PMRV Wholesale Shipments Compared to PMRV Registrations



Source: RV Industry Association, Statistical Surveys, Inc.

# PMRV 2025 Quarterly Forecast

| Forecast | Q1 - 25 | Q2 - 25 | Q3 - 25 | Q4 - 25 | Total |
|---|---|---|---|---|---|
| 2025 High | 1,023 | 1,118 | 1,059 | 1,093 | 4,294 |
| 2025 Low | 987 | 1,038 | 1,010 | 993 | 4,028 |
| 2025 Reported Shipments | 993 | 1,113 | 1,070 | 1,129 | 4,305 |

# Manufacturers Wholesale Shipments Index Comparisons

**PMRV Shipment Rate of Change Compared with Index of Current Consumer Sentiment**

■ PMRV ROC   ■ Consumer Sentiment ROC

Source: University of Michigan Survey Research Center

**PMRV Shipment Rate of Change Compared with Index of Consumers' Buying Attitudes**

■ PMRV ROC   ■ Buying Attitudes ROC

Source: University of Michigan Survey Research Center

7

**December 2025**

# Financial Economic Indicators

## Disposable Income

\*Some date behind due to government shutdown



Source: RV Industry Association, Federal Reserve Bank of St. Louis

## University of Michigan Inflation Expectation Index



Source: RV Industry Association, Federal Reserve Bank of St. Louis

## Thirty Year Mortgage Rate



Source: RV Industry Association, Federal Reserve Bank of St. Louis

## Sticky Price (Less Food and Energy)



Source: RV Industry Association, Federal Reserve Bank of St. Louis

December 2025

# Financial Economic Indicators

## Retail Activity

*Some data behind due to government shutdown



Source: RV Industry Association, Federal Reserve Bank of St. Louis

## Real GDP

## Housing Starts, New

## Unemployment Rate

9

# Industrial Economic Indicators

## PPI Waferboard and OSB

*Some data behind due to government shutdown



Source: RV Industry Association, U.S Bureau of Labor Statistics

## PPI Plywood



Source: RV Industry Association, U.S Bureau of Labor Statistics

## PPI Lumber, Hardwood



Source: RV Industry Association, Federal Reserve Bank of St. Loius

## PPI Engineered Wood Products



Source: RV Industry Association, Federal Reserve Bank of St. Loius