# Exhibit 23

# World's First Hybrid Class A Motorhome



## THOR Industries Debuts the World's First Hybrid Class A Motorhome

**The THOR Test Vehicle embodies THOR's commitment to electrifying the future of RV adventure.**

THOR Industries recently zoomed past a major milestone on its trailblazing journey into the electric future, and it did so in a first-of-its-kind hybrid recreational vehicle.

The THOR Test Vehicle, which debuted at the 2024 Elkhart Dealer Open House, is the world's first hybrid Class A motorhome. This sleek demonstration vehicle is built on THOR's exclusive

Harbinger EV Chassis, the first electric chassis custom designed to power Class A motorhomes.



**THOR debuts World's First Hybrid Class A Motorhome**
THOR Industries | RV Travel



                                                         Watch on

"Electrification will play a central role in the future of the RV industry," said THOR Industries President and CEO Bob Martin. "THOR's Harbinger platform positions our family of companies to efficiently bring best-in-class hybrid Class A products to the market. These innovative vehicles will create significant points of differentiation for our companies by delivering superior experiences to consumers."

## Easing Range Anxiety

Developed in collaboration with Harbinger Motors, a leader in medium-duty EV innovation, the hybrid chassis is powered by an electric motor and battery system that is recharged by a low-emissions gasoline range extender while being driven. Roof top solar panels also feed the batteries. The chassis can be configured with three to six 35kWh batteries. This clever system delivers an estimated 500 miles of range, alleviating range anxiety and delivering ultimate travel freedom and sustainability.

RVs built on this hybrid chassis will be commercially available in 2025 from the THOR family of companies. The product is expected to qualify as a Near-Zero Emission Vehicles (NZEV) under the Advanced Clean Truck legislation adopted by the California Air Resources Board.

"We founded Harbinger with a mission to modernize the medium-duty vehicle industry," said Harbinger Motors CEO and Co-Founder John Henry Harris. "Our collaboration with THOR and its innovators has allowed us to advance that objective in the RV segment by creating the basis for products that will enhance every aspect of the RVing experience."



The Test Vehicle is about 20% more aerodynamic than similar RVs because of its tapered front and rear. This design innovation, which supports greater range, directly results from THOR's recent investment in aerodynamic research.

An 800-volt electrical architecture allows for rapid charging at DC Fast Charger locations, which allows owners to spend less time charging and more time exploring.

The vehicle can also charge at current campsite electric hookups, as well as charing via the range extender and solar power.

3





## Benefits Beyond Mobility

This innovative chassis adds value even while sitting in the owner's driveway. Its battery pack can provide backup home power and charge electric toys and tools, such as e-bikes and power drills. In the future, it will allow owners to potentially sell power stored in the vehicle's batteries back to the grid.

The Test Vehicle's electric powertrain also delivers excellent acceleration and torque for confident highway driving on mountain roads and through rough terrain.

In keeping with THOR's holistic approach to electrification, the THOR Test Vehicle's design innovations go beyond the powertrain. Its double-wishbone front suspension provides a smooth ride and excellent handling. Production models built on the chassis will have a steer-

by-wire system that gives THOR's operating companies flexibility to design cockpits to meet their owners' wants and needs. Class-leading Advanced Driver Assistance System (ADAS) features provide a safe, smooth ride and excellent handling.

*The THOR-Harbinger partnership and the world's first hybrid Class A platform will truly allow RVers to Go Everywhere. Stay Anywhere®.*

■