# Exhibit 24

# Winnebago eRV2 Is the First Ford E-Transit Electric Camper Van

Winnebago just introduced its Ford E-Transit based eRV2 prototype at the RV SuperShow in Tampa, Florida, where Winnebago displayed over 80 motorhomes and towables. The zero-emissions, fully electric eRV2 is the latest iteration of the Winnebago eRV concept that was revealed at last year's show.



## Winnebago's New Electric Camper Van RV Concept Can Stay Off-Grid for 7 Days—See Inside the Tiny Home on Wheels

The electrified RV can stay off-grid for up to a week with the help of 900 watts of solar power and a proprietary 48-volt, 15,000-watt-hour lithium battery stored under the floor of the tiny home.

Read More



## Why the Electric Winnebago is Promising, Even with the 108-Mile Range

Around this time a year ago at the RV SuperShow in Florida, Winnebago unveiled the e-RV, an electric concept built on a Ford Transit platform. It looked great. The only problem is that the estimated battery range was just 125 miles, which was a disappointing figure for people whose goal is to road trip.

Read More



## Winnebago Electric eRV2 Prototype

The second version of Winnebago's electric RV prototype, the eRV2, is made its debut at the Florida RV Supershow. The prototype is in the hands of a fleet of customers for the next six

months, in order to finalize the production model, although Winnebago has no date on when that might happen.

Read More



## Winnebago Reveals Second-Generation Electric Camper Van Prototype

At last year's Florida RV SuperShow in Tampa, Winnebago made headlines by unveiling its first all-electric camper van. Now, almost exactly one year later, the company is back with a second-generation model that is even more environmentally friendly than the original. And while this new model remains a prototype for now, it is inching closer to becoming a vehicle that RVers can actually buy.

Read More



# Winnebago's New EV Camper Concept Shows that All-Electric #VanLife is Coming Soon

Winnebago wants to bring the electric revolution to your camping trip. The motorhome maker has just unveiled the eRV2, its second battery-powered concept in as many years. And with the exception of one key area, it represents a significant upgrade over its predecessor, the e-RV, in almost every single way.

Read More



# Winnebago is Offering Test Drives of its All-Electric RV Prototype Decked Out with Solar Panels

During this year's Florida RV SuperShow in Tampa, legacy RV and motorhome manufacturer Winnebago unveiled its all-electric, operational RV prototype called the eRV2. This zero-emission RV evolved from Winnebago's eRV prototype and is being used for test drives to gather feedback from consumers before it reaches its final production-intent design. You've gotta check this thing out.

Read More



## Yes, It's True, Even Winnebago is Going Electric

Winnebago, one of the biggest makers of RVs in the world, is going electric. At the Florida RV SuperShow in Tampa on Jan. 18, Winnebago introduced the all-electric eRV2 prototype, a Ford E-Transit-based RV that runs solely on electricity, both in the drivetrain and in the systems that power the rig when it's parked.
Read More



## Electric Winnebago eRV2 Prototype is a Great Way to Get Lost, Quietly

Electrification is working its way around all aspects of mobility but one of the few remaining frontiers is RVs. Specifically, the kind of RVs we drive to get away from people and get lost for

a while. Winnebago's latest electric RV prototype has a way to go before it'll be ready for #Vanlife, but it's an indication that EVs and RVs can live together in harmony.
Read More
Frequently Asked Questions

The eRV2 is Winnebago's fully operational, all-electric, zero-emission RV. While still a prototype, it represents the future of Winnebago RVs, matching the emerging needs of today's consumers, who desire maximum comfort and convenience with less environmental impact.

The eRV2 has a broad range of innovations beyond electrification, designed to enhance the user experience, including: multiple technologies to make operating the RV easier; multi-purpose  interior design features; and a myriad of sustainable materials used throughout the interior.

A fleet of eRV2 prototypes are currently undergoing rigorous field testing with everyday consumers to help inform the vehicle's final design.

