# Exhibit 47

# Our Brands

### Blue Arc

We designed Blue Arc™ EV Solutions from the ground up with one goal in mind: delivering the purpose-built, truly sustainable EV solutions that commercial industry needs to charge ahead.

See our new electric vehicle



### Utilimaster

Since 1973, Utilimaster has made pallet-to-porch operations more efficient. Today, we offer a wide range of custom vehicle solutions and vocation-specific upfits for every delivery and specialty service category, across GVWR Classes 1-7.

See the vehicles and upfits

1



## Royal Truck Body

Royal Truck Body engineers and builds high quality, durable service bodies for any vocation. Our trucks work as hard as you do, come with more standard features than any in the industry, and will hold up to the rigors of the job site. After all, you're only as good as your reputation.

See our service bodies



## DuraMag

DuraMag offers building contractors, landscapers, movers, and other service maintenance customers high-strength, all-aluminum commercial truck and van body solutions to help them get their jobs done effectively and efficiently.



## Magnum

For over 30 years, Magnum has provided quality and curb appeal for truck enthusiasts, offering headache racks, bed rails, and other truck accessories.
See truck racks



## Strobes-R-Us

Strobes-R-Us is the Southeast's preeminent law enforcement, emergency response, federal, state, and local municipal, and specialty service upfitter because of their deep industry experience, meticulous attention to detail, and expedient accredited service.
See our upfits and accessories

3



## Spartan RV Chassis

Spartan's Class A luxury motor coach chassis underpin the smoothest riding, easiest driving, and safest adventures available, for some of the industry's most prestigious RV manufacturer brands. Discerning motorhome owners insist on a Spartan. See why.
See our chassis



## Builtmore Contract Manufacturing

Builtmore Contract Manufacturing offers highly skilled manufacturing, assembly, and quality assurance for OEMs across industries. With an abundance of experience, capacity, and Midwestern work ethic, Builtmore is the first choice for companies in search of manufacturing partner who can deliver.

4

