ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
ROBERT N. STANDER
*Deputy Assistant Attorney General*
JOHN K. ADAMS
DAVID D. MITCHELL
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-9737
robert.stander@usdoj.gov
john.adams3@usdoj.gov
david.mitchell@usdoj.gov

ERIC GRANT
*United States Attorney*
501 I Street, Suite 10-100
Sacramento, California 95814
United States Department of Justice
(916) 554-2700

*Counsel for the United States*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Intervenors-Plaintiffs,<br><br>v.<br><br>STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board,<br><br>Defendant. | No. 2:25-cv-03255-DC-AC<br><br>**The United States' Notice of Motion and Motion for Summary Judgment**<br><br>Date: August 7, 2026<br>Time: 1:30 p.m.<br>Location: Courtroom 10, 13th Floor<br>Judge: Hon. Dena Coggins |

The United States' Notice of Motion and Motion for Summary Judgment

**PLEASE TAKE NOTICE THAT** on August 7, 2026 at 1:30 p.m., or as soon as the matter may be heard, before Judge Coggins of the United States District Court for the Eastern District of California in the Robert T. Matsui Federal Courthouse, in Courtroom 10, Plaintiff-Intervenors the United States of America and the United States Environmental Protection Agency (together, the "United States") will and do move this Court for summary judgment pursuant to Federal Rule of Civil Procedure 56 and Local Rule 230. The United States' motion is based on this notice of motion and motion, the accompanying memorandum, the attached declaration and exhibits, the record of this action, and argument that may be presented at any hearing on this motion.

Counsel for the United States and Defendants have exhausted meet and confer efforts. Counsel for the parties met and conferred on April 8, 2026. The parties were unable to resolve the disputed issues raised in this motion.

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

ROBERT N. STANDER
*Deputy Assistant Attorney General*

Dated: June 22, 2026

 /s/ *David Mitchell*
JOHN K. ADAMS

ERIC GRANT
*United States Attorney*
501 I Street, Suite 10-100
Sacramento, California 95814
(916) 554-2700

DAVID D. MITCHELL
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-9737
robert.stander@usdoj.gov
john.adams3@usdoj.gov
david.mitchell@usdoj.gov

*Counsel for United States*

The United States' Notice of Motion and Motion for Summary Judgment                    1