ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
ROBERT N. STANDER
*Deputy Assistant Attorney General*
JOHN K. ADAMS
DAVID D. MITCHELL
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-9737
robert.stander@usdoj.gov
john.adams3@usdoj.gov
david.mitchell@usdoj.gov

ERIC GRANT
*United States Attorney*
501 I Street, Suite 10-100
Sacramento, California 95814
United States Department of Justice
(916) 554-2700

*Counsel for the United States*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Intervenors-Plaintiffs,<br><br>v.<br><br>STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board,<br><br>Defendant. | No. 2:25-cv-03255-DC-AC<br><br>**Declaration of David Mitchell in Support of the United States' Motion for Summary Judgment**<br><br>Date: August 7, 2026<br>Time: 1:30 p.m.<br>Location: Courtroom 10, 13th Floor<br>Judge: Hon. Dena Coggins |

Declaration of David Mitchell in Support of the United States' Motion

I, David Mitchell, declare as follows:

1.     I am a Trial Counsel in the Environmental Defense Section of the Environment and Natural Resources Division of the United States Department of Justice and am counsel of record for the United States of America and the United States Environmental Protection Agency in this case.

2.     I have attached to this Declaration true and correct copies of the following documents or, where noted, excerpts of documents:

| | |
|---|---|
| Exhibit 1 | Clean Truck Partnership |
| Exhibit 2 | Excerpts of California Air Resources Board, Final Statement of Reasons for Rulemaking, Including Summary of Comments and Agency Response, Advanced Clean Fleets |
| Exhibit 3 | Executive Order R-23-003, Relating to Resubmittal Package to the Office of Administrative Law for the Advanced Clean Fleets Regulation |
| Exhibit 4 | Excerpts of California Air Resources Board, Staff Report: Initial Statement of Reasons, Advanced Clean Fleets |
| Exhibit 5 | Letter from Steven S. Cliff to Jane Nishida dated Jan. 13, 2025 |
| Exhibit 6 | Manufacturers Advisory Correspondence ECCD-2025-8 (Aug. 25, 2025) |
| Exhibit 7 | California Air Resources Board Emergency Vehicle Emissions Rulemaking Public Notice |
| Exhibit 8 | Press Release, CARB approves permanent adoption of Emergency Vehicle Emissions Regulation dated March 26, 2026 |
| Exhibit 9 | Letter from Aaron Szabo to Steven S. Cliff dated September 27, 2025 |
| Exhibit 10 | Letter from Aaron Szabo to Steven S. Cliff dated March 11, 2025 |
| Exhibit 11 | Email chain re: CARB v. Daimler et al. (Alameda County Superior Court) dated February 19, 2026 |

Declaration of David Mitchell in Support of the United States' Motion

1

| Exhibit 12 | Case Management Conference Statement, *Cal. Air Res. Bd. v. Daimler Truck N. Am. LLC*, No. 25CV151420 (Feb. 19, 2026) |
|---|---|
| Exhibit 13 | Order re: Case Management, *Cal. Air Res. Bd. v. Daimler Truck N. Am. LLC*, No. 25CV151420 (Feb. 19, 2026) |
| Exhibit 14 | California Air Resources Board Notice of Rescheduled Public Hearing to Consider Proposal to Permanently Adopt the Emergency Vehicle Emissions regulations dated March 13, 2026 |

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

ROBERT N. STANDER
*Deputy Assistant Attorney General*

Dated: April 20, 2026                    /s/ *David Mitchell*_____

JOHN K. ADAMS
ERIC GRANT                               DAVID D. MITCHELL
*United States Attorney*                 United States Department of Justice
501 I Street, Suite 10-100               Environment & Natural Resources Division
Sacramento, California 95814             P.O. Box 7611
(916) 554-2700                           Washington, D.C. 20044-7611
                                         (202) 598-9737
                                         robert.stander@usdoj.gov
                                         john.adams3@usdoj.gov
                                         david.mitchell@usdoj.gov

*Counsel for United States*

Declaration of David Mitchell in Support of the United States' Motion

2