# Exhibit 4

The California Air Resources Board

# Public Hearing to Consider the Proposed Advanced Clean Fleets Regulation

# Staff Report: Initial Statement of Reasons

## *Date of Release: August 30, 2022*

## *Scheduled for Consideration: October 27, 2022*

This report has been reviewed by the staff of the California Air Resources Board and approved for publication. Approval does not signify that the contents necessarily reflect the views and policies of the California Air Resources Board, nor does mention of trade names or commercial products constitute endorsement or recommendation for use.

**Figure 84: Total Estimated Direct Costs of Accelerated Zero-Emission Vehicle Transition Alternative Relative to the Legal Baseline Scenario (Million 2021$)**



a)    **Reason for Rejecting**

The Accelerated ZEV Transition Alternative would expand the number of tractor fleets regulated, accelerate requirements for day cabs, sleeper cabs, and work trucks, and bring the 100 percent ZEV sales requirement forward to 2036 MY. This alternative is rejected as the more aggressive timeframe raises questions about feasibility for certain fleets in the near-term while the ZEV market is still developing. Increasing the requirements further by accelerating regulatory deadlines would introduce potential market imbalances between required ZEV sales and purchases. Also, during the transition this alternative would affect more fleets and lessons learned may not be leveraged which could slow progress during early implementation. This alternative would immediately bring in a wide range of smaller businesses that could have less access to capital versus larger fleets and might face difficulty making the needed investments in zero-emission vehicles and infrastructure. Additionally, many of these smaller businesses may not operate in major transportation corridors where retail infrastructure is more likely to be sited in the early years and will need to install

infrastructure. Smaller fleets may also be at a disadvantage since these small businesses may not be easily adjust their prices in comparison to high priority fleets that establish market prices. In addition, earlier requirements for work trucks, day cabs tractors, and sleeper cab tractors raise feasibility concerns regarding the availability of publicly available infrastructure as fleets operating these vehicles are more likely to rely on publicly available infrastructure. This alternative also proposes an earlier end date for combustion technologies which increases risks about feasibility for trucks with more challenging use cases, although the 2036 timeframe does provide time for ZE solutions to be identified.

With an accelerated timeframe, smaller tractor fleets would not have the opportunity to learn from the experiences of early adopters and larger fleets. For a smooth transition to ZEV technologies, sufficient time is needed to build-out maintenance, supply, and infrastructure networks to make a full transition to ZEVs. Smaller fleets are more likely to rely on publicly available charging infrastructure and independent maintenance and service technicians that is still in the process of being developed and may not be available where needed in all cases. Additionally, smaller fleets are more likely to purchase used vehicles, which may not be available as ZEVs due to this alternative's accelerated timeframe. This would as a result in more costly vehicle additions as well as an administrative burden for fleets and CARB staff with potential increases in exemption requests as well as other unintended consequences.

Additionally, market forces need to be considered in expanding the early ZEV market. The ACT regulation guarantees a supply of ZEVs in the California market. However, this alternative would result in a fast ramp-up of additional ZEV demand significantly above the expected supply of ZEVs, that may result put upward pressure on vehicle prices. Market dynamics concentrated in the hands of consumer fleets would help maintain downward price pressures and would bring ZEV costs in line with other technologies sooner. Ultimately, this alternative is rejected because it raises additional questions about timing, introduces additional uncertainty associated with the feasibility of successfully deploying ZEVs in the early market, and results in imbalanced market forces that could slow ZEV deployment. Staff will continue to analyze the rapidly evolving technical progress of these vehicle classes to determine if additional stringency or future regulation is warranted. The end date of 2040 for combustion sales in California was selected to complete a full transition to ZEV, and to meet the goals in Executive Order N-79-20. The 2040 end date provides more than ample time for a steady transition to the clean energy economy utilizing the natural rate of attrition and job sector shifts. Additionally, California endorses the Global MOU on Medium- and Heavy-Duty ZEV which established the same target of 100 percent sales by 2040 to enable a full transition.[453] Staff anticipates that critical regional corridor infrastructure will be available and higher incremental upfront cost for ZEV when compared to ICE vehicles will be overcome by 2040. However, staff will continue to investigate the pros and cons of accelerating the 100 percent ZEV date from 2040 to an earlier date.

---

[453] Memorandum of Understanding on Zero-Emission Medium- and Heavy-Duty Vehicles. (web link: https://globaldrivetozero.org/site/wp-content/uploads/2021/12/Global-MOU-ZE-MHDVs-signed-20-Dec-21.pdf, last accessed August 2022).