# Exhibit 5



Gavin Newsom, Governor
Yana Garcia, CalEPA Secretary
Liane M. Randolph, Chair

January 13, 2025

The Honorable Jane Nishida
Acting Administrator
U.S Environmental Protection Agency
1200 Pennsylvania Ave, N.W.
Washington, DC 20460
*Nishida.Jane@epa.gov*
*a-and-r-docket@epa.gov*

RE: Withdrawal of California's Request for a Waiver, Pursuant to Clean Air Act Section 209(b), and Request for Authorization, Pursuant to Clean Air Act Section 209(e)(2), for the Advanced Clean Fleets (ACF) Regulation, Docket ID EPA-HQ-OAR-2023-0589

Dear Acting Administrator Nishida:

The California Air Resources Board (CARB) withdraws its request for a waiver and authorization, pursuant to Clean Air Act (CAA) section 209(b) and (e), respectively, for its Advanced Clean Fleets (ACF) regulation, submitted to the U.S. Environmental Protection Agency (EPA) on November 15, 2023.[1]

Respectfully submitted,

Steven S. Cliff, Ph.D., Executive Officer, California Air Resources Board

---

[1] *See* 89 Fed. Reg. 57,151, July 12, 2024.

The Honorable Jane Nishida
January 13, 2025
Page 2

Cc:    William Charmley, Division Director, Assessment and Standards Division, Office of Transportation and Air Quality

*charmley.william@epa.gov*

David Dickinson, Office of Transportation and Air Quality

*dickinson.david@epa.gov*