# Exhibit 11

| | |
|---|---|
| **From:** | Michael S Dorsi |
| **To:** | Fletcher, Stacie B.; Adams, John (ENRD) |
| **Cc:** | Myung J. Park; Benjamin Lempert; John Sasaki; Stander, Robert (ENRD); joseph.ostoyich@cliffordchance.com; Danielle.Morello@CliffordChance.com; dodi.allocca@cliffordchance.com; eugene@illovskygates.com; Kevin@illovskygates.com; steve.nickelsburg@cliffordchance.com; William.Lavery@cliffordchance.com; Mitchell, David (ENRD); Elaine Meckenstock; Mann, Martha (ENRD); Jonathan Wiener; Cecilia Segal; David Meeker; Brass, Rachel S.; Goodson, Veronica J.T.; Arthur.Foerster@lw.com; belinda.lee@lw.com; Kevin.Jakopchek@lw.com; ROBIN.HULSHIZER@lw.com; Daniel.Boland@troutman.com; Jeffrey.Goldman@troutman.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Wagner, Benjamin; Spencer, Jacob T.; Estrada, Miguel A. |
| **Subject:** | [EXTERNAL] RE: CARB v. Daimler et al. (Alameda County Superior Court) |
| **Date:** | Thursday, February 19, 2026 9:22:33 PM |
| **Attachments:** | Case_Management_Statement.pdf |

Counsel:

Please find attached a copy of CARB's Case Management Conference Statement, filed today in Alameda County Superior Court. I acknowledge that your clients have not appeared in that case, and this is not formal service, but I consider it to be an appropriate courtesy to send you a copy.

Best,

Michael S. Dorsi
Deputy Attorney General
Natural Resources Law Section
California Attorney General's Office
(415) 510-3802

---

**From:** Michael S Dorsi
**Sent:** Wednesday, December 31, 2025 5:08 PM
**To:** 'Fletcher, Stacie B.' <SFletcher@gibsondunn.com>; 'Adams, John (ENRD)' <John.Adams3@usdoj.gov>
**Cc:** Myung J. Park <Myung.Park@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; John Sasaki <John.Sasaki@doj.ca.gov>; 'Stander, Robert (ENRD)' <Robert.Stander@usdoj.gov>; 'joseph.ostoyich@cliffordchance.com' <joseph.ostoyich@cliffordchance.com>; 'Danielle.Morello@CliffordChance.com' <Danielle.Morello@CliffordChance.com>; 'dodi.allocca@cliffordchance.com' <dodi.allocca@cliffordchance.com>; 'eugene@illovskygates.com' <eugene@illovskygates.com>; 'Kevin@illovskygates.com' <Kevin@illovskygates.com>; 'steve.nickelsburg@cliffordchance.com' <steve.nickelsburg@cliffordchance.com>; 'William.Lavery@cliffordchance.com' <William.Lavery@cliffordchance.com>; 'Mitchell, David (ENRD)' <David.Mitchell@usdoj.gov>; Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; 'Mann, Martha (ENRD)' <Martha.Mann@usdoj.gov>; Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; 'Brass, Rachel S.' <RBrass@gibsondunn.com>; 'Goodson, Veronica J.T.' <VGoodson@gibsondunn.com>; 'Arthur.Foerster@lw.com' <Arthur.Foerster@lw.com>; 'belinda.lee@lw.com' <belinda.lee@lw.com>; 'Kevin.Jakopchek@lw.com' <Kevin.Jakopchek@lw.com>; 'ROBIN.HULSHIZER@lw.com' <ROBIN.HULSHIZER@lw.com>; 'Daniel.Boland@troutman.com' <Daniel.Boland@troutman.com>; 'Jeffrey.Goldman@troutman.com' <Jeffrey.Goldman@troutman.com>; 'Jeremy.Heep@troutman.com'

<Jeremy.Heep@troutman.com>; 'Scott.Mills@troutman.com' <Scott.Mills@troutman.com>; 'Wagner, Benjamin' <BWagner@gibsondunn.com>; 'Spencer, Jacob T.' <JSpencer@gibsondunn.com>; 'Estrada, Miguel A.' <MEstrada@gibsondunn.com>
**Subject:** RE: CARB v. Daimler et al. (Alameda County Superior Court)

Counsel:

Please find attached a copy of the Alameda County Superior Court's order extending the time to serve the summons and complaint in the state court action. I acknowledge that your clients have not appeared in that case, and this is not formal service, but I consider it to be an appropriate courtesy to send you a copy.

