# Exhibit 13

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
## Rene C. Davidson Courthouse

| | |
|---|---|
| California Air Resources Board<br>Plaintiff/Petitioner(s)<br>vs.<br>Daimler Truck North America, LLC et al<br>Defendant/Respondent<br>(s) | No.   25CV151420<br><br>Date:   03/02/2026<br>Time:   2:30 PM<br>Dept:   21<br>Judge:   S. Raj Chatterjee<br><br>ORDER re: Initial Case Management<br>Conference |

ORDER RE: CASE MANAGEMENT

The Court has ordered the following after review of the case.

This action is stayed for all purposes in light of the related federal proceedings. The Court will revisit the stay at the next CMC. Any party may move to lift the stay before the next CMC if warranted.

FURTHER CONFERENCE
A Case Management Conference is scheduled for 02/22/2027 at 02:30 PM in Department 21.

The parties are Ordered to file a joint updated case management conference statement on pleading paper at least 7 days before the next case management conference.

The Court hereby stays the case in its entirety.

The Court orders counsel to obtain a copy of this order from the eCourt portal.

Dated :   03/02/2026

S. Raj Chatterjee / Judge

---

ORDER re: Initial Case Management Conference                                      Page 1 of 2

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
## Rene C. Davidson Courthouse