# Exhibit 14

# Title 13 and 17. California Air Resources Board

## Notice of Rescheduled Public Hearing to Consider Proposal to Permanently Adopt the Emergency Vehicle Emissions Regulations

By notice dated and posted on the California Air Resources Board (CARB or Board) rulemaking website on September 23, 2025, and published in the September 26, 2025, California Regulatory Notice Register, Register 2025, Number 39-Z, CARB announced its proposal to consider approving the permanent adoption of the Emergency Vehicle Emissions Regulations adopted via emergency rulemaking, and became effective October 2, 2025. On November 7, 2025, CARB released a notice of postponement of the public hearing on the proposal that was initially scheduled for November 20, 2025.

Please be advised that CARB will conduct a public hearing at the date and time noted below to consider approving the permanent adoption of the Emergency Vehicle Emissions Regulations.

Date:         March 26, 2026

Time:         9:00 A.M.

In-Person Location:

California Air Resources Board
Byron Sher Auditorium
1001 I Street, Sacramento, California 95814

Remote Option:

Zoom

This public meeting may continue at 9:00 a.m., on March 27, 2026. Please consult the public agenda, which will be posted ten days before the March 26, 2026, Board Meeting, for important details, including the day on which this item will be considered and how the public can participate via Zoom if they choose to be remote.

The original 45-Day Notice, the Initial Statement of Reasons, and all subsequent regulatory documents, are available on CARB's website for this rulemaking at: *https://ww2.arb.ca.gov/rulemaking/2025/orhdomnibus*. Although the original regulatory documents included proposals for amendments to the On-Road Heavy-Duty Engine and Vehicle Omnibus (Omnibus), Low Carbon Fuel Standard, and Emergency Vehicle Emissions Regulations, at this public meeting the Board will consider only one of those three separate regulatory items. A separate notice of public hearing may be released to consider adopting the proposed amendments to the Omnibus Regulation or the proposed amendments to the Low Carbon Fuel Standard Regulation at a later date.

## Written Comment Period and Submittal of Comments

In accordance with the Administrative Procedure Act, interested members of the public had the opportunity (per Notice dated September 9, 2025) to provide comments by postal mail or by electronic submittal during the 45-day comment period for this regulatory action which began on September 26, 2025, and concluded on November 10, 2025. This notice does not extend the 45-day public comment period. Comments submitted outside that comment period are considered untimely. CARB may, but is not required to, respond to untimely comments, including those raising significant environmental issues. Interested members of the public may present comments orally or in writing during the hearing at the date and time stated above.

Please note that under the California Public Records Act (Government Code section 7920.000 et seq.), your written and oral comments, attachments, and associated contact information (e.g., your address, phone, email, etc.) become part of the public record and can be released to the public upon request.

Additionally, the Board requests but does not require that persons who submit written comments to the Board reference the title of the proposal in their comments to facilitate review.

## Special Accommodation Request

Consistent with California Government Code section 7296.2, special accommodation or language needs may be provided for any of the following:

- An interpreter to be available at the hearing;
- Documents made available in an alternate format or another language; and
- A disability-related reasonable accommodation.

To request these special accommodations or language needs, please contact the Clerks' Office at *cotb@arb.ca.gov* or (916) 322-5594 as soon as possible, but no later than ten business days before the scheduled Board hearing. TTY/TDD/Speech to Speech users may dial 711 for the California Relay Service.

Consecuente con la sección 7296.2 del Código de Gobierno de California, una acomodación especial o necesidades lingüísticas pueden ser suministradas para cualquiera de los siguientes:

- Un intérprete que esté disponible en la audiencia;
- Documentos disponibles en un formato alterno u otro idioma; y
- Una acomodación razonable relacionados con una incapacidad.

Para solicitar estas comodidades especiales o necesidades de otro idioma, por favor llame a la oficina del Consejo al *cotb@arb.ca.gov* o (916) 322-5594 lo más pronto posible, pero no menos de 10 días de trabajo antes del día programado para la audiencia del Consejo. TTY/TDD/Personas que necesiten este servicio pueden marcar el 711 para el Servicio de Retransmisión de Mensajes de California.

California Air Resources Board

_____
Steven S. Cliff, Ph.D.,
Executive Officer

Date: March 13, 2026

*The energy challenge facing California is real. Every Californian needs to take immediate action to reduce energy consumption. For a list of simple ways you can reduce demand and cut your energy costs, see CARB's website (ww2.arb.ca.gov).*