UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board,<br><br>Defendant. | No. 2:25-cv-03255-DC-AC<br><br>SUPPLEMENTAL DECLARATION OF TIM DEMARTINI IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT<br><br>Date: August 7, 2026<br>Time: 1:30 PM<br>Place: Courtroom 10, 13th Floor<br>Judge: Hon. Dena Coggins |

I, Tim DeMartini, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1.    I make this declaration to supplement my previous declaration in this case, dated January 4, 2025. DeMartini Decl., ECF No. 142-5.

2.    I am the owner of DeMartini RV Sales ("DeMartini RV"), a family owned and operated sole proprietorship, with its main office in Grass Valley, California, that sells new and used recreational vehicles ("RVs"), primarily motorhomes, to customers from California and other states. I have been a dealer in the RV industry for over forty years.

3.    Since January 2025, DeMartini RV has continued to experience adverse effects from the emissions requirements on heavy-duty engines imposed by the California Air Resources Board ("CARB") and by engine suppliers' efforts to comply with these requirements, including through the Agreement known as the "Clean Truck Partnership."

4.      The adverse effects are particularly pronounced with respect to "Class Super C" RVs, which have historically made up a significant portion (approximately 25%) of DeMartini RV's sales. Class Super C RVs are heavy-duty RVs that combine the powerful, diesel-driven capability of a commercial semi-truck chassis with the amenities of a high-end coach. Super C RVs are subject to CARB's Advanced Clean Trucks ("ACT") and Heavy-Duty Engine and Vehicle Omnibus ("Omnibus") regulations, as well as to the Agreement. As a result of the regulations and the suppliers' agreement to comply with them, DeMartini RV has experienced supply disruptions and reduced sales, as well as surcharges on those and other RVs. These have adversely affected DeMartini RV's profitability.

5.      For example, because of state emissions requirements, one major manufacturer would make only three of a popular Super C chassis model available for the California market in 2024. DeMartini RV ordered all three and by February 2024 had presold motorhomes incorporating those chassis to customers. Based on the presales, and my experience and knowledge of the RV industry, DeMartini RV could have sold additional units that use this chassis had they been available.

6.      Supply chain disruptions have continued into 2025 and 2026, with unpredictable delivery delays that I understand to be related to California certification. Decl. of Daniel Potter ¶¶ 10–12, *Daimler Truck N. Am. LLC v. CARB*, No. 2:25-cv-2255 (E.D. Cal. Aug. 12, 2025), Dkt. 23-15 (explaining California's lengthy and unpredictable certification process). Delivery delays make it more difficult for DeMartini RV to plan inventory and meet customer needs, adding to our operational costs, risking a loss of customer goodwill, and impacting our sales.

7.      I understand that these supply disruptions are exacerbated by the uncertainty surrounding suppliers' compliance obligations, including under the Agreement. In June 2025, Congress passed and the President signed Resolutions rescinding the Clean Air Act waivers for the ACT and Omnibus regulations in June 2025. *See* Pub. L. No. 119-15, 139 Stat. 65 (2025) (ACT); Pub. L. No. 119-17, 139 Stat. 67 (2025) (Omnibus). I understand that by rescinding the waivers, Congress made it unlawful for CARB to enforce the ACT and Omnibus regulations. However, in August 2025, CARB published a "Manufacturers Advisory Correspondence" letter, which

indicates that CARB believes suppliers who signed the Agreement are still bound to comply with the regulations. *See* CARB, *Manufacturers Correspondence Letter*, ECCD-2025-08 (Aug. 25, 2025), https://perma.cc/3FMK-V79D. The Manufacturers Advisory Correspondence states that "[m]anufacturers who are parties to the Clean Truck Partnership may ... continue to seek, and CARB will continue to process, applications for CARB certification on the terms provided for in that agreement," and that "[m]anufacturers who seek and obtain certification" in this manner "will have confidence that they are in compliance with their obligations ... under the Clean Truck Partnership." *Id.* at 2. CARB issued a new Manufacturers Advisory Correspondence in April 2026 with the same language. *See* CARB, *Manufacturers Correspondence Letter*, ECCD-2026-02, at 2 (Apr. 30, 2026), https://perma.cc/QEF4-4ZJC. I understand that this uncertainty surrounding suppliers' compliance obligations has made it more costly and time-consuming for suppliers to provide more Super C chassis to the California market.

8.   This uncertainty has also had a chilling effect on California purchasers. Some customers have told me that they are hesitant to buy RVs that are not certified to these standards because of the uncertainty surrounding the applicability of CARB's regulations to new RVs now and in the future.

9.   As a result of supply and demand side factors, DeMartini RV has experienced significantly reduced sales of new diesel Super C RVs to California purchasers since 2023. As shown in the table below, based on data provided by RV factory representative Mr. Michael Wagner, DeMartini RV experienced more than a 50% drop in sales of diesel Super C RVs to California customers from 2023 through 2025:

| Year | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|
| # units sold to California purchasers by DeMartini RV | 16 | 22 | 13 | 9 |

As shown in the table, the significant decrease in Super C RV sales to California purchasers began in 2024, the year many of the Agreement's compliance obligations took effect. Also as shown, prior to that year, DeMartini RV's Super C RV sales had experienced year-over-year growth. I estimate that the decrease in sales of Super C RVs has resulted in a loss of $5 to $10 million to DeMartini

RV in 2025. When including decreases in sales of other products, like Class A RVs, I estimate the loss in revenue for 2025 at more than $10 million.

