**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE,<br><br>        Plaintiff,<br><br>    v.<br><br>STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board,<br><br>        Defendant. | No. 2:25-cv-03255-DC-AC<br><br>**DECLARATION OF MICHAEL WAGNER IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT**<br><br>**Date: August 7, 2026**<br>**Time: 1:30 PM**<br>**Place: Courtroom 10, 13th Floor**<br>**Judge: Hon. Dena Coggins** |

I, Michael Wagner, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1.    I am the Dynamax Western Region Sales Representative for Forest River RV. Forest River is headquartered in Elkhart, Indiana, and manufactures a wide range of recreational vehicles ("RVs"), including Class Super C motorhomes like those in the Dynamax product line. In that capacity, I work closely with RV dealers in the western United States, including Tim DeMartini, owner of DeMartini RV Sales ("DeMartini RV").

2.    In June 2026, Mr. DeMartini asked me for data showing Class Super C RV sales to California customers and to nationwide customers by dealers in different states for the past several years. Requests like this are not unusual from the RV dealers I work with, since state and national sales data can be helpful to assess market trends.

3.    To fulfill Mr. DeMartini's request, I accessed data from Statistical Surveys, a company that has access to motor vehicle registration data, including registrations of RVs, through Departments of Motor Vehicles ("DMVs") in the United States and Canada. *See* Statistical

Surveys, https://www.statisticalsurveys.com/ (last visited June 15, 2026). A subscriber can select filters to retrieve a variety of information from the Statistical Surveys database. By using the "RV Dashboard Placement" functions of Statistical Surveys and more specifically, the "Full Dataset" Dashboard, it is possible to filter down to specific types of fuel (gas/diesel/electric), weights of vehicles, chassis manufacturer, where the customer is registering the vehicle, etc. This data is pulled monthly from DMVs and compiled by Statistical Surveys. To compile the Super C data I provided to Mr. DeMartini, I used the following filters: Attributes=Class C, Non-Rental; Motorized Attributes=Diesel, GVWR=16,001–19,500 (all of this category weigh exactly 19,500), 19,501–26,000, 26,001–33,000, and 33,000–99,999. These attributes are what is considered a "Super C" by the industry (diesel, Class C with a GVWR of 19,500 or more). From there, I selected all 50 states and then specific states according to the customer's registration using the "Placement Geography" filter. To find data for a specific dealer, such as DeMartini RV, there is a "Dealer Geography" filter that can be selected.

4. I provided the retrieved data to Mr. DeMartini by email on June 8 and 9, 2026. A true and correct copy of the Class Super C RV data, formatted for submission to this Court, is attached to this declaration as Exhibit A.

Dated: June 22, 2026

Michael Wagner

# Exhibit A

# Super C Diesel Registrations Data, 2022 through 2025

**Table 1: Super C Diesel Registrations (GVWR > 19,500 lbs.) – All Purchasers from All States**

| Type | 2022 Units | 2023 Units | 2024 Units | 2025 Units |
|---|---|---|---|---|
| Class C | 2,491 | 2,557 | 2,283 | 2,596 |

**Table 2: Super C Diesel Registrations (GVWR > 19,500 lbs.) – California Purchasers by State of Dealership**

| Dealer State | 2022 Units | 2023 Units | 2024 Units | 2025 Units |
|---|---|---|---|---|
| California | 163 | 160 | 99 | 70 |
| Arizona | 13 | 10 | 15 | 6 |
| Nevada | 9 | 4 | 2 | 3 |
| Idaho | 6 | 2 | 2 | 1 |
| Colorado | 4 | 1 | 2 | 2 |
| New Mexico | 4 | | 3 | |
| Texas | 4 | 6 | 7 | 6 |
| Alabama | 2 | 1 | | |
| Michigan | 2 | 1 | 1 | 1 |
| Oklahoma | 2 | 1 | 1 | 3 |
| Indiana | 1 | | | |
| Iowa | 1 | 1 | 3 | 1 |
| Maryland | 1 | 1 | | |
| Mississippi | 1 | | | |
| Missouri | 1 | 1 | | |
| Utah | 1 | 2 | 2 | 1 |
| Virginia | 1 | | | |
| Washington | 1 | | 4 | 4 |
| Florida | | 1 | 1 | 3 |
| Illinois | | | 1 | 1 |
| Louisiana | | 1 | 1 | 1 |
| Montana | | | 1 | 1 |
| New Hampshire | | | | 1 |
| Ohio | | 2 | 2 | |
| Pennsylvania | | | | 1 |
| South Dakota | | | 1 | |
| Tennessee | | | 1 | 1 |
| Grand Total | 217 | 195 | 149 | 107 |

1

**Table 3: Super C Diesel Registrations (GVWR > 19,500 lbs.) –
California Purchasers by Dealership**

| Dealer | 2022 Units | 2023 Units | 2024 Units | 2025 Units |
|---|---|---|---|---|
| DeMartini RV Sales-Grass Valley, CA | 16 | 22 | 13 | 9 |

**Table 4: Super C Diesel Registrations (GVWR > 19,500 lbs.) – by
State of Customer for Selected States**

| State | 2022 Units | 2023 Units | 2024 Units | 2025 Units |
|---|---|---|---|---|
| Arizona | 157 | 171 | 173 | 162 |
| Nevada | 57 | 43 | 25 | 51 |
| Idaho | 58 | 75 | 53 | 61 |
| Oregon | 84 | 78 | 60 | 76 |
| Texas | 248 | 251 | 247 | 320 |
| Washington | 80 | 103 | 84 | 101 |

2