Michael Buschbacher*
James R. Conde*
Laura B. Ruppalt*
Nicholas A. Cordova*
Boyden Gray PLLC
800 Connecticut Avenue NW, Suite 900
Washington, D.C. 20006
(202) 955-0620
mbuschbacher@boydengray.com
jconde@boydengray.com
lruppalt@boydengray.com
ncordova@boydengray.com

* *pro hac vice*

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE,<br><br>            Plaintiff,<br><br>     v.<br><br>STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board,<br><br>            Defendant. | No. 2:25-cv-03255-DC-AC<br><br>**DECLARTION OF JAMES R. CONDE IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT**<br><br>**Date: August 7, 2026**<br>**Time: 1:30 PM**<br>**Place: Courtroom 10, 13th Floor**<br>**Judge: Hon. Dena Coggins** |

I, James R. Conde, declare as follows:

1.     I am admitted to practice in this Court *pro hac vice* as counsel to Plaintiff American Free Enterprise Chamber of Commerce ("AmFree") in this action. ECF No. 7. This Declaration is based on my personal knowledge, and, if called as a witness, I could and would testify to the statements herein.

2.     I have attached as **Exhibit 1** to AmFree's concurrently filed Request for Judicial Notice ("AmFree's RJN") a true and correct copy of the Manufacturers Advisory Correspondence ECCD-2026 issued by the California Air Resources Board ("CARB") on April 30, 2026.

3.     I have attached as **Exhibit 2** to AmFree's RJN a true and correct copy of the memorandum from Cliff to CARB dated September 25, 2024 and entitled "California Truck Availability Analysis."

4.     I have attached as **Exhibit 3** to AmFree's RJN a true and correct copy of the CARB-issued document dated June 23, 2020 and entitled "Initial Statement of Reasons for Rulemaking: Omnibus Regulation and Associated Amendments."

5.     I have attached as **Exhibit 4** to AmFree's RJN a true and correct copy of the sworn declaration of Michael Noonan filed on behalf of International Motors, LLC in *Daimler Truck N. Am. LLC v. CARB*, No. 2:25-cv-2255 (E.D. Cal.).

6.     I have attached as **Exhibit 5** to AmFree's RJN a true and correct copy of the sworn declaration of Carl Hergart filed on behalf of PACCAR, Inc. in *Daimler Truck N. Am. LLC v. CARB*, No. 2:25-cv-2255 (E.D. Cal.).

7.     I have attached as **Exhibit 6** to AmFree's RJN a true and correct copy of the sworn declaration of Andrea Brown filed on behalf of Volvo Group North America, LLC in *Daimler Truck N. Am. LLC v. CARB*, No. 2:25-cv-2255 (E.D. Cal.).

8.     I have attached as **Exhibit 7** to AmFree's RJN a true and correct copy of the page on CARB's official website entitled "States that have Adopted California's Vehicle Regulations" as it appeared on June 21, 2026.

9. I have attached as **Exhibit 8** to AmFree's RJN a true and correct copy of California Executive Order N-27-25 issued by Gavin Newsom on June 12, 2025.

10. I have attached as **Exhibit 9** to AmFree's RJN a true and correct copy of the report issued by the National Auto Dealers Association, American Truck Dealers entitled "2025 Annual Financial Profile of America's Franchised New-Truck Dealerships."

11. I have attached as **Exhibit 10** to AmFree's RJN a true and correct copy of the report of the July 9 and 10, 1997 joint hearings before the Senate Committee on Energy and Natural Resources and House Committee on Resources on Tongass Land Management.

12. I have attached as **Exhibit 11** to AmFree's RJN a true and correct copy of the letter issued by GAO on May 29, 2014 entitled "GAO's Role and Responsibilities Under the Congressional Review Act."

13. I have attached as **Exhibit 12** to AmFree's RJN a true and correct copy of Congressional Record entries from February 24, February 26, March 6, March 26, and May 21, 2025.

14. I have attached as **Exhibit 13** to AmFree's RJN a true and correct copy of a graph from the Federal Reserve Economic Data, Federal Reserve Bank of St. Louis website showing annual nationwide sales of heavy weight trucks (over 14,000 pounds gross vehicle weight) for 2023 and 2024 as reported by the U.S. Bureau of Economic Analysis.

15. I have attached as **Exhibit 14** to AmFree's RJN a true and correct copy of Spartan RV's 2019 Product Lineup brochure.

16. I have attached as **Exhibit 15** to AmFree's RJN a true and correct copy of the Federal Trade Commission's August 12, 2025 Statement Regarding the Clean Truck Partnership Investigation.

17. I have attached as **Exhibit 16** to AmFree's RJN a true and correct copy of the United States Senate's roll-call vote on the Resolutions rescinding the Omnibus and ACT waivers as recorded on the Senate website.

18.    I have attached as **Exhibit 17** to AmFree's RJN a true and correct copy of the United States House of Representatives' roll-call vote on the Resolutions rescinding the Omnibus and ACT waivers as recorded on the House Clerk website.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: June 24, 2026                    Respectfully submitted,

*/s/ James R. Conde*

Michael Buschbacher*
James R. Conde*
Laura B. Ruppalt*
Nicholas A. Cordova*
Boyden Gray PLLC
800 Connecticut Avenue NW
 Suite 900
Washington, D.C. 20006
(202) 955-0620
mbuschbacher@boydengray.com
jconde@boydengray.com
lruppalt@boydengray.com
ncordova@boydengray.com

* *pro hac vice*

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that counsel of record were served a copy of this document via the Court's CM/ECF system this 24th day of June, 2026.

/s/*James R. Conde*
James R. Conde