# Exhibit 3
## (Omnibus ISOR)

State of California

AIR RESOURCES BOARD

**PUBLIC HEARING TO CONSIDER THE PROPOSED HEAVY-DUTY ENGINE AND VEHICLE OMNIBUS REGULATION AND ASSOCIATED AMENDMENTS:**

**Proposed Amendments to the Exhaust Emissions Standards and Test Procedures for 2024 and Subsequent Model Year Heavy-Duty Engines and Vehicles, Heavy-Duty On-Board Diagnostic System Requirements, Heavy-Duty In-Use Testing Program, Emissions Warranty Period and Useful Life Requirements, Emissions Warranty Information and Reporting Requirements, and Corrective Action Procedures, In-Use Emissions Data Reporting Requirements, and Phase 2 Heavy-Duty Greenhouse Gas Regulations, and Powertrain Test Procedures**

**STAFF REPORT: INITIAL STATEMENT OF REASONS**

**DATE OF RELEASE:  June 23, 2020**

**SCHEDULED FOR CONSIDERATION:  August 27, 2020**

Location**:**

**California Environmental Protection Agency
Air Resources Board
Byron Sher Auditorium
1001 I Street
Sacramento, California 95814**

This report has been reviewed by the staff of the California Air Resources Board and approved for publication.  Approval does not signify that the contents necessarily reflect the views and policies of the California Air Resources Board, nor does mention of trade names or commercial products constitute endorsement or recommendation for use.

**Figure IX-2. Cost-Effectiveness of the Proposed Amendments Versus Previous CARB Measures and Previous Stationary Source Measures**



## C.   Direct Costs on Businesses and Individuals

## 1.   Direct Costs on Typical Businesses

Medium- and heavy-duty engine/vehicle manufacturers are the regulated entities under the Proposed Amendments.  Because these manufacturers are located outside of California,[62] CARB staff assumed those manufacturers would pass the direct compliance costs of the Proposed Amendments onto the California vehicle fleets that purchase the California-certified vehicles and engines that are subject to the Proposed Amendments.  Typical businesses are defined here to be California fleets with four or more medium- and heavy-duty vehicles (GVWR >10,000 pounds).

The actual cost impact on fleets would depend on the number of new California-certified heavy-duty vehicles that fleets would purchase during the lifetime of this cost analysis. A lifetime analysis including initial purchase price increase, lifetime DEF consumption, lifetime savings from warranty and EWIR amendments, net lifetime cost impact, and percent increase in lifetime cost from the assumed purchase price is presented in

---

[62] Refer to footnote 5555.

Tables IX-34, IX-35, and IX-36 for vehicle purchases with 2024 and subsequent MY engines for each vehicle class.

**Table IX-34. Lifetime Analysis for Vehicles with 2024 to 2026 MY Engines**

|  | Increase in Purchase Price | Lifetime DEF Cost | Lifetime Savings | Lifetime Net Impact | Assumed Baseline Purchase Price | Net Costs as % of Purchase Price |
|---|---|---|---|---|---|---|
| **HHDD** | $3,761 | $898 | $60 | $4,599 | $169,637 | 2.7% |
| **MHDD** | $2,469 | $370 | $0 | $2,839 | $103,165 | 2.8% |
| **LHDD** | $1,687 | $366 | $0 | $2,053 | $57,694 | 3.6% |
| **HDO** | $506 | $0 | $143 | $363 | $94,089 | 0.4% |
| **MDDE-3** | $1,554 | $196 | $0 | $1,751 | $52,040 | 3.4% |
| **MDOE-3** | $412 | $0 | $0 | $412 | $44,459 | 0.9% |
| **Population Average** | **$2,355** | **$455** | **$34** | **$2,776** | **$107,782** | **2.6%** |

**Table IX-35. Lifetime Analysis for Vehicles with 2027 to 2030 MY Engines**

|  | Increase in Purchase Price | Lifetime DEF Cost | Lifetime Savings | Lifetime Net Impact | Assumed Baseline Purchase Price | Net Costs as % of Purchase Price |
|---|---|---|---|---|---|---|
| **HHDD** | $7,423 | $1,186 | $791 | $7,819 | $171,107 | 4.6% |
| **MHDD** | $6,063 | $488 | $1,234 | $5,317 | $104,217 | 5.1% |
| **LHDD** | $4,741 | $527 | $345 | $4,923 | $58,258 | 8.5% |
| **HDO** | $821 | $0 | $368 | $453 | $98,583 | 0.5% |
| **MDDE-3** | $3,916 | $235 | $0 | $4,151 | $52,424 | 7.9% |
| **MDOE-3** | $412 | $0 | $0 | $412 | $44,843 | 0.9% |
| **Population Average** | **$5,437** | **$617** | **$789** | **$5,264** | **$109,559** | **5.2%** |

**Table IX-36. Lifetime Analysis for Vehicles with 2031 and Subsequent MY Engines**

| | Increase in Purchase Price | Lifetime DEF Cost | Lifetime Savings | Lifetime Net Impact | Assumed Baseline Purchase Price | Net Costs as % of Purchase Price |
|---|---|---|---|---|---|---|
| **HHDD** | $8,478 | $1,294 | $930 | $8,841 | $171,107 | 5.2% |
| **MHDD** | $6,923 | $532 | $1,641 | $5,814 | $104,217 | 5.6% |
| **LHDD** | $6,041 | $659 | $1,143 | $5,557 | $58,258 | 9.5% |
| **HDO** | $1,015 | $0 | $582 | $433 | $98,583 | 0.4% |
| **MDDE-3** | $4,354 | $235 | $0 | $4,589 | $52,424 | 8.8% |
| **MDOE-3** | $412 | $0 | $0 | $412 | $44,843 | 0.9% |
| **Population Average** | **$6,410** | **$700** | **$1,197** | **$5,912** | **$109,889** | **5.8%** |

As an example, CARB staff estimated costs for a fleet that would buy 20 new MHDD vehicles with 2024, 2027, and 2031 MY engines in Table IX-37.  As shown in Table IX-37, the lifetime net cost impact to the business for 20 new vehicles is $56,780, $106,340, and $116,280 for 2024, 2027 and 2031 MY engine purchases.

**Table IX-37. Lifetime Cost Analysis of 20 MHDD Vehicles**

| Engine MY | Lifetime Net Cost Per Vehicle | Lifetime Net Cost of 20 Vehicles |
|---|---|---|
| 2024 | $2,839 | $56,780 |
| 2027 | $5,317 | $106,340 |
| 2031 | $5,814 | $116,280 |

## 2.    Direct Costs on Small Businesses

Based on California DMV 2017 registration data, small businesses, defined here as fleets of three or fewer medium- and heavy-duty vehicles (GVWR >10,000 pounds), represent 52 percent of the affected vehicle population due to the Proposed Amendments.

The final compliance date for the Truck and Bus Regulation is January 1st, 2023.  As of that date, heavy-duty vehicle owners are required to fully turn over their fleet to 2010 standard compliant engines.  Small business fleets throughout California will likely comply with the Truck and Bus Regulation via accelerated turnover (i.e., by purchasing