# Exhibit 7

## (States that have adopted Omnibus and ACT)

## Section 177 States Regulation Dashboard

**Regulation Type**
Heavy-Duty Vehicle Standard

**State**
All

### Share of U.S. New Vehicle Registrations

| Light-Duty Vehicles | Heavy-Duty Vehicles |
|---|---|
| **Total  40.7%** | **Total  28.6%** |

*Hold down Ctrl to select multiple states*          Clear Filters



© 2026 Mapbox © OpenStreetMap

Number of Vehicle Regulations Adopted
1 ────────────────── 7

### First Applicable Model Year All

| Type | Regulation | California | Colorado | Maryland | Massachu.. | New Jerse |
|---|---|---|---|---|---|---|
| Heavy-Duty Vehicle Standard | Advanced Clean Trucks | 2024 | 2027 | 2027 | 2025 | 2025 |
| | Heavy-Duty Omnibus | 2024 | 2027 | | 2025 | 2027 |
| | Phase 2 Greenhouse Gas | 2021 | | | 2025 | 2027 |

View Regulation Code References

Data Download

| State | Regulation | Code Reference | |
|-------|-----------|----------------|---|
| California | Advanced Clean Cars II | Cal. Code Regs., tit.13, § 1962.4 (ZEV) | 2026 |
| | Advanced Clean Trucks | Cal. Code Regs., tit.13, § 1963 | 2024 |
| | Heavy-Duty Omnibus | Cal. Code Regs., tit.13, § 1956.8 | 2024 |
| | LEV Criteria Pollutant | Cal. Code Regs., tit.13, § 1961.3 | 1992 |
| | LEV Greenhouse Gas | Cal. Code Regs., tit.13, § 1961.4 | 2009 |
| | Phase 2 Greenhouse Gas | Cal. Code Regs., tit.13, § 1956.8 | 2021 |
| | Zero-Emission Vehicle | Cal. Code Regs., tit.13, § 1962.2 | 1990 |
| Colorado | Advanced Clean Cars II | 5 CCR 1001-24 | 2027 |
| | Advanced Clean Trucks | 5 CCR 1001-24 | 2027 |
| | Heavy-Duty Omnibus | 5 CCR 1001-24 | 2027 |
| | LEV Criteria Pollutant | 5 CCR 1001-24 | 2022 |
| | LEV Greenhouse Gas | 5 CCR 1001-24 | 2022 |
| | Zero-Emission Vehicle | 5 CCR 1001-24 | 2023 |

Data Download

| State | Regulation | Code Reference | |
|-------|-----------|----------------|---|
| Connecticut | LEV Criteria Pollutant | 22a-174-36 | 2008 |
| | LEV Greenhouse Gas | 22a-174-36 | 2009 |
| | Zero-Emission Vehicle | 22a-174-36 | 2008 |
| Delaware | Advanced Clean Cars II | 7 DE Admin Code 1140 | 2027 |
| | LEV Criteria Pollutant | 7 DE Admin Code 1140 | 2014 |
| | LEV Greenhouse Gas | 7 DE Admin Code 1140 | 2014 |
| Maine | LEV Criteria Pollutant | Title 38 M.R.S. ch. 127 | 2001 |
| | LEV Greenhouse Gas | Title 38 M.R.S. ch. 127 | 2009 |
| | Zero-Emission Vehicle | Title 38 M.R.S. ch. 127 | 2009 |
| Maryland | Advanced Clean Cars II | COMAR 26.11.34 | 2027 |
| | Advanced Clean Trucks | COMAR 26.11.43 | 2027 |
| | LEV Criteria Pollutant | COMAR 26.11.34 | 2011 |
| | LEV Greenhouse Gas | COMAR 26.11.34 | 2011 |

