# Exhibit 9

## (American Truck Dealers Report)

# ATD DATA

# 2025

## ANNUAL FINANCIAL PROFILE OF AMERICA'S FRANCHISED NEW-TRUCK DEALERSHIPS





AMERICAN TRUCK DEALERS
*A DIVISION OF NADA*

# ATD DATA
# Overview



**Patrick Manzi**
**Chief Economist, NADA**

*ATD Data*—our annual financial profile of new-truck dealerships—presents an overview of franchised new medium- and heavy-duty truck dealerships in 2025. Some highlights:

- Franchised truck dealers sold 416,467 medium- and heavy-duty trucks in 2025.
- Total new-truck dealership sales topped $138 billion.
- Truck dealerships employed nearly 148,000 people.
- Truck dealerships wrote more than 11 million repair orders, with nearly $48 billion in service and parts sales.

After a solid sales year in 2024, total commercial truck sales declined by 13.6% in 2025. Medium-duty sales declined by 13.9% year over year and heavy-duty truck sales declined by 13.3%.Yet despite the declines in overall sales, average dealership revenue increased by 5.8% year over year.

There will be significant challenges for commercial truck dealers in 2026. Interest rates remain elevated as the prices of new equipment continue to rise. The war in Iran has led to the near closure of the Strait of Hormuz, a key shipping lane for oil, gas and other commodities in the Middle East. The resulting supply disruptions have pushed up prices for diesel fuel around the country with some states seeing prices in the high $7 range per gallon. This headwind would have affected the trucking market even more were it not for the turnaround in trucking rates after several years of a freight recession. Given the turnaround in freight activity and pending EPA '2027 regulations, we expect to see some pre-buy activity occur this year as fleets gear up to purchase trucks before the cost increases of the new regulations.

We expect that commercial truck sales in 2026 will be up slightly from 2025, and this year should still be another great one for America's franchised truck dealers.

## CONTENTS

Truck Dealerships . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Dealership Financial Trends. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
New-Truck Department . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Used-Truck Department. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Service and Parts Department . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
Body Shop Department . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
Dealership Advertising. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
Employment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

# ATD DATA
## New-Truck Dealerships

### Average New-Truck Dealership Profile

| | 2023 | 2024 | 2025 |
|---|---|---|---|
| Total sales | $58,870,394 | $62,033,572 | $65,642,058 |
| Total gross[1] | $11,619,548 | $12,378,420 | $11,870,890 |
| As % of total sales | 19.7% | 20.0% | 18.1% |
| Total expenses | $8,733,031 | $9,209,695 | $9,848,173 |
| As % of total sales | 14.8% | 14.8% | 15.0% |
| As % of total gross | 75.2% | 74.4% | 83.0% |
| Total operating profit | $2,886,517 | $3,168,725 | $2,022,644 |
| As % of total sales | 4.9% | 5.1% | 3.1% |
| As % of total gross | 24.8% | 25.6% | 17.0% |
| Net profit before taxes | $3,087,321 | $2,120,558 | $2,168,199 |
| As % of total sales | 5.2% | 3.4% | 3.3% |
| As % of total gross | 26.6% | 17.1% | 18.3% |
| New-truck department[2] | | | |
| New-truck department total sales | $33,673,936 | $37,254,600 | $37,360,878 |
| New-truck department sales as % of total sales | 57.9% | 61.0% | 58.6% |
| New-truck department gross as % of total gross | 22.5% | 20.8% | 19.7% |
| New Class 8 truck selling price (retail) | $158,993 | $164,178 | $178,775 |
| Gross as % of selling price | 7.5% | 6.8% | 6.0% |
| Retail gross profit per new Class 8 truck retailed | $11,987 | $11,214 | $10,803 |
| Retail net profit per new Class 8 truck retailed | $5,860 | $3,711 | $4,178 |
| F&I income as % of new-truck sales | 0.6% | 0.5% | 0.4% |
| F&I penetration (new) | 10.9% | 11.8% | 12.4% |

[1] Gross profit includes cost of goods sold, but not SG&A or advertising.
[2] Excludes F&I sales unless otherwise noted.
[3] Advertising expense includes advertising and sales promotion less advertising rebates. Some advertising data are reported in one account that includes sales promotion and is already less advertising rebates.
Source: NADA



