# Exhibit 13

## (Nationwide Heavy Weight Truck Sales)



## ☆ Motor Vehicle Retail Sales: Heavy Weight Trucks (HTRUCKSSAAR)

*Observations* ⌄

2025: **0.417**

Updated:
Jun 5, 2026
1:20 PM CDT

Next Release Date:
Jun 25, 2026

*Units:*

Millions of
Units,

Seasonally
Adjusted
Annual
Rate

*Frequency:*

Annual,

Average

1Y    5Y    10Y    Max    📅



Ec

**FRED** 〰️ — Motor Vehicle Retail Sales: Heavy Weight Trucks

Source: U.S. Bureau of Economic Analysis via FRED®
*Shaded areas indicate U.S. recessions.*

fred.stlouisfed.org    Fullscreen ⟨⟩

Share Graph ↗    Account Tools 👥

○ ⓕ ◎ in

## Notes

**Source:** U.S. Bureau of Economic Analysis

**Release:** Supplemental Estimates, Motor Vehicles

**Units:** Millions of Units, Seasonally Adjusted Annual Rate

**Frequency:** Monthly

**Notes:**

heavy trucks are trucks with more than 14,000 pounds gross vehicle weight.

**Suggested Citation:**

U.S. Bureau of Economic Analysis, Motor Vehicle Retail Sales: Heavy Weight Trucks [HTRUCKSSAAR], retrieved from FRED, Federal Reserve Bank of St. Louis; https://fred.stlouisfed.org/series/HTRUCKSSAAR, June 22, 2026.

## Release Tables

**Supplemental Estimates, Motor Vehicles**

⊞ Auto Sales and Inventories, Monthly, Seasonally Adjusted at Annual Rate

## Related Data and Content

### Data Suggestions Based On Your Search



**Light Weight Vehicle Sales: Autos and Light Trucks**

**Total Vehicle Sales**

**Truck Tonnage Index**

**Motor Vehicle Retail Sales: Light Weight Trucks**

See More...

### Content Suggestions