# Exhibit 14
## (Spartan RV Brochure)

# EVERY ADVENTURE
# RIDES ON A SPARTAN.



# NEVER SETTLE.

Why would you settle for anything but the best? You've earned the right to explore new places and meet new people. We're here to make sure your journey is safe, smooth, and always first class. We're Spartan Motors, the premier foundation for the adventure of a lifetime.

# BUILT FOR THE LONG ROAD.



## 4
### Color-Coded Air Purge System
Drain valves should be purged/pulled every trip. We affix color-coded lanyards to ours to make it easier for you to identify which is which.

## 5
### Self-Leveling Air Suspension for Simple Setup
Electronic self-leveling air suspension provides an easy way to get your coach leveled quickly and efficiently for short-term stays, without the use of hydraulic leveling jacks.

## 6
### Luxury Ride and Handling
Robust, purpose-built (up to 20,000 lbs.) independent front suspension with integrated steering gears provides the industry's best wheel cut.

# 1

### Passive Steer Tag Axle

- Improves forward-moving maneuverability for navigating tight turns on twisty roads, in campgrounds, and in parking lots
- Wheels straighten automatically in reverse and when moving forward at highway speed

# 2

### A More Comfortable Ride

Spartan chassis feature race-inspired shocks and a custom, independent front suspension specifically tuned for motorhomes, to better absorb bumps and potholes. With advanced agility and control, passengers enjoy a more comfortable ride while the driver commands the road with confidence.

# 3

### Easy-Access On-Chassis Service Center

- Air Dryer
- Power Distribution Center
- Fuel Filter(s)
- Air Governor
- Chassis Batteries
- Master Chassis Battery Disconnect Switch




# 7

### Campground-Friendly Cooling System

- Side-mounted for improved cooling
- Stacked to reduce debris between cores
- Engine-controlled fan speed for less noise

# 8

### More Support for More Confidence

- Hundreds of authorized motorhome service centers across North America
- 24/7 customer support
- Complimentary roadside assistance through Coach-Net® for the first three years of ownership.

# 9

### Getting You Safely to Each New Adventure

Spartan's Advanced Protection System® allows you to drive from adventure to adventure with confidence. And, our advanced technology makes owning and operating a Class A RV safer.



*"I didn't think much about the chassis of an RV until I drove one sitting on top of a Spartan. Feels more like a luxury car than a big motorhome."*

Jack Brooks
Entegra Anthem

## The only chassis made exclusively for motorhomes.

We don't take the easy route and modify a truck chassis for Class A motorhomes. We know you want a quality RV that is as smooth and quiet as it is exciting and well appointed. So, we built a unique chassis from the ground up, designed and engineered to connect the road to the driver with a ride that responds more like a luxury SUV than a truck. And with Spartan's industry-leading Advanced Protection System®, you'll feel safer than ever.



The finest Class A coaches are built on Spartan chassis. Designed, engineered, and made in America with the finest components to create a premier foundation for the world's most demanding RV makers and owners.

The highest-quality materials provide reliability and dependability. Nationwide service and the best warranty in the business provide peace of mind. Together, they ensure that a motorhome riding on a Spartan chassis is built to take you confidently from one adventure to the next.

2019 PRODUCT LINEUP



Riding under the Foretravel Realm and Foretravel ih-45



### K4 605 Features:

- Cummins X15 605 HP Diesel Engine
- Allison 4000MH Electronic Transmission
- Trussed, Torque-box Structured Frame Design
- 20,000 lb Independent Front Suspension
- 20,000 lb Towing Capacity



Riding under the Entegra Cornerstone and the Newmar King Aire, Essex, and London Aire



### K3 605 Features:

- Cummins X15 605 HP Diesel Engine
- Allison 4000MH Electronic Transmission
- 20,000 lb Independent Front Suspension
- 20,000 lb Towing Capacity



Riding under the Newmar Mountain Aire 40' and 45'



### K3 500 Features:

- Cummins ISX12 500 HP Diesel Engine
- Allison 4000MH Electronic Transmission
- 20,000 lb Independent Front Suspension
- 15,000 lb Towing Capacity

