# Exhibit 16

## (Senate Vote on H.J. Res. 87 & 89)



# UNITED STATES SENATE

## Roll Call Vote 119th Congress - 1st Session

**Vote Summary**                                                      XML

**Question:** On the Joint Resolution (H.J.Res. 87 )

**Vote Number:** 279          **Vote Date:** May 22, 2025, 12:22 PM

**Required For Majority:** 1/2 **Vote Result:** Joint Resolution Passed

**Vote Counts:**  YEAs  51
           NAYs   45
           Not Voting  4

*Information compiled through Senate LIS by the Senate bill clerk under the direction of the secretary of the Senate

Vote Summary        By Senator Name        By Vote Position
By Home State

**Alphabetical by**

**Senator Name**

| | | |
|---|---|---|
| Alsobrooks (D-MD), **Not Voting** | Cortez Masto (D-NV), **Nay** | Hickenlooper (D-CO), **Nay** |
| Baldwin (D-WI), **Nay** | Cotton (R-AR), **Yea** | Hirono (D-HI), **Nay** |
| Banks (R-IN), **Yea** | Cramer (R-ND), **Yea** | Hoeven (R-ND), **Yea** |
| Barrasso (R-WY), **Yea** | Crapo (R-ID), **Yea** | Husted (R-OH), **Yea** |
| Bennet (D-CO), **Nay** | Cruz (R-TX), **Yea** | Hyde-Smith (R-MS), **Yea** |
| Blackburn (R-TN), **Not Voting** | Curtis (R-UT), **Yea** | Johnson (R-WI), **Yea** |
| | Daines (R-MT), **Yea** | Justice (R-WV), **Yea** |
| Blumenthal (D-CT), **Nay** | Duckworth (D-IL), **Nay** | Kaine (D-VA), **Nay** |
| Blunt Rochester (D-DE), **Nay** | Durbin (D-IL), **Nay** | Kelly (D-AZ), **Nay** |
| | Ernst (R-IA), **Yea** | Kennedy (R-LA), **Yea** |
| Booker (D-NJ), **Nay** | Fetterman (D-PA), **Nay** | Kim (D-NJ), **Nay** |
| Boozman (R-AR), **Yea** | Fischer (R-NE), **Yea** | King (I-ME), **Nay** |
| Britt (R-AL), **Yea** | Gallego (D-AZ), **Nay** | Klobuchar (D-MN), **Nay** |
| Budd (R-NC), **Not Voting** | Gillibrand (D-NY), **Nay** | Lankford (R-OK), **Yea** |
| Cantwell (D-WA), **Nay** | Graham (R-SC), **Yea** | Lee (R-UT), **Yea** |
| Capito (R-WV), **Yea** | Grassley (R-IA), **Yea** | Lujan (D-NM), **Nay** |
| Cassidy (R-LA), **Yea** | Hagerty (R-TN), **Yea** | Lummis (R-WY), **Yea** |
| Collins (R-ME), **Yea** | Hassan (D-NH), **Nay** | Markey (D-MA), **Nay** |
| Coons (D-DE), **Nay** | Hawley (R-MO), **Yea** | Marshall (R-KS), **Yea** |
| Cornyn (R-TX), **Yea** | Heinrich (D-NM), **Not Voting** | McConnell (R-KY), **Yea** |
| | | McCormick (R-PA), **Yea** |

Merkley (D-OR), **Nay**         Risch (R-ID), **Yea**           Sullivan (R-AK), **Yea**
Moody (R-FL), **Yea**           Rosen (D-NV), **Nay**           Thune (R-SD), **Yea**
Moran (R-KS), **Yea**           Rounds (R-SD), **Yea**          Tillis (R-NC), **Yea**
Moreno (R-OH), **Yea**          Sanders (I-VT), **Nay**         Tuberville (R-AL), **Yea**
Mullin (R-OK), **Yea**          Schatz (D-HI), **Nay**          Van Hollen (D-MD), **Nay**
Murkowski (R-AK), **Yea**       Schiff (D-CA), **Nay**          Warner (D-VA), **Nay**
Murphy (D-CT), **Nay**          Schmitt (R-MO), **Yea**         Warnock (D-GA), **Nay**
Murray (D-WA), **Nay**          Schumer (D-NY), **Nay**         Warren (D-MA), **Nay**
Ossoff (D-GA), **Nay**          Scott (R-FL), **Yea**           Welch (D-VT), **Nay**
Padilla (D-CA), **Nay**         Scott (R-SC), **Yea**           Whitehouse (D-RI), **Nay**
Paul (R-KY), **Yea**            Shaheen (D-NH), **Nay**         Wicker (R-MS), **Yea**
Peters (D-MI), **Nay**          Sheehy (R-MT), **Yea**          Wyden (D-OR), **Nay**
Reed (D-RI), **Nay**            Slotkin (D-MI), **Nay**         Young (R-IN), **Yea**
Ricketts (R-NE), **Yea**        Smith (D-MN), **Nay**

