# Exhibit 17
## (House Vote on H.J. Res. 87 & 89)

# FINAL VOTE RESULTS FOR ROLL CALL 111

(Republicans in roman; Democrats in *italic*; Independents <u>underlined</u>)

**H J RES 87**    YEA-AND-NAY    30-Apr-2025    5:40 PM
**QUESTION:** On Passage
**BILL TITLE:** Congressional disapproval, of the rule submitted by the EPA relating to "CA Motor Vehicle and Engine Pollution Control Standards; Heavy-Duty Vehicle and Engine Em Warranty and Maintenance Provisions; Advanced Clean Trucks; Zero Em Airport Shuttle; Zero-Em Power Train Cert.; Waiver of Preemption; Notice of Decision"

|  | YEAS | NAYS | PRES | NV |
|---|---|---|---|---|
| REPUBLICAN | 218 | 1 |  | 1 |
| DEMOCRATIC | 13 | 190 |  | 10 |
| INDEPENDENT |  |  |  |  |
| **TOTALS** | **231** | **191** |  | **11** |

## ---- YEAS    231 ---

| | | |
|---|---|---|
| Aderholt | *Golden (ME)* | Miller (IL) |
| Alford | Goldman (TX) | Miller (OH) |
| Allen | Gonzales, Tony | Miller (WV) |
| Amodei (NV) | *Gonzalez, V.* | Miller-Meeks |
| Arrington | Gooden | Mills |
| Babin | Gosar | Moolenaar |
| Bacon | Graves | Moore (AL) |
| Baird | Green (TN) | Moore (NC) |
| Balderson | Greene (GA) | Moore (UT) |
| Barr | Griffith | Moore (WV) |
| Barrett | Grothman | Moran |
| Baumgartner | Guest | Murphy |
| Bean (FL) | Guthrie | Nehls |
| Begich | Hageman | Newhouse |
| Bentz | Hamadeh (AZ) | Norman |
| Bergman | Haridopolos | Nunn (IA) |
| Bice | Harrigan | Obernolte |
| Biggs (AZ) | Harris (MD) | Ogles |
| Biggs (SC) | Harris (NC) | Onder |
| Bilirakis | Harshbarger | Owens |
| *Bishop* | Hern (OK) | Palmer |
| Boebert | Higgins (LA) | Patronis |
| Bost | Hill (AR) | *Perez* |
| Brecheen | Hinson | Perry |
| Bresnahan | Houchin | Pfluger |
| Buchanan | Hudson | Reschenthaler |
| Burchett | Huizenga | Rogers (AL) |
| Burlison | Hunt | Rogers (KY) |
| Calvert | Hurd (CO) | Rose |
| Cammack | Issa | Rouzer |
| Carey | Jack | Roy |

Carter (GA)
Carter (TX)
Ciscomani
Cline
Cloud
Clyde
Cole
Collins
Comer
Crane
Crank
Crawford
Crenshaw
*Cuellar*
Davidson
*Davis (NC)*
De La Cruz
DesJarlais
Diaz-Balart
Donalds
Downing
Dunn (FL)
Edwards
Ellzey
Emmer
Estes
Evans (CO)
Ezell
Fallon
Fedorchak
Feenstra
Fine
Finstad
Fischbach
Fitzgerald
Fleischmann
Flood
Fong
Foxx
Franklin, Scott
Fry
Fulcher
Garbarino
Gill (TX)
*Gillen*
Gimenez

Jackson (TX)
James
Johnson (LA)
Johnson (SD)
Jordan
Joyce (OH)
Joyce (PA)
Kean
Kelly (MS)
Kelly (PA)
Kennedy (UT)
Kiggans (VA)
Kiley (CA)
Kim
Knott
Kustoff
LaHood
LaLota
LaMalfa
Langworthy
Latta
Lawler
Lee (FL)
*Lee (NV)*
Letlow
Loudermilk
Lucas
Luna
Luttrell
Mace
Mackenzie
Malliotakis
Maloy
Mann
Massie
Mast
McCaul
McClain
*McClain Delaney*
McClintock
McCormick
*McDonald Rivet*
McDowell
McGuire
Messmer
Meuser

