ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
JOHN K. ADAMS
*Deputy Associate Attorney General*
ROBERT N. STANDER
*Deputy Assistant Attorney General*
U.S. Department of Justice
DAVID D. MITCHELL
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-9737
david.mitchell@usdoj.gov

*Counsel for the United States*

ERIC GRANT
*United States Attorney*
501 I Street, Suite 10-100
Sacramento, California 95814
501 I Street, Suite 10-100
(916) 554-2700

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Intervenors-Plaintiffs.<br><br>v.<br><br>STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board,<br><br>Defendant. | No. 2:25-cv-03255-DC-AC<br><br>**Complaint in Intervention Filing Notice** |

Complaint in Intervention Filing Notice

The United States provides notice of the United States' Complaint in Intervention, which will be filed in a separate docket entry immediately after this notice. This filing responds to the Court's minute order (Dkt. No. 180) (1) granting the United States' motion to intervene and motion to for leave to file a motion for summary judgment, (2) ordering the United States to file its motion for summary judgment, and (3) setting a briefing schedule for the motion for summary judgment.

Dated:  July 7, 2026                    Respectfully submitted,

                                        ADAM R.F. GUSTAFSON
                                        *Principal Deputy Assistant Attorney General*
                                        JOHN K. ADAMS
                                        *Deputy Associate Attorney General*
                                        ROBERT N. STANDER
                                        *Deputy Assistant Attorney General*

                                        */s/ David Mitchell*
ERIC GRANT                              DAVID D. MITCHELL
*United States Attorney*                United States Department of Justice
501 I Street, Suite 10-100              Environment & Natural Resources Div.
Sacramento, California 95814            P.O. Box 7611
(916) 554-2821                          Washington, D.C. 20044-7611
                                        (202) 598-9737
                                        david.mitchell@usdoj.gov

                                        *Counsel for the United States*

Complaint in Intervention Filing Notice                                    1