ROB BONTA
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
BENJAMIN P. LEMPERT, State Bar No. 344239
M. ELAINE MECKENSTOCK, State Bar No. 268861
DAVID M. MEEKER, State Bar No. 273814
CECILIA D. SEGAL, State Bar No. 310935
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 510-3545
  Fax: (415) 703-1107
  E-mail: cecilia.segal@doj.ca.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE**,<br><br>Plaintiff,<br><br>**THE UNITED STATES OF AMERICA**; and **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>**STEVEN S. CLIFF,** in his official capacity as the Executive Officer of the California Air Resources Board,<br><br>Defendant. | 2:25-cv-03255-DC-AC<br><br>**JOINT STIPULATION EXTENDING DEFENDANT CLIFF'S PAGE LIMITS FOR HIS OPPOSITION TO THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER**<br><br>Judge:         Hon. Dena Coggins<br>Trial Date:    None Set<br>Action Filed:  December 16, 2024 |

Pursuant to Civil Local Rule 144 and this Court's Standing and Scheduling Orders, Plaintiff-Intervenors United States of America and U.S. Environmental Protection Agency (collectively, United States) and Defendant Steven S. Cliff, in his official capacity as the Executive Officer of the California Air Resources Board, acting by and through their respective counsel, stipulate and respectfully submit as follows:

WHEREAS, Plaintiff American Free Enterprise Chamber of Commerce (AmFree) filed this suit on December 16, 2024, in the U.S. District Court for the Northern District of Illinois, ECF No. 1, and subsequently amended its complaint, ECF Nos. 14 104, 142;

WHEREAS, the United States moved to intervene as plaintiffs on August 13, 2025, ECF No. 121, and Defendant Cliff opposed the United States' intervention, ECF No. 132;

WHEREAS, Defendant Cliff moved to dismiss AmFree's complaint for lack of personal jurisdiction and improper venue or else to transfer the case to this Court, ECF No. 125;

WHEREAS, on November 7, 2025, the Northern District of Illinois denied the motion to dismiss but granted the motion to transfer, ECF No. 145;

WHEREAS, AmFree filed a motion for judgment on the pleadings or, in the alternative, summary judgment on April 1, 2026, ECF No. 166; Defendant Cliff filed a cross-motion for judgment on the pleadings or, in the alternative, summary judgment on May 27, 2026; and the cross-motions will be fully briefed by July 22, 2026, ECF No. 171;

WHEREAS, on June 18, 2026, the Court granted the United States' motion to intervene and directed the United States to file its motion for summary judgment by June 23, 2026, with Defendant Cliff's opposition to that motion due July 23, 2026, ECF No. 180;

WHEREAS, the Court's Standing Order in Civil Cases provides that opposition briefs shall not exceed twenty-five pages, but allows a party to request a page limit increase at least seven days prior to the filing of the brief;

WHEREAS, Defendant Cliff requests a five-page increase to the limit for his opposition to the United States' motion for summary judgment, in light of the complexity of the issues and particularly Defendant Cliff's constitutional defenses to the United States' preemption arguments, which were not addressed in the United States' opening brief; and

1

WHEREAS, the United States consents to Defendant Cliff's request;

NOW THEREFORE, it is hereby stipulated, subject to this Court's approval, that the United States and Defendant Cliff agree that Defendant Cliff's opposition brief to the United States' motion for summary judgment shall not exceed thirty pages in length.

Dated:  July 16, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
JOHN K. ADAMS
*Deputy Associate Attorney General*
ROBERT N. STANDER
*Deputy Assistant Attorney General*

ERIC GRANT
*United States Attorney*
501 I Street, Suite 10-100
Sacramento, California 95814
(916) 554-2821

*/s/ David Mitchell (as authorized July 16)*
DAVID D. MITCHELL
United States Department of Justice
Environment & Natural Resources Div.
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-9737
David.mitchell@usdoj.gov

*Counsel for Plaintiff-Intervenor United States*

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

*/s/ Cecilia D. Segal*
CECILIA D. SEGAL
Deputy Attorney General

*Attorneys for Defendant Cliff*

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Dena Coggins
U.S. District Court Judge

2

Joint Stip. & Prop. Order Extending Page Limits for Def.'s Opp'n to U.S. Mot. Summ. J. (2:25-cv-03255-DC-AC)