The current eRV2 prototypes are built on a 2022 Ford E-Transit™ van which has a published range of 108* miles. While well-suited for our current pilot program, our team continues to research range extension opportunities.

Our research indicates a good point for range will be something that can support a comfortable three-hour drive before rapid charging. Considering that the charging experience for an eRV2 traveler can be much more enjoyable than waiting in a car - they can make a meal, enjoy the outdoors, or take a quick nap, for example - this range will provide incredible experiences for our owners. The #eVANLIFE is a stress-free and refreshing way to travel.

* Per Ford: Based on full charge. Projected range reflecting capability based on CAE analytical adjustments from tested vehicle consistent with US EPA MCT drive cycle methodology (www.fueleconomy.gov/feg/pdfs/EPA test procedure for EVs-PHEVs-11-14-2017.pdf) at ALVW (Adjusted Loaded Vehicle Weight). Actual range varies with conditions such as external environment, vehicle use, upfits and alterations, vehicle maintenance, lithium-ion battery age and state of health.

Yes, the eRV2 has a flexible 3-in-1 charging plug-in that allows for charging at home, campgrounds and dedicated charging stations.

For chassis — using a DC fast charger it takes 45-minutes to get to 80% of full. For house — Two hours using a 240V/50A charger, or five hours using a 120V/30A.

Yes, up to seven days of boondocking are possible.*
Based on the following assumptions (accounting for two travelers):  a fully charged house battery; four hours of full sunlight/day; A/C and heater are not required; three cooked meals/day, two showers/day; refrigerator on;  normal lighting usage; and roof fan overnight.

*Actual boondocking capability varies with conditions such as external environment, vehicle use, vehicle maintenance, and battery age and health

6

Our team took a holistic mindset towards making a more sustainable RV. This includes making extensive use of recycled materials that also offer longevity and pleasing aesthetics, new lighting solutions that lower the impact on flora and fauna, and when possible, sourcing materials made in the USA to help reduce transportation carbon emissions.

**Materials:**

- REPREVE® fabric for interior lounge spaces which is made from recycled plastic bottles.
- Chilewich® flooring/removable floor mats — made from more than 19% recycled materials, with bio-felt backing on the floor which utilizes 100% recycled materials.
- Volar Bio by Ultrafabrics® blends renewable plant-based and forestry material into its composition, resulting in a high-performance upholstery material that is 29% USDA BioPreferred Program Certified.
- Lighting: Broad spectrum lighting that includes a red-light option which has proven to have lower impact on dark skies, animals, flora and fauna.

No. As a fully functioning all-electric zero-emission vehicle, the eRV2 has no need for on-board fossil fuel powered energy sources. All of the house systems are powered by the proprietary IonBlade® Battery system, which provides the most powerful, most compact, and safest lithium battery on the market. This battery system was developed in partnership with Lithionics Battery®.

Winnebago Connect is our all-new, proprietary vehicle system allows users to seamlessly monitor and control all the electrical and energy management systems of the RV. Initially, control will be through a touchscreen display inside the RV or a simple app that will allow users the ability to monitor and control their RV from anywhere they have internet access. With real-time information and instant control users have more time to focus on their travels. Winnebago Connect will not only transform our customers' ownership experience, but it will also innovate the way we design, build and service our products.

The best way to follow our pilot program and receive periodic updates about prototype testing is to sign up for more information at winnebago.com/all-electric.

Pilot participants will travel throughout the United States with extended periods of testing time in Florida, California and Washington state. Winnebago has partnered with Sun Outdoors to utilize its best-in-class RV resorts within these locations as home bases for testing operations.

At this time, the eRV2 will be a part of our Winnebago product display at the Sea Otter Classic in Monterey, CA. To stay in the know, sign up for updates at winnebago.com/all-electric.

Winnebago knows there is a real demand for an all-electric, zero-emission RV that will allow users the ability to explore their world with less impact on the environment. That said, to continue to deliver Winnebago's premium quality standards, we need to complete the final stages of testing and development before we announce a firm commercial launch date.
∎

7