I will be in touch next year to discuss the management of the state court case.

Best,

Michael S. Dorsi
Deputy Attorney General
Natural Resources Law Section
California Attorney General's Office
(415) 510-3802

---

**From:** Michael S Dorsi
**Sent:** Tuesday, December 23, 2025 10:03 AM
**To:** 'Fletcher, Stacie B.' <SFletcher@gibsondunn.com>; Adams, John (ENRD) <John.Adams3@usdoj.gov>
**Cc:** Myung J. Park <Myung.Park@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; John Sasaki <John.Sasaki@doj.ca.gov>; Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Danielle.Morello@CliffordChance.com; dodi.allocca@cliffordchance.com; eugene@illovskygates.com; Kevin@illovskygates.com; steve.nickelsburg@cliffordchance.com; William.Lavery@cliffordchance.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>; Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Brass, Rachel S. <RBrass@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; Arthur.Foerster@lw.com; belinda.lee@lw.com; Kevin.Jakopchek@lw.com; ROBIN.HULSHIZER@lw.com; Daniel.Boland@troutman.com; Jeffrey.Goldman@troutman.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Wagner, Benjamin <BWagner@gibsondunn.com>; Spencer, Jacob T. <JSpencer@gibsondunn.com>; Estrada, Miguel A. <MEstrada@gibsondunn.com>
**Subject:** RE: CARB v. Daimler et al. (Alameda County Superior Court)

Ms. Fletcher:

As you may expect, CARB is inclined against dismissal of its Complaint, but would like some time to consider your proposal. In the interim, CARB faces an upcoming deadline to complete service of the Summons and Complaint under state law. To accommodate these conflicting requirements, CARB plans to request that the Alameda County Superior Court extend the time for CARB to serve the summons and complaint by 90 days.

To be clear, CARB remains skeptical of the view that service of a summons and complaint would violate the District Court's injunction, but in the interest of reaching an acceptable compromise, will continue to refrain from service.

Best,

Michael S. Dorsi
Deputy Attorney General
Natural Resources Law Section
California Attorney General's Office
(415) 510-3802

---

**From:** Fletcher, Stacie B. <SFletcher@gibsondunn.com>
**Sent:** Tuesday, December 16, 2025 3:24 PM
**To:** Michael S Dorsi <Michael.Dorsi@doj.ca.gov>; Adams, John (ENRD) <John.Adams3@usdoj.gov>
**Cc:** Myung J. Park <Myung.Park@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; John Sasaki <John.Sasaki@doj.ca.gov>; Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Danielle.Morello@CliffordChance.com; dodi.allocca@cliffordchance.com; eugene@illovskygates.com; Kevin@illovskygates.com; steve.nickelsburg@cliffordchance.com; William.Lavery@cliffordchance.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>; Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Brass, Rachel S. <RBrass@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; Arthur.Foerster@lw.com; belinda.lee@lw.com; Kevin.Jakopchek@lw.com; ROBIN.HULSHIZER@lw.com; Daniel.Boland@troutman.com; Jeffrey.Goldman@troutman.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Wagner, Benjamin <BWagner@gibsondunn.com>; Spencer, Jacob T. <JSpencer@gibsondunn.com>; Estrada, Miguel A. <MEstrada@gibsondunn.com>
**Subject:** RE: CARB v. Daimler et al. (Alameda County Superior Court)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Michael,

Thank you for your below proposal.  The OEM plaintiffs propose that CARB dismiss the state court suit without prejudice, and that the parties named in that suit enter a mutual tolling agreement as to all related claims and counterclaims.  We believe this accomplishes the same goal for CARB but addresses several procedural issues. First, we have not identified any authority indicating that a plaintiff can stay a case that has not been served on the defendants.  Second, as you know, we believe service is inconsistent with Judge Coggins' preliminary injunction.  Third, absent service, the OEMs would not be afforded an opportunity to brief any issues that may come up in the state court action (in connection with a stay request or otherwise).  On the other hand, we do not see any possible prejudice to the parties from dismissal with a mutual tolling agreement.  We have sample tolling agreements entered into by CARB in other matters, and we are happy to circulate a draft of such an agreement.