10.    DeMartini RV's sales trends are consistent with statewide trends. As shown in the table below, based on data provided by Mr. Wagner, diesel Super C RV sales to California purchasers from dealerships nationwide decreased approximately 45% from 2023 to 2025.

| Year | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|
| # units sold to California purchasers by all dealerships | 217 | 195 | 149 | 107 |

11.    This is in stark contrast to nationwide trends. As shown in the table below, based on data provided by Mr. Wagner, diesel Super C RV sales to purchasers from all states slightly increased from 2023 to 2025. Nationwide sales to purchasers from surrounding states Arizona, Idaho, Oregon, and Washington experienced slight declines from 2023 to 2025, ranging from about 2% (Washington) to 19% (Idaho) decrease, far less than the approximately 45% decrease to California purchasers during the same time period. Sales to Nevada purchasers increased by about 19% and sales to Texas purchasers increased by about 27% from 2023 to 2025.

| Year | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|
| # units sold to all purchasers by all dealerships | 2,491 | 2,557 | 2,283 | 2,596 |
| # units sold to Arizona purchasers by all dealerships | 157 | 171 | 173 | 162 |
| # units sold to Idaho purchasers by all dealerships | 58 | 75 | 53 | 61 |
| # units sold to Oregon purchasers by all dealerships | 84 | 78 | 60 | 76 |
| # units sold to Washington purchasers by all dealerships | 80 | 103 | 84 | 101 |
| # units sold to Nevada purchasers by all dealerships | 57 | 43 | 25 | 51 |
| # units sold to Texas purchasers by all dealerships | 248 | 251 | 247 | 320 |

That Super C RV sales to California purchasers declined after the Agreement took effect, while sales to purchasers in other states increased or declined much less, strongly suggests that the Agreement is likely responsible, at least in part, for the decline in Super C RV sales to California purchasers that DeMartini RV experienced.

12. DeMartini RV is open to selling electric RVs if customers want to buy them. I am, however, unaware of any Class Super C electric chassis on the market. I understand that in filings in this case, the Defendants identified various electric RV chassis that are under development, including a Winnebago Class B electric camper van and a THOR Class A hybrid chassis. *See* Def.'s Mem. in Opp. to Pl.'s Mot. for Summ. J. on the Pleadings or, in the Alternative, Summ. J. and in Support of Def.'s Cross-Mot. for J. on the Pleadings or, in the Alternative, Summ. J. ("Def.'s Mem.") at 15:14–17, ECF No. 174; Request for Judicial Notice ("RJN"), Exs. 23, 24, ECF Nos. 176-23, 176-24. These, however, are smaller chassis and are not suitable for Class Super C RVs.

13. In 2025, DeMartini RV committed to purchase for resale smaller all-electric RVs built by Coachmen RV. The model was a Class B camper van, to be built on a GM electric van chassis. *See* Kraig Becker, *The Coachmen RVEX is the All-Electric RV You've Been Waiting For*, RV.com (Sept. 23, 2025), https://perma.cc/HX87-ECVJ. However, in late 2025, the manufacturer canceled the complete supply, explaining that GM had discontinued the EV chassis. *See, e.g.*, George Barta, *Here's How Chevy BrightDrop Discontinuation Affects The RV Industry*, GM Auth. (Oct. 31, 2025), https://perma.cc/LRE7-2MRL. I understand that there are currently no plans to restart production. *See* Jonathan Lopez, *GM Ends Production Of Chevy BrightDrop Van*, GM Auth. (Oct. 21, 2025), https://perma.cc/FQC2-WMUC. As a result, I currently do not offer any all-electric RVs for sale.

14. Even if these electric RVs, or similar models, become commercially available, they would not be suitable for DeMartini RV's customers seeking to purchase Super C RVs. They are entirely different classes of products and offer markedly less range and other desired performance characteristics compared to diesel Super C RVs. Trying to sell a Class B camper van to a customer seeking a Super C RV would be like trying to sell a utility van that can only drive 100 miles per day to a customer seeking a semi-truck that can travel 400 miles or more on a single tank. Electric RVs, even if they were available, therefore cannot make up for the tremendous loss of revenue that the Agreement causes DeMartini RV through lost Super C RV sales.

15. Moreover, DeMartini RV's profits were also harmed by surcharges that manufacturers charged as a result of CARB's regulations and the Agreement. I explained in my

prior declaration that chassis suppliers were imposing surcharges on those chassis sold for the California market, and that manufacturers passed the surcharge onto retailers like DeMartini RV. DeMartini Decl. ¶ 14. The surcharges charged to DeMartini RV ranged from about $9,000 to $12,000 and applied to different classes, including diesel Class A, Class C, and Class Super C RVs. Manufacturers continued to charge DeMartini RV those surcharges until fall 2025, which reduced the profit DeMartini RV realized from resale of those RVs.

Dated: June 13, 2026

Tim DeMartini