Data Download

| State | Regulation | Code Reference | |
|---|---|---|---|
| **Maryland** | | | |
| | Zero-Emission Vehicle | COMAR 26.11.34 | 2011 |
| **Massachusetts** | Advanced Clean Cars II | 310 CMR 7.40 | 2026 |
| | Advanced Clean Trucks | 310 CMR 7.40 | 2025 |
| | Heavy-Duty Omnibus | 310 CMR 7.40 | 2025 |
| | LEV Criteria Pollutant | 310 CMR 7.40 | 1995 |
| | LEV Greenhouse Gas | 310 CMR 7.40 | 2009 |
| | Phase 2 Greenhouse Gas | 310 CMR 7.40 | 2025 |
| | Zero-Emission Vehicle | 310 CMR 7.40 | 1995 |
| **Minnesota** | LEV Criteria Pollutant | Minn. R. 7023.0150-7023.0300 | 2025 |
| | LEV Greenhouse Gas | Minn. R. 7023.0150-7023.0300 | 2025 |
| | Zero-Emission Vehicle | Minn. R. 7023.0150-7023.0300 | 2025 |
| **Nevada** | LEV Criteria Pollutant | NAC Chapter 445B | 2025 |
| | LEV Greenhouse Gas | NAC Chapter 445B | 2025 |

| State | Regulation | Code Reference | |
|---|---|---|---|

Data Download

| State | Regulation | Code Reference | |
|-------|-----------|----------------|---|
| **Nevada** | | | |
| | Zero-Emission Vehicle | NAC Chapter 445B | 2025 |
| **New Jersey** | Advanced Clean Cars II | N.J.A.C. 7:27-29 | 2027 |
| | Advanced Clean Trucks | N.J.A.C. 7:27-31 | 2025 |
| | Heavy-Duty Omnibus | N.J.A.C. 7:27-28A | 2027 |
| | LEV Criteria Pollutant | N.J.A.C. 7:27-29 | 2009 |
| | LEV Greenhouse Gas | N.J.A.C. 7:27-29 | 2009 |
| | Phase 2 Greenhouse Gas | N.J.A.C. 7:27-28A | 2027 |
| | Zero-Emission Vehicle | N.J.A.C. 7:27-29 | 2009 |
| **New Mexico** | Advanced Clean Cars II | 20.2.91 NMAC | 2027 |
| | Advanced Clean Trucks | 20.2.91 NMAC | 2027 |
| | Heavy-Duty Omnibus | 20.2.91 NMAC | 2027 |
| | LEV Criteria Pollutant | 20.2.91 NMAC | 2026 |
| | LEV Greenhouse Gas | 20.2.91 NMAC | 2026 |

Data Download

| State | Regulation | Code Reference | |
|---|---|---|---|
| **New Mexico** | | | |
| | Zero-Emission Vehicle | 20.2.91 NMAC | 2026 |
| **New York** | Advanced Clean Cars II | Sections 1-0101, 1-0303, 3-0301, 19-0103, 19-0105, 19-0107, 19-0301, 19-0303, 19-0305, 19-0306-b, 19-1101, 19-1103, 19-1105, 71-2103, and 71-2105 of the New York State Environmental Conservation Law | 2026 |
| | Advanced Clean Trucks | Sections 1-0101, 1-0303, 3-0301, 19-0103, 19-0105, 19-0107, 19-0301, 19-0303, 19-0305, 19-1101, 19-1103, 19-1105, 71-2103, 71-2105 of the Environmental Conservation Law | 2025 |
| | Heavy-Duty Omnibus | Sections 1-0101, 1-0303, 3-0301, 19-0103, 19-0105, 19-0107, 19-0301, 19-0303, 19-0305, 19-1101, 19-1103, 19-1105, 71-2103, 71-2105 of the Environmental Conservation Law | 2026 |
| | LEV Criteria Pollutant | Sections 1-0101, 1-0303, 3-0301, 19-0103, 19-0105, 19-0107, 19-0301, 19-0303, 19-0305, 19-0306-b, 19-1101, 19-1103, 19-1105, 71-2103, and 71-2105 of the New York State Environmental Conservation Law | 1993 |
| | LEV Greenhouse Gas | Sections 1-0101, 1-0303, 3-0301, 19-0103, 19-0105, 19-0107, 19-0301, 19-0303, 19-0305, 19-0306-b, 19-1101, 19-1103, 19-1105, 71-2103, and 71-2105 of the New York State Environmental Conservation Law | 2009 |
| | Phase 2 Greenhouse Gas | Sections 1-0101, 1-0303, 3-0301, 19-0103, 19-0105, 19-0107, 19-0301, 19-0303, 19-0305, 19-1101, 19-1103, 19-1105, 71-2103, 71-2105 of the Environmental Conservation Law | 2026 |
| | Zero-Emission Vehicle | Sections 1-0101, 1-0303, 3-0301, 19-0103, 19-0105, 19-0107, 19-0301, 19-0303, 19-0305, 19-0306-b, 19-1101, 19-1103, 19-1105, 71-2103, and 71-2105 of the New York State Environmental Conservation Law | 1993 |
| **Oregon** | Advanced Clean Cars II | OAR 340-257 | 2026 |
| | Advanced Clean Trucks | OAR 340-257 | 2025 |
| | Heavy-Duty Omnibus | OAR 340-261 | 2025 |
| | LEV Criteria Pollutant | OAR 340-257 | 2009 |
| | LEV Greenhouse Gas | OAR 340-257 | 2009 |