# New-Truck Dealerships *(continued)*

## Average New-Truck Dealership Profile *(continued)*

| | 2023 | 2024 | 2025 |
|---|---|---|---|
| Used-truck department[2] | | | |
| Used-truck department sales | $3,565,500 | $2,964,325 | $3,174,160 |
| Used-truck department sales as % of total sales | 6.1% | 4.9% | 5.0% |
| Used-truck department gross as % of total gross | 2.2% | 1.9% | 2.0% |
| Used Class 8 truck selling price (retail) | $74,111 | $58,929 | $64,163 |
| Gross as % of selling price | 7.9% | 9.0% | 8.3% |
| Retail gross profit per used Class 8 truck retailed | $5,878 | $5,286 | $5,318 |
| Retail net profit per used Class 8 truck retailed | ($3,288) | ($3,082) | ($2,690) |
| F&I income as % of used-truck sales | 1.1% | 0.9% | 32.5% |
| F&I penetration (used) | 6.7% | 6.4% | 5.2% |
| Used- to new-unit truck ratio (retail only) | 26.0% | 24.8% | 30.7% |
| Service, parts and body shop department | | | |
| Service, parts and body shop sales | $20,962,106 | $20,883,711 | $23,262,519 |
| Service, parts and body shop sales as % of total sales | 36.0% | 34.2% | 36.5% |
| Service, parts and body shop gross as % of total gross | 73.9% | 73.8% | 77.5% |
| Warranty (% of total service, parts and body shop sales) | 9.5% | 10.2% | 11.3% |
| Advertising expenses[3] | $86,167 | $105,963 | $122,655 |
| As % of total sales | 0.1% | 0.2% | 0.2% |
| Per new truck retailed | $512 | $584 | $859 |
| Rent and equivalent | $883,414 | $1,008,260 | $1,142,065 |
| As % of total sales | 1.5% | 1.6% | 1.7% |
| Per new truck retailed | $5,248 | $5,555 | $7,997 |
| Floor plan interest | $255,347 | $461,744 | $447,337 |
| As % of total sales | 0.4% | 0.7% | 0.7% |
| Per new truck retailed | $1,517 | $2,544 | $3,132 |

[1] Gross profit includes cost of goods sold, but not SG&A or advertising.
[2] Excludes F&I sales unless otherwise noted.
[3] Advertising expense includes advertising and sales promotion less advertising rebates. Some advertising data are reported in one account that includes sales promotion and is already less advertising rebates.
Source: NADA



# New-Truck Dealerships *(continued)*

## New-Truck Dealerships by State, 2025

| | Medium- & Heavy Duty Dealerships | |
|---|---|---|
| | Chevrolet and Ram Medium-Duty | |

| State | Medium- & Heavy Duty | Chevrolet and Ram Medium-Duty | Total | State | Medium- & Heavy Duty | Chevrolet and Ram Medium-Duty | Total |
|---|---|---|---|---|---|---|---|
| Alabama | 36 | 17 | **53** | Nebraska | 29 | 13 | **42** |
| Alaska | 10 | 6 | **16** | Nevada | 11 | 11 | **22** |
| Arizona | 25 | 18 | **43** | New Hampshire | 12 | 14 | **26** |
| Arkansas | 26 | 25 | **51** | New Jersey | 51 | 32 | **83** |
| California | 144 | 118 | **262** | New Mexico | 17 | 9 | **26** |
| Colorado | 30 | 29 | **59** | New York | 82 | 86 | **168** |
| Connecticut | 22 | 28 | **50** | North Carolina | 67 | 55 | **122** |
| Delaware | 6 | 7 | **13** | North Dakota | 15 | 12 | **27** |
| Florida | 105 | 74 | **179** | Ohio | 86 | 78 | **164** |
| Georgia | 58 | 41 | **99** | Oklahoma | 26 | 40 | **66** |
| Hawaii | 6 | 5 | **11** | Oregon | 29 | 22 | **51** |
| Idaho | 24 | 17 | **41** | Pennsylvania | 109 | 77 | **186** |
| Illinois | 72 | 69 | **141** | Rhode Island | 7 | 5 | **12** |
| Indiana | 60 | 44 | **104** | South Carolina | 26 | 25 | **51** |
| Iowa | 51 | 39 | **90** | South Dakota | 14 | 9 | **23** |
| Kansas | 33 | 19 | **52** | Tennessee | 44 | 34 | **78** |
| Kentucky | 25 | 26 | **51** | Texas | 175 | 153 | **328** |
| Louisiana | 46 | 22 | **68** | Utah | 16 | 22 | **38** |
| Maine | 15 | 14 | **29** | Vermont | 12 | 10 | **22** |
| Maryland | 49 | 27 | **76** | Virginia | 49 | 35 | **84** |
| Massachusetts | 44 | 36 | **80** | Washington | 43 | 32 | **75** |
| Michigan | 54 | 55 | **109** | West Virginia | 12 | 11 | **23** |
| Minnesota | 54 | 26 | **80** | Wisconsin | 72 | 60 | **132** |
| Mississippi | 30 | 18 | **48** | Wyoming | 11 | 9 | **20** |
| Missouri | 48 | 50 | **98** | **Total U.S.** | | | **3,798** |
| Montana | 16 | 10 | **26** | | | | |