SPARTANMOTORS.COM/RV



Riding under the Entegra Anthem 42' and 44', Aspire 40', 42', and 44', and Insignia 44' and the Newmar Dutch Star 40' and 43'



### K2 450 Features:

- Cummins L9 450 HP Diesel Engine
- Allison 3000MH Electronic Transmission
- Up to 20,000 lb Capacity Independent Front Suspension
- Up to 15,000 lb Towing Capacity



Riding under the Newmar Ventana 40' and 43'



### K2 400 Features:

- Cummins L9 400 HP Diesel Engine
- Up to 15,000 lb Capacity Independent Front Suspension
- Allison 3000MH Electronic Transmission
- 15,000 lb Towing Capacity



Riding under the Entegra Insignia 37' and 40'



### K2 380 Features:

- Cummins L9 380 HP Diesel Engine
- Allison 3000MH Electronic Transmission
- 10,000 lb Towing Capacity
- Up to 16,000 lb Air Suspension



Riding under the Jayco Embark



### K1 360 Features:

- Cummins B6.7 360 HP Diesel Engine
- Allison 3000MH 6-Speed Electronic Transmission
- Up to 12,600 lb Capacity Independent Front Suspension
- Up to 10,000 lb Towing Capacity

# SPARTAN IS HERE TO MAKE EVERY ADVENTURE WORRY FREE.

## SAFE & SOUND: 24/7 service and support is just around the corner.

Your adventures on the road don't always happen from 9 a.m. to 5 p.m. Spartan Service and Support is just a phone call or click away to make traveling easy on your mind. A three-year complimentary roadside assistance plan through the Coach Net® network includes access to over 40,000 service and repair facilities throughout the U.S. and Canada, and provides towing, fuel delivery, flat tire, jump-start, lockout, winching, and RV mobile mechanic services, day or night—24/7/365.

You're never far from one of hundreds of Spartan Authorized Service Centers where you can find licensed and insured technicians who are required to complete regular training to keep current on all Spartan chassis.

In addition, the Spartan Connected Care® mobile app puts owners in touch with on-the-go access to:

- Quick links to service and support
- Pre-trip inspection checklists
- An integrated service center locator
- Maintenance schedules
- Diagnostic code search
- Key Spartan contact information
- Spartan's show and rally schedule
- Plus more!

## Industry-Best Warranty

Every Spartan chassis comes with a three-year/50,000-mile transferable warranty. Our chassis also include a 20-Year transferable warranty on frame & cross members as well as a five-year/100,000-mile Cummins Engine warranty and an Allison Transmission five-year/200,000-mile warranty. Complimentary roadside assistance from Coach Net® is included for the first three years of ownership.



*spartanmotors.com/rvservice*

*Spartan Connected Care®*





SPARTANMOTORS.COM/RV

*"The training program is amazing. There is so much to learn, and the instructors have so much to offer and share."*

Rita Northrup
Newmar Owner

## KNOW THE ROAD: Spartan Owner Training Academy

Spartan offers owners an exclusive training program focusing on chassis care and maintenance. Intimate class sizes, on-the-road driving instruction, and networking with other owners are just a few of the many highlights the Academy provides:

- Chassis troubleshooting including:
  - Electrical
  - Air systems
  - Suspensions
- Chassis maintenance
- Weighing unit/tire pressure
- Spartan customer & product support/warranty information
- On-the-road drive time with a certified instructor
- Walk-around of coach with a qualified Spartan chassis technician
- Factory tour
- Discounts on parts and accessories

## Welcome to the Spartan Family

Owning a Class A motorhome on a Spartan chassis automatically makes you a part of Spartan's extended family. From a broad range of owner-exclusive training opportunities to discounts on parts and accessories for your coach, being a part of the Spartan network means something more.

Spartan encourages membership in a broad range of organizations and groups that further extend the outreach of RVing and make the pastime fun and enjoyable for all who take to the road.

To that end, Spartan attends a number of rallies and shows across the country to reconnect with and service its owner community. Our expert staff of engineers and parts and service personnel is available to answer any questions you have about your Spartan chassis.

*spartanmotors.com/rvevents*



SPARTANMOTORS.COM/RV