Vote Summary        By Senator Name        By Vote Position

By Home State        ———————————————        **Grouped By Vote**

**Position**

## YEAs ---51

Banks (R-IN)               Grassley (R-IA)            Moreno (R-OH)
Barrasso (R-WY)            Hagerty (R-TN)             Mullin (R-OK)
Boozman (R-AR)             Hawley (R-MO)              Murkowski (R-AK)
Britt (R-AL)               Hoeven (R-ND)              Paul (R-KY)
Capito (R-WV)              Husted (R-OH)              Ricketts (R-NE)
Cassidy (R-LA)             Hyde-Smith (R-MS)          Risch (R-ID)
Collins (R-ME)             Johnson (R-WI)             Rounds (R-SD)
Cornyn (R-TX)              Justice (R-WV)             Schmitt (R-MO)
Cotton (R-AR)              Kennedy (R-LA)             Scott (R-FL)
Cramer (R-ND)              Lankford (R-OK)            Scott (R-SC)
Crapo (R-ID)               Lee (R-UT)                 Sheehy (R-MT)
Cruz (R-TX)                Lummis (R-WY)              Sullivan (R-AK)
Curtis (R-UT)              Marshall (R-KS)            Thune (R-SD)
Daines (R-MT)              McConnell (R-KY)           Tillis (R-NC)
Ernst (R-IA)               McCormick (R-PA)           Tuberville (R-AL)
Fischer (R-NE)             Moody (R-FL)               Wicker (R-MS)
Graham (R-SC)              Moran (R-KS)               Young (R-IN)

## NAYs ---45

Baldwin (D-WI)             Durbin (D-IL)              Kim (D-NJ)
Bennet (D-CO)              Fetterman (D-PA)           King (I-ME)
Blumenthal (D-CT)          Gallego (D-AZ)             Klobuchar (D-MN)
Blunt Rochester (D-DE)     Gillibrand (D-NY)          Lujan (D-NM)
Booker (D-NJ)              Hassan (D-NH)              Markey (D-MA)
Cantwell (D-WA)            Hickenlooper (D-CO)        Merkley (D-OR)
Coons (D-DE)               Hirono (D-HI)              Murphy (D-CT)
Cortez Masto (D-NV)        Kaine (D-VA)               Murray (D-WA)
Duckworth (D-IL)           Kelly (D-AZ)               Ossoff (D-GA)

Padilla (D-CA)          Schiff (D-CA)          Warner (D-VA)
Peters (D-MI)           Schumer (D-NY)         Warnock (D-GA)
Reed (D-RI)             Shaheen (D-NH)         Warren (D-MA)
Rosen (D-NV)            Slotkin (D-MI)         Welch (D-VT)
Sanders (I-VT)          Smith (D-MN)           Whitehouse (D-RI)
Schatz (D-HI)           Van Hollen (D-MD)      Wyden (D-OR)

### Not Voting - 4

Alsobrooks (D-MD)       Budd (R-NC)
Blackburn (R-TN)        Heinrich (D-NM)

Vote Summary       By Senator Name      By Vote Position
By Home State      ─────────────────────────────────  **Grouped by**