Rutherford
Salazar
Scalise
Schmidt
*Scholten*
Schweikert
Scott, Austin
Self
Sessions
Shreve
Simpson
Smith (MO)
Smith (NE)
Smith (NJ)
Smucker
Spartz
Stauber
Stefanik
Steil
Steube
Strong
Stutzman
*Suozzi*
Taylor
Tenney
Thompson (PA)
Tiffany
Timmons
Turner (OH)
Valadao
Van Drew
Van Duyne
Van Orden
*Vasquez*
Wagner
Walberg
Webster (FL)
Westerman
Wied
Williams (TX)
Wilson (SC)
Wittman
Womack
Yakym
Zinke

## ---- NAYS   191 ---

*Adams*
*Aguilar*
*Amo*
*Ansari*

*Garcia (TX)*
*Goldman (NY)*
*Gomez*
*Goodlander*

*Pallone*
*Panetta*
*Pappas*
*Pelosi*

Auchincloss
Balint
Barragán
Beatty
Bell
Bera
Beyer
Bonamici
Boyle (PA)
Brown
Brownley
Budzinski
Bynum
Carbajal
Carson
Carter (LA)
Casar
Case
Castor (FL)
Castro (TX)
Cherfilus-McCormick
Chu
Cisneros
Clark (MA)
Clarke (NY)
Cleaver
Clyburn
Conaway
Correa
Costa
Courtney
Craig
Crockett
Crow
Davids (KS)
Davis (IL)
Dean (PA)
DeGette
DeLauro
DelBene
Deluzio
DeSaulnier
Dexter
Dingell
Doggett
Elfreth
Escobar
Espaillat
Evans (PA)
Fields
Fitzpatrick
Fletcher
Foster
Foushee

Gray
Green, Al (TX)
Harder (CA)
Hayes
Himes
Horsford
Houlahan
Hoyer
Hoyle (OR)
Huffman
Ivey
Jackson (IL)
Jacobs
Jayapal
Jeffries
Johnson (GA)
Johnson (TX)
Kamlager-Dove
Kaptur
Keating
Kelly (IL)
Kennedy (NY)
Khanna
Krishnamoorthi
Landsman
Larsen (WA)
Larson (CT)
Latimer
Lee (PA)
Leger Fernandez
Levin
Liccardo
Lieu
Lofgren
Lynch
Magaziner
Mannion
Matsui
McBath
McBride
McClellan
McCollum
McGarvey
McIver
Menendez
Meng
Mfume
Min
Moore (WI)
Morrison
Moskowitz
Moulton
Mrvan
Mullin

Peters
Pettersen
Pingree
Pocan
Pou
Pressley
Quigley
Ramirez
Randall
Raskin
Riley (NY)
Rivas
Ross
Ruiz
Ryan
Salinas
Sánchez
Scanlon
Schakowsky
Schneider
Schrier
Scott (VA)
Scott, David
Sewell
Sherman
Sherrill
Simon
Smith (WA)
Sorensen
Soto
Stansbury
Stanton
Stevens
Strickland
Subramanyam
Swalwell
Sykes
Takano
Thanedar
Thompson (CA)
Thompson (MS)
Titus
Tlaib
Tokuda
Tonko
Torres (CA)
Torres (NY)
Trahan
Tran
Underwood
Vargas
Veasey
Velázquez
Vindman

| | | |
|---|---|---|
| *Frankel, Lois* | *Nadler* | *Waters* |
| *Friedman* | *Neal* | *Watson Coleman* |
| *Frost* | *Neguse* | *Whitesides* |
| *Garamendi* | *Ocasio-Cortez* | *Williams (GA)* |
| *Garcia (CA)* | *Olszewski* | *Wilson (FL)* |
| *García (IL)* | *Omar* | |

## ---- NOT VOTING   11 ---

| | | |
|---|---|---|
| *Casten* | *Gottheimer* | *Norcross* |
| *Cohen* | *McGovern* | *Wasserman Schultz* |
| *Connolly* | *Meeks* | Weber (TX) |
| *Figures* | *Morelle* | |

# FINAL VOTE RESULTS FOR ROLL CALL 112

(Republicans in roman; Democrats in *italic*; Independents <u>underlined</u>)