Thank you,
Stacie

**Stacie B. Fletcher**
Partner

T: +1 202.887.3627 | M: +1 202.664.9586
SFletcher@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-5306

---

**From:** Michael S Dorsi <Michael.Dorsi@doj.ca.gov>
**Sent:** Friday, December 12, 2025 2:51 PM
**To:** Adams, John (ENRD) <John.Adams3@usdoj.gov>
**Cc:** Myung J. Park <Myung.Park@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; John Sasaki <John.Sasaki@doj.ca.gov>; Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Danielle.Morello@CliffordChance.com; dodi.allocca@cliffordchance.com; eugene@illovskygates.com; Kevin@illovskygates.com; steve.nickelsburg@cliffordchance.com; William.Lavery@cliffordchance.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>; Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Brass, Rachel S. <RBrass@gibsondunn.com>; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; Arthur.Foerster@lw.com; belinda.lee@lw.com; Kevin.Jakopchek@lw.com; ROBIN.HULSHIZER@lw.com; Daniel.Boland@troutman.com; Jeffrey.Goldman@troutman.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Wagner, Benjamin <BWagner@gibsondunn.com>; Spencer, Jacob T. <JSpencer@gibsondunn.com>; Estrada, Miguel A. <MEstrada@gibsondunn.com>
**Subject:** RE: CARB v. Daimler et al. (Alameda County Superior Court)

John:

Have you been able to confirm if a stay of the state court action will suffice?

Best,


Michael S. Dorsi
Deputy Attorney General
Natural Resources Law Section
California Attorney General's Office
(415) 510-3802


---

**From:** Adams, John (ENRD) <John.Adams3@usdoj.gov>
**Sent:** Tuesday, December 9, 2025 9:14 AM
**To:** Michael S Dorsi <Michael.Dorsi@doj.ca.gov>
**Cc:** Myung J. Park <Myung.Park@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; John Sasaki <John.Sasaki@doj.ca.gov>; Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; Joseph.Ostoyich@cliffordchance.Com; Danielle.Morello@CliffordChance.com; Dodi.Allocca@CliffordChance.com; Eugene@illovskygates.Com; Kevin@illovskygates.Com; Steve.Nickelsburg@CliffordChance.com; William.Lavery@cliffordchance.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>; Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Brass, Rachel S. <RBrass@gibsondunn.com>; Sfletcher@gibsondunn.Com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; Arthur.Foerster@lw.com; Belinda.Lee@lw.Com; Kevin.Jakopchek@lw.com; ROBIN.HULSHIZER@lw.com; Boland, Daniel <Daniel.Boland@troutman.com>; Jeffrey.Goldman@troutman.Com; Heep, Jeremy <Jeremy.Heep@troutman.com>; Scott.Mills@troutman.Com; Wagner, Benjamin <BWagner@gibsondunn.com>; Spencer, Jacob T. <JSpencer@gibsondunn.com>; Estrada, Miguel A. <MEstrada@gibsondunn.com>
**Subject:** RE: CARB v. Daimler et al. (Alameda County Superior Court)

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Michael,

With the understanding that CARB will not proceed with the state court action at this time, including by serving the summons and complaint, we agree that a meet

and confer today is unnecessary. We'll confer internally and get back to you soon about your proposal to stay the state court case, or whether dismissal of that case is the proper course.

John

John K. Adams
Chief of Staff and Senior Counsel
Environment and Natural Resources Div.
U.S. Department of Justice
John.Adams3@usdoj.gov
(202) 353-5905

---

**From:** Michael S Dorsi <Michael.Dorsi@doj.ca.gov>
**Sent:** Tuesday, December 9, 2025 11:48 AM
**To:** Adams, John (ENRD) <John.Adams3@usdoj.gov>
**Cc:** Myung J. Park <Myung.Park@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; John Sasaki <John.Sasaki@doj.ca.gov>; Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; Joseph.Ostoyich@cliffordchance.Com; Danielle.Morello@CliffordChance.com; Dodi.Allocca@CliffordChance.com; Eugene@illovskygates.Com; Kevin@illovskygates.Com; Steve.Nickelsburg@CliffordChance.com; William.Lavery@cliffordchance.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>; Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Brass, Rachel S. <RBrass@gibsondunn.com>; Sfletcher@gibsondunn.Com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; Arthur.Foerster@lw.com; Belinda.Lee@lw.Com; Kevin.Jakopchek@lw.com; ROBIN.HULSHIZER@lw.com; Boland, Daniel <Daniel.Boland@troutman.com>; Jeffrey.Goldman@troutman.Com; Heep, Jeremy <Jeremy.Heep@troutman.com>; Scott.Mills@troutman.Com; Wagner, Benjamin <BWagner@gibsondunn.com>; Spencer, Jacob T. <JSpencer@gibsondunn.com>; Estrada, Miguel A. <MEstrada@gibsondunn.com>
**Subject:** [EXTERNAL] RE: CARB v. Daimler et al. (Alameda County Superior Court)