Data Download

| State | Regulation | Code Reference | |
|-------|-----------|----------------|------|
| **Oregon** | | | |
| | Phase 2 Greenhouse Gas | OAR 340-261 | 2025 |
| | Zero-Emission Vehicle | OAR 340-257 | 2009 |
| **Pennsylvania** | LEV Criteria Pollutant | Pa. Code Title 25, Chapter 126, Subchapter D. | 2001 |
| | LEV Greenhouse Gas | Pa. Code Title 25, Chapter 126, Subchapter D. | 2009 |
| **Rhode Island** | Advanced Clean Cars II | 250-RICR-120-05-37 | 2027 |
| | Advanced Clean Trucks | 250-RICR-120-05-37 | 2027 |
| | Heavy-Duty Omnibus | 250-RICR-120-05-37 | 2027 |
| | LEV Criteria Pollutant | 250-RICR-120-05-37 | 2008 |
| | LEV Greenhouse Gas | 250-RICR-120-05-37 | 2009 |
| | Phase 2 Greenhouse Gas | 250-RICR-120-05-37 | 2027 |
| | Zero-Emission Vehicle | 250-RICR-120-05-37 | 2008 |
| **Vermont** | Advanced Clean Cars II | Vt. Code R. § 12.030-040 | 2026 |
| | Advanced Clean Trucks | Vt. Code R. § 12.030-040 | 2026 |

Data Download

| State | Regulation | Code Reference | |
|-------|-----------|---------------|---|
| **Vermont** | | | |
| | Heavy-Duty Omnibus | Vt. Code R. § 12.030-040 | 2026 |
| | LEV Criteria Pollutant | Vt. Code R. § 12.030-040 | 2000 |
| | LEV Greenhouse Gas | Vt. Code R. § 12.030-040 | 2009 |
| | Phase 2 Greenhouse Gas | Vt. Code R. § 12.030-040 | 2026 |
| | Zero-Emission Vehicle | Vt. Code R. § 12.030-040 | 2000 |
| **Virginia** | LEV Criteria Pollutant | 9VAC5-95 (9VAC5-95-10 et seq.). | 2025 |
| | LEV Greenhouse Gas | 9VAC5-95 (9VAC5-95-10 et seq.). | 2025 |
| | Zero-Emission Vehicle | 9VAC5-95 (9VAC5-95-10 et seq.). | 2025 |
| **Washington** | Advanced Clean Cars II | 173-423-075 – Zero emission vehicle standards | 2026 |
| | Advanced Clean Trucks | 173-423-075 – Zero emission vehicle standards | 2025 |
| | Heavy-Duty Omnibus | 173-423-081 – Medium- and heavy-duty vehicle emission standards | 2026 |
| | LEV Criteria Pollutant | 173-423-070 – Low emission vehicles | 2009 |
| | LEV Greenhouse Gas | 173-423-070 – Low emission vehicles | 2009 |

Data Download

| State | Regulation | Code Reference | |
|-------|-----------|----------------|---|
| **Washington** | Phase 2 Greenhouse Gas | 173-423-081 – Medium- and heavy-duty vehicle emission standards | 2026 |
| | Zero-Emission Vehicle | 173-423-075 – Zero emission vehicle standards | 2025 |
| **Washington D.C.** | Advanced Clean Cars II | 20 DCMR §§ 905 through 913 | 2027 |