Source: NADA

## 2,104
MEDIUM- & HEAVY-DUTY DEALERSHIPS

## 1,694
CHEVROLET & RAM MEDIUM-DUTY DEALERSHIPS

## 3,798
TOTAL NEW-TRUCK DEALERSHIPS

    

# ATD DATA

## New-Truck Dealerships *(continued)*

**Share of Owners by Number of Dealerships Operated, by Year**

| Number of dealerships | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|
| 1-5 | 94.7% | 94.6% | 94.2% | 93.5% | 92.8% | 94.8% | 94.5% | 94.5% |
| 6-10 | 3.8% | 4.0% | 4.2% | 4.2% | 4.5% | 3.4% | 3.4% | 3.3% |
| 11-15 | 0.8% | 0.7% | 0.7% | 1.1% | 1.2% | 0.8% | 1.2% | 1.0% |
| 16-25 | 0.5% | 0.6% | 0.7% | 0.9% | 1.2% | 0.6% | 0.6% | 0.7% |
| 26-50 | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | 0.2% | 0.3% | 0.4% |
| Greater than 50 | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.1% | 0.1% | 0.1% |

Source: NADA

# ATD DATA
# Dealership Financial Trends

## Total Sales by State, 2025

| State | All dealerships ($ millions) |
|---|---|
| Alabama | $2,363 |
| Alaska | $656 |
| Arizona | $1,641 |
| Arkansas | $1,707 |
| California | $9,452 |
| Colorado | $1,969 |
| Connecticut | $1,444 |
| Delaware | $394 |
| Florida | $6,892 |
| Georgia | $3,807 |
| Hawaii | $394 |
| Idaho | $1,575 |
| Illinois | $4,726 |
| Indiana | $3,939 |
| Iowa | $3,348 |
| Kansas | $2,166 |
| Kentucky | $1,641 |
| Louisiana | $3,020 |
| Maine | $985 |
| Maryland | $3,216 |
| Massachusetts | $2,888 |
| Michigan | $3,545 |
| Minnesota | $3,545 |
| Mississippi | $1,969 |
| Missouri | $3,151 |
| Montana | $1,050 |

| State | All dealerships ($ millions) |
|---|---|
| Nebraska | $1,904 |
| Nevada | $722 |
| New Hampshire | $788 |
| New Jersey | $3,348 |
| New Mexico | $1,116 |
| New York | $5,383 |
| North Carolina | $4,398 |
| North Dakota | $985 |
| Ohio | $5,645 |
| Oklahoma | $1,707 |
| Oregon | $1,904 |
| Pennsylvania | $7,155 |
| Rhode Island | $459 |
| South Carolina | $1,707 |
| South Dakota | $919 |
| Tennessee | $2,888 |
| Texas | $11,487 |
| Utah | $1,050 |
| Vermont | $788 |
| Virginia | $3,216 |
| Washington | $2,823 |
| West Virginia | $788 |
| Wisconsin | $4,726 |
| Wyoming | $722 |
| **Total U.S. ($ billions)** | **$138.11** |