**Home State**
**Alabama:**
Britt (R-AL), **Yea**         Tuberville (R-AL), **Yea**
**Alaska:**
Murkowski (R-AK), **Yea**     Sullivan (R-AK), **Yea**
**Arizona:**
Gallego (D-AZ), **Nay**       Kelly (D-AZ), **Nay**
**Arkansas:**
Boozman (R-AR), **Yea**       Cotton (R-AR), **Yea**
**California:**
Padilla (D-CA), **Nay**       Schiff (D-CA), **Nay**
**Colorado:**
Bennet (D-CO), **Nay**        Hickenlooper (D-CO), **Nay**
**Connecticut:**
Blumenthal (D-CT), **Nay**    Murphy (D-CT), **Nay**
**Delaware:**
Blunt Rochester (D-DE), **Nay** Coons (D-DE), **Nay**
**Florida:**
Moody (R-FL), **Yea**         Scott (R-FL), **Yea**
**Georgia:**
Ossoff (D-GA), **Nay**        Warnock (D-GA), **Nay**
**Hawaii:**
Hirono (D-HI), **Nay**        Schatz (D-HI), **Nay**
**Idaho:**
Crapo (R-ID), **Yea**         Risch (R-ID), **Yea**
**Illinois:**
Duckworth (D-IL), **Nay**     Durbin (D-IL), **Nay**
**Indiana:**
Banks (R-IN), **Yea**         Young (R-IN), **Yea**
**Iowa:**
Ernst (R-IA), **Yea**         Grassley (R-IA), **Yea**
**Kansas:**
Marshall (R-KS), **Yea**      Moran (R-KS), **Yea**
**Kentucky:**

McConnell (R-KY), **Yea**        Paul (R-KY), **Yea**
**Louisiana:**
Cassidy (R-LA), **Yea**        Kennedy (R-LA), **Yea**
**Maine:**
Collins (R-ME), **Yea**        King (I-ME), **Nay**
**Maryland:**
Alsobrooks (D-MD), **Not Voting** Van Hollen (D-MD), **Nay**
**Massachusetts:**
Markey (D-MA), **Nay**        Warren (D-MA), **Nay**
**Michigan:**
Peters (D-MI), **Nay**        Slotkin (D-MI), **Nay**
**Minnesota:**
Klobuchar (D-MN), **Nay**        Smith (D-MN), **Nay**
**Mississippi:**
Hyde-Smith (R-MS), **Yea**        Wicker (R-MS), **Yea**
**Missouri:**
Hawley (R-MO), **Yea**        Schmitt (R-MO), **Yea**
**Montana:**
Daines (R-MT), **Yea**        Sheehy (R-MT), **Yea**
**Nebraska:**
Fischer (R-NE), **Yea**        Ricketts (R-NE), **Yea**
**Nevada:**
Cortez Masto (D-NV), **Nay**        Rosen (D-NV), **Nay**
**New Hampshire:**
Hassan (D-NH), **Nay**        Shaheen (D-NH), **Nay**
**New Jersey:**
Booker (D-NJ), **Nay**        Kim (D-NJ), **Nay**
**New Mexico:**
Heinrich (D-NM), **Not Voting** Lujan (D-NM), **Nay**
**New York:**
Gillibrand (D-NY), **Nay**        Schumer (D-NY), **Nay**
**North Carolina:**
Budd (R-NC), **Not Voting**        Tillis (R-NC), **Yea**
**North Dakota:**
Cramer (R-ND), **Yea**        Hoeven (R-ND), **Yea**
**Ohio:**
Husted (R-OH), **Yea**        Moreno (R-OH), **Yea**
**Oklahoma:**
Lankford (R-OK), **Yea**        Mullin (R-OK), **Yea**
**Oregon:**
Merkley (D-OR), **Nay**        Wyden (D-OR), **Nay**
**Pennsylvania:**
Fetterman (D-PA), **Nay**        McCormick (R-PA), **Yea**
**Rhode Island:**
Reed (D-RI), **Nay**        Whitehouse (D-RI), **Nay**

**South Carolina:**

Graham (R-SC), **Yea**          Scott (R-SC), **Yea**

**South Dakota:**

Rounds (R-SD), **Yea**          Thune (R-SD), **Yea**

**Tennessee:**

Blackburn (R-TN), **Not Voting** Hagerty (R-TN), **Yea**

**Texas:**

Cornyn (R-TX), **Yea**          Cruz (R-TX), **Yea**

**Utah:**

Curtis (R-UT), **Yea**          Lee (R-UT), **Yea**

**Vermont:**

Sanders (I-VT), **Nay**          Welch (D-VT), **Nay**

**Virginia:**

Kaine (D-VA), **Nay**          Warner (D-VA), **Nay**

**Washington:**

Cantwell (D-WA), **Nay**          Murray (D-WA), **Nay**

**West Virginia:**

Capito (R-WV), **Yea**          Justice (R-WV), **Yea**

**Wisconsin:**

Baldwin (D-WI), **Nay**          Johnson (R-WI), **Yea**

**Wyoming:**

Barrasso (R-WY), **Yea**          Lummis (R-WY), **Yea**

Vote Summary          By Senator Name          By Vote Position

By Home State



# UNITED STATES SENATE

## Roll Call Vote 119th Congress - 1st Session

**Vote Summary**                                                    XML

**Question:** On the Joint Resolution (H.J.Res. 89 )

**Vote Number:** 281          **Vote Date:** May 22, 2025, 02:09 PM

**Required For Majority:** 1/2  **Vote Result:** Joint Resolution Passed

**Vote Counts:**  YEAs  49
                 NAYs  46
                 Not Voting  5

*Information compiled through Senate LIS by the Senate bill clerk under the direction of the secretary of the Senate