**H J RES 89**    YEA-AND-NAY    30-Apr-2025    5:49 PM
**QUESTION:**  On Passage
**BILL TITLE:** Congressional disapproval, of the rule submitted by the EPA relating to "California State Motor Vehicle and Engine and Nonroad Engine Pollution Control Standards; The 'Omnibus' Low NOX Regulation; Waiver of Preemption; Notice of Decision"

|  | YEAS | NAYS | PRES | NV |
|---|---|---|---|---|
| REPUBLICAN | 215 | 1 |  | 4 |
| DEMOCRATIC | 10 | 195 |  | 8 |
| INDEPENDENT |  |  |  |  |
| **TOTALS** | **225** | **196** |  | **12** |

#### ---- YEAS    225 ---

| | | |
|---|---|---|
| Aderholt | *Golden (ME)* | Miller (IL) |
| Alford | Goldman (TX) | Miller (OH) |
| Allen | Gonzales, Tony | Miller (WV) |
| Amodei (NV) | *Gonzalez, V.* | Miller-Meeks |
| Arrington | Gooden | Mills |
| Babin | Gosar | Moolenaar |
| Bacon | Graves | Moore (AL) |
| Baird | Green (TN) | Moore (NC) |
| Balderson | Greene (GA) | Moore (UT) |
| Barr | Griffith | Moore (WV) |
| Barrett | Grothman | Moran |
| Baumgartner | Guest | Murphy |
| Bean (FL) | Guthrie | Nehls |
| Begich | Hageman | Newhouse |
| Bentz | Hamadeh (AZ) | Norman |
| Bergman | Haridopolos | Nunn (IA) |
| Bice | Harrigan | Obernolte |
| Biggs (AZ) | Harris (MD) | Ogles |
| Biggs (SC) | Harris (NC) | Onder |
| Bilirakis | Harshbarger | Owens |
| *Bishop* | Hern (OK) | Palmer |
| Boebert | Higgins (LA) | Patronis |
| Bost | Hill (AR) | *Perez* |
| Brecheen | Hinson | Perry |
| Bresnahan | Houchin | Pfluger |
| Buchanan | Hudson | Reschenthaler |
| Burchett | Huizenga | Rogers (AL) |
| Burlison | Hunt | Rogers (KY) |
| Calvert | Hurd (CO) | Rose |
| Cammack | Issa | Rouzer |
| Carey | Jack | Roy |
| Carter (GA) | Jackson (TX) | Rulli |

| | | |
|---|---|---|
| Carter (TX) | James | Rutherford |
| Ciscomani | Johnson (LA) | Salazar |
| Cline | Johnson (SD) | Scalise |
| Cloud | Jordan | Schmidt |
| Clyde | Joyce (OH) | Schweikert |
| Cole | Joyce (PA) | Scott, Austin |
| Comer | Kean | Self |
| Crane | Kelly (MS) | Sessions |
| Crank | Kelly (PA) | Shreve |
| Crawford | Kennedy (UT) | Simpson |
| Crenshaw | Kiggans (VA) | Smith (MO) |
| *Cuellar* | Kiley (CA) | Smith (NE) |
| Davidson | Kim | Smith (NJ) |
| *Davis (NC)* | Knott | Smucker |
| De La Cruz | Kustoff | Spartz |
| DesJarlais | LaHood | Stauber |
| Diaz-Balart | LaLota | Stefanik |
| Donalds | LaMalfa | Steil |
| Downing | Langworthy | Steube |
| Dunn (FL) | Latta | Strong |
| Edwards | Lawler | Stutzman |
| Ellzey | Lee (FL) | Taylor |
| Emmer | *Lee (NV)* | Tenney |
| Estes | Letlow | Tiffany |
| Evans (CO) | Loudermilk | Timmons |
| Ezell | Lucas | Turner (OH) |
| Fallon | Luna | Valadao |
| Fedorchak | Luttrell | Van Drew |
| Feenstra | Mace | Van Duyne |
| Fine | Mackenzie | Van Orden |
| Finstad | Maloy | *Vasquez* |
| Fischbach | Mann | *Veasey* |
| Fitzgerald | Massie | Wagner |
| Fleischmann | Mast | Walberg |
| Flood | McCaul | Webster (FL) |
| Fong | McClain | Westerman |
| Foxx | McClintock | Wied |
| Franklin, Scott | McCormick | Williams (TX) |
| Fry | *McDonald Rivet* | Wilson (SC) |
| Fulcher | McDowell | Wittman |
| Garbarino | McGuire | Womack |
| Gill (TX) | Messmer | Yakym |
| Gimenez | Meuser | Zinke |