John:

CARB is reconsidering its plans for the state court suit in light of the parties' disagreement about the scope of the preliminary injunction in the ED Cal case. CARB is open to seeking a stay of the entire state court case until the injunction is lifted, in order to avoid burdening the district court with motion practice, if the parties in *Daimler* agree to forego motion practice on this issue. If we can reach agreement on that over email, I think there is no need for today's meet and confer. We would also be happy to meet and confer about this but realize that the US and the OEMs may need more time to consider this proposal. In that event, it might be best to postpone the meet and confer. CARB is not planning to serve the summons and complaint while the parties confer about this proposal.

Best,

Michael S. Dorsi
Deputy Attorney General
Natural Resources Law Section
California Attorney General's Office
(415) 510-3802

---

**From:** Adams, John (ENRD) <John.Adams3@usdoj.gov>
**Sent:** Thursday, December 4, 2025 1:09 PM
**To:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>
**Cc:** Myung J. Park <Myung.Park@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; John Sasaki <John.Sasaki@doj.ca.gov>; Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; Joseph.Ostoyich@cliffordchance.Com; Michael S Dorsi <Michael.Dorsi@doj.ca.gov>; Danielle.Morello@CliffordChance.com; Dodi.Allocca@CliffordChance.com; Eugene@illovskygates.Com; Kevin@illovskygates.Com; Steve.Nickelsburg@CliffordChance.com; William.Lavery@cliffordchance.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>; Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Brass, Rachel S. <RBrass@gibsondunn.com>; Sfletcher@gibsondunn.Com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; Arthur.Foerster@lw.com; Belinda.Lee@lw.Com; Kevin.Jakopchek@lw.com; ROBIN.HULSHIZER@lw.com; Boland, Daniel <Daniel.Boland@troutman.com>; Jeffrey.Goldman@troutman.Com; Heep, Jeremy <Jeremy.Heep@troutman.com>; Scott.Mills@troutman.Com; Wagner, Benjamin <BWagner@gibsondunn.com>; Spencer, Jacob T. <JSpencer@gibsondunn.com>; Estrada, Miguel A. <MEstrada@gibsondunn.com>
**Subject:** RE: CARB v. Daimler et al. (Alameda County Superior Court)

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Elaine,

Given CARB's decision to proceed with its state court action notwithstanding the federal court's order, please let us know when you're available to meet and confer in connection with the United States' anticipated motion to enforce the federal court's order. *See Daimler v. CARB*, No. 2:25-cv-02255, Dkt. 94 at 34 ¶ 4 (C.D. Cal.) ("Defendants are ENJOINED from implementing, enforcing, attempting to enforce, or threatening to enforce the Clean Truck Partnership"); *Id*. Oct. 31, 2025 Tr. 32:17-22 (requesting an injunction against "the state court lawsuit" because it is an "attempt to enforce [preempted] standards"); *id*. Dkt. 91 at 3-4 (same). We're copying counsel of record for awareness.

The United States is available on (1) Monday after 3:00 – 6:00 EST and (2) Tuesday between 1:00 – 1:30 EST and 4:00 – 6:00 EST.

Thanks,

John

John K. Adams
Chief of Staff and Senior Counsel
Environment and Natural Resources Div.
U.S. Department of Justice
John.Adams3@usdoj.gov
(202) 353-5905

---

**From:** Joseph.Ostoyich@cliffordchance.Com <Joseph.Ostoyich@cliffordchance.Com>
**Sent:** Thursday, December 4, 2025 9:27 AM
**To:** Michael.Dorsi@doj.ca.gov; Danielle.Morello@CliffordChance.com;
Dodi.Allocca@CliffordChance.com; Eugene@illovskygates.Com; Kevin@illovskygates.Com;
Steve.Nickelsburg@CliffordChance.com; William.Lavery@cliffordchance.com
**Cc:** Myung.Park@doj.ca.gov; Benjamin.Lempert@doj.ca.gov; John.Sasaki@doj.ca.gov; Adams, John
(ENRD) <John.Adams3@usdoj.gov>; Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>
**Subject:** [EXTERNAL] RE: CARB v. Daimler et al. (Alameda County Superior Court)