Source: NADA

# ATD DATA

# Dealership Financial Trends *(continued)*

## Sales of New-Truck Dealerships, by Year



Total of all dealerships, in billions of dollars (left scale)
Average per dealership, in millions of dollars (right scale)

$105.33  $109.18  $79.47  $102.69  $117.01  $123.27  $130.21  $138.11
$47.02  $48.61  $35.76  $45.99  $52.54  $58.87  $62.03  $65.64

Source: NADA

## Pre-Tax Net Profit Share of Sales



3.0%  2.6%  2.6%  5.2%  5.9%  5.2%  3.4%  3.3%
2018  2019  2020  2021  2022  2023  2024  2025

Source: NADA

## Share of Total Dealership Sales Dollars, 2024 vs. 2025



Used trucks 4.9%
New trucks 61.0%
Service and parts 34.2%
2024

Used trucks 5.0%
New trucks 58.6%
Service and parts 36.5%
2025

Source: NADA

# ATD DATA

# New-Truck Department

## Average Number of Class 8 Trucks Sold and Selling Price, by Year

| Year | New trucks sold | Average retail selling price |
|------|-----------------|------------------------------|
| 2018 | 193 | $117,426 |
| 2019 | 194 | $122,548 |
| 2020 | 115 | $130,595 |
| 2021 | 137 | $140,826 |
| 2022 | 163 | $143,475 |
| 2023 | 168 | $158,993 |
| 2024 | 182 | $164,178 |
| 2025 | 143 | $178,775 |

Source: NADA



## $178,775

AVERAGE SELLING PRICE OF
CLASS 8 NEW TRUCKS SOLD
*(by new-truck dealerships)*

## Total New-Truck Sales, by Year

| Year | Class 4 | Class 5 | Class 6 | Class 7 | Class 8 | Total |
|------|---------|---------|---------|---------|---------|-------|
| 2018 | 20,502 | 81,347 | 71,626 | 63,828 | 250,545 | 487,848 |
| 2019 | 21,892 | 84,754 | 77,629 | 66,469 | 276,348 | 527,092 |
| 2020 | 21,783 | 93,081 | 52,213 | 50,676 | 191,900 | 409,653 |
| 2021 | 28,428 | 101,770 | 61,487 | 48,018 | 221,889 | 461,592 |
| 2022 | 24,003 | 79,960 | 71,998 | 45,873 | 254,206 | 476,040 |
| 2023 | 26,001 | 83,374 | 77,994 | 53,156 | 266,752 | 507,277 |
| 2024 | 24,583 | 85,886 | 71,414 | 60,142 | 240,249 | 482,274 |
| 2025 | 15,590 | 72,311 | 65,187 | 54,993 | 208,386 | 416,467 |

Source: Wards Intelligence

# ATD DATA

## New-Truck Department *(continued)*

**Market Share by Manufacturer, 2025**



| Market Share (%) | YTD Change (%) | CLASS 8 | | CLASSES 4-7 | YTD Change (%) | Market Share (%) |
|---|---|---|---|---|---|---|
| 35.3 | ▼ 0.7 | FREIGHTLINER | | FORD | ▲ 3.4 | 33.8 |
| 15.2 | ▼ 0.5 | PETERBILT | | FREIGHTLINER | ▼ 1.1 | 18.7 |
| 15.1 | ▼ 0.1 | KENWORTH | | INTERNATIONAL | ▲ 0.9 | 15.2 |
| 11.0 | ▼ 0.1 | INTERNATIONAL | | ISUZU | ▼ 0.1 | 9.0 |
| 9.1 | ▼ 1.1 | VOLVO | | RAM | ▼ 1.0 | 6.2 |
| 8.7 | ▲ 1.8 | MACK | | GM | ▼ 0.7 | 5.8 |
| 5.5 | ▲ 0.7 | WESTERN STAR | | HINO | ▲ 0.5 | 3.4 |
| 0.0 | ◀ 0.0 | HINO | | PETERBILT | ▼ 0.7 | 3.2 |
| | | | | KENWORTH | ▼ 0.8 | 3.1 |
| | | | | MACK | ▲ 1.7 | 1.7 |