Vote Summary          By Senator Name      By Vote Position
By Home State ─────────────────────────── **Alphabetical by**
**Senator Name**

| | | |
|---|---|---|
| Alsobrooks (D-MD), **Nay** | Cotton (R-AR), **Yea** | Hirono (D-HI), **Nay** |
| Baldwin (D-WI), **Nay** | Cramer (R-ND), **Yea** | Hoeven (R-ND), **Yea** |
| Banks (R-IN), **Yea** | Crapo (R-ID), **Yea** | Husted (R-OH), **Yea** |
| Barrasso (R-WY), **Yea** | Cruz (R-TX), **Yea** | Hyde-Smith (R-MS), **Yea** |
| Bennet (D-CO), **Nay** | Curtis (R-UT), **Yea** | Johnson (R-WI), **Yea** |
| Blackburn (R-TN), **Not Voting** | Daines (R-MT), **Yea** | Justice (R-WV), **Yea** |
| Blumenthal (D-CT), **Nay** | Duckworth (D-IL), **Nay** | Kaine (D-VA), **Nay** |
| Blunt Rochester (D-DE), **Nay** | Durbin (D-IL), **Nay** | Kelly (D-AZ), **Nay** |
| Booker (D-NJ), **Nay** | Ernst (R-IA), **Yea** | Kennedy (R-LA), **Yea** |
| Boozman (R-AR), **Yea** | Fetterman (D-PA), **Nay** | Kim (D-NJ), **Nay** |
| Britt (R-AL), **Not Voting** | Fischer (R-NE), **Yea** | King (I-ME), **Nay** |
| Budd (R-NC), **Not Voting** | Gallego (D-AZ), **Nay** | Klobuchar (D-MN), **Nay** |
| Cantwell (D-WA), **Nay** | Gillibrand (D-NY), **Nay** | Lankford (R-OK), **Yea** |
| Capito (R-WV), **Yea** | Graham (R-SC), **Yea** | Lee (R-UT), **Yea** |
| Cassidy (R-LA), **Yea** | Grassley (R-IA), **Yea** | Lujan (D-NM), **Nay** |
| Collins (R-ME), **Yea** | Hagerty (R-TN), **Yea** | Lummis (R-WY), **Yea** |
| Coons (D-DE), **Nay** | Hassan (D-NH), **Nay** | Markey (D-MA), **Nay** |
| Cornyn (R-TX), **Yea** | Hawley (R-MO), **Yea** | Marshall (R-KS), **Yea** |
| Cortez Masto (D-NV), **Nay** | Heinrich (D-NM), **Not Voting** | McConnell (R-KY), **Yea** |
| | Hickenlooper (D-CO), **Nay** | McCormick (R-PA), **Yea** |
| | | Merkley (D-OR), **Nay** |

Moody (R-FL), **Yea**
Moran (R-KS), **Not Voting**
Moreno (R-OH), **Yea**
Mullin (R-OK), **Yea**
Murkowski (R-AK), **Yea**
Murphy (D-CT), **Nay**
Murray (D-WA), **Nay**
Ossoff (D-GA), **Nay**
Padilla (D-CA), **Nay**
Paul (R-KY), **Yea**
Peters (D-MI), **Nay**
Reed (D-RI), **Nay**
Ricketts (R-NE), **Yea**
Risch (R-ID), **Yea**

Rosen (D-NV), **Nay**
Rounds (R-SD), **Yea**
Sanders (I-VT), **Nay**
Schatz (D-HI), **Nay**
Schiff (D-CA), **Nay**
Schmitt (R-MO), **Yea**
Schumer (D-NY), **Nay**
Scott (R-FL), **Yea**
Scott (R-SC), **Yea**
Shaheen (D-NH), **Nay**
Sheehy (R-MT), **Yea**
Slotkin (D-MI), **Nay**
Smith (D-MN), **Nay**
Sullivan (R-AK), **Yea**