## ---- NAYS    196 ---

| | | |
|---|---|---|
| *Adams* | *Gillen* | *Omar* |
| *Aguilar* | *Goldman (NY)* | *Pallone* |
| *Amo* | *Gomez* | *Panetta* |
| *Ansari* | *Goodlander* | *Pappas* |
| *Auchincloss* | *Gray* | *Pelosi* |
| *Balint* | *Green, Al (TX)* | *Pettersen* |
| *Barragán* | *Harder (CA)* | *Pingree* |

| | | |
|---|---|---|
| Beatty | Hayes | Pocan |
| Bell | Himes | Pou |
| Bera | Horsford | Pressley |
| Beyer | Houlahan | Quigley |
| Bonamici | Hoyer | Ramirez |
| Boyle (PA) | Hoyle (OR) | Randall |
| Brown | Huffman | Raskin |
| Brownley | Ivey | Riley (NY) |
| Budzinski | Jackson (IL) | Rivas |
| Bynum | Jacobs | Ross |
| Carbajal | Jayapal | Ruiz |
| Carson | Jeffries | Ryan |
| Carter (LA) | Johnson (GA) | Salinas |
| Casar | Johnson (TX) | Sánchez |
| Case | Kamlager-Dove | Scanlon |
| Castor (FL) | Kaptur | Schakowsky |
| Castro (TX) | Keating | Schneider |
| Cherfilus-McCormick | Kelly (IL) | Scholten |
| Chu | Kennedy (NY) | Schrier |
| Cisneros | Khanna | Scott (VA) |
| Clark (MA) | Krishnamoorthi | Scott, David |
| Clarke (NY) | Landsman | Sewell |
| Cleaver | Larsen (WA) | Sherman |
| Clyburn | Larson (CT) | Sherrill |
| Conaway | Latimer | Simon |
| Correa | Lee (PA) | Smith (WA) |
| Costa | Leger Fernandez | Sorensen |
| Courtney | Levin | Soto |
| Craig | Liccardo | Stansbury |
| Crockett | Lieu | Stanton |
| Crow | Lofgren | Stevens |
| Davids (KS) | Lynch | Strickland |
| Davis (IL) | Magaziner | Subramanyam |
| Dean (PA) | Mannion | Suozzi |
| DeGette | Matsui | Swalwell |
| DeLauro | McBath | Sykes |
| DelBene | McBride | Takano |
| Deluzio | McClain Delaney | Thanedar |
| DeSaulnier | McClellan | Thompson (CA) |
| Dexter | McCollum | Thompson (MS) |
| Dingell | McGarvey | Titus |
| Doggett | McIver | Tlaib |
| Elfreth | Meeks | Tokuda |
| Escobar | Menendez | Tonko |
| Espaillat | Meng | Torres (CA) |
| Evans (PA) | Mfume | Torres (NY) |
| Fields | Min | Trahan |
| Figures | Moore (WI) | Tran |
| Fitzpatrick | Morelle | Underwood |
| Fletcher | Morrison | Vargas |
| Foster | Moskowitz | Velázquez |
| Foushee | Moulton | Vindman |
| Frankel, Lois | Mrvan | Waters |
| Friedman | Mullin | Watson Coleman |

| | | |
|---|---|---|
| Frost | Nadler | Whitesides |
| Garamendi | Neal | Williams (GA) |
| Garcia (CA) | Neguse | Wilson (FL) |
| García (IL) | Ocasio-Cortez | |
| Garcia (TX) | Olszewski | |

## ---- NOT VOTING   12 ---

| | | |
|---|---|---|
| Casten | Gottheimer | Peters |
| Cohen | Malliotakis | Thompson (PA) |
| Collins | McGovern | Wasserman Schultz |
| Connolly | Norcross | Weber (TX) |