Michael, we are not authorized to accept service.  With all due respect, Judge Coggins granted our motion for a preliminary injunction "based on the claim that the Clean Trucks Partnership is preempted," so CARB is barred by a court order from proceeding with its action to enforce it. The FN 22 language you cite simply notes that the injunction "includes" the specific performance remedy in CARB's state case, but nothing in the injunction limits its scope to that remedy (and "includes" obviously suggests it's broader, as does the logic of her conclusion that the CTP is preempted).  Your proposal to bifurcate the cause of action remedies doesn't solve that problem; it just puts the cart before the horse.   In addition to the judicial bar against CARB, PACCAR has been instructed by DOJ to "immediately cease and desist your compliance with both the Clean Trucks Partnership and its preempted state vehicle regulations," as you know, so copying the lawyers who delivered that missive here for their awareness.

Thanks,

Joe

Joseph Ostoyich
Partner
Head of U.S. Antitrust Litigation
_____

Clifford Chance US LLP
2001 K Street, NW
Washington, DC 20006
Direct: 1 202 912 5533

Mobile: 1 202 253 9077
Joseph.Ostoyich@CliffordChance.com
cliffordchance.com

---

**From:** Michael S Dorsi <Michael.Dorsi@doj.ca.gov>
**Sent:** Tuesday, December 2, 2025 8:28 PM
**To:** Morello, Danielle (Antitrust-WAS) <Danielle.Morello@cliffordchance.Com>; Allocca, Dodi (Antitrust-WAS) <Dodi.Allocca@cliffordchance.Com>; Eugene@illovskygates.Com; Ostoyich, Joseph (Antitrust-WAS) <Joseph.Ostoyich@cliffordchance.Com>; Kevin@illovskygates.Com; Nickelsburg, Stephen (Litigation-WAS) <Steve.Nickelsburg@cliffordchance.Com>; Lavery, William (Antitrust-WAS) <William.Lavery@cliffordchance.Com>
**Cc:** Myung J. Park <Myung.Park@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; John Sasaki <John.Sasaki@doj.ca.gov>
**Subject:** CARB v. Daimler et al. (Alameda County Superior Court)

Counsel:

As you are aware, the California Air Resources Board (CARB) filed a Complaint in Alameda County Superior Court, asserting state-law contract claims arising from the Clean Truck Partnership (CTP), against Defendants Daimler Truck North America LLC, International Motors, LLC, PACCAR Inc., and Volvo Group North America LLC. We would like to determine whether Defendants' counsel in the federal District Court *Daimler* matter are authorized to accept service of the Summons and Complaint, already filed, or if CARB should serve PACCAR Inc.'s registered agent. Please let us know if you are authorized to accept service on behalf of PACCAR.

As you are also aware, shortly after CARB filed suit in state court, the federal District Court entered a preliminary injunction in the *Daimler v. CARB* matter, precluding CARB from "seeking specific performance as a remedy in [this state court] lawsuit." In seeking to move its case forward, CARB intends to file a motion to (1) bifurcate the First Cause of Action (Specific Performance) from the remaining causes of action, and (2) stay the then-bifurcated case consisting of the First Cause of Action. This will allow CARB to comply with its state-law obligations to proceed with a filed case (including effecting service within 60 days of filing) while complying with the preliminary injunction. If you will be representing your client in the state-court suit, please let us know your client's preferred method of service for motions.

If you wish to discuss, please let me know and I can schedule a time to confer.

Best,

Michael S. Dorsi
Deputy Attorney General
Natural Resources Law Section
California Attorney General's Office
(415) 510-3802

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system. If you are not the intended recipient you must not copy this message or attachment or disclose the contents to any other person.

Clifford Chance as a global firm regularly shares client and/or matter-related data among its different offices and support entities in strict compliance with internal control policies and statutory requirements. Incoming and outgoing email communications may be monitored by Clifford Chance, as permitted by applicable law and regulations.

For further information about Clifford Chance please see our website at www.cliffordchance.com or refer to any Clifford Chance office.

Switchboard: +1 202 912 5000
Fax: +1 202 912 6000

To contact any other office, visit https://www.cliffordchance.com/people_and_places/people.html

For details of how we process personal data, please see our updated privacy statement at https://www.cliffordchance.com/Legal_statements/privacy_statement.html

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended

recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.