Source: Wards Intelligence

# ATD DATA
## Used-Truck Department

**Average Class 8 Used Trucks Sold per New-Truck Dealership, by Year**



Source: NADA



AVERAGE NUMBER OF USED CLASS 8 TRUCKS SOLD IN 2025
*(per new-truck dealership)*

# 44

**Average Retail Selling Price of Class 8 Used Trucks Sold by New-Truck Dealerships, by Year**

In thousands



Source: NADA



# $64,163

AVERAGE RETAIL SELLING PRICE OF CLASS 8 USED TRUCKS SOLD
*(by new-truck dealerships)*

# ATD DATA

# Service and Parts Department

## Dealerships' Total Service and Parts Sales, 2025

**Service labor sales** (in billions of dollars)



Source: NADA

**Parts sales** (in billions of dollars)



Source: NADA



## $47.91 billion

SERVICE AND PARTS SALES
*(for all truck dealerships)*

## Dealerships' Total Service and Parts Sales, 2025 (in billions of dollars)

| Service labor sales | |
| --- | --- |
| Customer mechanical | $7.23 |
| Warranty | $2.51 |
| Internal | $0.91 |
| **Total service labor** | **$10.67** |
| **Parts sales** | |
| Customer mechanical | $5.21 |
| Warranty | $2.90 |
| Internal | $0.90 |
| Body shop | $0.40 |
| Counter | $22.91 |
| Wholesale | $4.11 |
| Other | $0.23 |
| **Total parts** | **$36.67** |

Source: NADA

# ATD DATA

## Service and Parts Department *(continued)*

### Dealership Service and Parts Sales, by Year



- - - Total of all dealerships, in billions of dollars (right scale)
——— Average per dealership, in millions of dollars (left scale)

$32.47   $33.94   $28.11   $35.94   $41.90   $42.94   $42.81   $47.91

$14.50   $15.11   $12.65   $16.09   $18.81   $20.51   $20.40   $22.77

2018   2019   2020   2021   2022   2023   2024   2025

Source: NADA



**$22.77 million**
SERVICE AND
PARTS SALES
*(per new-truck dealership)*

**46,523**
TECHNICIANS
*(including body shop)*

**11+ million**
REPAIR ORDERS
WRITTEN

# ATD DATA

# Service and Parts Department *(continued)*

## Profile of Dealerships' Service and Parts Operations, 2025

|  | Average dealership | All dealers |
|---|---|---|
| Total service and parts sales | $22,770,215 | $47,908,531,454 |
| Service and parts gross profit as % of service and parts sales | 37.6% | |
| Total number of repair orders written | 5,267 | 11,082,537 |
| Service and parts sales per customer repair order | $8,035 | |
| Service and parts sales per warranty repair order | $13,816 | |
| Parts sales per service labor sale | $3.44 | |
| Number of technicians (including body shop) | 22 | 46,523 |
| Number of technicians (excluding body shop) | 20 | 42,366 |
| Total parts inventory | $643,783 | $1,354,520,255 |
| Average customer mechanical labor rate | $182 | |

Source: NADA

## Fixed Absorption by Year



Source: NADA

# ATD DATA

# Body Shop Department

## Dealerships Operating On-Site Body Shops, by Year

**Percent of total dealership**



Source: NADA

## Dealership Body Shop Sales, by Year



Source: NADA

# ATD DATA
## Dealership Advertising

## Dealership Advertising Expenditures, by Year



- - - - Total of all dealerships, in millions of dollars (left scale)
———— Average per dealership, in thousands of dollars (right scale)

Source: NADA

## Dealership Advertising per Class 8 New Truck Sold, by Year

**In dollars**



Source: NADA

# ATD DATA
## Employment and Payroll

## Number of New-Truck Dealership Employees, by Year



- - - Total of all dealerships in thousands (right scale)
— Average number per dealership (left scale)