Thune (R-SD), **Yea**
Tillis (R-NC), **Yea**
Tuberville (R-AL), **Yea**
Van Hollen (D-MD), **Nay**
Warner (D-VA), **Nay**
Warnock (D-GA), **Nay**
Warren (D-MA), **Nay**
Welch (D-VT), **Nay**
Whitehouse (D-RI), **Nay**
Wicker (R-MS), **Yea**
Wyden (D-OR), **Nay**
Young (R-IN), **Yea**

Vote Summary        By Senator Name        By Vote Position

By Home State ———————————————— **Grouped By Vote**

**Position**

### YEAs ---49

Banks (R-IN)
Barrasso (R-WY)
Boozman (R-AR)
Capito (R-WV)
Cassidy (R-LA)
Collins (R-ME)
Cornyn (R-TX)
Cotton (R-AR)
Cramer (R-ND)
Crapo (R-ID)
Cruz (R-TX)
Curtis (R-UT)
Daines (R-MT)
Ernst (R-IA)
Fischer (R-NE)
Graham (R-SC)
Grassley (R-IA)

Hagerty (R-TN)
Hawley (R-MO)
Hoeven (R-ND)
Husted (R-OH)
Hyde-Smith (R-MS)
Johnson (R-WI)
Justice (R-WV)
Kennedy (R-LA)
Lankford (R-OK)
Lee (R-UT)
Lummis (R-WY)
Marshall (R-KS)
McConnell (R-KY)
McCormick (R-PA)
Moody (R-FL)
Moreno (R-OH)
Mullin (R-OK)

Murkowski (R-AK)
Paul (R-KY)
Ricketts (R-NE)
Risch (R-ID)
Rounds (R-SD)
Schmitt (R-MO)
Scott (R-FL)
Scott (R-SC)
Sheehy (R-MT)
Sullivan (R-AK)
Thune (R-SD)
Tillis (R-NC)
Tuberville (R-AL)
Wicker (R-MS)
Young (R-IN)

### NAYs ---46

Alsobrooks (D-MD)
Baldwin (D-WI)
Bennet (D-CO)
Blumenthal (D-CT)
Blunt Rochester (D-DE)
Booker (D-NJ)
Cantwell (D-WA)
Coons (D-DE)
Cortez Masto (D-NV)

Duckworth (D-IL)
Durbin (D-IL)
Fetterman (D-PA)
Gallego (D-AZ)
Gillibrand (D-NY)
Hassan (D-NH)
Hickenlooper (D-CO)
Hirono (D-HI)
Kaine (D-VA)

Kelly (D-AZ)
Kim (D-NJ)
King (I-ME)
Klobuchar (D-MN)
Lujan (D-NM)
Markey (D-MA)
Merkley (D-OR)
Murphy (D-CT)
Murray (D-WA)

| | | |
|---|---|---|
| Ossoff (D-GA) | Schiff (D-CA) | Warnock (D-GA) |
| Padilla (D-CA) | Schumer (D-NY) | Warren (D-MA) |
| Peters (D-MI) | Shaheen (D-NH) | Welch (D-VT) |
| Reed (D-RI) | Slotkin (D-MI) | Whitehouse (D-RI) |
| Rosen (D-NV) | Smith (D-MN) | Wyden (D-OR) |
| Sanders (I-VT) | Van Hollen (D-MD) | |
| Schatz (D-HI) | Warner (D-VA) | |

**Not Voting - 5**

| | | |
|---|---|---|
| Blackburn (R-TN) | Budd (R-NC) | Moran (R-KS) |
| Britt (R-AL) | Heinrich (D-NM) | |