Source: NADA

## Dealership Employment by Position, 2025



New- and used-truck salespeople **4.7%**

Others **7.7%**

Supervisors **10.5%**

Technicians **31.5%**

Other service and parts employees **45.6%**

Source: NADA

## Estimated Dealership Employment by State, 2025

| State | Employment | State | Employment |
|---|---|---|---|
| Alabama | 2,528 | Nebraska | 2,037 |
| Alaska | 702 | Nevada | 772 |
| Arizona | 1,756 | New Hampshire | 843 |
| Arkansas | 1,826 | New Jersey | 3,582 |
| California | 10,113 | New Mexico | 1,194 |
| Colorado | 2,107 | New York | 5,759 |
| Connecticut | 1,545 | North Carolina | 4,705 |
| Delaware | 421 | North Dakota | 1,053 |
| Florida | 7,374 | Ohio | 6,039 |
| Georgia | 4,073 | Oklahoma | 1,826 |
| Hawaii | 421 | Oregon | 2,037 |
| Idaho | 1,685 | Pennsylvania | 7,655 |
| Illinois | 5,056 | Rhode Island | 492 |
| Indiana | 4,214 | South Carolina | 1,826 |
| Iowa | 3,582 | South Dakota | 983 |
| Kansas | 2,317 | Tennessee | 3,090 |
| Kentucky | 1,756 | Texas | 12,290 |
| Louisiana | 3,230 | Utah | 1,124 |
| Maine | 1,053 | Vermont | 843 |
| Maryland | 3,441 | Virginia | 3,441 |
| Massachusetts | 3,090 | Washington | 3,020 |
| Michigan | 3,792 | West Virginia | 843 |
| Minnesota | 3,792 | Wisconsin | 5,056 |
| Mississippi | 2,107 | Wyoming | 772 |
| Missouri | 3,371 | **Total U.S.** | **147,756** |
| Montana | 1,124 | | |

Source: NADA

# ATD DATA

## Employment *(continued)*

**Estimated Payroll by State, 2025** (in millions of dollars)

| State | Amount | State | Amount |
|-------|--------|-------|--------|
| Alabama | $186.05 | Nebraska | $143.61 |
| Alaska | $49.52 | Nevada | $54.47 |
| Arizona | $123.80 | New Hampshire | $59.42 |
| Arkansas | $128.75 | New Jersey | $252.55 |
| California | $713.08 | New Mexico | $84.18 |
| Colorado | $148.56 | New York | $406.06 |
| Connecticut | $108.94 | North Carolina | $331.78 |
| Delaware | $29.71 | North Dakota | $74.28 |
| Florida | $519.95 | Ohio | $425.87 |
| Georgia | $287.21 | Oklahoma | $128.75 |
| Hawaii | $29.71 | Oregon | $143.61 |
| Idaho | $118.85 | Pennsylvania | $539.76 |
| Illinois | $356.54 | Rhode Island | $34.66 |
| Indiana | $297.12 | South Carolina | $128.75 |
| Iowa | $252.55 | South Dakota | $69.33 |
| Kansas | $163.41 | Tennessee | $217.88 |
| Kentucky | $123.80 | Texas | $866.59 |
| Louisiana | $227.79 | Utah | $79.23 |
| Maine | $74.28 | Vermont | $59.42 |
| Maryland | $242.64 | Virginia | $242.64 |
| Massachusetts | $217.88 | Washington | $212.93 |
| Michigan | $267.40 | West Virginia | $59.42 |
| Minnesota | $267.40 | Wisconsin | $356.54 |
| Mississippi | $148.56 | Wyoming | $54.47 |
| Missouri | $237.69 | | |
| Montana | $79.23 | **Total U.S.** | **$10,873.49** |

Source: NADA

S. HRG. 105–252

# TONGASS LAND MANAGEMENT

# JOINT HEARINGS

BEFORE THE

## COMMITTEE ON
## ENERGY AND NATURAL RESOURCES
## UNITED STATES SENATE

AND THE

## COMMITTEE ON RESOURCES
## U.S. HOUSE OF REPRESENTATIVES

ONE HUNDRED FIFTH CONGRESS

FIRST SESSION

ON

THE TONGASS LAND MANAGEMENT PLAN

———————

JULY 9, 1997
JULY 10, 1997



Printed for the use of the
Committee on Energy and Natural Resources and
the House Committee on Resources

For sale by the U.S. Government Printing Office
Superintendent of Documents, Congressional Sales Office, Washington, DC 20402

———————

U.S. GOVERNMENT PRINTING OFFICE
45–244 CC                    WASHINGTON : 1997