Vote Summary        By Senator Name        By Vote Position

By Home State ————————————————— **Grouped by**

**Home State**

**Alabama:**

Britt (R-AL), **Not Voting**        Tuberville (R-AL), **Yea**

**Alaska:**

Murkowski (R-AK), **Yea**        Sullivan (R-AK), **Yea**

**Arizona:**

Gallego (D-AZ), **Nay**        Kelly (D-AZ), **Nay**

**Arkansas:**

Boozman (R-AR), **Yea**        Cotton (R-AR), **Yea**

**California:**

Padilla (D-CA), **Nay**        Schiff (D-CA), **Nay**

**Colorado:**

Bennet (D-CO), **Nay**        Hickenlooper (D-CO), **Nay**

**Connecticut:**

Blumenthal (D-CT), **Nay**        Murphy (D-CT), **Nay**

**Delaware:**

Blunt Rochester (D-DE), **Nay** Coons (D-DE), **Nay**

**Florida:**

Moody (R-FL), **Yea**        Scott (R-FL), **Yea**

**Georgia:**

Ossoff (D-GA), **Nay**        Warnock (D-GA), **Nay**

**Hawaii:**

Hirono (D-HI), **Nay**        Schatz (D-HI), **Nay**

**Idaho:**

Crapo (R-ID), **Yea**        Risch (R-ID), **Yea**

**Illinois:**

Duckworth (D-IL), **Nay**        Durbin (D-IL), **Nay**

**Indiana:**

Banks (R-IN), **Yea**        Young (R-IN), **Yea**

**Iowa:**

Ernst (R-IA), **Yea**        Grassley (R-IA), **Yea**

**Kansas:**

Marshall (R-KS), **Yea**        Moran (R-KS), **Not Voting**

**Kentucky:**
McConnell (R-KY), **Yea**          Paul (R-KY), **Yea**
**Louisiana:**
Cassidy (R-LA), **Yea**            Kennedy (R-LA), **Yea**
**Maine:**
Collins (R-ME), **Yea**            King (I-ME), **Nay**
**Maryland:**
Alsobrooks (D-MD), **Nay**         Van Hollen (D-MD), **Nay**
**Massachusetts:**
Markey (D-MA), **Nay**             Warren (D-MA), **Nay**
**Michigan:**
Peters (D-MI), **Nay**             Slotkin (D-MI), **Nay**
**Minnesota:**
Klobuchar (D-MN), **Nay**          Smith (D-MN), **Nay**
**Mississippi:**
Hyde-Smith (R-MS), **Yea**         Wicker (R-MS), **Yea**
**Missouri:**
Hawley (R-MO), **Yea**             Schmitt (R-MO), **Yea**
**Montana:**
Daines (R-MT), **Yea**             Sheehy (R-MT), **Yea**
**Nebraska:**
Fischer (R-NE), **Yea**            Ricketts (R-NE), **Yea**
**Nevada:**
Cortez Masto (D-NV), **Nay**       Rosen (D-NV), **Nay**
**New Hampshire:**
Hassan (D-NH), **Nay**             Shaheen (D-NH), **Nay**
**New Jersey:**
Booker (D-NJ), **Nay**             Kim (D-NJ), **Nay**
**New Mexico:**
Heinrich (D-NM), **Not Voting** Lujan (D-NM), **Nay**
**New York:**
Gillibrand (D-NY), **Nay**         Schumer (D-NY), **Nay**
**North Carolina:**
Budd (R-NC), **Not Voting**        Tillis (R-NC), **Yea**
**North Dakota:**
Cramer (R-ND), **Yea**             Hoeven (R-ND), **Yea**
**Ohio:**
Husted (R-OH), **Yea**             Moreno (R-OH), **Yea**
**Oklahoma:**
Lankford (R-OK), **Yea**           Mullin (R-OK), **Yea**
**Oregon:**
Merkley (D-OR), **Nay**            Wyden (D-OR), **Nay**
**Pennsylvania:**
Fetterman (D-PA), **Nay**          McCormick (R-PA), **Yea**
**Rhode Island:**

Reed (D-RI), **Nay**        Whitehouse (D-RI), **Nay**

**South Carolina:**

Graham (R-SC), **Yea**        Scott (R-SC), **Yea**

**South Dakota:**

Rounds (R-SD), **Yea**        Thune (R-SD), **Yea**

**Tennessee:**

Blackburn (R-TN), **Not Voting** Hagerty (R-TN), **Yea**

**Texas:**

Cornyn (R-TX), **Yea**        Cruz (R-TX), **Yea**

**Utah:**

Curtis (R-UT), **Yea**        Lee (R-UT), **Yea**

**Vermont:**

Sanders (I-VT), **Nay**        Welch (D-VT), **Nay**

**Virginia:**

Kaine (D-VA), **Nay**        Warner (D-VA), **Nay**

**Washington:**

Cantwell (D-WA), **Nay**        Murray (D-WA), **Nay**

**West Virginia:**

Capito (R-WV), **Yea**        Justice (R-WV), **Yea**

**Wisconsin:**

Baldwin (D-WI), **Nay**        Johnson (R-WI), **Yea**

**Wyoming:**

Barrasso (R-WY), **Yea**        Lummis (R-WY), **Yea**

Vote Summary        By Senator Name        By Vote Position
By Home State